ProBush.com

| About Us | Tributes | Patriot List™ | ProBush.com Gear! |
|---|---|---|---|
| *Home* | Traitor List™ | Feedback | ProBush.com Poster Store! |

**What's Your Agenda?**





George Walker Bush

# President of the United States

"I had made it clear to the world that either you're with us or you'r still stands"

Sign up to receive our newsletter!
[your email] [go]

Newsletter Archives

Contact the President

White House Staff

Get Your ProBush.com Gear!

I pledge Allegiance to the flag of the United States of America and to the Republic for which it stands, one nation under God, indivisible, with Liberty and Justice for all.

History of The Pledge

**TRIBUTES**

- U.S. Armed Forces
- Ari Fleischer
- Bruce Kieloch
- Ben Jr.

Our Hero                    Hail to the Chief

## Please Donate to ProBush.com's legal battle
## James Abourezk

*Abourezk said that his discussions with the speaker had also focuse ROLE" it was playing in Lebanon. (Hizbullah) was like the tool th*
**lebanonwire.com**

## Hizbullah is on the U.S. State Department list

The former Senator has no problem affording himself the like this about terrorist organizations, however feels ProBus lines by listing him on a satirical "Tr

## Please support us! Anything you can spar


EXHIBIT A

- Portland Police Dept.

- Mr. "Algor"

Bush 43 Archives

Official Al Gore is a Dick Page

The Homeland Page

Man or Midget?

Know Your Flag Etiquette

The Portland Protest

Protest Gallery

Protest Gallery II

Protest Gallery III

Executive Orders

Hans Blix's report to the U.N.

Past Weekly Review

Official Iraq Voting Form

Can of....

Remember...

"Murderous Tyrant" (10.7.02 address to the nation)

How dare Mr. "Algor" criticize Bush

Hi Ron Parsons
Help Us Defend Our Lawsuit!
amazon honor system   How do we know your name?

ProBush.com Media Attention

- **Abourezk Sues ProBush.com for $5 million**

- **Former Senator Files Libel Lawsuit**

- **On patriotism**

- **Former Senator Abourezk to Sue "Traitor" Website**

- **Defining treason**

- **Libel lawsuit filed against Web site**

- **Abourezk files libel lawsuit against web site**

- **Listen to individual stories**

- **White House Spokesman Ari Fleischer to Resign**

- **PABAAH : Patriotic Americans Boycotting Anti - American Hollywood**

Official Document from the U.S. Senate, Comm
urging President Clinton to take military action
of Mass Destruction

Want to be a GOP Team Leader?

Want to be a part of ProBush.com?

Email Your First and Last Name

TeamLeader@probush.com

Get your brick wall Bush 2

ProBush.com

- Gay Dancers @ UN Global Summit
- Ari Fan Club™
- ProBush.com Stickers
- Random Headlines
- Random Articles
- Random Quotes
- How laws are made
- War Against Terror
- CIA report on Iraq's weapons of Mass Destruction
- Sarandon Shoots Mouth Off
- Bush MiniClips
- Requests

Search ProBush.com

Contact the webmaster@probush.com

Email sent to ProBush.com is monitored by the U.S. Government

© Copyright 2003, ProBush.com, Inc. All Rights Reserved. Designed by M.T.M

All email sent to ProBush.com is property of ProBush.com, Inc



**Bush2004 Grassroots Brigade** — DONATE $24, $54, $104 for Victory in '04 — Click Here! +$4 for '04

- Bush's NH Campaign Headquarters Bus on Ebay
- PresidentialBus.com
- Will the Real Hussein Please Stand Up?
- 2004 Democratic Canidates
- Star Spangled Ice Cream
- Tim Robbins Vs. Baseball Hall of Fame

**PHILLY SAYS — ALL THE NEWS NOT FIT TO PRINT.**

A great gift fo

Visit Cafe

W

G

Read A

Dear Starbucks:

As much as I enjoy your coffee, I will not be frequentin stop playing and promoting Sheryl Crow's music

**Read More**

Alvarez Says

Pro



**Some Advice for Hollywood**

**An Ideological Civil War**

**They Don't Get It, Do They?**

**Alvarez Action Items**

**PABAAH & Jon Alveraz on MSNBC!**

Pathetic Email

I hate everything about Bush. I think he's an evil idiot. He and his right wing

| DNC Gets Desperate | Tree Huggers | Martin Sheen |

| One Down... | Stupid White Man | Team Le Literat |

Last Phase of Diplomacy (articl

Each member of the Council was given this document (S/2003/232) (

Hans Blix Report to the U.N. (audi

Military Commission Instruction Effective Im

Leaflet Drops Over Iraq

A Message to Dave Matthews from the editors

| Can you hear me now? | "Little Girl" | Conrad Rein Speaks to |

Dear Conservative Friends:

The comments made by some of the Hollywood left stated **here** are despicable, and the
the video store. Let's show our president, his administration, and our men and women i
appreciate them by sending a message to the Hollywood elite that their views about Bu
part in a boycott of Hollywood, now through August 31, 2003. Bush supporters, conser
traditional values, and anyone else who wants to send a message to Hollywood should 
during this period. I hope you will join in the fight against anti-Bush, anti-American Ho
friends who would be willing to join in this boycott. Let's send Hollywood a message t

**Boycott Hollywood**

Sincerely, Mary Kirchhoff

**Sign up for the ProBush.com Newsletter Free!**

**All Newsletters are mailed weekly**

- **Articles regarding President Bush!**
- **ProBush.com updated site news!**
- **Articles regarding Gulf War 2!**
- **Special promotions on ProBush.com products!**
- **Spam Free!**



Sign up to receive our newsletter!
your email  go



Curren

Feel free at anytime to email Pro
wish to be branded a traitor with
rea

**Email sent to ProBush.com is mon**

You Might Be a Liberal



- If you can not properly operate a simple ballot, you might be a Palm Beach Lib(
- If you live in Berkeley, California, you might be a Liberal.
- If you think race or gender should be a factor in hiring people or admitting them course) you might be a Liberal.
- If you have ever believed anything that came out of Jesse Jackson's mouth, you

Email your favorite Prime Minister or P1

Right Wing News

Visit The Official Site for Collectors of Bush campaign buttons, pol memorabilia from the Campaigns of Pre



**Clones?**