| About Us | Tributes | Patriot List™ | ProBush.com Gear! |
| Home | Traitor List™ | Feedback | ProBush.com Poster Store! |

**What's Your Agenda?**



Sign up to receive our newsletter!
[your email] [go]

Newsletter Archives

Contact the President

White House Staff

Get Your ProBush.com Gear!

I pledge Allegiance to the flag of the United States of America and to the Republic for which it stands, one nation under God, indivisible, with Liberty and Justice for all.

History of The Pledge

TRIBUTES

- U.S. Armed Forces
- Ari Fleischer
- Bruce Kieloch
- Ben Jr.

# Patriot List ™

PATRIOT, n. One who loves his country, and zealously supports its authority

IF YOU DO SUPPORT OUR PRESIDENTS DECISIONS YOU ARE A PATRIOT TO OUR COUNTRY!

## Cafe-Patriot Now Open!

Webmaster@probush.com



EXHIBIT B

### If you wish to become an Official ProBush.com Patriot please email your full name, age and state to PatriotList@probush.com

### Email sent to ProBush.com is monitored by the U.S. Government

## Honorary Patriots

 Michael Savage

 Glenn Beck

 Missa JC

 James Woods

 Ann Coulter

 Bill O'Reilly

 Sean Hannity

 Ken Hamblin

 Rush Limbaugh

 Bruce Willis

 Dennis Miller

 Ted Nugent

 Clint Black

 Mike Gallagher

 Sara Evans

 Charlie Daniels

 Michael Smerconish

 Darryl Worley

 Tammy Bruce

 Tippi Hedren

 Toby Keith

 Neal Boortz

Add an Honorary Patriot

**Patriot List is a Trademark of Probush.com**



Patriot List is a Trademark of Probush.com