Case 4:03-cv-04146-LLP Document 5-4 Filed 07/30/03 Page 1 of 24 PageID #: 52

| About Us | Tributes | Patriot List™ | ProBush.com Gear! |
|---|---|---|---|
| Home | Traitor List™ | Feedback | ProBush.com Poster Store! |

*What's Your Agenda?*





Sign up to receive our newsletter!

your email [GO]

Newsletter Archives

Contact the President

White House Staff

Get Your ProBush.com Gear!

I pledge Allegiance to the flag of the United States of America and to the Republic for which it stands, one nation under God, indivisible, with Liberty and Justice for all.

History of The Pledge

TRIBUTES

- U.S. Armed Forces
- Ari Fleischer
- Bruce Kieloch
- Ben Jr.

# Traitor List ™

**Treason**: Violation of allegiance toward one's country or sovereign, especially the betrayal of one's country by waging war against it or by consciously and purposely acting to aid its enemies.

## Traitor: If you do not support our President's decisions you are a traitor.

### *Get to know your traitor!*

*Parody. Not to be taken seriously. These "traitors" are not legal "traitors" of the United States.*



## Susan Sarandon

Top of my list?

Tribunal for you



## Sen. John Kerry



## Nancy Pelosi

EXHIBIT
C

Case 4:03-cv-04146-LLP   Document 5-4   Filed 07/30/03   Page 2 of 24 PageID #: 53

- Portland Police Dept.
- Mr. "Algor"

Bush 43 Archives

Official Al Gore is a Dick Page

The Homeland Page

Man or Midget?

Know Your Flag Etiquette

The Portland Protest

Protest Gallery

Protest Gallery II

Protest Gallery III

Executive Orders

Hans Blix's report to the U.N.

Past Weekly Review

Official Iraq Voting Form

Can of....

Remember...

"Murderous Tyrant" (10.7.02 address to the nation)

How dare Mr. "Algor" criticize Bush



Ted Kennedy



Sheila Jackson Lee



Ed Norton



Tom Petty



Eddie Vedder



Peter Arnett

Gay Dancers @ UN Global Summit

Ari Fan Club™

ProBush.com Stickers

Random Headlines

Random Articles

Random Quotes

How laws are made

War Against Terror

CIA report on Iraq's weapons of Mass Destruction

Sarandon Shoots Mouth Off

Bush MiniClips

Requests

Search ProBush.com

Contact the webmaster@probush.com

Email sent to ProBush.com is monitored by the U.S. Government

© Copyright 2003, ProBush.com, Inc. All Rights Reserved. Designed by M.T.M

All email sent to ProBush.com is property of ProBush.com, Inc

 Michael Moore

 Tim Robbins

 Dixie Chicks

 Seth Goldberg

 Fred Durst

 Ronald Kuzava

Case 4:03-cv-04146-LLP   Document 5-4   Filed 07/30/03   Page 4 of 24 PageID #: 55



Sheryl Crow



Madonna



Dan Solomon



Jesse L. Jackson Jr



Ray Wirth

Went to college with Ari Fleischer



Taliban Patty

Patty Murray has won the "Tyrant Award"

Congratulations Patty

Case 4:03-cv-04146-LLP  Document 5-4  Filed 07/30/03  Page 5 of 24 PageID #: 56



Barbra Streisand



Oliver Stone

How about another conspiracy theory



Mike Farrell

Stick to your MASH unit, B.J.



Nathan Callahan



Whoopi Goldberg



Ramsey Clark

Case 4:03-cv-04146-LLP   Document 5-4   Filed 07/30/03   Page 6 of 24 PageID #: 57



## George Clooney

Don't screw with Charlie Rose



## Jessica Lange



## Martin Sheen

You just play a president on TV so stop acting like one



## Sean Penn

"Dude! Are you as stupid as you look!"



## Julia Roberts

You'll never get the role of "Smart Woman"



## Janeane Garofalo

Are you trying to be funny?

Case 4:03-cv-04146-LLP   Document 5-4   Filed 07/30/03   Page 7 of 24 PageID #: 58



## Dan Chambers

Labor organizer



## Albert Gore Jr.

Indictment of **Albert Gore Jr.**

*Visit the Official Al Gore is a DICK page*



## Hillary Rodham Clinton

The Hillary Page



## Jim McDermott



## David Bonior



## Gary Condit

Condit Page?

