


# News & Events

**HOME    ABOUT US    WHAT WE ARE DOING    NEWS    ARTISTS**



# NOT IN OUR NAME
## List of "100" Signers

**53 Maryknoll priests and brothers**

**James Abourezk**
(Former U.S. Senator)

**As'ad AbuKhalil**
(Professor, Cal State Univ, Stanislaus)

**Dr. Patch Adams**

**Michael Albert**

**Jace Alexander**

**Robert Altman**

**Aris Anagnos**

**Laurie Anderson**

**John Ashbery**
(Poet)

**Edward Asner**

**Jon Robin Baitz**

**Russell Banks**
(Writer)

**John Perry Barlow**
(Co-Founder, Electronic Frontier Foundation)

**Rosalyn Baxandall**
(Historian)

**Joel Beinen**
(Professor of Middle East History, Stanford)

---

Berkeley: Not in Our Name Concert with Ani DiFranco, Michael Franti, Ozomatli, Chuck D, Saul Williams

**The Not In Our Name Statement of Conscience was published as a full-page ad in the** New York Times on September 19, 2002.
Los Angeles Times, October 4, 2002

USA Today October 18, 2002

**For more on the statement, and to pull down a PDF, go to: www.nion.us**

# NOT IN OUR NAME
## STATEMENT OF
## CONSCIENCE

Let it not be said that people in the United States did nothing when their government declared a war without limit and instituted stark new measures of repression.

The signers of this statement call on the people of the U.S. to resist the policies and overall political direction that have emerged since September 11, 2001, and which pose grave dangers to the people of the world.

We believe that peoples and nations have the right to determine their own destiny, free from military coercion by great powers. We believe that all persons detained or prosecuted by the United States government should have the same rights of due process. We believe that questioning, criticism, and dissent must be valued and protected. We understand that such rights and values are always contested and must be fought for.

We believe that people of conscience must take responsibility for what their own governments do -- we must first of all oppose the injustice that is done in ou[r]


EXHIBIT

Medea Benjamin
(Global Exchange)

Jessica Blank
(Actor/playwright)

William Blum
(Author)

Theresa & Blase Bonpane
(Office of the Americas)

Fr. Bob Bossie
(SCJ)

Oscar Brown, Jr.

Judith Butler

Leslie Cagan
(Chair, Interim Pacifica Radio National Board)

Kisha Imani Cameron
(Producer)

Henry Chalfant
(Author/filmmaker)

Kathleen Chalfant

Bell Chevigny
(Writer)

Paul Chevigny
(Professor of law, NYU)

Noam Chomsky

Ramsey Clark
(Former U.S. Attorney-General)

Ben Cohen
(Co-founder, Ben & Jerry's)

David Cole
(Professor of Law, Georgetown)

Robbie Conal

Stephanie Coontz
(Historian, Evergreen State College)

Kia Corthron
(Playwright)

Robert Creeley

Paula Cooper

name. Thus we call on all Americans to RESIST the war and repression that has been loosed on the world by the Bush administration. It is unjust, immoral, and illegitimate. We choose to make common cause with the people of the world.

We too watched with shock the horrific events of September 11, 2001. We too mourned the thousands of innocent dead and shook our heads at the terrible scenes of carnage -- even as we recalled similar scenes in Baghdad, Panama City, and, a generation ago, Vietnam. We too joined the anguished questioning of millions of Americans who asked why such a thing could happen.

But the mourning had barely begun, when the highest leaders of the land unleashed a spirit of revenge. They put out a simplistic script of "good vs. evil" that was taken up by a pliant and intimidated media. They told us that asking why these terrible events had happened verged on treason. There was to be no debate. There were by definition no valid political or moral questions. The only possible answer was to be war abroad and repression at home.

In our name, the Bush administration, with near unanimity from Congress, not only attacked Afghanistan but arrogated to itself and its allies the right to rain down military force anywhere and anytime. The brutal repercussions have been felt from the Philippines to Palestine, where Israeli tanks and bulldozers have left a terrible trail of death and destruction. The government now openly prepares to wage all-out war on Iraq -- a country which has no connection to the horror of September 11. What kind of world will this become if the U.S. government has a blank check to drop commandos, assassins, and bombs wherever it wants?

