U.S. DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DISTRICT

FILED
APR 14 2004

JAMES G. ABOUREZK          )
                           )
                           )
        Plaintiff,         )      Civil Action No. 03-4146
    v.                     )
                           )      **NOTICE OF APPEARANCE**
PROBUSH.COM, INC., a Pennsylvania corporation, )
and MICHAEL MARINO, an individual              )
                           )
                           )
                           )
        Defendant.         )

I, Charles Abourezk, 2040 W. Main Street, Rapid City, South Dakota, 57709, hereby gives notice to this Court that I have been retained by, and appear for, the above named Plaintiff as co-counsel to Todd D. Epp in the above-entitled action.

Respectfully submitted this __12__ day of __April__, 2004.

_____
Charles Abourezk
Attorney for Plaintiff
2040 W. Main Street
Rapid City, SD 57709
605-342-0097

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing NOTICE OF APPEARANCE was deposited in the United States mail, postage prepaid, on the ___12___ day of ___April___, 2004, addressed as follows:

Ronald Parsons, Jr.
Johnson, Heidapriem, Miner, Marlow & Janklow, LLP
PO Box 1107
Sioux Falls, SD  57101-1107

Attorney for Defendants

_____
Charles Abourezk