FILED
APR 22 2004

U.S. DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DISTRICT

| | |
|---|---|
| JAMES G. ABOUREZK ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 03-4146 |
| v. ) | |
| ) | **NOTICE OF APPEARANCE** |
| PROBUSH.COM, INC., a Pennsylvania corporation, ) | |
| and MICHAEL MARINO, an individual ) | |
| ) | |
| Defendant. ) | |

I, Michael Abourezk, ~~2040 W. Main Street,~~ *117 Knollwood Dr.* Rapid City, South Dakota, ~~57709~~ *57701*, hereby gives notice to this Court that I have been retained by, and appear for, the above named Plaintiff as co-counsel to Todd D. Epp in the above-entitled action.

Respectfully submitted this __19__ day of __April__, 2004.

_____
Michael Abourezk
Attorney for Plaintiff
~~2040 W. Main Street~~ *117 Knollwood Dr.*
Rapid City, SD ~~57709~~ *57701*
605-342-0097

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing NOTICE OF APPEARANCE was deposited in the United States mail, postage prepaid, on the _20_ day of _April_, 2004, addressed as follows:

Ronald Parsons, Jr.
Johnson, Heidapriem, Miner, Marlow & Janklow, LLP
PO Box 1107
Sioux Falls, SD  57101-1107

Attorney for Defendants

_____
Michael Abourezk