UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES G. ABOUREZK,<br><br>    Plaintiff,<br><br>vs.<br><br>PROBUSH.COM, INC., a Pennsylvania corporation, and MICHAEL MARINO, an individual,<br><br>    Defendants. | Civ. 03-4146<br><br>**STIPULATION FOR DISMISSAL OF MICHAEL MARINO** |

COME NOW the Defendants, by and through their counsel of record, Ronald A. Parsons, Jr., and Plaintiff, by and through his counsel of record, Todd Epp, and hereby stipulate to the dismissal of named Defendant Michael Marino without prejudice.

Dated this 23 day of June, 2004.

> JOHNSON, HEIDEPRIEM, MINER,
> MARLOW & JANKLOW, LLP
>
> /s/ Ronald A. Parsons, Jr.
> _____
> Ronald A. Parsons, Jr.
> 431 North Phillips Avenue, Suite 400
> P.O. Box 1107
> Sioux Falls, SD 57101-1107
> (605) 338-4304
>
> *Attorneys for Defendant ProBush.com*

Dated this 25th day of June, 2004.

ABOUREZK & EPP LAW OFFICES, ~~P.C.~~

*[signature: Todd D. Epp]*

Todd D. Epp
PO Box 1164
Sioux Falls, SD 57101-1164

*Attorneys for the Plaintiff*