UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED

*********************************************************************

| | | |
|---|---|---|
| JAMES G. ABOUREZK, | * | CIV 03-4146 |
| Plaintiff, | * | |
| vs. | * | ORDER OF DISMISSAL |
| PROBUSH.COM, INC., a Pennsylvania Corporation, and MICHAEL MARINO, an Individual, | * | |
| Defendants. | * | |

*********************************************************************

Pending before the Court is a Stipulation for Dismissal of Michael Marino, Doc. 15. After consideration of the same, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Stipulation for Dismissal of Michael Marino, Doc. 15, is granted, and the claims of the above-named Plaintiff are hereby dismissed upon the merits, without prejudice and without costs as to Defendant Michael Marino.

Dated this 30th day of June, 2004.

BY THE COURT:

Lawrence L. Piersol
Chief Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
DEPUTY