U.S. DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DISTRICT

| | |
|---|---|
| JAMES G. ABOUREZK, an individual, ) <br> JANE FONDA, an individual, and ) <br> ROXANNE DUNBAR-ORTIZ, an individual, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PROBUSH.COM, INC., a Pennsylvania corporation, ) <br> MICHAEL MARINO, an individual, and ) <br> BEN MARINO, an individual, ) <br> ) <br> ) <br> Defendant. ) | Civil Action No. <br><br> **FIRST AMENDED COMPLAINT, NOTICE OF APPEARANCE, NOTICE OF PUNITIVE DAMAGES and NOTICE OF JURY TRIAL DEMAND** |

COMES NOW the Plaintiffs, James Abourezk, Jane Fonda, and Roxanne Dunbar-Ortiz for their First Amended Complaint against Defendants Probush.com Inc., Michael Marino, and Ben Marino they state and allege:

### INTRODUCTION

The following action against the Defendants arises from libel of the Plaintiffs. Plaintiffs discovered that they were called a traitor on Defendants website. Under South Dakota Law, such a statement is considered libel per se.

### PARTIES

1. Plaintiff is a resident of Sioux Falls, county of Minnehaha, state of South Dakota. He is a former U.S. Senator from South Dakota.

2. Plaintiff Jane Fonda, is a resident of Atlanta, county of Fulton, state of Georgia. She is a renowned film actress and civic activist.

3. Plaintiff Roxanne Dunbar-Ortiz, is a resident of San Francisco, county of San Francisco, state of California. She is an author, historian and professor in the Department of Ethnic Studies at California State University.

4. On information and belief, Defendant, Probush.com Inc. is located at P.O. Box 16, in the city of West Point, state of Pennsylvania. The administrative contact is listed as Michael Marino. See Exhibit A, a true and correct copy of a Whois search, attached hereto and incorporated herein.

5. On information and belief, Defendant, Michael Marino is the editor and publisher of the probush.com website.

6. On information and belief, Defendant Ben Marino resides in the state of Pennsylvania. He is co-owner of Probush.com, Inc.

## JURISDICTION and VENUE

7. This Court has jurisdiction over the matter and the parties under 28 USC § 1332. The Plaintiffs request damages in excess of $75,000. Plaintiff Abourezk is a resident of the state of South Dakota, Plaintiff Fonda is a resident of Georgia, and Plaintiff Dunbar-Ortiz is a resident of California, and the Defendants are, under information and belief, residents of the state of Pennsylvania.

8. Personal jurisdiction over the Defendant's is appropriate in South Dakota under SDCL 15-7-2(1), as they are transacting business in South Dakota by the sale of merchandise from Defendant's website, probush.com, and/or SDCL 15-7-2(2), the accrual in this state of a tort against the Plaintiffs the Defendants committed, and/or SDCL 15-7-2(14), the Defendants maintenance of a website accessible by South Dakota residents.

## GENERAL ALLEGATIONS COMMON to all COUNTS

9. On or about April 9, 2003, Plaintiff Abourezk discovered a website, owned and operated by the Defendants, which contained a picture of him and stated he was a traitor. See Exhibit B, a true and correct copy of partial pages from probush.com, alleged hereto and incorporated herein.

10. According to Black's Law Dictionary (6th Ed. Abridged, 1991) at 1040, a traitor is "one who is guilty of treason."

11. Treason is a felony under federal law, 18 USCA § 2381, and South Dakota law, SDCL 22-8-1.

12. The Defendant's statement about the Plaintiffs is libelous under SDCL 20-11-3.

13. Plaintiff Abourezk is an honorably discharged veteran of the United States Navy, a former United States Congressman, and a former U.S. Senator. He also is admitted to practice law before the courts of South Dakota, the District of Columbia, and the U.S. Supreme Court. He has taken oaths to uphold the Constitution of the United States in these positions.

14. Plaintiff's Fonda and Dunbar-Ortiz also knew of Defendant Probush.com, Inc.'s website, which contained pictures of them and stated that they were

      traitors. See Exhibit C, a true and correct copy of the "Traitor" list, specifically pages 14 and 15, attached hereto and incorporated herein.

