ATTORNEYS AT LAW

# Johnson, Heidepriem, Miner, Marlow & Janklow, L.L.P.

431 North Phillips Avenue, Suite 400
Sioux Falls, South Dakota 57104-5933

**Mailing Address:**
P.O. Box 1107
Sioux Falls, South Dakota 57101-1107

Telephone (605)338-4304 • FAX (605)338-4162

**Reply To: Sioux Falls**

January 3, 2005

**Sioux Falls Office**
Steven M. Johnson
Scott N. Heidepriem*
A. Russell Janklow
Scott A. Abdallah*
Ronald A. Parsons, Jr.
Matthew T. Tobin
Tamara A. Wilka
Shannon Falon
Kimberly J. Lanham

*Also Admitted in Minnesota

**Yankton Office**
Steven M. Johnson
Celia Miner **
Michael F. Marlow
Sheila S. Woodward**†
Steven K. Huff**
Debora L. Gruhn

Gerald L. Reade
*of counsel*

P.O. Box 667
200 West Third Street
Yankton, SD 57078-0667
Telephone (605)665-5009
FAX (605)665-4788

**Also Admitted in Iowa
†Also Admitted in Nebraska

Chief Judge Lawrence L. Piersol
UNITED STATES DISTRICT COURT
400 S. Phillips Avenue, Suite 202
Sioux Falls, SD 57104

**FILED**
JAN 0 4 2005

RE:   *Abourezk v. ProBush.com, et al.*
      Civ. No. 03-4146

Dear Chief Judge Piersol:

Defendant, ProBush.com has elected to withdraw its opposition to Plaintiff's Motion to Amend Verified Complaint to Add Parties Jane Fonda and Roxanne Dunbar-Ortiz as Plaintiffs in this action.

Very truly yours,

RONALD A. PARSONS, JR.
For the Firm

RAP:lms

cc:   Mr. Michael Marino
      Mr. Todd Epp