U.S. DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DISTRICT

| | |
|---|---|
| JAMES G. ABOUREZK, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 03-4146 |
| v. ) | |
| ) | **NOTICE OF DEPOSITION** |
| PROBUSH.COM, INC., a Pennsylvania corporation, ) | |
| ) | |
| Defendant. ) | |

Please take notice that the undersigned counsel will take the deposition of Michael Marino on Wednesday, Jan. 19, 2004 at 10:00 a.m. and the deposition of James Abourezk, Jan. 19, 2004 at 3:00 p.m. Said depositions will be taken by stenographic means at the office of Ron Parsons, Jr. at Johnson, Heidepreim, Miner, Marlow & Janklow, and will continue from day to day until said deposition is complete. The witness is requested to bring with him any and all records, if any, pertaining to the incident(s) giving rise to the lawsuit filed herein. The attorney for the Defendant is requested to produce the witness and all records or documents intended to be used as exhibits in the trial of this matter.

Dated this 10th day of January, 2005.

Respectfully submitted,

**/s/ Todd D. Epp**
Todd D. Epp

Abourezk & Epp Law Offices
401 E. 8th Street, Suite 321
Sioux Falls, SD  57103
(o) 605-334-8402
(f) 605-334-9404

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the above and foregoing was filed electronically and sent via the U.S. Mail, postage prepaid on the 10th day of January, 2005, and properly addressed to:

Court Reporter
Jill Connely
Advanced Reporting
1801 E. Edgewood Rd.
Sioux Falls, SD  57103-4538

Counsel for Defendant
Ron Parsons, Jr.
Johnson, Heidepriem, Miner, & Janklow
PO Box 1107
Sioux Falls, SD  57101

                                                **/s/ Todd D. Epp**_____
                                                Todd D. Epp