UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES G. ABOUREZK,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PROBUSH,COM, INC., a Pennsylvania Corporation,<br><br>　　　　　　　Defendant. | Civ. 03-4146<br><br><br>**NOTICE OF DEPOSITION** |

　　　　PLEASE TAKE NOTICE that the Defendant, by and through his counsel, Ronald A. Parsons, Jr., will take the deposition of James G. Abourezk on Tuesday, January 18, 2005 beginning at 3:00 p.m. at the law firm of JOHNSON, HEIDEPRIEM, MINER, MARLOW & JANKLOW, LLP. 431 North Phillips Avenue, Suite 400, Sioux Falls, South Dakota, before a duly authorized court reporter.

　　　　In addition, deponents are required to bring with them all records, files, memoranda or other documents concerning the case.

Dated this 10th day of January, 2005.

　　　　　　　　　　　　　　　　　　　　　JOHNSON, HEIDEPRIEM, MINER,
　　　　　　　　　　　　　　　　　　　　　MARLOW & JANKLOW, LLP


　　　　　　　　　　　　　　　　　　　　　**/S/ RONALD A. PARSONS, JR.**
　　　　　　　　　　　　　　　　　　　　　*Filed Electronically*
　　　　　　　　　　　　　　　　　　　　　Ronald A Parsons, Jr.
　　　　　　　　　　　　　　　　　　　　　431 North Phillips Avenue, Suite 400
　　　　　　　　　　　　　　　　　　　　　P.O. Box 1107
　　　　　　　　　　　　　　　　　　　　　Sioux Falls, SD 57101-1107
　　　　　　　　　　　　　　　　　　　　　(605) 338-4304

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of **Notice of Deposition** was served electronically upon the following:

Mr. Todd D. Epp
ABOUREZK & EPP
401 E. 8th Street, Suite 321
Sioux Falls, SD 57103

on this 10th day of January, 2005.

                                            **/S/ Ronald A. Parsons, Jr.**
                                            Ronald A. Parsons, Jr.