U.S. DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DISTRICT

| | |
|---|---|
| JAMES G. ABOUREZK ) | |
| ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 03-4146 |
| v. ) | |
| ) | **AMENDED NOTICE OF** |
| PROBUSH.COM, INC., a Pennsylvania corporation, ) | **DEPOSITION** |
| ) | |
| Defendant. ) | |

Please take notice that the undersigned counsel will take the deposition of James Abourezk on Tuesday, Jan. 18, 2004 at 3:00 p.m., Michael Marino on Wednesday, Jan. 19, 2004 at 10:00 a.m. and the deposition of Ben Marino, Jan. 19, 2004 at 3:00 p.m. Said depositions will be taken by stenographic means at the office of Ron Parsons, Jr. at Johnson, Heidepreim, Miner, Marlow & Janklow, and will continue from day to day until said deposition is complete. The witness is requested to bring with him any and all records, if any, pertaining to the incident(s) giving rise to the lawsuit filed herein. The attorney for the Defendant is requested to produce the witness and all records or documents intended to be used as exhibits in the trial of this matter.

Dated this 11th day of January, 2005.

Respectfully submitted,

**/s/ Todd D. Epp**_____
Todd D. Epp

Abourezk & Epp Law Offices
401 E. 8th Street, Suite 321
Sioux Falls, SD  57103
(o) 605-334-8402
(f) 605-334-9404

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing was filed electronically and sent via the U.S. Mail, postage prepaid on the 11th day of January, 2005, and properly addressed to:

<u>Court Reporter</u>
Jill Connely
Advanced Reporting
1801 E. Edgewood Rd.
Sioux Falls, SD  57103-4538

<u>Counsel for Defendant</u>
Ron Parsons, Jr.
Johnson, Heidepriem, Miner, & Janklow
PO Box 1107
Sioux Falls, SD  57101

                                              **/s/ Todd D. Epp**_____
                                              Todd D. Epp