UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



**FILED**

APR 1 9 2005

CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| JAMES G. ABOUREZK, JANE FONDA and ROXANNE DUNBAR-ORTIZ, | * * * * | CIV. 03-4146 |
| Plaintiffs, | * | |
| vs. | * * | ORDER GRANTING MOTION TO AMEND COMPLAINT |
| PROBUSH.COM, INC., a Pennsylvania Corporation, MICHAEL MARINO and BEN MARINO, | * * * * | |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Plaintiff, James G. Abourezk, filed a motion to amend his Verified Complaint to add additional parties to this litigation. (Doc. 23.) After initially opposing the motion, counsel for Defendant, ProBush.Com, notified the Court that Defendant had no objection to adding Jane Fonda and Roxanne Dunbar-Ortiz as plaintiffs. Pursuant to the Court's Order issued on February 2, 2005, Defendant has advised the Court that it also has no objection to adding Ben Marino and Michael Marino as defendants. Accordingly,

IT IS ORDERED:

1.  That the Motion to Amend Verified Complaint and Add Parties (doc. 23), is granted in full, and Ben Marino and Michael Marino are added as defendants;

2.  That the caption in this case shall be amended as set forth above; and

3.  That, on or before April 29, 2005, Plaintiffs shall serve and file the original First Amended Complaint signed in accordance with Federal Rule of Civil Procedure 11(a). Defendants shall file an answer within 10 days after service of the amended complaint, in accordance with Federal Rule of Civil Procedure 15(a).

Dated this _____ day of April, 2005.

BY THE COURT:

Lawrence L. Piersol
Chief Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
(SEAL)        DEPUTY

2