# EXHIBIT A



# Go Daddy SOFTWARE
COOL NAME. HOT PRICES!

**#1 in net new domain registrations in 2002 & 1st Qtr 2003!**

| DOMAIN NAMES | WEB HOSTING | EMAIL ACCOUNTS | CREATE A WEB SITE | DRIVE WEB SITE TRAFFIC | BACKORDER DOMAINS | INTERNET UTILITIES | COPYRIGHT PROTECTION |

Home .... My Account .... Help .... 24/7 Customer Service .... Reseller Program .... Company Info .... Go To: — Main Site —

**WHOIS Database Search**

## WHOIS Search Results for: PROBUSH.COM

**This domain is NOT Available**
However, you can backorder this domain for just $18.95.

**BACKORDER NOW**

Enter another domain to check.

WWW. PROBUSH    CO

```
The data contained in Go Daddy Software, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior
permission of Go Daddy Software, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.
Please note: the owner of the domain name is specified
in the "registrant" field. In most cases, Go Daddy Software, Inc.
is not the owner of domain names listed in this database.
Registrant:
    ProBush.com, Inc.
    PO Box 16
    West Point, Pennsylvania 19486
    United States

    Registered through: Go Daddy Software (http://www.godaddy.com)
    Domain Name: PROBUSH.COM
        Created on: 17-Jul-02
        Expires on: 17-Jul-03
        Last Updated on: 17-Jul-02
    Administrative Contact:
        Marino, Michael   webmaster@probush.com
        ProBush.com, Inc.
        PO Box 16
        West Point, Pennsylvania 19486
        United States
        215-654-0692
    Technical Contact:
        Marino, Michael   webmaster@probush.com
        ProBush.com, Inc.
        PO Box 16
```

```
West Point, Pennsylvania 19486
United States
215-654-0692
Domain servers in listed order:
  WSC1.JOMAX.NET
  WSC2.JOMAX.NET
```

Home | Catalog | Shopping Cart | Account Info | Customer Login | FAQ | Support | Reseller Program | Company Info | President's Page | Legal Agreements

Copyright © 2003 Go Daddy Software, Inc. All rights reserved.

