# EXHIBIT   B

| About Us | Tributes | Patriot List™ | ProBush.com Gear! |
|---|---|---|---|
| Home | Traitor List™ | Feedback | ProBush.com Poster Store! |

# Traitor List ™

*What's Your Agenda?*





Sign up to receive our newsletter!

your email  go

Click here to send this page to a friend!

**Treason:** Violation of allegiance toward one's country or sovereign, especially the betrayal of one's country by waging war against it or by consciously and purposely acting to aid its enemies.

Traitor: If you do not support our President's decisions you are a traitor.

*Get to know your traitor!*

*\*Parody. Not to be taken seriously. These "traitors" are not legal "traitors" of the United States.*

Page 2

News Headlines

Newsletter Archives

Contact the President

White House Staff

Get Your ProBush.com Gear!

George W. Bush Elite Force Action Figure

George W. Bush Coin

George W. Bush Posters



## Howard Stern

Leave POTUS alone!



## Susan Sarandon

Top of my list?

Tribunal for you



## Sen. John Kerry

Case 4:03-cv-04146-LLP   Document 38-3   Filed 04/29/05   Page 3 of 5 PageID #: 251

 James Abourezk

 As`ad AbuKhalil

 Dr. Patch Adams

 Michael Albert

 Robert Altman

 Laurie Anderson

Case 4:03-cv-04146-LLP   Document 38-3   Filed 04/29/05   Page 4 of 5 PageID #: 252

 Ossie Davis

 Zack de la Rocha

 Mos Def

 Ani Di Franco

 Roxanne Dunbar-Ortiz

 Michael Eric Dyson

Case 4:03-cv-04146-LLP   Document 38-3   Filed 04/29/05   Page 5 of 5 PageID #: 253

 Steve Earle

 Laura Flanders

 Lawrence Ferlinghetti

 Frances D. Fergusson

 Jane Fonda

 Leo Estrada