U.S. DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DISTRICT

| | | |
|---|---|---|
| JAMES G. ABOUREZK, | ) | |
| JANE FONDA, and | ) | |
| ROXANNE DUNBAR-ORTIZ, | ) | |
|     Plaintiffs, | ) | Civil Action No. 03-4146 |
| v. | ) | |
| | ) | **PLAINTIFFS' NOTICE OF** |
| PROBUSH.COM, INC., a Pennsylvania corporation, | ) | **SERVICE OF ADMISSION OF** |
| MICHAEL MARINO, an individual, and | ) | **SERVICE UPON THE** |
| BENJAMIN MARINO, an individual, | ) | **DEFENDANTS** |
| | ) | |
|     Defendants. | ) | |

    COMES NOW the Plaintiffs, by and through their attorney of record, with this Plaintiff's Notice of Service of Admission of Service Upon the Defendants.

    The Plaintiffs hereby notice the Court and the Defendants that they have served, via US Mail and Email, an Admission of Service upon counsel for the Defendants.

    Dated this 29th day of April, 2005.

                                                           Todd D. Epp Law Office, PLLC
                                                           d/b/a ABOUREZK & EPP LAW OFFICES

                                                           **/s/ Todd D. Epp**
                                                           Todd D. Epp, Esq.
                                                           PO Box 1164
                                                           Sioux Falls, SD  57101-1164
                                                           (o) 605-334-8402  (f) 605-334-9404
                                                           (email) toddepp5531@msn.com

                                                           Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing pleading was deposited in the United States mail, postage prepaid and emailed, on the 29th day of April, 2005, addressed as follows:

> Ronald Parsons, Jr.
> Johnson, Heidepriem, Miner, Marlow & Janklow, LLP
> PO Box 1107
> Sioux Falls, SD  57101-1107
> (email) ron@jhmmj.com
>
> Attorney for Defendants

>                                **/s/ Todd D. Epp**
>                                Todd D. Epp