U.S. DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DISTRICT

| | | |
|---|---|---|
| JAMES G. ABOUREZK, an individual, | ) | |
| JANE FONDA, an individual, and | ) | |
| ROXANNE DUNBAR-ORTIZ, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 03-4146 |
| v. | ) | |
| | ) | **ADMISSION OF SERVICE** |
| PROBUSH.COM, INC., a Pennsylvania corporation, | ) | |
| and MICHAEL MARINO, an individual, and | ) | |
| BEN MARINO, an individual, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

I, Ronald A. Parsons, Jr., Attorney for the Defendants, hereby accepts service of the attached Amended Summons and Verified Complaint in the above-entitled action on this _____ day of _____, 2005.

_____
Ronald A. Parsons, Jr.
Attorney for Defendants