U.S. DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DISTRICT

| | | |
|---|---|---|
| JAMES G. ABOUREZK, <br> ROXANNE DUNBAR-ORTIZ, and <br> JANE FONDA, | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) | Civil Action No. 03-4146 |
| v. | ) <br> ) | **PLAINTIFFS' MOTION FOR** |
| PROBUSH.COM, INC., a Pennsylvania corporation, <br> MICHAEL MARINO, an individual, and <br> BENJAMIN MARINO, an individual, | ) <br> ) <br> ) <br> ) <br> ) | **PARTIAL SUMMARY** <br> **JUDGMENT** |
| Defendants. | ) | |

COMES NOW the Plaintiffs, by and through their attorney of record, with this Plaintiffs' Motion for Partial Summary Judgment.

Pursuant to Fed. R. of Civ. Pro. 56(d), the Plaintiffs move this Court for a ruling of partial summary judgment on the issue of the Defendants' liability in this matter in favor of the Plaintiffs.

Dated this 5th day of July, 2005.

Todd D. Epp Law Office, PLLC

**/s/ Todd D. Epp**

Todd D. Epp, Esq.
610 S. Grand Ave.
Harrisburg, SD  57032-2008
(o) 605.767.5531 (f) 309.213.3884
(email) toddepp5531@msn.com

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing pleading was filed via the District of South Dakota's CM/ECF system and sent via email on the 5th day of July 2005 to:

    Ronald Parsons, Jr.
    Johnson, Heidepriem, Miner, Marlow & Janklow, LLP
    PO Box 1107
    Sioux Falls, SD  57101-1107
    (email) ron@jhmmj.com

    Attorney for Defendants

                        **/s/ Todd D. Epp**
                        Todd D. Epp