Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * *

James G. Abourezk,

Plaintiff,

-vs-

ProBush.com, Inc., a Pennsylvania corporation, and Michael Marino, an individual,

Defendant.

Johnson, Heidepriem, Miner, Marlow & Janklow
Sioux Falls, SD
January 18, 2005
3:00 o'clock p.m.

* * * * * * * * * * * * * * * * * * * * * * * * *

D E P O S I T I O N O F

James G. Abourezk

* * * * * * * * * * * * * * * * * * * * * * * * *

APPEARANCES:

Mr. Todd D. Epp
Abourezk Law Offices
Box 1164
Sioux Falls, SD 57101-1164
for the Plaintiff

Mr. Ronald Parsons
Ms. Kimberly J. Lanham
Johnson, Heidepriem, Miner, Marlow & Janklow
P.O. Box 1107
Sioux Falls, SD 57101-1107
for the Defendants

ALSO PRESENT: Michael Marino
Ben Marino

Page 2

INDEX TO WITNESS


| | Examination |
|---|---|
| BY Mr. Parsons | p. 5 |


INDEX TO EXHIBITS


| | Marked for Identification | Offered for Evidence |
|---|---|---|
| Exhibit 1 (Verified Complaint) | | |
| Exhibit 2 (Affidavit of James G. Abourezk) | | |
| Exhibit 3 (Affidavit of Todd D. Epp) | | |
| Exhibit 4 (Opening page of ProBush.com's website) | | |
| Exhibit 5 (Patriot List) | | |
| Exhibit 6 (Traitor List) | | |
| Exhibit 7 (Not In Our Name Petition) | | |
| Exhibit 8 (Article in Progressive Newsware on Opposition to Bush Administration's Plans to Invade Iraq) | | |
| Exhibit 9 (Article by James Abourezk, "Questioning President's Policies is not Unpatriotic") | | |


Page 3


Exhibit 10
(Article by James Abourezk, "Questioning Bush's Policies a not Unpatriotic")

Exhibit 11
(Article by James Abourezk, "We can beat Iraq, but what for?")

Exhibit 12
(Press announcement about Iraq visit by Institute for Public Accuracy)

Exhibit 13
(E-mail from Todd Epp to Team Leader, 4-10-03)

Exhibit 14
(Letter to Michael Marino from Todd Epp, 5-8-03)

Exhibit 15
(9-16-02 article on Democracy Now)

Exhibit 16
(Article on Lebanonwire.com, 6-14-02)

Exhibit 17
(Article in Institute for Public Accuracy, 9-10-02)

Exhibit 18
(James Abourezk's Congressional biography)

Exhibit 19
(Remarks to AAUG Annual Convention, James Abourezk, 10-19-96)

Exhibit 20
(Article by James Abourezk in Progresive Media Project, 9-23-02)

Exhibit 21
(BookFinder.com, Imperial Washington: The Story of American Public Life from 1870 to 1920, by F.R. Pettigrew)

Exhibit 22
(Living Vegetarian, list of Politicians, Statespersons and Activists)


Page 4


Exhibit 23
(Public Campaign's National Advisory Board list)

Exhibit 24
(Article by James Abourezk, "I'll Hold My Nose With One Hand and Vote for Clinton With the Other")

Exhibit 25
(Article by Sheldon Sunness, "A Talk with the Lonely Man.")

Exhibit 26
(Excerpts from Advise & Dissent, by James Abourezk)


*****

The original transcript of this deposition was given to Mr. Parsons

EXHIBIT
A

STIPULATION

It is stipulated and agreed by and between the above-named parties, through their attorneys of record, whose appearances have been hereinabove noted, that the deposition of James G. Abourezk may be taken at this time and place, that is, at the offices of Johnson, Heidepriem, Miner, Marlow & Janklow, Sioux Falls, South Dakota, on the 18th day of January, 2005, commencing at the hour of 3:00 o'clock p.m.; said deposition taken before Jill M. Connelly, Notary Public within and for the State of South Dakota; said deposition taken for the purpose of discovery or for use at trial or for each of said purposes, and said deposition is taken in accordance with the applicable Rules of Civil Procedure as if taken pursuant to written notice.

JAMES ABOUREZK,

called as a witness, being first duly sworn, testified as follows:

EXAMINATION BY MR. PARSONS:

Q. Would you state your name, please?
A. James Abourezk.
Q. Senator Abourezk, is it okay if I call you Jim?



A. That's better, yes.
Q. Why don't you tell me how you first became aware of the ProBush.com website.
A. I think somebody out in New England sent me an e-mail, somebody I knew out there. I'm trying to remember exactly who it was. I think it was a guy from New Hampshire who told me about it, but my memory is not that good on exactly who told me.
Q. Did you then personally go and look at the website?
A. I did.
Q. Tell me if you recall what you saw.
A. Well, I saw a list and photographs of people who were defined as traitors to the United States.
Q. Did you see your own name on there?
A. I did.
Q. Did you see the names of other celebrities?
A. When you say "other celebrities," you're assuming I'm one?
Q. Or public figures or prominent people.
A. Yes, I did.
Q. What was your reaction to the website when you saw it?



A. Well, I was angered, outraged, surprised.
Q. And tell me why.
A. I guess it's not my place to ask questions, but I would just ask you, how would you feel if somebody called you a traitor of the United States? That's the real answer.
Q. Did you understand the website to be asserting that you had committed treason against the United States Government?
A. Well, I understood the website to have called me a traitor to the United States Government, yes, the United States. That's what I understood.
Q. When you saw the website, did you believe that all of the people listed on the Traitor List were being labeled as traitors to the United States?
A. I understood that, yes.
Q. Did you believe it was true that they were?
A. I didn't believe any of them were traitors, to my knowledge.
Q. Did you construe any political commentary in the website? I mean did you view it all as political commentary?
A. Well, I viewed some of it as political



commentary, some of it as hawking products, like Bush dolls or some things like that.
Q. What about the Traitor List itself? Did you consider that at all to be a political statement by the website?
A. I considered it to be an allegation, a charge that I was a traitor to the United States. That's what I considered it to be.
Q. When you went on the website, did you see the disclaimer?
A. I did not. Only much later when I checked it again, much later.
Q. Do you remember when it was that you first saw the website time wise?
A. I can't give you the exact time. I think it was April of whatever year it was. What year was that? Do you remember?
Q. 2002.
A. Yes.
Q. I think that's right. In I think late April of 2002 your attorney, Mr. Epp, wrote some letters to ProBush.com, I think an e-mail, and maybe a letter in May, that referred to the disclaimer. So would it be fair to say that you had at least seen the disclaimer by that

point?
A. I couldn't tell you what date I saw it. It was much later than the first time I looked at it.
Q. Okay. Do you remember what the disclaimer said when you saw it?
A. I'm going to take a guess. I think it said, "This is a parody." If there were other words, I don't remember what they were.
Q. Okay.
MR. EPP: Ron, for the record, I believe it's 2003, not 2002. Look at Exhibit 13, I believe my first e-mail to someone called Team Leader at ProBush.com, stamped April 10, 2003.
MR. PARSON: Okay.
A. That makes sense, because I think it was after the Iraq war started, wasn't it?
Q. Okay. So do you recall, does this refresh your recollection, did you first see the website in 2003 or 2002?
A. Well, I think it was 2003.
MR. EPP: That's my recollection.
MR. PARSON: All right. Sorry about that. I'm confused on the year then.
Q. Was it 2003 when we invaded?
A. Yes.



Q. Okay. Do you remember where the disclaimer was when you saw it?
A. I don't. It was on the website when I saw it, but I don't remember where.
Q. Did you see the Patriot List that was on the website?
A. I don't recall if it was there. I may have, but I can't recall.
Q. Tell me then what happened after you saw the website. What actions then did you take following that?
A. Well, I retained an attorney.
Q. Mr. Epp?
A. Mr. Epp.
Q. And he sent some correspondence?
A. Yeah, I guess so.
Q. Is that something you reviewed before it was sent?
A. I don't remember if I did or not. I most likely would have, but I can't recall.
Q. In your Complaint, which is marked Exhibit 1, on the second page, No. 8 says, "Treason is a felony under federal law, 18 USCA 2381, and South Dakota law, SDCL 22-8-1." Do you recall, were those statutes referenced anywhere on the



website?
A. If they were, I don't recall.
Q. How is it you concluded calling someone a traitor in the context you saw it meant that you were being accused of violating either federal or state criminal statutes?
A. It stands to reason if you're accused of being a traitor, which is a felony, that means you've committed treason. That's a felony. I don't know what more to say about that.
Q. Okay. Would you agree the word "traitor" could have several different meanings and in different contexts?
A. No.
Q. Have you ever heard someone called a traitor for doing or saying something that was not necessarily a crime against their country?
A. I don't know. It's possible.
Q. I have a copy of the dictionary, the Webster's New Collegiate Dictionary. Under here, it's Page 1239, there are two definitions, I think, primarily of traitor. The second definition is, "One who commits treason."
A. I can't see from that far.
Q. Sorry. And that's how you interpreted the word



to be on the ProBush.com website?
A. Yes. Well, I think the language that I saw on the website was anybody who -- or, "The following people who disagree with George Bush's policies is a traitor," words to that effect, is how I read it.
Q. Right. The first definition actually under "traitor" in this dictionary is, "One who betrays another's trust or is false to an obligation or duty." Have you ever heard the word "traitor" used in that type of context?
A. I can't recall it right now, but I assume that's been used that way.
Q. For instance, maybe if someone was on a sports team and they intentionally threw the game, throwing the ball out of bounds in a basketball game or something like that. Their teammates might call them a traitor.
A. They should call them a crook.
Q. But calling someone a crook would be accusing them of a crime, as well, wouldn't it?
A. Yes.
Q. Would you consider that to be libelous?
A. If you called somebody a crook and they weren't a crook, I think that would be libelous, if you

Page 13

did it in print, yes.
Q. In your Complaint, numbered Paragraph 13 on Page 2, it says, "Such a statement," which is referring to the traitor statement, "is libelous per se under South Dakota law as it accuses the plaintiff of a criminal act he did not commit."
"Libelous per se" has a legal meaning where if somebody is libelous per se, I believe there's a legal doctrine that says you don't necessarily have to prove specific damages.
A. That's my understanding.
Q. Is it your claim -- is your claim for damages based upon a libelous per se principle?
A. I have to ask my attorney, if that's what my claim is based on.
Q. That's acceptable.
MR. EPP: I'm not answering the question. The document speaks for itself.
A. The document speaks for itself.
Q. All right. Have you made any claim that you've been specifically -- do you claim you've been specifically injured economically or otherwise by the ProBush.com?
A. I'm not required to prove that.

Page 14

Q. But are you making a claim?
A. That's a question I can't answer and won't answer.
Q. Do you have any evidence or are you aware of any evidence that you have been specifically injured by the publication of the ProBush.com website?
A. Same answer. It's a question I won't answer.
Q. That I think is one I'm entitled to get an answer.
A. I refuse to answer it then.
Q. Let me rephrase it and see if I can make it more acceptable.
Do you have any evidence that either you or your business has been specifically damaged by the ProBush.com website?
A. That's something I don't have to prove. Therefore, I will not answer that question.
Q. I think I'm entitled to get an answer on that.
MR. EPP: Well, call the Judge.
MR. PARSON: Let's not call the Judge.
MR. EPP: Why don't you move on, and we can discuss this later.
MR. PARSON: All right. Good idea.
Q. On your damages claim in your Complaint on

Page 15

Page 3, you're claiming actual damages in the amount of $2 million. How was that figure arrived at?
A. Well, I believe that's the amount of damages suffered by me as a result of this false allegation.
Q. What is that based on? How did you arrive at $2 million?
A. I did that in consultation with my attorney, and then, of course, I don't believe we're required to divulge what our conversation was.
Q. That's true. What elements may go into the calculation, though, of $2 million?
A. Same answer.
Q. Is it true that $2 million is just a number that was selected to represent the amount you believe you've been damaged per se?
A. Same answer.
Q. What was the answer?
A. What was my answer?
(The requested portion of the record was read by the reporter.)
Q. I certainly don't want to know conversations between you and Mr. Epp, but I believe I'm entitled to know how you calculated your

Page 16

damages. If it is simply an amount that is selected to represent a libel, per se, judgment you believe you're entitled to, then I accept that as your answer if that's your answer. But if there are economic calculations that went into arriving at this figure, I believe I'm entitled to know what those are.
A. Same answer. It's done in consultation with my attorney, and that's the answer.
MR. EPP: I'll state an objection on the record that this is attorney-client privileged information. That will be an ongoing objection on that line.
Q. Is it your position that your calculation of damages is attorney-client privilege?
A. Our discussions in calculating damages is privileged.
Q. I'm not asking to know your discussions. I'm asking to know how your damages have been calculated.
A. Answering the question would be divulging the discussion my attorney and I had.
MR. PARSON: You're not going to tell me how you calculated your damages?
MR. EPP: My client testified it was done

in an attorney-client situation, and we have made an objection that it's attorney-client privileged communication. So you can keep asking. He'll give you the same answer. Or we can move on and discuss how we want to handle these objections following the deposition.

Q. Exhibit 2 is your affidavit?

A. Yes.

Q. Paragraph 3, and this is your signed statement.

A. Yes.

Q. Paragraph 3 says, "I have never been accused of, charged with, or convicted of the crime of treason by any state or by the United States of America." That's true?

A. Yes.

Q. Obviously. Do you believe that ProBush.com has accused you, charged you with, or convicted you of the crime of treason?

A. They've charged me with being a traitor, which is a crime of treason, yes.

Q. The next one is your attorney's Affidavit. It states, Paragraph 3, "On or about April 22, 2003, I became aware of the ProBush.com website from my client, James G. Abourezk." That would



be approximately when you discovered the website, or would that refresh your recollection as to that?

A. I believe I discovered it before this date, but then I discussed it with my attorney at some point after. I don't know if this is a correct date or not.

Q. It states that, "Senator Abourezk as well as a number of other prominent Americans were listed on the site's Traitor List." Would you agree you are a prominent American?

A. Well, I don't think that's for me to say. That's a judgment for other people.

Q. Do you have any opinion on whether or not you're a prominent American?

A. I don't.

Q. Do you dispute that you are a public figure?

A. Well --

MR. EPP: Objection, calls for a legal conclusion.

A. I neither admit or dispute it. That's a legal conclusion I can't make.

Q. Do you believe you're famous?

A. I don't think I'm famous, no.

Q. Do you believe you are an activist on important



issues?

A. I'm an activist on a lot of issues, some important, some not.

Q. You've never been one to shy away from publicity?

A. I'm very modest sometimes. Sometimes I'm not.

Q. At least you've never been afraid to give your opinion when you think it's important.

A. That's true, yes.

Q. Would you agree you kind of have a place in society where you have a bully pulpit that not everyone, not every average American may have?

A. I don't know. I can't really answer that yes or no.

Q. Let's take a look at the website here. Exhibit 4 is what I believe what you would see, at least as of the date this was printed, the opening page of the website.

When you saw it, did you see this page or something like it, or did you go straight to the Traitor List? Did you click through some things, or do you remember?

A. You know, I really don't recall to answer that. I eventually got to the Traitor List, but I don't know what I did before that.