Case 4:03-cv-04146-LLP   Document 5-4   Filed 07/30/03   Page 8 of 24 PageID #: 59





James Abourezk


As`ad AbuKhalil


Dr. Patch Adams


Michael Albert


Robert Altman

Case 4:03-cv-04146-LLP    Document 5-4    Filed 07/30/03    Page 9 of 24    PageID #: 60

 Laurie Anderson

 John Ashbery

 Edward Asner

 Jon Robin Baitz

 Russell Banks

 John Perry Barlow

Case 4:03-cv-04146-LLP   Document 5-4   Filed 07/30/03   Page 10 of 24 PageID #: 61

 Blase Bonpane

 Medea Benjamin

 Phyllis Bennis

 Oscar Brown, Jr.

 Judith Butler

 Leslie Cagan

 Bell Chevigny

 Paul Chevigny

 Noam Chomsky

 Ben Cohen

 David Cole

 Stephanie Coontz

Case 4:03-cv-04146-LLP    Document 5-4    Filed 07/30/03    Page 12 of 24 PageID #: 63

 Kevin Danaher

 Barbara Dane

 Kia Corthron

 Robert Creeley

 Angela Davis

 Culture Clash

Case 4:03-cv-04146-LLP   Document 5-4   Filed 07/30/03   Page 13 of 24 PageID #: 64

 Joan Cusack

 John Cusack

 Ossie Davis

 Zack de la Rocha

 Mos Def

 Ani Di Franco

Case 4:03-cv-04146-LLP   Document 5-4   Filed 07/30/03   Page 14 of 24 PageID #: 65

 Roxanne Dunbar-Ortiz

 Michael Eric Dyson

 Steve Earle

 Laura Flanders

 Lawrence Ferlinghetti

 Frances D. Fergusson

Case 4:03-cv-04146-LLP   Document 5-4   Filed 07/30/03   Page 15 of 24 PageID #: 66

 Jane Fonda

 Leo Estrada

 Eve Ensler

 Daniel Ellsberg

 Barbara Ehrenreich

 Richard Foreman

Case 4:03-cv-04146-LLP   Document 5-4   Filed 07/30/03   Page 16 of 24 PageID #: 67

 Michael Franti

 Danny Goldberg

 Danny Glover

 Corey Glover

 Vivian Gornick

 Jorie Graham

Case 4:03-cv-04146-LLP    Document 5-4    Filed 07/30/03    Page 17 of 24    PageID #: 68

 Milton Glaser

 Bill Frisell

 Susannah Heschel

 Tom Hayden

 Stanley Hauerwas

Christine B. Harrington

Case 4:03-cv-04146-LLP   Document 5-4   Filed 07/30/03   Page 18 of 24 PageID #: 69



Michael Hardt



Rakaa Iriscience



Nathalie Handal



Suheir Hammad



Jessica Hagedorn



Allan Gurganus

Case 4:03-cv-04146-LLP   Document 5-4   Filed 07/30/03   Page 19 of 24 PageID #: 70



John Guare



Fredric Jameson



Jim Jarmusch



Sally Kirkland



Barbara Kingsolver



Martin Luther King III

Case 4:03-cv-04146-LLP   Document 5-4   Filed 07/30/03   Page 20 of 24   PageID #: 71

 Jimmy Carter

 Robin D.G. Kelly

 Evelyn Fox Keller

 Casey Kasem

 Bill T. Jones

 David Korten

Case 4:03-cv-04146-LLP    Document 5-4    Filed 07/30/03    Page 21 of 24 PageID #: 72



Ron Kovic



Tony Kushner



Phil Lesh



Barbara Lubin



Ray Laforest



Staughton Lynd

Case 4:03-cv-04146-LLP   Document 5-4   Filed 07/30/03   Page 22 of 24   PageID #: 73

 Arturo Madrid

 Aaron McGruder

 Rep. Cynthia McKinney

 Tom Morello

 Viggo Mortensen

 Ozomatli

Case 4:03-cv-04146-LLP   Document 5-4   Filed 07/30/03   Page 23 of 24 PageID #: 74

 Katha Pollitt

 Harold Prince

 Bonnie Raitt

 Amy Ray

 David Riker

 Matthew Rothschild

Case 4:03-cv-04146-LLP   Document 5-4   Filed 07/30/03   Page 24 of 24   PageID #: 75

 John Sayles

 Jonathan Schell

 Rev. Al Sharpton

 Cornel West

Get your ProBush.com Traitor Gear!

If you feel you have been added to the traitor list in error please email your reason here



Traitor List is a Trademark of Probush.com

Have a traitor added to this page Click Here

All emails sent to ProBush.com are monitored by the U.S. Government