In our name, within the U.S., the government has created two classes of people: those to whom the basic rights of the U.S. legal system are at least promised, and those who now seem to have no rights at all. The government rounded up over 1,000 immigrants and detained them in secret and indefinitely. Hundreds have been deported and hundreds of others still languish today in prison. This smacks of the infamous concentration camps for Japanese-Americans in World War 2. For the

Kimberlé Crenshaw
(Professor of law, Columbia and UCLA)

Culture Clash

Joan Cusack

John Cusack

Kevin Danaher
(Global Exchange)

Barbara Dane

Rev. Herbert Daughtry

Angela Davis

Ossie Davis

Zach De La Rocha

Mos Def

Ani di Franco

Diane DiPrima

Mark DiSuvero
(Sculptor)

Julie Dorf
(International Gay & Lesbian Human Rights Commission)

Carol Downer
(Board of directors, Chico (CA)
Feminist Women's Health Center)

Roma Downey

Roxanne Dunbar-Ortiz
(Professor, California State University, Hayward)

Bill Dyson
(State representative, Connecticut)

Michael Eric Dyson

Steve Earle
(Singer/songwriter)

Barbara Ehrenreich

Deborah Eisenberg
(Writer)

Hector Elizondo

first time in decades, immigration procedures single out certain nationalities for unequal treatment.

In our name, the government has brought down a pall of repression over society. The President's spokesperson warns people to "watch what they say." Dissident artists, intellectuals, and professors find their views distorted, attacked, and suppressed. The so-called Patriot Act -- along with a host of similar measures on the state level -- gives police sweeping new powers of search and seizure, supervised if at all by secret proceedings before secret courts.

In our name, the executive has steadily usurped the roles and functions of the other branches of government. Military tribunals with lax rules of evidence and no right to appeal to the regular courts are put in place by executive order. Groups are declared "terrorist" at the stroke of a presidential pen.

We must take the highest officers of the land seriously when they talk of a war that will last a generation and when they speak of a new domestic order. We are confronting a new openly imperial policy towards the world and a domestic policy that manufactures and manipulates fear to curtail rights.

There is a deadly trajectory to the events of the past months that must be seen for what it is and resisted. Too many times in history people have waited until it was too late to resist.

President Bush has declared: "you're either with us or against us." Here is our answer: We refuse to allow you to speak for all the American people. We will not give up our right to question. We will not hand over our consciences in return for a hollow promise of safety. We say NOT IN OUR NAME. We refuse to be party to these wars and we repudiate any inference that they are being waged in our name or for our welfare. We extend a hand to those around the world suffering from these policies; we will show our solidarity in word and deed.

We who sign this statement call on all Americans to join together to rise to this challenge. We applaud and support the questioning and protest now going on, even as we recognize the need for much, much more to actually stop this juggernaut. We draw inspiration from the Israeli reservists who, at

Daniel Ellsberg

Brian Eno

Eve Ensler

Leo Estrada
(Professor of Urban Planning, UCLA)

Frances D. Fergusson
(President, Vassar College)

Lawrence Ferlinghetti
(City Lights Bookstore)

Laura Flanders
(Radio host and journalist)

Jane Fonda

Richard Foreman

Thomas C. Fox
(Publisher, National Catholic Reporter)

Elizabeth Frank

Michael Franti
(Spearhead)

Glen E. Friedman

Bill Frisell
(Musician)

Terry Gilliam
(Film director)

Milton Glaser

Charles Glass
(Journalist)

Jeremy Matthew Glick
(Co-editor, Another World Is Possible)

Corey Glover
(Singer, Living Color)

Danny Glover

Danny Goldberg

Leon Golub

Juan G—mez Quiñones
(Historian, UCLA)

---

from the Israeli reservists who, at great personal risk, declare "there IS a limit" and refuse to serve in the occupation of the West Bank and Gaza.

We also draw on the many examples of resistance and conscience from the past of the United States: from those who fought slavery with rebellions and the underground railroad, to those who defied the Vietnam war by refusing orders, resisting the draft, and standing in solidarity with resisters.

Let us not allow the watching world today to despair of our silence and our failure to act. Instead, let the world hear our pledge: we will resist the machinery of war and repression and rally others to do everything possible to stop it.

## October 6,
NOT IN OUR NAME - Rallies against the War October 6:
Over 20,000 NYC
See photos 10,000 in LA more news:
www.Why-War.com *and*
www.notinourname.net

For full press coverage on the Oct 6 demos across the country

## ARTISTS!

**SPREAD THE WORD!**, get the statement reprinted in the publication of your choice, get on the radio and talk about it, write a letter to the editor, put it on a website, send it to 300 friends, make copies and take it to your audience at the theaters, galleries, concert halls, clubs.