15. Plaintiff Fonda is a highly successful and well-respected actress. She is the daughter of actor Henry Fonda.

16. Plaintiff Dunbar-Ortiz was a founding member of the early women's movement.

## COUNT I ---DEFAMATION PER SE

17. The Plaintiffs incorporate the above paragraphs and restates them herein.

18. Defendants have made a false statement by calling the Plaintiffs traitors.

19. Such a statement is libelous per se under South Dakota law as it accuses the Plaintiffs of a criminal act they did not commit.

20. Defendant's disclaimer on its website, probush.com, is ineffective and meaningless.

21. Defendant's libelous statement is intended to injure Plaintiff Abourezk's legal profession and standing in the community.

22. Defendants' libelous statement is intended to injure Plaintiff Fonda's acting career and standing in the community.

23. Defendants' libelous statement is intended to injure Plaintiff Dunbar-Ortiz's career as a professor and author and her standing in the community.

24. Defendants were not privileged to make such false statements about the Plaintiffs.

## PRAYER FOR RELIEF

THEREFORE, each Plaintiff prays for the following relief:

      A.    Actual damages in the amount of $ 2 million.

      B.    Punitive damages in the amount of $ 3 million.

      C.    The cost and attorney's fees of this action.

      D.    Removal of any reference to Plaintiff on Defendant's website.

      E.    Any other just and equitable relief.

      F.    Public Apologies.

Dated this _____ day of _____, 2004.

_____
James Abourezk
Plaintiff

Dated this _____ day of _____, 2004.

_____
Jane Fonda
Plaintiff

Dated this _____ day of _____, 2004.

_____
Roxanne Dunbar-Ortiz
Plaintiff

## VERIFICATION OF COMPLAINT

State of South Dakota  :
                              ss.
County of Minnehaha :

James Abourezk, an individual, being first duly sworn upon under oath says: that he is the Plaintiff above named and has read the above and foregoing instrument, understands the contents thereof, and the same is true according to his own knowledge, except as to matters therein stated upon information and belief, and as to such matters he believes the same to be true.

                                                                           _____
                                                                           James Abourezk

Subscribed and sworn to before me this ___ day of _____, 2004.

                                                                           _____
                                                                           Notary Public
                                                                           My Commission Expires:

**(SEAL)**

## VERIFICATION OF COMPLAINT

State of Georgia    :
                    ss.
County of Fulton    :

Jane Fonda, an individual, being first duly sworn upon under oath says: that she is the Plaintiff above named and has read the above and foregoing instrument, understands the contents thereof, and the same is true according to her own knowledge, except as to matters therein stated upon information and belief, and as to such matters she believes the same to be true.

_____
Jane Fonda

Subscribed and sworn to before me this \_\_ day of _____, 2004.

_____
Notary Public
My Commission Expires:

**(SEAL)**

## **VERIFICATION OF COMPLAINT**

State of California        :
                          ss.
County of San Francisco    :

Roxanne Dunbar-Ortiz, an individual, being first duly sworn upon under oath says: that she is the Plaintiff above named and has read the above and foregoing instrument, understands the contents thereof, and the same is true according to her own knowledge, except as to matters therein stated upon information and belief, and as to such matters she believes the same to be true.

                                                Roxanne Dunbar-Ortiz

Subscribed and sworn to before me this ___ day of _____, 2004.

                                                Notary Public
                                                My Commission Expires:

**(SEAL)**

## NOTICE OF APPEARANCE

Todd D. Epp, of counsel, Abourezk Law Offices, P.C., PO Box 1164, Sioux Falls, SD 57101-1164, hereby notes his appearance on behalf of the Plaintiffs above-named.

Dated this _____ day of _____, 2004.