MR. EPP: Ron, in asserting this, this is what you believe Senator Abourezk saw the first time he viewed the site?

MR. PARSON: No.

MR. EPP: The date stamp, at least when this was printed out, apparently is June 27, 2003, and there's a mention on the first page to donate to ProBush.com's legal battle. Apparently part of it's concerning James Abourezk. So this would come sometime, I'm assuming sometime after the first publication of the website?

MR. PARSON: That's correct, yes. Not asserting that this is definitely and obviously not exactly what was there when he first saw it, although some of this is kind of permanent content that may have been very similar in structure.

Q. The next one is what's called the Patriot List.

A. Is that No. 5?

Q. No. 5, Exhibit 5. Do you remember looking through this?

A. You know, I don't remember seeing this ever. I see Bill O'Reilly and Ann Coulter on it and

Page 21

Rush Limbaugh.
Q. Does it appear to you these are generally Americans or others of a Republican or conservative point of view, a right point of view?
A. Well, some of the names I recognize as conservative, what you'd call conservative. Rush Limbaugh is also a drug addict, on top of being a conservative.
MR. EPP: Ron, I have a question on Exhibit 5, the first page. There's a number of things blacked out. What's been excised?
MR. PARSON: I blacked those out when I filed this. People can request to be on the list, and these are just names that --
THE WITNESS: They're supposed to be in the Patriot List?
MR. PARSONS: Yeah.
MR. EPP: So this is not a true and correct copy of that website?
MR. PARSON: That's right. Not purporting to be, although what is here is on the website, but there are things blacked out. These were names of people who are not famous, I would say.

Page 22

Q. On the Traitor List then, as I understand it, the disclaimer at the top of the Traitor List that's here now on this version, we'll find out tomorrow when the Marinos are deposed for sure, but as I understand it, this was down somewhere near the bottom, something like this, so it was not at the top.
But do you recall when you looked at that whether you saw these first -- does this track, these first three lines here in the definition of treason, definition of traitor, and "Get to know your traitor," do you remember, is that what you saw or about what you saw?
A. It seems that. The one I remember is, "Traitor: If you do not support our President's decisions, you are a traitor." That's what I remember. The other ones I'm not clear about.
Q. Traitor then, as the list is defined, states, "If you do not support our President's decisions, you are a traitor." Does that anywhere accuse you of being a criminal?
A. I'm accused of being a traitor. That follows, yes.
Q. So the claim is just based simply on the use of

Page 23

the word "traitor," not on any other allegation in the document, as far as you're concerned?
A. I don't see any other allegations in there, except if you're a traitor, you're guilty of treason. Right? So that follows that that would be a definition that applied.
Q. Do you think there's room in the United States for vigorous debate in which people are calling each other names like this?
A. Not if you call somebody a traitor, no.
Q. You start being someone who would in most contexts be a supporter of First Amendment rights. Is that true?
A. Say that again.
Q. You strike me as someone who in most contexts would be in favor of First Amendment rights, to speak your mind.
A. With the exceptions that are in the law, yes.
Q. But you believe it's the use of certain words that should trigger liability?
A. Well, you know, was it the Supreme Court said? You can't yell fire in a crowded theater. That's an exception to that, to your personal right of free speech.
There are other exceptions. I think

Page 24

calling somebody a traitor, which is a capital crime, I think that's an exception, too. I don't think you should be allowed to do that.
Q. Have you ever called someone a traitor or accused them of treason?
A. Not in my memory.
Q. Have you ever heard someone call President Bush a traitor or President Clinton or --
A. I've heard them called other names, but not traitor.
Q. Do you believe if someone called President Bush a traitor, that he should be able to bring a civil lawsuit against that person?
A. If that's his desire, yes, I think so.
Q. Exhibit 7 is the next one. This is the Not In Our Name Petition. Tell me about how your name came to be on this petition. When did you first hear about it?
A. I can't remember the date. I know that I think it was on the Internet, that the Not In Our Name group was asking for signers on the statement against the Iraq War, and I signed.
Q. Your name is second from the top. It looks like it's alphabetical. It doesn't necessarily mean the order of importance or chronology.

Page 25

A. I'd hope not.
Q. Why did you sign this?
A. Because I'm against the war -- I'm against invading Iraq. I'm against the war in Iraq.
Q. Did you read the entire petition before you signed it?
A. I probably did. I don't remember, but I probably did.
Q. Did you know it was going to be published in the New York Times?
A. I did.
Q. USA Today, Los Angeles Times?
A. Yes.
Q. Did you understand this was going to garner worldwide publicity, most likely?
A. Well, I was hoping it would.
Q. It states here, one of the things that struck me, "We believe that questioning criticism and dissent must be valued and protected." You certainly believe that.
A. Yes.
Q. But do you believe it goes both ways, that the criticizers themselves must subject themselves to counter-criticism?
A. Well, having spent a number of years in

Page 26

politics, I've always understood that I would get criticism for my positions, but I never expected to be called a traitor to my country.
Q. The website itself, though, did that ever actually use the word "traitor to your country" or did it just say "traitor"?
A. Whatever it says. It speaks for itself.
Q. Tell me, I've seen in some of the things you've written, the phrase "new McCarthyism," that phrase. Does that ring a bell?
A. Yes.
Q. Tell me what that means.
A. Do you know what the "old McCarthyism" was?
Q. In the '50s.
A. I refer to that, yes. Where if you disagreed with the government, you were back in those days they called them communists, which was understood to be a treasonous activity. It heaped scorn upon anybody who disagreed with the establishment back then.

The new McCarthyism is roughly the same thing, that if you disagree with the policies of President George W. Bush, and if you're called a traitor, to my that's the new McCarthyism, yes.

Page 27

Q. Do you see that going both ways sometimes? Do you see people who support the President or try to support the President or attack people who attack him? Do you see them being branded or labeled?
A. Well, it's kind of an imbalance of power. You have Bush as President. You have a Republican Senate, Republican House. It's very difficult to say they're in the minority.

What mostly I think of as branding people in a McCarthyist type of situation is dissenters who speak out who are in the minority. It's hard to think of people who support Bush in that context.
Q. Okay. Do you believe the Iraq war was illegal?
A. I do, yes.
Q. Would that be accusing the administration of committing a crime?
A. I do think that it's illegal. I don't know if that's a crime, but I know it's illegal. To me the Constitution says if you want to start a war, you declare war. You have Congress declare the war. The reason that's in the Constitution is because the public ought to be entitled to have a voice in whether you go to

Page 28

war or not.

In this case I don't think they did. That wasn't a declaration of war. I think the President stampeded the Congress into thinking we're under threat from nuclear attack. People were frightened. Therefore, majority of the members of Congress voted to support the invasion of Iraq, which I think was a big mistake.
Q. When people accuse the administration or any administration, this or any, of committing illegal acts and violating the Constitution, do you think they should be entitled to defend themselves by filing lawsuits against the protestors?
A. Certainly, yes.
Q. Did you talk with Jane Fonda or Professor Roxanne Dunbar-Ortiz before you signed this petition?
A. No. I corresponded with them by e-mail, but I never talked to them.
Q. Are you friends with Miss Fonda?
A. Yes, I am.
Q. And Professor Dunbar-Ortiz?
A. I've never met her, but I've met Miss Fonda.

Q. How would you describe the public manifestation of your opposition to the Iraq War before we invaded? I mean that's a poorly worded question.
A. I don't understand it.
Q. Tell me what you did to mobilize opposition to the Iraq War before we invaded.
A. I made several speeches around Sioux Falls. I organized a group of former U.S. Senators who eventually came up with this statement that we issued publicly.
Q. That's Exhibit 8?
A. That's Exhibit 8.
Q. These are all former United States Senators from both parties?
A. Yes.
Q. What was the intent of organizing this group?
A. To try to mobilize public opposition to the invasion of Iraq.
Q. Would you agree the decision of whether or not to invade Iraq is probably one of the most significant of the last generation? Is that a fair statement?
A. Yes. I think it's the issue of our generation.



Q. Can you think of a more divisive and important question that's faced the United States since the Vietnam War?
A. I can't.
Q. It would be fair to say that you were intent on doing what you thought was right with regard to that situation.
A. Well, my intention was to try to prevent the invasion of Iraq, keep us out of the war. That's my intent.
Q. And you were intending to act publicly in whatever legitimate way you could to do that.
A. Correct.
Q. Was your voice heard by anyone?
A. Not very many people apparently.
Q. Tell me about going to Iraq before the invasion.
A. I went because I wanted to prevent a U.S. invasion of Iraq, and I went to ask the Iraqi government, and I met with Tariq Aziz, and I specifically said to him, "Please remove the excuses for Bush invading Iraq, because he wants to invade. Please remove the excuses by allowing the weapons inspectors to come into Iraq."



Q. Tariq Aziz was the foreign minister of Iraq?
A. No, he was -- I don't know what he was. He was one of the leaders.
Q. Secretary of State equivalent.
MR. EPP: I think he was foreign minister.
A. At one point he was. I'm not sure if he was at this point. Maybe he was deputy prime minister, something like that.
Q. Representing Saddam Hussein on behalf of Iraq at that time.
A. I assume so, yes.
Q. Did you also meet with the head of the Iraq Parliament? I think I read that somewhere.
A. Give me his name.
Q. Is it Hammadi?
A. Saadoun Hammadi, yes. Actually he was somebody I met years before that. He's a graduate of the University of Wisconsin. He got his Ph.D. from Wisconsin University.
Q. Interesting.
A. He used to be foreign minister when I first met him in the 1980s.
Q. So when was this in terms of when we actually invaded? Days before?



A. September of 2002. We invaded in March of 2003, if I recall.
Q. So this was several months before we actually invaded.
A. Yes. In fact, the Iraqis did let the weapons inspectors come in.
Q. I saw that in one of the articles describing. Do you believe it was your conversations, your delegations, meetings and conversations with these Iraqi leaders that may have actually led to their decision to declare their amenability to having inspectors come in?
A. I think it was a major part of it. I don't think we were alone in it. I think the U.N. was also pushing them and other -- Nelson Mandela was pushing them to do the same thing. I think there were a lot of people involved.
But they did it I think one day after I asked him to do so. They allowed the weapons inspectors to come back in.
Q. You grew up in South Dakota. Correct?
A. Yes.
Q. This is one of the, I think we agree, one of the most important issues of our time, and you're a kid from South Dakota, and you are in

Page 33

the Middle East in the center of this entire important issue. Is that a fair statement?
A. Well, I'm not a kid. I'm 73 years old.
Q. But grew up in South Dakota.
A. I did.
Q. Meaning it's impressive that -- what I'm trying to establish is you are having a major affect on world events from South Dakota.
A. Well, I don't know how to answer that.
Q. Would you agree that you had an affect on world events?
A. Well, if, indeed, it was my work that got the Iraqis to let the weapons inspectors in, which did absolutely no good, anyhow, I guess but that's what happened. That's all I can say about it.
Q. It depends on one's point of view whether it did any good, I guess.
A. It didn't do any good. It didn't prevent the invasion.
Q. It didn't prevent the invasion. What did they tell you about weapons of mass destruction when you were there?
A. Said they didn't have any. I guess he was right, too.

Page 34

Q. Who went with you to Iraq? I saw Congressman Rahall.
A. Yes.
Q. He was a sitting Congressman?
A. From West Virginia, yes.
Q. Who else?
A. Warren Strobel from Knight-Ridder.
Q. Journalist?
A. He was a journalist. There were several journalists. There was somebody from National Public Radio. I can't remember the guy's name. Let's see, Norman Solomon from the Institute for Public Accuracy.
Q. I think I read something about him.
A. There are probably a couple others, but I can't remember.
Q. Where else? Did you just go to Baghdad? Did you go to other governments?
A. We stopped in Damascus both ways.
Q. What did you do there?
A. I can't remember if I met with the President of Syria or not. I can't remember that now. I've met with him a number of times. It's possible I did.
Q. Is it true you know many of the leaders in the

Page 35

Middle East?
A. Yes.
Q. Do you speak with them regularly?
A. Not regularly.
Q. I've been to your office. I don't know if you remember, when I was in law school I did some legal research for you.
A. You did some research for me, yes.
Q. So I've been to your office, and I remember all the photographs on the wall, you with all the important leaders.
A. Including Mohammed Ali.
Q. Mohammed Ali was the good one, the best one. I know you're not going to answer the question of whether or not you are a public figure, but is it safe to say that you are someone who rubs elbows with some of the most important figures of our time?
A. I don't think that's safe to say, no.
Q. You would disagree with that?
A. Well, yeah. Whether people I meet with are important or not, I don't know. That's open to discussion.
Q. Did you view the ProBush.com website calling you a traitor or putting you on the Traitor

Page 36

List as impugning your patriotism?
A. Oh, yes.
Q. Is it a crime to impugn somebody's patriotism?
A. If you call them a traitor, if you accuse them of a crime, yes, that's wrong. I was accused of a crime.
Q. I'm looking at Exhibit 9, the second page. Is this an article you authored?
A. Yes.
Q. I'm sorry, the third page.
A. There's nothing in the third page.
Q. No, second page. I'm sorry. The last paragraph says, "The question of patriotism should not be aimed at those who oppose the aggressive devastation of a small Third World country, but at those in the Bush administration who seem to delight in the prospect of the annihilation of innocent Iraqi civilians."
Are you impugning the patriotism of people in the Bush administration?
A. No, I'm not actually. I'm impugning their motives, which I think are very bad motives.
Incidently, I said, "Their plan will devastate our own economy." I guess I was

right about that, wasn't I? "And destroy the moral values by which we have lived since the founding of this country." I think I was right about that, too.
Q. Do you think it's unpatriotic to criticize people who criticize the President?
A. No.
Q. This is what I was talking about earlier, Exhibit 11. "Although Aziz seemed a bit negative in responding to us, two days later his government announced that inspectors could come in without conditions."
A. Where are you at?
Q. At the bottom.
A. Yeah. Actually what he said, he was arguing against the idea of letting weapons inspectors in. He said the weapons inspectors demanded they be able to go into the palaces. We were against that for a long time. Finally we let them come in. What did they do? They brought global positioning systems in with them to create targets out of palaces.
Q. The U.N. inspectors?
A. Yeah. Basically the allegation was that they were a bunch of spies, the first bunch of



inspectors that left in 1998. That was one argument he was making against allowing them to come back in. I think I said, "I don't care. The idea is if you want to avoid an invasion, which I want to avoid, let them come back in. Let them inspect."
Q. And they did.
A. And they did for a time.
Q. Did you know Saddam Hussein?
A. No, I never met him.
Q. Exhibit 12 here, this is sort of a press announcement about your visit.
A. This is put out by Institute for Public Accuracy.
Q. Exhibit 13 we looked at, the first e-mail from Todd in April of 2003. Then he follows up with a letter, Exhibit 14. It states here, this is May of 2003, Page 2, "Though you have attempted to disclaim this defamation, it is my opinion that this attempted disclaimer is ineffective and meaningless."
At least by this date you had seen the disclaimer.
A. Well, at least Todd had, if I hadn't.
Q. Why would a disclaimer that said, that makes it



clear this is a parody, these people are not legal traitors, why wouldn't that be effective in removing any doubt as to what the purpose of the --
A. It seems to me they didn't put that up until after they were sued. It wasn't on the website before they were sued.
Q. I think this letter is before they were sued.
A. Or they were threatened suit, I should say. Honestly, I don't remember what date they were sued.
Q. If the testimony shows or the evidence ultimately shows this disclaimer was there in some form from the inception, why wouldn't that language saying, "Hey, this is a parody. These people are not legal traitors." Why wouldn't that clear up whatever doubt anyone would have about what the purpose --
MR. EPP: Objection, facts not in evidence. Objection, calls for a legal opinion by the witness.
A. I can't answer that question.
Q. Did you understand the disclaimer when you read it?
A. I understood what they said. It looked to me



like the authors of the website were trying to weasel out of some legal trouble they might be in because of calling people traitors. That much I understood.
Q. A lot of these are kind of just the same thing. Another meeting or article about the delegation. Was that the only delegation you led regarding the Iraq War?
A. Yes.
Q. Did you have any -- did you do any other media interviews, that type of thing, to express opposition to invading Iraq?
A. I probably did. I'm not able to remember what exactly.
Q. You certainly wrote articles, and we've seen some of those.
A. Oh, yes.
Q. Were you in consultation with leaders of countries around the world about their positions on invading Iraq?
A. No.
Q. Were you part of any organizations that were -- that shared your dedication to preventing an invasion?
A. Well, Not In Our Name.