**WE CAN STOP THIS MADNESS. IF NOT NOW, WHEN?**

**PLEDGE OF RESISTANCE**



Vivian Gornick

Jorie Graham

André Gregory

John Guare

Allan Gurganus

Jessica Hagedorn

Sondra Hale
(Professor, anthropology and women's studies, UCLA)

Suheir Hammad

Nathalie Handal
(Poet and playwright)

Daniel Handler
(aka Lemony Snicket)

Michael Hardt
(Co-Author of Empire)

Christine B. Harrington
(Professor of Politics, NYU)

David Harvey
(Distinguished professor of anthropology,
CUNY Graduate Center)

Stanley Hauerwas
(Theologian)

Tom Hayden

Geoffrey Hendricks

Edward S. Herman
(Wharton School, University of Pennsylvania)

Susannah Heschel
(Professor, Dartmouth College)

Fred Hirsch
(Vice president, Plumbers and Fitters Local 393)

bell hooks

Doug Ireland
(Contributing editor, In These Times)

Rakaa Iriscience
(Dilated Peoples)



Not In Our Name
- Two Songs
by Saul Williams and the
Pledge of Resistance



NYC: Not in Our Name:
**An Evening of Conscience
October 3,** a reading with Eve
Ensler, Marisa Tomei, Tony Kushner
and more.

Remarks by Tony Kushner
at Not In Our Name: Evening
of Conscience



Art Signs of the
Pledge of Resistance



Savage Rose releases
A World in Flame
(Not In Our Name)

Abdeen Jabara
(Past Pres, Amer.-Arab Anti-Discrimination Comm.)

Rev. Jesse Jackson

Mumia Abu-Jamal

Fedric Jamison
(Chair of the Literature Program, Duke)

Harold B. Jamison
(Major (ret.), USAF)

Jim Jarmusch

Erik Jensen
(Actor/playwright)

Chalmers Johnson
(Author of Blowback)

Bill T. Jones

Casey Kasem

Evelyn Fox Keller
(Professor of History of Science, MIT)

Robin D.G. Kelley
(Prof. of History & Africana Studies, NYU)

Martin Luther King III
(Pres., Southern Christian Leadership Conference)

Barbara Kingsolver

Arthur Kinoy
(Board co-chair, Center for Constitutional Rights)

Sally Kirkland

C. Clark Kissinger
(Refuse & Resist!)

Yuri Kochiyama

Annisette & Thomas Koppel
(Singers/composers)

Barbara Koppel

David Korten
(Author of When Corporations Rule the World)

Barbara Kruger

Tony Kushner

James Lafferty

(Executive director, National Lawyers Guild/L.A.)

Ray Laforest
(Haiti Support Network)

Beth K. Lamont
(Corliss-Lamont.org)

Jesse Lemisch
(Professor of history emeritus,
John Jay College of Justice, CUNY)

Harriet Lerner

Rabbi Michael Lerner
(Editor, TIKKUN magazine)

Phil Lesh
(Grateful Dead)

Richard Lewontin
(Professor Emeritus of Biology, Harvard)

Lucy Lippard

James Longley
(Filmmaker)

Barbara Lubin
(Middle East Childrens Alliance)

Janet L. Abu-Lughod
(Prof. of Pol. & Soc.Science, NYU)

Staughton Lynd

Dave Marsh

Rabbie Robert Marx

Rep. Jim McDermott

Aaron McGruder

Rep. Cynthia McKinney

W.S. Merwin

Susan Minot

Anuradha Mittal
(Co-director, Institute for Food and
Development Policy/Food First)

Malaquias Montoya
(Visual artist)

Tom Morello

Robin Morgan

Viggo Mortensen

Minister Benjamin Muhammed
(Hip-Hop Summit Action Network)

Jill Nelson

Robert Nichols
(Writer)

Linda Nochlin

Kate Noonan

Claes Oldenburg

Pauline Oliveros

Yoko Ono

Rev. E. Randall Osburn
(Exec. V.P., Southern Christian Leadership Conference)

Ozomatli

Jim Page
(Singer)

Grace Paley

Michael Parenti

Jeremy Pikser
(Screenwriter, Bulworth)