By: _____
Todd D. Epp
Of Counsel
Abourezk Law Offices, P.C.
PO Box 1164
Sioux Falls, SD 57101-1164
(o) 605.334.8402
(f) 605.334-9404

Email: tdepp@aol.com

Attorney for Plaintiffs

## NOTICE OF DEMAND FOR PUNITIVE OR EXEMPLARY DAMAGES

The Plaintiffs hereby notify the Defendants and the Court that they are seeking punitive or exemplary damages since they reasonably believe the Defendants actions against them are willful, wanton, and/or malicious.

## NOTICE OF JURY TRIAL DEMAND

Plaintiffs demand trial by jury of all issues triable by a jury.

_____
Todd D. Epp

# EXHIBIT A



**Go Daddy** COOL NAME. HOT PRICES!  **#1 in net new domain registrations in 2002 & 1st Qtr 2003!**

| DOMAIN NAMES | WEB HOSTING | EMAIL ACCOUNTS | CREATE A WEB SITE | DRIVE WEB SITE TRAFFIC | BACKORDER DOMAINS | INTERNET UTILITIES | COPYRIGHT PROTECTION |

Home .... My Account .... Help .... 24/7 Customer Service .... Reseller Program .... Company Info .... Go To: — Main Site —

**WHOIS Database Search**

## WHOIS Search Results for: PROBUSH.COM

**This domain is NOT Available**
However, you can backorder this domain for just $18.95.

**BACKORDER NOW**

Enter another domain to check.

www. PROBUSH                                    CO

```
The data contained in Go Daddy Software, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior
permission of Go Daddy Software, Inc.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.
Please note: the owner of the domain name is specified
in the "registrant" field.  In most cases, Go Daddy Software, Inc.
is not the owner of domain names listed in this database.
Registrant:
    ProBush.com, Inc.
    PO Box 16
    West Point, Pennsylvania 19486
    United States

    Registered through: Go Daddy Software (http://www.godaddy.com)
    Domain Name: PROBUSH.COM
        Created on: 17-Jul-02
        Expires on: 17-Jul-03
        Last Updated on: 17-Jul-02
    Administrative Contact:
        Marino, Michael   webmaster@probush.com
        ProBush.com, Inc.
        PO Box 16
        West Point, Pennsylvania 19486
        United States
        215-654-0692
    Technical Contact:
        Marino, Michael   webmaster@probush.com
        ProBush.com, Inc.
        PO Box 16
```

```
   West Point, Pennsylvania 19486
   United States
   215-654-0692
Domain servers in listed order:
   WSC1.JOMAX.NET
   WSC2.JOMAX.NET
```

Home | Catalog | Shopping Cart | Account Info | Customer Login | FAQ | Support | Reseller Program | Company Info | President's Page | Legal Agreements

Copyright © 2003 Go Daddy Software, Inc. All rights reserved.

    

# EXHIBIT B

| About Us | Tributes | Patriot List™ | ProBush.com Gear! |
| Home | Traitor List™ | Feedback | ProBush.com Poster Store! |

# Traitor List ™

**What's Your Agenda?**



Sign up to receive our newsletter!
[your email] [go]



Click here to send this page to a friend!

**Treason:** Violation of allegiance toward one's country or sovereign, especially the betrayal of one's country by waging war against it or by consciously and purposely acting to aid its enemies.

Traitor: If you do not support our President's decisions you are a traitor.

*Get to know your traitor!*

*Parody. Not to be taken seriously. These "traitors" are not legal "traitors" of the United States.*

Page 2

News Headlines

Newsletter Archives

Contact the President

White House Staff

Get Your ProBush.com Gear!

George W. Bush Elite Force Action Figure

George W. Bush Coin

George W. Bush Posters



### Howard Stern

Leave POTUS alone!



### Susan Sarandon

Top of my list?

Tribunal for you



### Sen. John Kerry

 James Abourezk

 As`ad AbuKhalil

 Dr. Patch Adams

 Michael Albert

 Robert Altman

 Laurie Anderson


Ossie Davis


Zack de la Rocha


Mos Def


Ani Di Franco


Roxanne Dunbar-Ortiz


Michael Eric Dyson

 Steve Earle

 Laura Flanders

 Lawrence Ferlinghetti

 Frances D. Fergusson

 Jane Fonda

 Leo Estrada