Page 41

Q. Not In Our Name.
A. I signed on to their ad. I assume that makes me part of their organization.
Q. Any others?
A. You know, I don't think so, but I'm not going to be positive on that. I just can't remember if I belonged to any other organizations like that.
Q. Exhibit 16, the headline here, I got this off the Internet, Lebanonwire.com. "Former U.S. Senator calls for change in U.S. policy." That is what you were doing, calling for a change in U.S. policy?
A. Yes.
Q. Do you know what Lebanonwire is?
A. I don't.
Q. It says, "Live news direct from Beirut." Did you know your statements on the Iraq War were being heard and reported in the Middle East?
A. I don't know, but I assume they would be. This was before the invasion. This is before I went to Iraq.
Q. That's right. So this had nothing to do with the invasion. This had to do with Middle East policy.

Page 42

A. Yes.
Q. Even prior to the threat of an invasion of Iraq, you've been an advocate for certain policy positions with regard to the Middle East.
A. Yes.
Q. Do you consider yourself well-known in the Middle East?
A. In parts of the Middle East probably, yes.
Q. More so than in the United States?
A. Oh, yes.
Q. I bought one of your wife's cookbooks.
A. How does it work?
Q. I gave it to my mom. She likes it.
A. You should get the other one, too.
Q. Does she have a new one?
A. Middle East Cookbook. It's in her restaurant.
Q. My mom likes the soy one.
Institute for Public Actors, Exhibit 17. That was on one of these previous documents, Norman Solomon. What is that? Is that something you are affiliated with?
A. I'm not. I know Norman Solomon, and I know Sam Husseini, both of whom work for the Institute. Oh, Jim Jennings was along on that

Page 43

trip, too. I just remember. I see his name down here.
Q. Conscience International. Okay.
A. He had been to Iraq a number of times.
Q. What is the Institute for Public Accuracy?
A. I don't know. It's a public institute. I don't really know much about it, except I know the two guys that work there.
Q. Exhibit 18, I think this is your official Congressional biography. I assume this is all accurate information in here?
A. Well, do you want me to read it and tell you?
Q. If there's any mistakes, I would like to know it.
A. Pardon me?
Q. I would like to know if there's something wrong, incorrect.
A. It's accurate as far as I can tell.
Q. "Advise and Dissent" which I have read and thought was very interesting, and then there's another book you authored called "Through Different Eyes."
A. Yes, coauthored with Hyman Book Binder.
Q. Advise and Dissent is kind of a memoir.
A. Yes.

Page 44

Q. What's Through Different Eyes?
A. It's a debate on the Israeli, Palestinian conflict, debate in print.
Q. Published in 1987.
A. Yes.
Q. Are those the only two books you've written?
A. Yes.
Q. I saw one other thing, I think I have it in here, something you either wrote with Pettigrew, I hadn't heard this before. Exhibit 21. Is that Imperial Washington?
A. No, I didn't write that with Pettigrew.
Q. Did you do an introduction?
A. I may have. It's a republication of Pettigrew's book. He died in the 1920s.
Q. Yeah, I was going to say. He was the original Senator Pettigrew.
A. Yes, he was Senator Pettigrew. I think I wrote an introduction to it.
Q. I want to look at this one, 19.
A. Okay.
Q. Second to last page, down at the bottom, and this is an article that you wrote or a speech you gave. Do you remember what this is?
A. It's a speech I gave.

Page 45

Q. It says, "Biblically, Judas Iscariot was the man who betrayed" --
A. Where are you?
Q. Down at the bottom. "Was the man who betrayed Jesus. In more modern times, farmers have placed what is known as a `Judas goat' to entice other animals to come into their trap. Our community, in an effort to define ourselves, must be wary of Judas goats placed in our midsts in an effort to end our reliance on our principles."
Judas goats is kind of a colorful phrase that you're using to describe someone who might betray somebody. Is that true?
A. Yes.
Q. Would you agree that traitor is also a colorful phrase someone could use to express the very same conflict?
A. No.
Q. Exhibit 20, Progressive Media Project. Did you write this regarding your visit to Iraq?
A. Yes, I did.
Q. What is the Progressive Media Project?
A. I don't know.
Q. They just published it.

Page 46

A. Yeah.
Q. Okay.
A. I think it has to do with the Progressive Magazine, but I'm not sure about that.
Q. Would you agree you're considered a hero in many progressive circles in the United States?
A. I can't say yes or no to that. I don't know.
Q. Remember you are under oath here. Are you a vegetarian?
A. Yes.
Q. I saw this. I saw that it says famous vegetarians.
A. I'm a lacto-ovo vegetarian, if that makes a difference.
Q. That means milk and dairy.
A. Yes.
Q. Under politicians, statespersons and activists, we have, among others, Mahatma Gandhi, Susan B. Anthony, and James G. Abourezk. That's pretty good company.
A. That's good company.
Q. Would you deny you are a famous vegetarian?
A. I deny I'm famous, but I admit I'm vegetarian.
Q. Exhibit 23. It says you are on the advisory board, Public Campaign's National Advisory

Page 47

Board. I'm curious what that was.
A. I don't even remember. I just saw that.
Q. John Anderson is on there. It seems like it would be a while ago.
A. It was some time ago.
Q. Because didn't he die?
A. I don't know.
Q. I think he did pass away.
A. I haven't heard from him for a long time.
Marjorie Mezvinsky, she used to be on Channel 7 in Washington, D.C.. She married Congressman Ed Mezvinsky, who was later convicted of embezzlement or some strange crime like that.
Q. This I sort of enjoyed, Exhibit 24. "I'll Hold My Nose With One Hand and Vote For Clinton With the Other."
A. I remember writing that.
Q. Here again, I'm setting the same trap for you.
On Page 2 it says, "The Republicans are furious as they watch him, every day, steal their issues." Now, stealing is a crime. Right?
A. Well, stealing property that belongs to somebody else. I'm not sure an issue would be considered property.
Q. Intellectual property.

Page 48

A. I didn't say this was intellectual.
Q. That's probably right.
A. Probably not.
Q. Again, though, do you see the point that --
A. I don't see your point. I'm sorry.
Q. You don't see the point that using language like stealing, being a traitor can be a colorful way to express an idea that is not necessarily criminal?
A. It depends on what you're talking about. For example, you say he's stealing home base or stealing second. It's not a crime in baseball.
Stealing issues is not a crime. It's a political crime, but not a criminal crime.
Q. Exhibit 25.
A. I had a lot of hair in this picture.
Q. "The loneliest man." Is that something you were called?
A. I don't remember that, no.
Q. On the second page it states, "You've argued that they're in collusion" -- talking about oil and gas companies. "You've argued that they're in collusion with the government, currently perpetrating a collective rape of the American

consumer of a magnitude unknown in our history."

Rape is a crime.

A. Rape of women is a crime, yes. Rape of American consumers obviously is not looked upon as a crime, because a lot of it goes on, and nobody goes to jail as a result of it.

Q. Were you actually accusing oil and gas companies of committing the crime of rape?

A. Well, what I'm accusing, was accusing the oil companies of is taking the money from the public with the government in collusion.

Q. But that's not rape.

A. Well, that's a figure of speech.

Q. So the answer would be you were not accusing them of actually committing the crime of rape. True?

A. Not rape against women, no. It should be consumer, which would be both men and women.

Q. But that's the word you selected.

A. All right.

Q. Can you understand how someone, in order to express their dissatisfaction with your public positions, might select an equally colorful word or inflammatory word like traitor?



MR. EPP: Objection. He can't know what others think.

A. I can't know.

Q. But can you understand why?

A. No.

Q. This is a part of your book, Exhibit 26. Page 141. The book is Advise & Dissent. Is it true you called Jimmy Carter a liar?

A. What I said was during my entire adult life I knew that governments lied, but I never thought that Jimmy Carter would lie. Those are my words. You can do that on the Senate floor, by the way.

Q. That's true. Lying could be perjury, which could be a crime.

A. If you do it under oath, yes.

Q. But there's a privilege on the Senate floor against any libel claims.

A. That's right.

Q. What's the purpose for that?

A. Of what?

Q. For that privilege? Why should there be more protection for politicians?

A. I don't know. I don't know how that came about. Probably a lucky thing for a lot of



people that are there.

Q. The next page, Page 142. The middle sentence that starts off or paragraph that starts off with "Ted Kennedy." Bottom of that paragraph says, "Given our anger at Carter and Mondale for what we saw as their treachery, it seemed like a reasonable thing to do." What was their treachery they had done?

A. Well, I explain it in the book, that Carter started out on our side and switched.

Q. On deregulation or --

A. On gas deregulation, yes.

Q. Just tell me two sentences on what was the issue on that.

A. Well, they were trying to deregulate the price of natural gas. I was trying to stop it.

Q. In other words, there were fixed prices?

A. Price controls on natural gas, yes. Had been there since the 1930s.

Q. They actually removed them?

A. They were trying to remove them when I filibustered, yes.

Q. Do we still have those?

A. No, no. They were lifted, because Carter sent Mondale up to preside over the Senate. I had



some 308 amendments. It was an amendment filibustering I was doing. Mondale was presiding, and presumably under orders from Jimmy Carter, who had been on our side to begin with, started ruling the amendments out of order. They were called up by a Senator Byrd, one by one, and ruled out of order. I tried to get recognition to protest, and he would never recognize me.

I have to say that even Senators who were pro-oil company, pro-gas company were objecting then, because they saw the damage being done in the Senate by that procedure.

Q. By the stopping of the --

A. By wrecking the rules of the Senate.

Q. In calling them, the same trap I'm trying to catch you in, but in calling them what you saw as their treachery, isn't that a synonym for traitor, treason?

A. Well, I didn't use that term with respect to their loyalty to the country. As I explained to you, Carter started out on our side and then switched sides.

Q. But he had been -- it was a betrayal in your view.

A. Oh, yes.
Q. So couldn't you figuratively call him a traitor?
A. But he wasn't a traitor to his country.
Q. Not to his country, but couldn't you figuratively call him a traitor for doing that?
A. But not to his country. The answer is no. My answer is no to that question.
Q. Do you believe that your criticism of the administration regarding its Iraq policy and ProBush.com's statements on its websites to criticize you, do you believe they affect matters of public concern and policy?
A. I don't know. I don't know the answer to that. It's not for me to say.
Q. Have you visited any doctors or mental health professionals to deal with any problems caused by these statements on the ProBush.com website?
A. I won't answer that question.
Q. I'm entitled to know that. Are you claiming any type of emotional, physical injury?
A. Don't need to talk about damages.
Q. I'm entitled to get into damages, if you're claiming damages.
A. I'm refusing to answer.



MR. PARSON: If I can ask your attorney. Are you claiming? I haven't seen it in your Complaint. My assumption is you're not claiming any physical, emotional injuries resulting from this.

MR. EPP: We have not put Senator Abourezk's mental state into issue, mental condition, if you will.

MR. PARSON: Or emotional injury. True?

THE WITNESS: Not required to.

MR. EPP: Not required to. It's up to a jury to determine.

MR. PARSON: Just verifying, though, that your claim is based on a libel per se claim and not emotional, physical damages.

MR. EPP: I guess I answered that we have not disclosed a medical expert at this time or counseling expert.

Q. Do you have any documentary evidence, I'm just asking, that demonstrates the statements in the ProBush.com website are factually false as opposed to merely being opinions or insults?
A. I don't have an answer to that question.
Q. You're not aware of any documentary evidence?
A. I don't have an answer to that question.



MR. EPP: Let me clarify. What kind of things are you talking about?

Q. I'm assuming, I don't know what there would be. I mean do you have any evidence -- do you have any documents of any kind, and I don't know what they would be, that demonstrate that his statements on the ProBush.com website are factual falsities rather than just mere insults or opinion?
A. I'll answer that part. I didn't understand your question at first. Calling me a traitor is factually false.
Q. Do you have any documents or -- I understand no one -- I want to make this clear. No one is contending that you are a legal traitor to the United States Government or have committed any crime whatsoever. That's our position.

But do you have any documents, and I'm guessing you don't but I'm wondering, that demonstrate that what's on the ProBush.com website is factually false as opposed to being merely an insult?
A. Well, I would say there's an absence of documents proving the truth of their statement. I'm not, never been accused of



being a traitor formally. I've never been charged with it, never been tried or convicted.
Q. Did you ever, prior to seeing this website, did you have any idea who the Marino brothers were?
A. No.
Q. Absolutely no conversations with them?
A. No.
Q. Do you know anything about them at all, other than what you read in this lawsuit?
A. No.
Q. Do you know why you were placed on the website?
A. I don't know.
Q. Do you know whether or not they knew who you were when you were placed on the website?
A. I don't know. I assume they must have known or wouldn't have put my name on there. That's an assumption. That's all I can say.

MR. PARSON: I think I'm entitled to know what your damages calculations are, if any. If it's -- a libel per se is a calculation of damage. That's what your Complaint states, and if that's what it is, then I accept that and I don't need to go any further. But if you are claiming individualized damages, I'm entitled

Page 57

to know what those are and how they're calculated. Do you want to confer at all with Jim on this?

MR. EPP: We stated one count of libel per se. My understanding of the law in South Dakota is that damages are presumed, and it's up to a jury.

THE WITNESS: We're invading the province of the jury if we try to.

MR. PARSON: That I understand. Do you have any calculations of damages beyond an assertion that you are libeled per se?

MR. EPP: Mr. Abourezk has testified those discussions were with me and are protected by attorney-client privilege, and we're stated an objection on the record.

MR. PARSON: All right. We'll talk about that.

Q. Do you have any idea how many people have viewed the ProBush.com website?

A. I don't know.

Q. Has anyone come to you and said they've seen it, and what are you doing on there?

A. Yes. Yes. The guy who originally contacted me, I can't remember who that was, and I've had

Page 58

other people discuss it. I don't even remember who. I didn't keep track of who they were.