Frances Fox Piven
(Graduate Center of the City University of New York)

Katha Pollitt

James Stewart Polshek

Harold Prince

Jerry Quickley
(Poet)

John T. Racanelli
(Presiding Justice (Ret), California Court of Appeal)

Bonnie Raitt

Margaret Randall

Marcus Raskin

Michael Ratner
(Pres., Center for Constitutional Rights)

Amy Ray
(Indigo Girls)

Rev. George Regas
(Interfaith Communities United for Justice and Peace)

Adrienne Rich

David Riker
(Filmmaker)

Boots Riley
(The Coup)

Kate Robin

James Rosenquist

Judith Rossner

Matthew Rothschild

Ed Sadlowski

Edward Said

Angelica Salas
(Director, Campaign for Humane Immigrant Rights of LA)

Luc Sante

Susan Sarandon

Saskia Sassen
(Prof. of Sociology, Chicago)

John Sayles

Jonathan Schell
(Fellow, Nation Institute)

Carolee Schneemann
(Artist)

Ralph Schoenman & Mya Shone
(Council on Human Needs)

Juliet Schor
(Director of Women's Studies, Harvard)

Annabella Sciorra

Pete and Toshi Seeger

Mark Selden
(Historian)

(Historian)

Peter A. Serkin

Frank Serpico

Richard Serra

James Shamus

Rev. Al Sharpton

Wallace Shawn

Martin Sheen

Ron Shelton

Alex Shoumatoff

Russell Simmons

John J. Simon
(Writer, editor)

Kevin Smith

Kiki Smith

Michael Steven Smith
(National Lawyers Guild/NY)

Norman Solomon
(Syndicated columnist and author)

Scott Spenser

Nancy Spero

Art Spiegelman

Starhawk

Bob Stein
(Publisher)

Jack Steinberger
(Nobel Laureate)

Gloria Steinem

Oliver Stone

Mark Strand

William & Rose Styron

Peter Syhen

Peter Syben
(Major, US Army, retired)

Ron Takaki
(Prof. of Ethnic Studies, Berkeley)

Jonathan Tasini
(President, National Writers Union, NYC)

Michael Taussig
(Prof. of Anthropology, Columbia)

Tony Taccone
(Director)

Studs Terkel

Marisa Tomei

Marcia Tucker
(Founding director emerita,
New Museum of Contemporary Art, NY)

Lief Utne

Nina Utne

Kinan Valdez

Coosje Van Bruggen

Gore Vidal

Anton Vodvarka
(Lt., FDNY (ret.))

Kurt Vonnegut

Alice Walker

Rebecca Walker

Naomi Wallace

Immanuel Wallerstein
(Sociologist, Yale University)

Rev. George Webber
(President emeritus, NY Theological Seminary)

Leonard Weinglass

Cornell West

Haskell Wexler

John Edgar Wideman

Cora Weiss

C.K. Williams

Saul Williams

S. Brian Willson
(Activist/writer)

Jeffrey Wright
(Actor)

Mary A. Zimmerman

Howard Zinn
(Historian)

*(Organizations for Identification Only)*

For an expanded list of signers

## The members ofÊ the statement Advisory Board are:
Russell Banks, Kimberley Crenshaw, Eve Ensler, Jeremy Glick, Abdeen Jabara, Robin D.G. Kelley, Rabbi Michael Lerner, Tony Kushner, Dave Marsh, Rev. E. Randall Osburn, Michael Ratner, Naomi Wallace, and Howard Zinn.

## The members of the statement Working Group are:
William Blum, Paul Chevigny, Nina Felshin, Connie Julian, C. Clark Kissinger, Joyce Kozloff, Jeremy Pikser, Sara Sharpe, Michael Steven Smith, and Julie Zuckerman

Organizations for identification only (partial list as of 8/14/02) This is only a partial list of signers and its emphasis is on those in arts and letters. New names are coming in all the time, but for a more complete listing of signers, see: http://www.nion.us/

**For More Information:**

Not In Our Name Statement of Conscience: http://www.nion.us

Not In Our Name Project: http://www.notinourname.net

---

To read The Guardian (UK) news story from June 14, 2002, go to:
http://www.guardian.co.uk/Print/0,3858,4433256,00.html

To see the statement and signatories on the Guardian site, go to:
http://www.guardian.co.uk/Print/0,3858,4433327,00.html