MR. PARSON: Can we take a one-minute break?

MR. EPP: Sure.

(A recess was taken)

Q. Have you come across anyone who actually believes you are a traitor as a result of this list, that believes you've committed the crime of treason?

A. Except for the Marino brothers, I don't know of anybody else who has told me. So how many people believe that, I don't know. I mean it's impossible for me to know.

Q. I'll represent to you they don't believe that, but we'll find out tomorrow. Thank you very much, Jim.

A. Thanks.

MR. EPP: Jim, you have a right --

THE WITNESS: I'll waive the reading.

(Witness excused)

Page 59

STATE OF SOUTH DAKOTA )
:SS CERTIFICATE
COUNTY OF MINNEHAHA )

I, Jill M. Connelly, Court Reporter and Notary Public within and for the State of South Dakota:

DO HEREBY CERTIFY that the witness was first duly sworn by me to testify to the truth, the whole truth, and nothing but the truth relative to the matter under consideration, and that the foregoing pages 1 - 58, inclusive, are a true and correct transcript of my stenotype notes made during the time of the taking of the deposition of this witness.

I FURTHER CERTIFY that I am not an attorney for, nor related to the parties to this action, and that I am in no way interested in the outcome of this action.

In testimony whereof, I have hereto set my hand and official seal this 14th of February, 2005.

______________________________

Jill M. Connelly, Notary Public
My commission expires 3-26-05

Case 4:03-cv-04146-LLP Document 47-2 Filed 07/01/05 Page 16 of 50 PageID #: 370




-$-

$2 [4] 15:2 15:8 15:13 15:15

-'-

'50s [1] 26:14

---

-vs [1] 1:6

-1-

1 [3] 2:9 10:21 59:12
10 [2] 3:1 9:13
10-19-96 [1] 3:18
11 [2] 3:3 37:9
1107 [1] 1:22
1164 [1] 1:18
12 [2] 3:5 38:11
1239 [1] 11:21
13 [4] 3:7 9:11 13:2 38:15
14 [2] 3:8 38:17
141 [1] 50:7
142 [1] 51:2
14th [1] 59:21
15 [1] 3:10
16 [2] 3:12 41:9
17 [2] 3:13 42:19
18 [4] 1:13 3:15 10:23 43:9
1870 [1] 3:22
18th [1] 5:9
19 [2] 3:17 44:20
1920 [1] 3:22
1920s [1] 44:15
1930s [1] 51:19
1980s [1] 31:23
1987 [1] 44:4
1998 [1] 38:1

-2-

2 [5] 2:11 13:3 17:7 38:18 47:19
20 [2] 3:19 45:20
2002 [5] 8:18 8:21 9:11 9:19 32:1
2003 [10] 9:11 9:13 9:19 9:20 9:24 17:24 20:7 32:2 38:16 38:18
2005 [3] 1:13 5:10 59:22
21 [2] 3:21 44:11
22 [2] 3:23 17:23
22-8-1 [1] 10:24
23 [2] 4:1 46:24
2381 [1] 10:23
24 [2] 4:3 47:14
25 [2] 4:5 48:16
26 [2] 4:7 50:6
27 [1] 20:6

-3-

3 [5] 2:12 15:1 17:9 17:12 17:23
3-26-05 [1] 59:25
308 [1] 52:1
3:00 [2] 1:13 5:10

-4-

4 [2] 2:14 19:16
4-10-03 [1] 3:7

-5-

5 [6] 2:3 2:15 20:21 20:22 20:22 21:11
5-8-03 [1] 3:9
57101-1107 [1] 1:22
57101-1164 [1] 1:19
58 [1] 59:12

-6-

6 [1] 2:17
6-14-02 [1] 3:12

-7-

7 [3] 2:18 24:15 47:10
73 [1] 33:3

-8-

8 [4] 2:20 10:22 29:12 29:13

-9-

9 [2] 2:22 36:7
9-10-02 [1] 3:14
9-16-02 [1] 3:11
9-23-02 [1] 3:20

-A-

AAUG [1] 3:17
able [3] 24:12 37:18 40:13
Abourezk [21] 1:5 1:15 1:18 2:11 2:22 3:1 3:3 3:18 3:19 4:3 4:8 5:6 5:19 5:24 5:25 17:25 18:8 20:2 20:10 46:19 57:13
Abourezk's [2] 3:16 54:7
above-named [1] 5:3
absence [1] 55:23
absolutely [2] 33:14 56:7
accept [2] 16:3 56:23
acceptable [2] 13:17 14:13
accordance [1] 5:16
Accuracy [5] 3:6 3:14 34:13 38:14 43:5
accurate [2] 43:11 43:18
accuse [3] 22:22 28:10 36:4
accused [8] 11:5 11:7 17:12 17:18 22:23 24:5 36:5 55:25
accuses [1] 13:6
accusing [6] 12:20 27:17 49:8 49:10 49:10 49:15
act [2] 13:6 30:11
action [2] 59:18 59:19
actions [1] 10:10
activist [2] 18:25 19:2
activists [2] 3:24 46:17
activity [1] 26:18
Actors [1] 42:19
acts [1] 28:12
actual [1] 15:1
ad [1] 41:2
addict [1] 21:8
administration [6] 27:17 28:10 28:11 36:17 36:21 53:10
Administration's [1] 2:21
admit [2] 18:21 46:23
adult [1] 50:9
Advise [4] 4:8 43:19 43:24 50:7
advisory [3] 4:1 46:24 46:25
advocate [1] 42:3
affect [3] 33:7 33:10 53:12
affidavit [4] 2:11 2:13 17:7 17:22
affiliated [1] 42:22
afraid [1] 19:7
again [4] 8:12 23:14 47:18 48:4
against [13] 7:8 11:17 24:13 24:22 25:3 25:3 25:4 28:14 37:16 37:19 38:2 49:18 50:18
aggressive [1] 36:15
ago [2] 47:4 47:5
agree [8] 11:11 18:10 19:10 29:20 32:23 33:10 45:16 46:5
agreed [1] 5:2
aimed [1] 36:14
Ali [2] 35:12 35:13
allegation [4] 8:6 15:6 23:1 37:24
allegations [1] 23:3
allowed [2] 24:3 32:19
allowing [2] 30:24 38:2
alone [1] 32:14
along [1] 42:25
alphabetical [1] 24:24
always [1] 26:1
amenability [1] 32:11
amendment [3] 23:12 23:16 52:1
amendments [2] 52:1 52:5
America [1] 17:15
American [6] 3:22 18:11 18:15 19:12 48:25 49:5
Americans [2] 18:9 21:3
among [1] 46:18
amount [4] 15:2 15:4 15:16 16:1
Anderson [1] 47:3
Angeles [1] 25:12
anger [1] 51:5
angered [1] 7:1
animals [1] 45:7
Ann [1] 20:25
annihilation [1] 36:18
announced [1] 37:11
announcement [2] 3:5 38:12
Annual [1] 3:17
another's [1] 12:9
answer [32] 7:6 14:2 14:3 14:8 14:8 14:10 14:11 14:18 14:19 15:14 15:18 15:19 15:20 16:4 16:4 16:8 16:9 17:4 19:13 19:23 33:9 35:14 39:22 49:15 53:7 53:8 53:14 53:19 53:25 54:23 54:25 55:10
answered [1] 54:16
answering [2] 13:18 16:21
Anthony [1] 46:19
anyhow [1] 33:14
appear [1] 21:2
appearances [2] 1:16 5:4
applicable [1] 5:17
applied [1] 23:6
April [5] 8:16 8:20 9:13 17:23 38:16
argued [2] 48:21 48:23
arguing [1] 37:15
argument [1] 38:2
arrive [1] 15:7
arrived [1] 15:3
arriving [1] 16:6
article [13] 2:20 2:22 3:1 3:3 3:11 3:12 3:14 3:19 4:3 4:6 36:8 40:6 44:23
articles [2] 32:7 40:15
asserting [3] 7:7 20:1 20:14
assertion [1] 57:12
assume [6] 12:12 31:12 41:2 41:20 43:10 56:16
assuming [3] 6:21 20:11 55:3
assumption [2] 54:3 56:18
attack [3] 27:3 27:4 28:5
attempted [2] 38:18 38:20
attorney [9] 8:21 10:12 13:15 15:9 16:9 16:22 18:5 54:1 59:17
attorney's [1] 17:22
attorney-client [5] 16:11 16:15 17:1 17:2 57:15
attorneys [1] 5:4
authored [2] 36:8 43:21
authors [1] 40:1
average [1] 19:12
avoid [2] 38:4 38:5
aware [4] 6:3 14:4 17:24 54:24
away [2] 19:4 47:8
Aziz [3] 30:20 31:1 37:9

-B-

B [1] 46:18
bad [1] 36:23
Baghdad [1] 34:17
ball [1] 12:16
base [1] 48:11
baseball [1] 48:13
based [5] 13:14 13:16 15:7 22:25 54:14
basketball [1] 12:16
battle [1] 20:8
beat [1] 3:3
became [2] 6:2 17:24
begin [1] 52:4
behalf [1] 31:10
Beirut [1] 41:17
believes [2] 58:8 58:9
bell [1] 26:10
belonged [1] 41:7
belongs [1] 47:22
Ben [1] 1:24
best [1] 35:13
betray [1] 45:14
betrayal [1] 52:24
betrayed [2] 45:2 45:4
betrays [1] 12:9
better [1] 6:1
between [2] 5:2 15:24
beyond [1] 57:11
Biblically [1] 45:1
big [1] 28:8
Bill [1] 20:25
Binder [1] 43:23
biography [2] 3:16 43:10
bit [1] 37:9
blacked [3] 21:12 21:13 21:23
board [3] 4:1 46:25 47:1
book [6] 43:21 43:23 44:15 50:6 50:7 51:9
BookFinder.com [1] 3:21
books [1] 44:6
bottom [5] 22:6 37:14 44:22 45:4 51:4
bought [1] 42:12
bounds [1] 12:16
Box [2] 1:18 1:22
branded [1] 27:4
branding [1] 27:10
break [1] 58:4
bring [1] 24:12
brothers [2] 56:5 58:11
brought [1] 37:20
bully [1] 19:11
bunch [2] 37:25 37:25
Bush [10] 2:21 8:2 24:7 24:11 26:23 27:7 27:14 30:22 36:16 36:21
Bush's [2] 3:1 12:5
business [1] 14:15
Byrd [1] 52:6

-C-

calculated [4] 15:25 16:20 16:24 57:2
calculating [1] 16:16
calculation [3] 15:13 16:14 56:21
calculations [3] 16:5 56:20 57:11
calls [3] 18:19 39:20 41:11
Campaign's [2] 4:1 46:25
capital [1] 24:1
care [1] 38:3
Carter [7] 50:8 50:11 51:5 51:9 51:24 52:4 52:22
case [1] 28:2
catch [1] 52:17
caused [1] 53:17
celebrities [2] 6:19 6:20
center [1] 33:1
certain [2] 23:19 42:3
certainly [4] 15:23 25:20 28:16 40:15
CERTIFICATE [1] 59:2
CERTIFY [2] 59:7 59:16
change [2] 41:11 41:12
Channel [1] 47:10
charge [1] 8:6
charged [4] 17:13 17:18 17:20 56:2
checked [1] 8:11
chronology [1] 24:25
circles [1] 46:6
civil [2] 5:17 24:13
civilians [1] 36:19
claim [10] 13:13 13:13 13:16 13:21 13:22 14:1 14:25 22:25 54:14 54:14
claiming [6] 15:1 53:20 53:24 54:2 54:4 56:25
claims [1] 50:18
clarify [1] 55:1
clear [4] 22:18 39:1 39:17 55:14
click [1] 19:21
client [2] 16:25 17:25
Clinton [3] 4:4 24:8 47:15
coauthored [1] 43:23
collective [1] 48:25
Collegiate [1] 11:20
collusion [3] 48:22 48:24 49:12
colorful [4] 45:12 45:16 48:8 49:24
commencing [1] 5:10
commentary [3] 7:22 7:24 8:1
commission [1] 59:25
commit [1] 13:7
commits [1] 11:23
committed [4] 7:8 11:9 55:16 58:9
committing [4] 27:18 28:11 49:9 49:16
communication [1] 17:3
communists [1] 26:17
community [1] 45:8
companies [3] 48:23 49:9 49:11
company [4] 46:20 46:21 52:11 52:11
Complaint [6] 2:10 10:21 13:2 14:25 54:3 56:22
concern [1] 53:13
concerned [1] 23:2
concerning [1] 20:9
concluded [1] 11:3
conclusion [2] 18:20 18:22
condition [1] 54:8
conditions [1] 37:12
confer [1] 57:2
conflict [2] 44:3 45:18
confused [1] 9:23
Congress [3] 27:22 28:4 28:7
Congressional [2] 3:16 43:10
Congressman [3] 34:1 34:4 47:11
Connelly [3] 5:12 59:4 59:24
Conscience [1] 43:3
conservative [4] 21:4 21:7 21:7 21:9
consider [3] 8:4 12:23 42:7
consideration [1] 59:11
considered [4] 8:6 8:8 46:5 47:24
Constitution [3] 27:21 27:24 28:12
construe [1] 7:22
consultation [3] 15:9 16:8 40:18
consumer [2] 49:1 49:19
consumers [1] 49:5
contacted [1] 57:24
contending [1] 55:15
content [1] 20:17
context [3] 11:4 12:11 27:14
contexts [3] 11:13 23:12 23:15
controls [1] 51:18
Convention [1] 3:17
conversation [1] 15:11
conversations [4] 15:23 32:8 32:9 56:7
convicted [4] 17:13 17:18 47:12 56:3
Cookbook [1] 42:17
cookbooks [1] 42:12
copy [2] 11:19 21:20
corporation [1] 1:8
correct [6] 18:6 20:13 21:20 30:13 32:21 59:12
corresponded [1] 28:20
correspondence [1] 10:15
Coulter [1] 20:25
counseling [1] 54:18
count [1] 57:4
counter-criticism [1] 25:24
countries [1] 40:19
country [9] 11:17 26:3 26:5 36:16 37:3 52:21 53:4 53:5 53:7
COUNTY [1] 59:3
couple [1] 34:15
course [1] 15:10
Court [3] 1:1 23:21 59:4
create [1] 37:22
crime [25] 11:17 12:21 17:13 17:19 17:21 24:2 27:18 27:20 36:3 36:5 36:6 47:13 47:21 48:12 48:14 48:15 48:15 49:3 49:4 49:6 49:9 49:16 50:15 55:17 58:9
criminal [5] 11:6 13:6 22:22 48:9 48:15
criticism [3] 25:18 26:2 53:9
criticize [3] 37:5 37:6 53:12
criticizers [1] 25:23
crook [4] 12:19 12:20 12:24 12:25
crowded [1] 23:22
curious [1] 47:1

-D-

D [3] 1:14 1:17 2:13
D.C [1] 47:11
dairy [1] 46:15
Dakota [12] 1:2 5:9 5:13 10:24 13:5 32:21 32:25 33:4 33:8 57:6 59:1 59:6
damage [2] 52:12 56:22
damaged [2] 14:15 15:17
damages [18] 13:11 13:13 14:25 15:1 15:4 16:1 16:15 16:16 16:19 16:24 53:22 53:23 53:24 54:15 56:20 56:25 57:6 57:11
Damascus [1] 34:19
date [8] 9:2 18:4 18:7 19:17 20:5 24:19 38:22 39:10
days [3] 26:17 31:25 37:10
deal [1] 53:17
debate [3] 23:8 44:2 44:3
decision [2] 29:20 32:11
decisions [2] 22:16 22:21
declaration [1] 28:3
declare [3] 27:22 27:23 32:11
dedication [1] 40:23
defamation [1] 38:19
defend [1] 28:13
Defendant [1] 1:9
Defendants [1] 1:23

define [1] 45:8
defined [2] 6:15 22:19
definitely [1] 20:14
definition [5] 11:22 12:7 22:10 22:11 23:6
definitions [1] 11:21
delegation [2] 40:7 40:7
delegations [1] 32:9
delight [1] 36:17
demanded [1] 37:17
Democracy [1] 3:11
demonstrate [2] 55:6 55:20
demonstrates [1] 54:20
deny [2] 46:22 46:23
deposed [1] 22:4
deposition [7] 4:24 5:5 5:11 5:13 5:16 17:6 59:14
deputy [1] 31:8
deregulate [1] 51:15
deregulation [2] 51:11 51:12
describe [2] 29:1 45:13
describing [1] 32:7
desire [1] 24:14
destroy [1] 37:1
destruction [1] 33:22
determine [1] 54:12
devastate [1] 36:25
devastation [1] 36:15
dictionary [3] 11:19 11:20 12:8
die [1] 47:6
died [1] 44:15
difference [1] 46:14
different [4] 11:12 11:13 43:22 44:1
difficult [1] 27:8
direct [1] 41:17
disagree [3] 12:4 26:22 35:20
disagreed [2] 26:15 26:19
disclaim [1] 38:19
disclaimer [11] 8:10 8:24 8:25 9:4 10:1 22:2 38:20 38:23 38:25 39:13 39:23
disclosed [1] 54:17
discovered [2] 18:1 18:4
discovery [1] 5:14
discuss [3] 14:23 17:5 58:1
discussed [1] 18:5
discussion [2] 16:22 35:23
discussions [3] 16:16 16:18 57:14
dispute [2] 18:17 18:21
dissatisfaction [1] 49:23
dissent [5] 4:8 25:19 43:19 43:24 50:7
dissenters [1] 27:12
DISTRICT [2] 1:1 1:2
DIVISION [1] 1:3
divisive [1] 30:1
divulge [1] 15:11
divulging [1] 16:21
doctors [1] 53:16
doctrine [1] 13:10
document [3] 13:19 13:20 23:2
documentary [2] 54:19 54:24
documents [5] 42:20 55:5 55:13 55:18 55:24
doesn't [1] 24:24
dolls [1] 8:2
donate [1] 20:8
done [4] 16:8 16:25 51:8 52:12
doubt [2] 39:3 39:17
down [4] 22:5 43:2 44:22 45:4
drug [1] 21:8
duly [2] 5:20 59:8
Dunbar-Ortiz [2] 28:18 28:24
during [2] 50:9 59:13
duty [1] 12:10

-E-

E [1] 1:14
e-mail [6] 3:7 6:5 8:22 9:12 28:20 38:15
East [8] 33:1 35:1 41:19 41:24 42:5 42:8 42:9 42:17
economic [1] 16:5
economically [1] 13:23
economy [1] 36:25
Ed [1] 47:12
effect [1] 12:6
effective [1] 39:2
effort [2] 45:8 45:10
either [3] 11:5 14:14 44:9
elbows [1] 35:17
elements [1] 15:12
embezzlement [1] 47:13
emotional [4] 53:21 54:4 54:9 54:15
end [1] 45:10
England [1] 6:4
enjoyed [1] 47:14
entice [1] 45:7
entire [3] 25:5 33:1 50:9
entitled [11] 14:9 14:19 15:25 16:3 16:7 27:25 28:13 53:20 53:23 56:19 56:25
Epp [31] 1:17 2:13 3:7 3:9 8:21 9:10 9:21 10:13 10:14 13:18 14:20 14:22 15:24 16:10 16:25 18:19 20:1 20:5 21:10 21:19 31:5 39:19 50:1 54:6 54:11 54:16 55:1 57:4 57:13 58:5 58:19
equally [1] 49:24
equivalent [1] 31:4
establish [1] 33:7
establishment [1] 26:20
events [2] 33:8 33:11
eventually [2] 19:24 29:10
evidence [9] 2:8 14:4 14:5 14:14 39:12 39:20 54:19 54:24 55:4
exact [1] 8:15
exactly [4] 6:6 6:8 20:15 40:14
Examination [2] 2:2 5:22
example [1] 48:11
except [3] 23:4 43:7 58:11
exception [2] 23:23 24:2
exceptions [2] 23:18 23:25
Excerpts [1] 4:8
excised [1] 21:12
excused [1] 58:21
excuses [2] 30:22 30:23
Exhibit [49] 2:9 2:11 2:12 2:14 2:15 2:17 2:18 2:20 2:22 3:1 3:3 3:5 3:7 3:8 3:10 3:12 3:13 3:15 3:17 3:19 3:21 3:23 4:1 4:3 4:5 4:7 9:11 10:21 17:7 19:15 20:22 21:11 24:15 29:12 29:13 36:7 37:9 38:11 38:15 38:17 41:9 42:19 43:9 44:10 45:20 46:24 47:14 48:16 50:6
EXHIBITS [1] 2:7
expected [1] 26:3
expert [2] 54:17 54:18
expires [1] 59:25
explain [1] 51:9
explained [1] 52:21
express [4] 40:11 45:17 48:8 49:23
Eyes [2] 43:22 44:1

-F-

F [1] 1:14
F.R [1] 3:22
faced [1] 30:2
fact [1] 32:5
facts [1] 39:19
factual [1] 55:8
factually [3] 54:21 55:12 55:21
fair [4] 8:24 29:23 30:5 33:2
Falls [5] 1:12 1:19 1:22 5:9 29:8
false [5] 12:9 15:5 54:21 55:12 55:21
falsities [1] 55:8
famous [6] 18:23 18:24 21:24 46:11 46:22 46:23
far [3] 11:24 23:2 43:18
farmers [1] 45:5
favor [1] 23:16
February [1] 59:22
federal [2] 10:23 11:6
felony [3] 10:23 11:8 11:9
figuratively [2] 53:2 53:6
figure [5] 15:2 16:6 18:17 35:15 49:14
figures [2] 6:22 35:17
filed [1] 21:14
filibustered [1] 51:22
filibustering [1] 52:2
filing [1] 28:14
Finally [1] 37:19
fire [1] 23:22
first [22] 5:20 6:2 8:13 9:3 9:12 9:18 12:7 20:2 20:7 20:11 20:15 21:11 22:9 22:10 23:12 23:16 24:18 31:22 37:25 38:15 55:11 59:8
fixed [1] 51:17
floor [2] 50:12 50:17
following [3] 10:11 12:4 17:6
follows [4] 5:21 22:23 23:5 38:16
Fonda [3] 28:17 28:22 28:25
foregoing [1] 59:11
foreign [3] 31:1 31:5 31:22
form [1] 39:14
formally [1] 56:1
former [3] 29:9 29:14 41:10
founding [1] 37:3
free [1] 23:24
friends [1] 28:22
frightened [1] 28:6
furious [1] 47:19

-G-

G [6] 1:5 1:15 2:11 5:6 17:25 46:19
game [2] 12:15 12:17
Gandhi [1] 46:18
garner [1] 25:14
gas [5] 48:23 49:8 51:12 51:16 51:18
generally [1] 21:2
generation [2] 29:22 29:25
George [2] 12:4 26:23
given [2] 4:25 51:5
global [1] 37:21
goat' [1] 45:6
goats [2] 45:9 45:12
goes [3] 25:22 49:6 49:7
good [8] 6:8 14:24 33:14 33:18 33:19 35:13 46:20 46:21
government [8] 7:9 7:11 26:16 30:20 37:11 48:24 49:12 55:16
governments [2] 34:18 50:10

graduate [1] 31:18
grew [2] 32:21 33:4
group [3] 24:21 29:9 29:17
guess [8] 7:3 9:6 10:16 33:14 33:18 33:24 36:25 54:16
guessing [1] 55:19
guilty [1] 23:4
guy [2] 6:7 57:24
guys [1] 43:8

-H-

hair [1] 48:17
Hammadi [2] 31:16 31:17
Hampshire [1] 6:7
hand [3] 4:4 47:15 59:21
handle [1] 17:5
hard [1] 27:13
hawking [1] 8:1
head [1] 31:13
headline [1] 41:9
health [1] 53:16
heaped [1] 26:19
hear [1] 24:18
heard [8] 11:15 12:10 24:7 24:9 30:14 41:19 44:10 47:9
Heidepriem [3] 1:11 1:21 5:8
HEREBY [1] 59:7
hereinabove [1] 5:5
hereto [1] 59:20
hero [1] 46:5
Hey [1] 39:15
history [1] 49:2
Hold [2] 4:3 47:14
home [1] 48:11
Honestly [1] 39:10
hope [1] 25:1
hoping [1] 25:16
hour [1] 5:10
House [1] 27:8
Hussein [2] 31:10 38:9
Husseini [1] 42:24
Hyman [1] 43:23

-I-

idea [6] 14:24 37:16 38:4 48:8 56:5 57:19
Identification [1] 2:8
illegal [4] 27:15 27:19 27:20 28:12
imbalance [1] 27:6
Imperial [2] 3:21 44:11
importance [1] 24:25
important [9] 18:25 19:3 19:8 30:1 32:24 33:2 35:11 35:17 35:22
impossible [1] 58:14
impressive [1] 33:6
impugn [1] 36:3
impugning [3] 36:1 36:20 36:22
Inc [1] 1:7
inception [1] 39:14
Incidently [1] 36:24
Including [1] 35:12
inclusive [1] 59:12
incorrect [1] 43:17
indeed [1] 33:12
INDEX [2] 2:1 2:7
individual [1] 1:8
individualized [1] 56:25
ineffective [1] 38:20
inflammatory [1] 49:25
information [2] 16:12 43:11
injured [2] 13:23 14:6
injuries [1] 54:4
injury [2] 53:21 54:9
innocent [1] 36:18
inspect [1] 38:6
inspectors [10] 30:24 32:6 32:12 32:20 33:13 37:11 37:16 37:17 37:23 38:1
instance [1] 12:14
institute [8] 3:6 3:14 34:13 38:13 42:19 42:25 43:5 43:6
insult [1] 55:22
insults [2] 54:22 55:8
intellectual [2] 47:25 48:1
intending [1] 30:11
intent [3] 29:17 30:5 30:10
intention [1] 30:8
intentionally [1] 12:15
interested [1] 59:18
interesting [2] 31:21 43:20
International [1] 43:3
Internet [2] 24:20 41:10
interpreted [1] 11:25
interviews [1] 40:11
introduction [2] 44:13 44:19
invade [3] 2:21 29:21 30:23
invaded [6] 9:24 29:3 29:7 31:25 32:1 32:4
invading [5] 25:4 30:22 40:12 40:20 57:8
invasion [12] 28:8 29:19 30:9 30:17 30:19 33:20 33:21 38:4 40:24 41:21 41:24 42:2
involved [1] 32:17
Iraq [31] 2:21 3:3 3:5 9:16 24:22 25:4 25:4 27:15 28:8 29:2 29:7 29:19 29:21 30:9 30:16 30:19 30:22 30:25 31:1 31:10 31:13 34:1 40:8 40:12 40:20 41:18 41:22 42:3 43:4 45:21 53:10
Iraqi [3] 30:19 32:10 36:18
Iraqis [2] 32:5 33:13
Iscariot [1] 45:1
Israeli [1] 44:2
issue [5] 29:24 33:2 47:23 51:14 54:7
issued [1] 29:11
issues [5] 19:1 19:2 32:24 47:21 48:14
itself [5] 8:3 13:19 13:20 26:4 26:7

-J-

J [1] 1:21
jail [1] 49:7
James [17] 1:5 1:15 2:11 2:22 3:1 3:3 3:16 3:17 3:19 4:3 4:8 5:6 5:19 5:24 17:25 20:9 46:19
Jane [1] 28:17
Janklow [3] 1:12 1:21 5:8
January [2] 1:13 5:10
Jennings [1] 42:25
Jesus [1] 45:5
Jill [3] 5:11 59:4 59:24
Jim [5] 5:25 42:25 57:3 58:17 58:19
Jimmy [3] 50:8 50:11 52:4
John [1] 47:3
Johnson [3] 1:11 1:21 5:7
journalist [2] 34:8 34:9
journalists [1] 34:10
Judas [3] 45:1 45:9 45:12
Judge [2] 14:20 14:21
judgment [2] 16:2 18:13
June [1] 20:6
jury [3] 54:12 57:7 57:9

-K-

keep [3] 17:3 30:9 58:2
Kennedy [1] 51:4
kid [2] 32:25 33:3
Kimberly [1] 1:21
kind [8] 19:10 20:16 27:6 40:5 43:24 45:12 55:1 55:5
knew [3] 6:5 50:10 56:14
Knight-Ridder [1] 34:7
knowledge [1] 7:21
known [2] 45:6 56:16

-L-

L [1] 5:1
labeled [2] 7:16 27:5
lacto-ovo [1] 46:13
language [3] 12:2 39:15 48:6
Lanham [1] 1:21
last [3] 29:22 36:12 44:22
late [1] 8:20
law [7] 1:18 10:23 10:24 13:5 23:18 35:6 57:5
lawsuit [2] 24:13 56:10
lawsuits [1] 28:14
Leader [2] 3:7 9:13
leaders [5] 31:3 32:10 34:25 35:11 40:18
least [6] 8:25 19:7 19:17 20:5 38:22 38:24
Lebanonwire [1] 41:15
Lebanonwire.com [2] 3:12 41:10
led [2] 32:10 40:8
left [1] 38:1
legal [11] 13:8 13:10 18:19 18:21 20:8 35:7 39:2 39:16 39:20 40:2 55:15
legitimate [1] 30:12
letter [4] 3:9 8:23 38:17 39:8
letters [1] 8:21
letting [1] 37:16
liability [1] 23:20
liar [1] 50:8
libel [5] 16:2 50:18 54:14 56:21 57:4
libeled [1] 57:12
libelous [6] 12:23 12:25 13:5 13:8 13:9 13:14
lie [1] 50:11
lied [1] 50:10
life [2] 3:22 50:9
lifted [1] 51:24
likely [2] 10:20 25:15
likes [2] 42:14 42:18
Limbaugh [2] 21:1 21:8
line [1] 16:13
lines [1] 22:10
list [19] 2:16 2:17 3:24 4:2 6:14 7:15 8:3 10:5 18:10 19:21 19:24 20:20 21:15 21:17 22:1 22:2 22:19 36:1 58:9
listed [2] 7:15 18:9
Live [1] 41:17
lived [1] 37:2
Living [1] 3:24
loneliest [1] 48:18
Lonely [1] 4:6
look [4] 6:10 9:11 19:15 44:20
looked [5] 9:3 22:8 38:15 39:25 49:5
looking [2] 20:22 36:7
looks [1] 24:23
Los [1] 25:12
loyalty [1] 52:21

lucky [1] 50:25
Lying [1] 50:14

-M-

M [3] 5:12 59:4 59:24
Magazine [1] 46:4
magnitude [1] 49:1
Mahatma [1] 46:18
major [2] 32:13 33:7
majority [1] 28:6
makes [4] 9:15 38:25 41:2 46:13
man [4] 4:6 45:2 45:4 48:18
Mandela [1] 32:16
manifestation [1] 29:1
March [1] 32:1
Marino [6] 1:8 1:24 1:24 3:9 56:5 58:11
Marinos [1] 22:4
Marjorie [1] 47:10
marked [2] 2:8 10:21
Marlow [3] 1:12 1:21 5:8
married [1] 47:11
mass [1] 33:22
matter [1] 59:10
matters [1] 53:13
may [9] 5:6 8:23 10:7 15:12 19:12 20:17 32:10 38:18 44:14
McCarthyism [4] 26:9 26:13 26:21 26:25
McCarthyist [1] 27:11
mean [5] 7:23 24:25 29:3 55:4 58:13
meaning [2] 13:8 33:6
meaningless [1] 38:21
meanings [1] 11:12
means [3] 11:8 26:12 46:15
meant [1] 11:4
media [4] 3:19 40:10 45:20 45:23
medical [1] 54:17
meet [2] 31:13 35:21
meeting [1] 40:6
meetings [1] 32:9
members [1] 28:7
memoir [1] 43:24
memory [2] 6:8 24:6
men [1] 49:19
mental [3] 53:16 54:7 54:7
mention [1] 20:7
mere [1] 55:8
merely [2] 54:22 55:22
met [8] 28:25 28:25 30:20 31:18 31:22 34:21 34:23 38:10
Mezvinsky [2] 47:10 47:12
Michael [3] 1:8 1:24 3:9
middle [9] 33:1 35:1 41:19 41:24 42:4 42:8 42:9 42:17 51:2
midsts [1] 45:10
might [4] 12:18 40:2 45:13 49:24
milk [1] 46:15
million [4] 15:2 15:8 15:13 15:15
mind [1] 23:17
Miner [3] 1:11 1:21 5:8
minister [4] 31:1 31:6 31:9 31:22
MINNEHAHA [1] 59:3
minority [2] 27:9 27:13
Miss [2] 28:22 28:25
mistake [1] 28:9
mistakes [1] 43:13
mobilize [2] 29:6 29:18
modern [1] 45:5
modest [1] 19:6
Mohammed [2] 35:12 35:13
mom [2] 42:14 42:18
Mondale [3] 51:5 51:25 52:2
money [1] 49:11
months [1] 32:3
moral [1] 37:2
most [7] 10:19 23:11 23:15 25:15 29:21 32:24 35:17
mostly [1] 27:10
motives [2] 36:23 36:23
move [2] 14:22 17:5
Ms [1] 1:21
must [4] 25:19 25:23 45:9 56:16

-N-

N [2] 1:14 5:1
name [13] 2:19 5:23 6:17 24:16 24:16 24:21 24:23 31:15 34:12 40:25 41:1 43:1 56:17
names [6] 6:19 21:6 21:15 21:24 23:9 24:9
National [3] 4:1 34:10 46:25
natural [2] 51:16 51:18
near [1] 22:6
necessarily [4] 11:17 13:11 24:24 48:9
need [2] 53:22 56:24
negative [1] 37:10
neither [1] 18:21
Nelson [1] 32:15
never [12] 17:12 19:4 19:7 26:2 28:21 28:25 38:10 50:10 52:8 55:25 56:1 56:2
new [8] 6:4 6:7 11:20 25:10 26:9 26:21 26:24 42:16
news [1] 41:17
Newsware [1] 2:20
next [4] 17:22 20:19 24:15 51:2
nobody [1] 49:7
nor [1] 59:17
Norman [3] 34:12 42:21 42:23
Nose [2] 4:3 47:15
Notary [3] 5:12 59:5 59:24
noted [1] 5:5
notes [1] 59:13
nothing [3] 36:11 41:23 59:9
notice [1] 5:18
now [5] 3:11 12:12 22:3 34:22 47:21
nuclear [1] 28:5
number [6] 15:15 18:9 21:11 25:25 34:23 43:4
numbered [1] 13:2

-O-

O [4] 1:14 1:14 1:14 5:1
o'clock [2] 1:13 5:11
O'Reilly [1] 20:25
oath [2] 46:8 50:16
objecting [1] 52:11
objection [8] 16:10 16:12 17:2 18:19 39:19 39:20 50:1 57:16
objections [1] 17:6
obligation [1] 12:10
obviously [3] 17:17 20:14 49:5
off [3] 41:9 51:3 51:3
Offered [1] 2:8
office [2] 35:5 35:9
offices [2] 1:18 5:7
official [2] 43:9 59:21
oil [3] 48:22 49:8 49:10
old [2] 26:13 33:3
one [34] 4:4 6:21 11:23 12:8 14:9 17:22 19:4 20:19 22:14 24:15 25:17 29:21 31:3 31:7 32:7 32:18 32:23 32:23 35:13 35:13 38:1 42:12 42:15 42:16 42:18 42:20 44:8 44:20 47:15 52:7 52:7 55:14 55:14 57:4
one's [1] 33:17
one-minute [1] 58:3
ones [1] 22:17
ongoing [1] 16:12
open [1] 35:22
opening [2] 2:14 19:18
opinion [5] 18:14 19:8 38:19 39:20 55:9
opinions [1] 54:22
oppose [1] 36:14
opposed [2] 54:22 55:21
opposition [5] 2:20 29:2 29:6 29:18 40:12
order [4] 24:25 49:22 52:6 52:7
orders [1] 52:3
organization [1] 41:3
organizations [2] 40:22 41:7
organized [1] 29:9
organizing [1] 29:17
original [2] 4:24 44:16
originally [1] 57:24
otherwise [1] 13:23
ought [1] 27:24
ourselves [1] 45:9
outcome [1] 59:19
outraged [1] 7:1
own [2] 6:17 36:25

-P-

p [3] 1:14 2:3 5:1
p.m [1] 1:13
p.m. [1] 5:11
P.O [1] 1:22
page [20] 2:14 10:22 11:21 13:3 15:1 19:18 19:19 20:7 21:11 36:7 36:10 36:11 36:12 38:18 44:22 47:19 48:21 50:6 51:2 51:2
pages [1] 59:11
palaces [2] 37:18 37:22
Palestinian [1] 44:2
paragraph [7] 13:2 17:9 17:12 17:23 36:13 51:3 51:4
Pardon [1] 43:15
Parliament [1] 31:14
parody [3] 9:7 39:1 39:15
PARSON [16] 9:14 9:22 14:21 14:24 16:23 20:4 20:13 21:13 21:21 54:1 54:9 54:13 56:19 57:10 57:17 58:3
Parsons [5] 1:20 2:3 4:25 5:22 21:18
part [6] 20:9 32:13 40:22 41:3 50:6 55:10
parties [3] 5:3 29:15 59:17
parts [1] 42:9
pass [1] 47:8
Patriot [4] 2:16 10:5 20:19 21:17
patriotism [4] 36:1 36:3 36:13 36:20
Pennsylvania [1] 1:7
people [26] 6:14 6:22 7:15 12:4 18:13 21:14 21:24 23:8 27:2 27:3 27:10 27:13 28:5 28:10 30:15 32:17 35:21 36:20 37:6 39:1 39:16 40:3 51:1 57:19 58:1 58:13
per [10] 13:5 13:8 13:9 13:14 15:17

16:2 54:14 56:21 57:5 57:12
perjury [1] 50:14
permanent [1] 20:16
perpetrating [1] 48:25
person [1] 24:13
personal [1] 23:23
personally [1] 6:10
petition [5] 2:19 24:16 24:17 25:5 28:19
Pettigrew [5] 3:22 44:10 44:12 44:17 44:18
Pettigrew's [1] 44:15
Ph.D [1] 31:19
photographs [2] 6:14 35:10
phrase [4] 26:9 26:10 45:12 45:17
physical [3] 53:21 54:4 54:15
picture [1] 48:17
place [3] 5:7 7:3 19:10
placed [4] 45:6 45:9 56:12 56:15
plaintiff [3] 1:6 1:19 13:6
plan [1] 36:24
Plans [1] 2:21
point [10] 9:1 18:6 21:4 21:4 31:7 31:8 33:17 48:4 48:5 48:6
policies [4] 2:23 3:2 12:5 26:22
policy [6] 41:11 41:13 41:25 42:4 53:10 53:13
political [5] 7:22 7:24 7:25 8:4 48:15
politicians [3] 3:24 46:17 50:23
politics [1] 26:1
poorly [1] 29:3
portion [1] 15:21
position [2] 16:14 55:17
positioning [1] 37:21
positions [4] 26:2 40:20 42:4 49:24
positive [1] 41:6
possible [2] 11:18 34:23
power [1] 27:6
PRESENT [1] 1:24
preside [1] 51:25
President [10] 24:7 24:8 24:11 26:23 27:2 27:3 27:7
28:4 34:21 37:6
President's [3] 2:23 22:16 22:20
presiding [1] 52:3
press [2] 3:5 38:11
presumably [1] 52:3
presumed [1] 57:6
pretty [1] 46:19
prevent [4] 30:8 30:18 33:19 33:21
preventing [1] 40:23
previous [1] 42:20
price [2] 51:15 51:18
prices [1] 51:17
primarily [1] 11:22
prime [1] 31:8
principle [1] 13:14
principles [1] 45:11
print [2] 13:1 44:3
printed [2] 19:17 20:6
privilege [4] 16:15 50:17 50:22 57:15
privileged [3] 16:11 16:17 17:3
pro-gas [1] 52:11
pro-oil [1] 52:11
problems [1] 53:17
ProBush.com [16] 1:7 6:3 8:22 9:13 12:1 13:24 14:6 14:16 17:17 17:24 35:24 53:18 54:21 55:7 55:20 57:20
ProBush.com's [3] 2:14 20:8 53:11
procedure [2] 5:17 52:13
products [1] 8:1
professionals [1] 53:17
Professor [2] 28:17 28:24
Progresive [1] 3:19
progressive [5] 2:20 45:20 45:23 46:3 46:6
Project [3] 3:20 45:20 45:23
prominent [4] 6:22 18:9 18:11 18:15
property [3] 47:22 47:24 47:25
prospect [1] 36:18
protected [2] 25:19 57:14
protection [1] 50:23
protest [1] 52:8
protestors [1] 28:15
prove [3] 13:11 13:25 14:17
province [1] 57:8
proving [1] 55:24
public [23] 3:6 3:14 3:22 4:1 5:12 6:22 18:17 27:24 29:1 29:18 34:11 34:13 35:15 38:13 42:19 43:5 43:6 46:25 49:12 49:23 53:13 59:5 59:24
publication [2] 14:6 20:11
publicity [2] 19:5 25:15
publicly [2] 29:11 30:11
published [3] 25:9 44:4 45:25
pulpit [1] 19:11
purporting [1] 21:21
purpose [4] 5:14 39:3 39:18 50:20
purposes [1] 5:15
pursuant [1] 5:18
pushing [2] 32:15 32:16
put [4] 38:13 39:5 54:6 56:17
putting [1] 35:25

-Q-

questioning [3] 2:22 3:1 25:18
questions [1] 7:3

-R-

Radio [1] 34:11
Rahall [1] 34:2
rape [8] 48:25 49:3 49:4 49:4 49:9 49:13 49:16 49:18
rather [1] 55:8
reaction [1] 6:24
read [9] 12:6 15:21 25:5 31:14 34:14 39:23 43:12 43:19 56:10
reading [1] 58:20
real [1] 7:6
really [3] 19:13 19:23 43:7
reason [2] 11:7 27:23
reasonable [1] 51:7
recess [1] 58:6
recognition [1] 52:8
recognize [2] 21:6 52:9
recollection [3] 9:18 9:21 18:3
record [5] 5:4
9:10 15:21 16:11 57:16
refer [1] 26:15
referenced [1] 10:25
referred [1] 8:23
referring [1] 13:4
refresh [2] 9:17 18:2
refuse [1] 14:11
refusing [1] 53:25
regard [2] 30:6 42:4
regarding [3] 40:8 45:21 53:10
regularly [2] 35:3 35:4
related [1] 59:17
relative [1] 59:10
reliance [1] 45:10
Remarks [1] 3:17
remember [33] 6:6 8:13 8:17 9:4 9:8 10:1 10:4 10:19 19:22 20:22 20:24 22:12 22:14 22:17 24:19 25:7 34:11 34:16 34:21 34:22 35:6 35:9 39:10 40:13 41:6 43:1 44:24 46:8 47:2 47:17 48:20 57:25 58:1
remove [3] 30:21 30:23 51:21
removed [1] 51:20
removing [1] 39:3
rephrase [1] 14:12
reported [1] 41:19
reporter [2] 15:22 59:4
represent [3] 15:16 16:2 58:15
Representing [1] 31:10
Republican [3] 21:3 27:7 27:8
Republicans [1] 47:19
republication [1] 44:14
request [1] 21:14
requested [1] 15:21
required [4] 13:25 15:11 54:10 54:11
research [2] 35:7 35:8
respect [1] 52:20
responding [1] 37:10
restaurant [1] 42:17
result [3] 15:5 49:7 58:8
resulting [1] 54:5
retained [1] 10:12
reviewed [1] 10:17
right [21] 8:20 9:22 12:7 12:12 13:21 14:24 21:4 21:21 23:5 23:24 30:6 33:25 37:1 37:3 41:23 47:21 48:2 49:21 50:19 57:17 58:19
rights [2] 23:13 23:16
ring [1] 26:10
Ron [3] 9:10 20:1 21:10
Ronald [1] 1:20
room [1] 23:7
roughly [1] 26:21
Roxanne [1] 28:18
rubs [1] 35:16
ruled [1] 52:7
rules [2] 5:17 52:15
ruling [1] 52:5
Rush [2] 21:1 21:8

-S-

S [2] 1:14 5:1
Saadoun [1] 31:17
Saddam [2] 31:10 38:9
safe [2] 35:16 35:19
Sam [1] 42:24
saw [27] 6:13 6:14 6:25 7:14 8:13 9:2 9:5 10:2 10:3 10:9 11:4 12:2 19:19 20:2 20:15 22:9 22:13 22:13 32:7 34:1 44:8 46:11 46:11 47:2 51:6 52:12 52:17
says [13] 10:22 13:3 13:10 17:12 26:7 27:21 36:13 41:17 45:1 46:11 46:24 47:19 51:5
school [1] 35:6
scorn [1] 26:19
SD [3] 1:12 1:19 1:22
SDCL [1] 10:24
se [10] 13:5 13:8 13:9 13:14 15:17 16:2 54:14 56:21 57:5 57:12
seal [1] 59:21
second [8] 10:22 11:22 24:23 36:7 36:12 44:22 48:12 48:21
Secretary [1] 31:4
see [19] 6:17 6:19 8:9 9:18 10:5 11:24 14:12 19:16

19:19 20:25 23:3 27:1 27:2 27:4 34:12 43:1 48:4 48:5 48:6
**seeing** [2] 20:24 56:4
**seem** [1] 36:17
**select** [1] 49:24
**selected** [3] 15:16 16:2 49:20
**Senate** [6] 27:8 50:12 50:17 51:25 52:13 52:15
**Senator** [8] 5:25 18:8 20:2 41:11 44:17 44:18 52:6 54:6
**Senators** [3] 29:9 29:14 52:10
**sense** [1] 9:15
**sent** [4] 6:4 10:15 10:18 51:24
**sentence** [1] 51:2
**sentences** [1] 51:13
**September** [1] 32:1
**set** [1] 59:21
**setting** [1] 47:18
**several** [4] 11:12 29:8 32:3 34:9
**shared** [1] 40:23
**Sheldon** [1] 4:6
**shows** [2] 39:12 39:13
**shy** [1] 19:4
**side** [3] 51:10 52:4 52:22
**sides** [1] 52:23
**sign** [1] 25:2
**signed** [5] 17:9 24:22 25:6 28:18 41:2
**signers** [1] 24:21
**significant** [1] 29:22
**similar** [1] 20:17
**simply** [2] 16:1 22:25
**Sioux** [5] 1:12 1:19 1:22 5:8 29:8
**site** [1] 20:3
**site's** [1] 18:10
**sitting** [1] 34:4
**situation** [3] 17:1 27:11 30:7
**small** [1] 36:15
**society** [1] 19:11
**Solomon** [3] 34:12 42:21 42:23
**someone** [14] 9:12 11:3 11:15 12:14 12:20 23:11 23:15 24:4 24:7 24:11 35:16 45:13 45:17 49:22
**sometime** [2] 20:10 20:11
**sometimes** [3] 19:6 19:6 27:1
**somewhere** [2] 22:5 31:14
**sorry** [5] 9:22 11:25 36:10 36:12 48:5
**sort** [2] 38:11 47:14
**South** [12] 1:2 5:9 5:13 10:24 13:5 32:21 32:25 33:4 33:8 57:5 59:1 59:6
**SOUTHERN** [1] 1:3
**soy** [1] 42:18
**speak** [3] 23:17 27:12 35:3
**speaks** [3] 13:19 13:20 26:7
**specific** [1] 13:11
**specifically** [5] 13:22 13:23 14:5 14:15 30:21
**speech** [4] 23:24 44:23 44:25 49:14
**speeches** [1] 29:8
**spent** [1] 25:25
**spies** [1] 37:25
**sports** [1] 12:14
**SS** [1] 59:2
**stamp** [1] 20:5
**stamped** [1] 9:13
**stampeded** [1] 28:4
**stands** [1] 11:7
**start** [2] 23:11 27:21
**started** [4] 9:16 51:10 52:5 52:22
**starts** [2] 51:3 51:3
**state** [9] 5:13 5:23 11:6 16:10 17:14 31:4 54:7 59:1 59:5
**statement** [9] 8:5 13:3 13:4 17:10 24:22 29:10 29:23 33:2 55:25
**statements** [5] 41:18 53:11 53:18 54:20 55:7
**states** [22] 1:1 6:16 7:6 7:9 7:11 7:12 7:17 8:7 17:14 17:23 18:8 22:19 23:7 25:17 29:14 30:2 38:17 42:10 46:6 48:21 55:16 56:22
**statespersons** [2] 3:24 46:17
**statutes** [2] 10:25 11:6
**steal** [1] 47:20
**stealing** [6] 47:21 47:22 48:7 48:11 48:12 48:14
**stenotype** [1] 59:13
**still** [1] 51:23
**stipulated** [1] 5:2
**stop** [1] 51:16
**stopped** [1] 34:19
**stopping** [1] 52:14
**Story** [1] 3:21
**straight** [1] 19:20
**strange** [1] 47:13
**strike** [1] 23:15
**Strobel** [1] 34:7
**struck** [1] 25:17
**structure** [1] 20:18
**subject** [1] 25:23
**Such** [1] 13:3
**sued** [4] 39:6 39:7 39:8 39:11
**suffered** [1] 15:5
**suit** [1] 39:9
**Sunness** [1] 4:6
**support** [6] 22:15 22:20 27:2 27:3 27:14 28:7
**supporter** [1] 23:12
**supposed** [1] 21:16
**Supreme** [1] 23:21
**surprised** [1] 7:1
**Susan** [1] 46:18
**switched** [2] 51:10 52:23
**sworn** [2] 5:20 59:8
**synonym** [1] 52:18
**Syria** [1] 34:22
**systems** [1] 37:21

**-T-**

**T** [3] 1:14 5:1 5:1
**taking** [2] 49:11 59:14
**targets** [1] 37:22
**Tariq** [2] 30:20 31:1
**team** [3] 3:7 9:12 12:15
**teammates** [1] 12:17
**Ted** [1] 51:4
**term** [1] 52:20
**terms** [1] 31:24
**testified** [3] 5:21 16:25 57:13
**testify** [1] 59:8
**testimony** [2] 39:12 59:20
**Thank** [1] 58:16
**Thanks** [1] 58:18
**theater** [1] 23:22
**themselves** [3] 25:23 25:23 28:14
**Therefore** [2] 14:18 28:6
**they've** [2] 17:20 57:22
**thinking** [1] 28:4
**third** [3] 36:10 36:11 36:15
**thought** [3] 30:6 43:20 50:10
**threat** [2] 28:5 42:2
**threatened** [1] 39:9
**three** [1] 22:10
**threw** [1] 12:15
**through** [5] 5:3 19:21 20:23 43:21 44:1
**throwing** [1] 12:16
**times** [5] 25:10 25:12 34:23 43:4 45:5
**Today** [1] 25:12
**Todd** [6] 1:17 2:13 3:7 3:9 38:16 38:24
**tomorrow** [2] 22:4 58:16
**too** [5] 24:2 33:25 37:4 42:15 43:1
**top** [4] 21:8 22:2 22:7 24:23
**track** [2] 22:9 58:2
**traitor** [55] 2:17 7:5 7:11 7:15 8:3 8:7 11:4 11:8 11:11 11:15 11:22 12:5 12:8 12:11 12:18 13:4 17:20 18:10 19:21 19:24 22:1 22:2 22:11 22:12 22:15 22:16 22:19 22:21 22:23 23:1 23:4 23:10 24:1 24:4 24:8 24:10 24:12 26:3 26:5 26:6 26:24 35:25 35:25 36:4 45:16 48:7 49:25 52:19 53:3 53:4 53:6 55:11 55:15 56:1 58:8
**traitors** [6] 6:15 7:16 7:20 39:2 39:16 40:3
**transcript** [2] 4:24 59:13
**trap** [3] 45:7 47:18 52:16
**treachery** [3] 51:6 51:8 52:18
**treason** [12] 7:8 10:22 11:9 11:23 17:14 17:19 17:21 22:11 23:5 24:5 52:19 58:10
**treasonous** [1] 26:18
**trial** [1] 5:15
**tried** [2] 52:7 56:2
**trigger** [1] 23:20
**trip** [1] 43:1
**trouble** [1] 40:2
**true** [14] 7:19 15:12 15:15 17:15 19:9 21:19 23:13 34:25 45:14 49:17 50:7 50:14 54:9 59:12
**trust** [1] 12:9
**truth** [4] 55:24 59:9 59:9 59:10
**try** [4] 27:2 29:18 30:8 57:9
**trying** [7] 6:5 33:6 40:1 51:15 51:16 51:21 52:16
**two** [5] 11:21 37:10 43:8 44:6 51:13
**type** [4] 12:11 27:11 40:11 53:21

**-U-**

**U** [1] 5:1
**U.N** [2] 32:14 37:23
**U.S** [5] 29:9 30:18 41:10 41:11 41:13
**ultimately** [1] 39:13
**under** [10] 10:23 11:20 12:7 13:5 28:5 46:8 46:17 50:16 52:3 59:10
**understand** [11] 7:7 22:1 22:5 25:14 29:5 39:23 49:22 50:4 55:10 55:13 57:10
**understood** [7] 7:10 7:13 7:18 26:1 26:18 39:25 40:4
**United** [15] 1:1 6:15 7:5 7:9 7:11 7:12 7:16 8:7 17:14 23:7 29:14 30:2 42:10 46:6 55:16
**University** [2] 31:19 31:20
**unknown** [1] 49:1
**unpatriotic** [3] 2:23 3:2 37:5
**up** [10] 29:10 32:21 33:4 38:16 39:5 39:17 51:25 52:6 54:11 57:7
**USA** [1] 25:12
**USCA** [1] 10:23

**used** [4] 12:11 12:13 31:22 47:10
**using** [2] 45:13 48:6

-V-

**valued** [1] 25:19
**values** [1] 37:2
**vegetarian** [5] 3:24 46:9 46:13 46:22 46:23
**vegetarians** [1] 46:12
**Verified** [1] 2:10
**verifying** [1] 54:13
**version** [1] 22:3
**Vietnam** [1] 30:3
**view** [6] 7:23 21:4 21:5 33:17 35:24 52:25
**viewed** [3] 7:25 20:3 57:20
**vigorous** [1] 23:8
**violating** [2] 11:5 28:12
**Virginia** [1] 34:5
**visit** [3] 3:5 38:12 45:21
**visited** [1] 53:16
**voice** [2] 27:25 30:14
**Vote** [2] 4:4 47:15
**voted** [1] 28:7

-W-

**W** [1] 26:23
**waive** [1] 58:20
**wall** [1] 35:10
**wants** [1] 30:23
**war** [16] 9:16 24:22 25:3 25:4 27:15 27:22 27:22 27:23 28:1 28:3 29:2 29:7 30:3 30:9 40:8 41:18
**Warren** [1] 34:7
**wary** [1] 45:9
**Washington** [3] 3:21 44:11 47:11
**watch** [1] 47:20
**ways** [3] 25:22 27:1 34:19
**weapons** [7] 30:24 32:5 32:19 33:13 33:22 37:16 37:17
**weasel** [1] 40:2
**website** [39] 2:14 6:3 6:11 6:24 7:7 7:10 7:14 7:23 8:5 8:9 8:14 9:18 10:3 10:6 10:10 11:1 12:1 12:3 14:7 14:16 17:24 18:2 19:15 19:18 20:12 21:20 21:22 26:4 35:24 39:6 40:1 53:18 54:21 55:7 55:21 56:4 56:12 56:15 57:20
**websites** [1] 53:11
**Webster's** [1] 11:19
**well-known** [1] 42:7
**West** [1] 34:5
**whatsoever** [1] 55:17
**whereof** [1] 59:20
**whole** [1] 59:9
**wife's** [1] 42:12
**Wisconsin** [2] 31:19 31:20
**wise** [1] 8:14
**within** [2] 5:12 59:5
**without** [1] 37:12
**witness** [10] 2:1 5:20 21:16 39:21 54:10 57:8 58:20 58:21 59:7 59:15
**women** [3] 49:4 49:18 49:19
**wondering** [1] 55:19
**word** [8] 11:11 11:25 12:11 23:1 26:5 49:20 49:25 49:25
**worded** [1] 29:3
**words** [5] 9:8 12:5 23:19 50:12 51:17
**world** [4] 33:8 33:10 36:15 40:19
**worldwide** [1] 25:15
**wrecking** [1] 52:15
**write** [2] 44:12 45:21
**writing** [1] 47:17
**written** [3] 5:18 26:9 44:6
**wrong** [2] 36:5 43:17
**wrote** [5] 8:21 40:15 44:9 44:18 44:23

-Y-

**year** [3] 8:16 8:16 9:23
**years** [3] 25:25 31:18 33:3
**yell** [1] 23:22
**York** [1] 25:10
**yourself** [1] 42:7

-`-

**`Judas** [1] 45:6

U.S. DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DISTRICT

FILED
MAY 27 2003
CLERK

JAMES G. ABOUREZK

Plaintiff,

v.

PROBUSH.COM, INC., a Pennsylvania corporation, and MICHAEL MARINO, an individual

Defendant.

Civil Action No.

**VERIFIED COMPLAINT, NOTICE OF APPEARANCE, NOTICE OF PUNITIVE DAMAGES and NOTICE OF JURY TRIAL DEMAND**

COMES NOW the Plaintiff, James Abourezk, for his Verified Complaint against Defendants Probush.com Inc. and Michael Marino, he states and alleges:

## INTRODUCTION

The following action against the Defendants arises from libel of the Plaintiff. Plaintiff discovered that he was called a traitor on Defendants website. Under South Dakota Law, such a statement is considered libel per se.

## PARTIES

1. Plaintiff is a resident of Sioux Falls, county of Minnehaha, state of South Dakota. He is a former U.S. Senator from South Dakota.

2. On information and belief, Defendant, Probush.com Inc. is located at P.O. Box 16, in the city of West Point, state of Pennsylvania. The administrative contact is listed as Michael Marino. See Exhibit A, a true and correct copy of a Whois search, attached hereto and incorporated herein.

3. On information and belief, Defendant, Michael Marino is the editor and publisher of the probush.com website.

## JURISDICTION and VENUE

4. This Court has jurisdiction over the matter and the parties under 28 USC § 1332. The Plaintiff requests damages in excess of $75,000. The Plaintiff is a resident of the state of South Dakota and the Defendants are, under information and belief, residents of the state of Pennsylvania.

EXHIBIT
tabbies
1

5. Personal jurisdiction over the Defendant's is appropriate in South Dakota under SDCL 15-7-2(1), as they are transacting business in South Dakota by the sale of merchandise from Defendant's website, probush.com, and/or SDCL 15-7-2(2), the accrual in this state of a tort against the Plaintiff the Defendants committed, and/or SDCL 15-7-2(14), the Defendants maintenance of a website accessible by South Dakota residents.

## GENERAL ALLEGATIONS COMMON to all COUNTS

6. On or about April 9, 2003, Plaintiff discovered a website, owned and operated by the Defendants, which contained a picture of him and stated he was a traitor. See Exhibit B, a true and correct copy of partial pages from probush.com, alleged hereto and incorporated herein.

7. According to Black's Law Dictionary (6th Ed. Abridged, 1991) at 1040, a traitor is "one who is guilty of treason."

8. Treason is a felony under federal law, 18 USCA § 2381, and South Dakota law, SDCL 22-8-1.

9. The Defendant's statement about the Plaintiff is libelous under SDCL 20-11-3.

10. Plaintiff is an honorably discharged veteran of the United States Navy, a former United States Congressman, and a former U.S. Senator. He also is admitted to practice law before the courts of South Dakota, the District of Columbia, and the U.S. Supreme Court. He has taken oaths to uphold the Constitution of the United States in these positions.

## COUNT I ---DEFAMATION PER SE

11. The Plaintiff incorporates the above paragraphs and restates them herein.

12. Defendants have made a false statement by calling the Plaintiff a traitor.

13. Such a statement is libelous per se under South Dakota law as it accuses the Plaintiff of a criminal act he did not commit.

14. Defendant's disclaimer on its website, probush.com, is ineffective and meaningless.

15. Defendants libelous statement is intended to injure the Plaintiff's legal profession and standing in the community.

16. Defendants were not privileged to make such false statements about the Plaintiff.

**PRAYER FOR RELIEF**

THEREFORE, the Plaintiff prays for the following relief:

A. Actual damages in the amount of $ 2 million.

B. Punitive damages in the amount of $ 3 million.

C. The cost and attorney's fees of this action.

D. Removal of any reference to Plaintiff on Defendant's website.

E. Any other just and equitable relief.

Dated this 27th day of May, 2003.

James Abourezk

Plaintiff

**VERIFICATION OF COMPLAINT**

State of South Dakota :
ss.
County of Minnehaha :

James Abourezk, an individual, being first duly sworn upon under oath says: that he is the Plaintiff above named and has read the above and foregoing instrument, understands the contents thereof, and the same is true according to his own knowledge, except as to matters therein stated upon information and belief, and as to such matters he believes the same to be true.

James Abourezk

Subscribed and sworn to before me this 27 day of May, 2003.

Notary Public
My Commission Expires: 1-19-07

(SEAL)

MONICA J. JOHNSON
NOTARY PUBLIC
SOUTH DAKOTA
SEAL SEAL

## NOTICE OF APPEARANCE

Todd D. Epp, of counsel, Abourezk Law Offices, P.C., PO Box 1164, Sioux Falls, SD 57101-1164, hereby notes his appearance on behalf of the Plaintiff above-named.

Dated this 27th day of May, 2003.

By: [signature]

Todd D. Epp
Of Counsel
Abourezk Law Offices, P.C.
PO Box 1164
Sioux Falls, SD 57101-1164
(o) 605.334.8402
(f) 605.334-9404

Email: tdepp@aol.com

Attorney for Plaintiff

## NOTICE OF DEMAND FOR PUNITIVE OR EXEMPLARY DAMAGES

The Plaintiff hereby notifies the Defendants and the Court that he is seeking punitive or exemplary damages since he reasonably believes the Defendants actions against him are willful, wanton, and/or malicious.

## NOTICE OF JURY TRIAL DEMAND

Plaintiff demands trial by jury of all issues triable by a jury.

[signature]
Todd D. Epp

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

JAMES G. ABOUREZK,

Plaintiff,

Civ. No. CIV03-4146

**AFFIDAVIT OF JAMES G. ABOUREZK**

--v--

PROBUSH.COM, INC, a Pennsylvania corporation, And MICHAEL MARINO, an individual

Defendants.

COMES NOW the Plaintiff, James G. Abourezk, with an affidavit in the above captioned matter.

Under oath, your affiant states and affirms the following:

1. I am over the age of 18 and understand that I am under oath.

2. I am the Plaintiff in the above-noted matter.

3. I have never been accused of, charged with, or convicted of the crime of treason by any state or by the United States of America.

4. On numerous occasions as a sailor, Congressman, Senator, and attorney, I have sworn to uphold the laws and Constitution of the United States of America.






Dated this 20th day of August, 2003.

James G. Abourezk
Abourezk Law Offices, PC
PO Box 1164
401 E. 8th St., Ste. 321
Sioux Falls, SD 57101-1164

County of Minnehaha:
:SS
State of South Dakota:

## NOTARY

On this the 20th day of August, 2003, the affiant, James G. Abourezk, personally appeared before the undersigned officer and signed the foregoing instrument in my presence.

Dated this 20th day of August, 2003.

Todd D. Epp
Notary Public

My Commission expires: 9-8-04

(seal) TODD D. EPP
SEAL NOTARY PUBLIC SOUTH DAKOTA SEAL

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

JAMES G. ABOUREZK,

Plaintiff,

Civ. No. CIV03-4146

--v--

**AFFIDAVIT OF TODD D. EPP**

PROBUSH.COM, INC, a Pennsylvania corporation, And MICHAEL MARINO, an individual

Defendants.

COMES NOW Attorney Todd D. Epp, attorney for the Plaintiff, James G. Abourezk, with an affidavit in the above captioned matter.

Under oath, your affiant states and affirms the following:

1. I am over the age of 18 and understand that I am under oath.

2. I am the attorney for the Plaintiff in the above-noted matter.

3. On or about April 22, 2003, I became aware of the probush.com website from my client, James G. Abourezk. I browsed the website and discovered that Senator Abourezk as well as a number of other prominent Americans were listed on the site's "Traitors List."

4. Upon my initial viewing of the website, it is my recollection that I did not see a "disclaimer" that said that the "Traitors List" was a parody or that the Senator and others on the list were not "legal" traitors to the United States of America.

EXHIBIT 3

PLAINTIFF'S EXHIBIT B

5. From on or about April 22, 2003 until drafting and filing the above action on behalf of my client on May 27, 2003 with this Court, I periodically did check the probush.com website for updates to the "Traitors List". It is my recollection that I did not see a prominent "disclaimer" on the site concerning the "Traitors List" during this time.

Dated this 20th day of August, 2003.

Todd D. Epp
Of Counsel
Abourezk Law Offices, PC
PO Box 1164
401 E. 8th St., Ste. 321
Sioux Falls, SD 57101-1164

Attorney for Plaintiff

County of Minnehaha:

:SS

State of South Dakota:

**NOTARY**

On this the 20th day of August, 2003, the affiant, Todd D. Epp, personally appeared before the undersigned officer and signed the foregoing instrument in my presence.

Dated this 20th day of August, 2003.

Notary Public

My Commission expires: 1-19-07

(seal)



*What's Your Agenda?*



Sign up to receive our newsletter!
your email go

Newsletter Archives

Contact the President

White House Staff

Get Your ProBush.com Gear!

I pledge Allegiance to the flag of the United States of America and to the Republic for which it stands, one nation under God, indivisible, with Liberty and Justice for all.

History of The Pledge

TRIBUTES

- U.S. Armed Forces
- Ari Fleischer
- Bruce Kieloch
- Ben Jr.

# President of the United State



White House ph

**George Walker Bush**

**"I had made it clear to the world that either you're with us or you' still stands"**

**Our Hero** | **Hail to the Chief**

## Please Donate to ProBush.com's legal battle James Abourezk

***Abourezk said that his discussions with the speaker had also focuse ROLE" it was playing in Lebanon. (Hizbullah) was like the tool th***

**lebanonwire.com**

## *Hizbullah is on the U.S. State Department list*

**The former Senator has no problem affording himself the like this about terrorist organizations, however feels ProBus lines by listing him on a satirical "Tr**

## Please support us! Anything you can spa




EXHIBIT A

- Portland Police Dept.
- Mr. "Algor"

Bush 43 Archives

Official Al Gore is a Dick Page

The Homeland Page

Man or Midget?

Know Your Flag Etiquette

The Portland Protest

Protest Gallery

Protest Gallery II

Protest Gallery III

Executive Orders

Hans Blix's report to the U.N.

Past Weekly Review

Official Iraq Voting Form

Can of....

Remember...

"Murderous Tyrant" (10.7.02 address to the nation)

How dare Mr. "Algor" criticize Bush

Hi Ron Parsons
Help Us Defend Our Lawsuit!
amazon honor system How do we know your name?

ProBush.com Media Attentio

- **Abourezk Sues ProBush.com for $5 million**
- **Former Senator Files Libel Lawsuit**
- **On patriotism**
- **Former Senator Abourezk to Sue "Traitor" Website**
- **Defining treason**
- **Libel lawsuit filed against Web site**
- **Abourezk files libel lawsuit against web site**
- **Listen to individual stories**
- **White House Spokesman Ari Fleischer to Resign**
- **PABAAH : Patriotic Americans Boycotting Anti - American Hollywood**

Official Document from the U.S. Senate, Comr urging President Clinton to take military action of Mass Destruction

**Want to be a GOP Team Leader?**

**Want to be a part of ProBush.com?**

**Email Your First and Last Name**

**TeamLeader@probush.com**

Get your brick wall Bush 2 sl

Gay Dancers @ UN Global Summit

Ari Fan Club™

ProBush.com Stickers

Random Headlines

Random Articles

Random Quotes

How laws are made

War Against Terror

CIA report on Iraq's weapons of Mass Destruction

Sarandon Shoots Mouth Off

Bush MiniClips

Requests

Search ProBush.com

Contact the webmaster@probush.com

Email sent to ProBush.com is monitored by the U.S. Government

© Copyright 2003, ProBush.com, Inc. All Rights Reserved. Designed by M.T.M

All email sent to ProBush.com is property of ProBush.com, Inc

Bush2004
Grassroots Brigade
DONATE $24,$54,$104 for Victory in '04
Click Here!
+$4 for '04

A great gift f

Visit Cafe

W

G

Bush's NH Campaign Headquarters Bus on Ebay

PresidentialBus.com

Will the Real Hussein Please Stand Up?

2004 Democratic Canidates

Star Spangled Ice Cream

Tim Robbins Vs. Baseball Hall of Fame

Read A

PHILLY SAYS

ALL THE NEWS NOT FIT TO PRINT.

Dear Starbucks:

As much as I enjoy your coffee, I will not be frequentin stop playing and promoting Sheryl Crow's music

Read More

Alvarez Says

Pro



**Some Advice for Hollywood**

**An Ideological Civil War**

**They Don't Get It, Do They?**

**Alvarez Action Items**

**PABAAH & Jon Alveraz on MSNBC!**

Pathetic Email

I hate everything about Bush. I think he's an evil idiot. He and his right wing

DNC Gets Desperate | Tree Huggers | Martin Sheen

One Down... | Stupid White Man | Team Le Literat

Last Phase of Diplomacy (articl

Each member of the Council was given this document (S/2003/232) (p

Hans Blix Report to the U.N. (audi

Military Commission Instruction Effective Im

Leaflet Drops Over Iraq

A Message to Dave Matthews from the editors

Can you hear me now? | "Little Girl" | Conrad Rein Speaks tc

Dear Conservative Friends:

The comments made by some of the Hollywood left stated here are despicable, and the the video store. Let's show our president, his administration, and our men and women i appreciate them by sending a message to the Hollywood elite that their views about Bu part in a boycott of Hollywood, now through August 31, 2003. Bush supporters, conser traditional values, and anyone else who wants to send a message to Hollywood should during this period. I hope you will join in the fight against anti-Bush, anti-American Hc friends who would be willing to join in this boycott. Let's send Hollywood a message t

Boycott Hollywood

Sincerely, Mary Kirchhoff

**Sign up for the ProBush.com Newsletter Free!**

**All Newsletters are mailed weekly**

- **Articles regarding President Bush!**
- **ProBush.com updated site news!**
- **Articles regarding Gulf War 2!**
- **Special promotions on ProBush.com products!**
- **Spam Free!**



Sign up to receive our newsletter!
your email go

Curren



Feel free at anytime to email Pro wish to be branded a traitor with rea

**Email sent to ProBush.com is mon**

You Might Be a Liberal



- If you can not properly operate a simple ballot, you might be a Palm Beach Lib
- If you live in Berkeley, California, you might be a Liberal.
- If you think race or gender should be a factor in hiring people or admitting them course) you might be a Liberal.
- If you have ever believed anything that came out of Jesse Jackson's mouth, you

Email your favorite Prime Minister or P

Right Wing News

Visit The Official Site for Collectors of Bush campaign buttons, pol memorabilia from the Campaigns of Pre



**Clones?**

About Us | Tributes | Patriot List™ | ProBush.com Gear!
Home | Traitor List™ | Feedback | ProBush.com Poster Store!

*What's Your Agenda?*



Sign up to receive our newsletter!
your email go

Newsletter Archives

Contact the President

White House Staff

Get Your ProBush.com Gear!

I pledge Allegiance to the flag of the United States of America and to the Republic for which it stands, one nation under God, indivisible, with Liberty and Justice for all.

History of The Pledge

TRIBUTES

- U.S. Armed Forces
- Ari Fleischer
- Bruce Kieloch
- Ben Jr.

# Patriot List ™

PATRIOT, n. One who loves his country, and zealously supports its authority

IF YOU DO SUPPORT OUR PRESIDENTS DECISIONS YOU ARE A PATRIOT TO OUR COUNTRY!

Cafe-Patriot Now Open!

---

Webmaster@probush.com

EXHIBIT 5

EXHIBIT B



**If you wish to become an Official ProBush.com Patriot please email your full name, age and state to PatriotList@probush.com**

**Email sent to ProBush.com is monitored by the U.S. Government**

Honorary Patriots

 Michael Savage

 Glenn Beck

 Missa JC

 James Woods


Ann Coulter


Bill O'Reilly


Sean Hannity


Ken Hamblin


Rush Limbaugh


Bruce Willis


Dennis Miller


Ted Nugent


Clint Black


Mike Gallagher


Sara Evans


Charlie Daniels


Michael Smerconish


Darryl Worley


Tammy Bruce


Tippi Hedren


Toby Keith


Neal Boortz

Add an Honorary Patriot

**Patriot List is a Trademark of Probush.com**

*What's Your Agenda?*



Sign up to receive our newsletter!
your email go

Newsletter Archives

Contact the President

White House Staff

Get Your ProBush.com Gear!

I pledge Allegiance to the flag of the United States of America and to the Republic for which it stands, one nation under God, indivisible, with Liberty and Justice for all.

History of The Pledge

TRIBUTES

- U.S. Armed Forces
- Ari Fleischer
- Bruce Kieloch
- Ben Jr.

# Traitor List™

**Treason: Violation of allegiance toward one's country or sovereign, especially the betrayal of one's country by waging war against it or by consciously and purposely acting to aid its enemies.**

Traitor: If you do not support our President's decisions you are a traitor.

*Get to know your traitor!*

**Parody. Not to be taken seriously. These "traitors" are not legal "traitors" of the United States.*



Susan Sarandon

Top of my list?

Tribunal for you



Sen. John Kerry



Nancy Pelosi

EXHIBIT 6

EXHIBIT C

- Portland Police Dept.
- Mr. "Algor"

Bush 43 Archives

Official Al Gore is a Dick Page

The Homeland Page

Man or Midget?

Know Your Flag Etiquette

The Portland Protest

Protest Gallery

Protest Gallery II

Protest Gallery III

Executive Orders

Hans Blix's report to the U.N.

Past Weekly Review

Official Iraq Voting Form

Can of....

Remember...

"Murderous Tyrant" (10.7.02 address to the nation)

How dare Mr. "Algor" criticize Bush



Ted Kennedy


Sheila Jackson Lee


Ed Norton


Tom Petty


Eddie Vedder


Peter Arnett

Gay Dancers @ UN Global Summit

Ari Fan Club™

ProBush.com Stickers

Random Headlines

Random Articles

Random Quotes

How laws are made

War Against Terror

CIA report on Iraq's weapons of Mass Destruction

Sarandon Shoots Mouth Off

Bush MiniClips

Requests

Search ProBush.com

Contact the webmaster@probush.com

Email sent to ProBush.com is monitored by the U.S. Government

© Copyright 2003, ProBush.com, Inc. All Rights Reserved. Designed by M.T.M

All email sent to ProBush.com is property of ProBush.com, Inc



Michael Moore



Tim Robbins



Dixie Chicks



Seth Goldberg



Fred Durst



Ronald Kuzava


Sheryl Crow


Madonna


Dan Solomon


Jesse L. Jackson Jr


Ray Wirth

Went to college with Ari Fleischer


Taliban Patty

Patty Murray has won the "Tyrant Award"

Congratulations Patty