Custom Traitor List

Page 5 of 24



Barbra Streisand



Oliver Stone

How about another conspiracy theory



Mike Farrell

Stick to your MASH unit, B.J.



Nathan Callahan



Whoopi Goldberg



Ramsey Clark

Current Trainer List



George Clooney

Don't screw with Charlie Rose



Jessica Lange



Martin Sheen

You just play a president on TV so stop acting like one



Sean Penn

"Dude! Are you as stupid as you look!"



Julia Roberts

You'll never get the role of "Smart Woman"



Janeane Garofalo

Are you trying to be funny?



## Dan Chambers

Labor organizer



## Albert Gore Jr.

Indictment of **Albert Gore Jr.**

*Visit the Official Al Gore is a DICK page*



## Hillary Rodham Clinton

The Hillary Page



## Jim McDermott



## David Bonior



## Gary Condit

Condit Page?

Current Trustee List

 

 James Abourezk

 As`ad AbuKhalil

 Dr. Patch Adams

 Michael Albert

 Robert Altman



Laurie Anderson



John Ashbery



Edward Asner



Jon Robin Baitz



Russell Banks



John Perry Barlow

Current Traitor List

 Blase Bonpane

 Medea Benjamin

 Phyllis Bennis

 Oscar Brown, Jr.

 Judith Butler

 Leslie Cagan

 Bell Chevigny

 Paul Chevigny

 Noam Chomsky

 Ben Cohen

 David Cole

 Stephanie Coontz

Current Traitor List

 Ron Kovic

 Tony Kushner

 Phil Lesh

 Barbara Lubin

 Ray Laforest

 Staughton Lynd

 Arturo Madrid

 Aaron McGruder

 Rep. Cynthia McKinney

 Tom Morello

 Viggo Mortensen

 Ozomatli

Current Traitor List

 Katha Pollitt

 Harold Prince

 Bonnie Raitt

 Amy Ray

 David Riker

 Matthew Rothschild

 John Sayles

 Jonathan Schell

 Rev. Al Sharpton

 Cornel West

Get your ProBush.com Traitor Gear!

If you feel you have been added to the traitor list in error please email your reason here



Traitor List is a Trademark of Probush.com

Have a traitor added to this page Click Here

All emails sent to ProBush.com are monitored by the U.S. Government



News & Events



HOME     ABOUT US     WHAT WE ARE DOING     NEWS     ARTISTS



Berkeley: Not in Our Name Concert with Ani DiFranco, Michael Franti, Ozomatli, Chuck D, Saul Williams

The Not In Our Name Statement of Conscience was published as a full-page ad in the New York Times on September 19, 2002.
Los Angeles Times, October 4, 2002

USA Today October 18, 2002

For more on the statement, and to pull down a PDF, go to: www.nion.us

# NOT IN OUR NAME
## List of "100" Signers

53 Maryknoll priests and brothers

James Abourezk
(Former U.S. Senator)

As`ad AbuKhalil
(Professor, Cal State Univ, Stanislaus)

Dr. Patch Adams

Michael Albert

Jace Alexander

Robert Altman

Aris Anagnos

Laurie Anderson

John Ashbery
(Poet)

Edward Asner

Jon Robin Baitz

Russell Banks
(Writer)

John Perry Barlow
(Co-Founder, Electronic Frontier Foundation)

Rosalyn Baxandall
(Historian)

Joel Beinen
(Professor of Middle East History, Stanford)

## NOT IN OUR NAME
### STATEMENT OF
### CONSCIENCE

Let it not be said that people in the United States did nothing when their government declared a war without limit and instituted stark new measures of repression.

The signers of this statement call on the people of the U.S. to resist the policies and overall political direction that have emerged since September 11, 2001, and which pose grave dangers to the people of the world.

We believe that peoples and nations have the right to determine their own destiny, free from military coercion by great powers. We believe that all persons detained or prosecuted by the United States government should have the same rights of due process. We believe that questioning, criticism, and dissent must be valued and protected. We understand that such rights and values are always contested and must be fought for.

We believe that people of conscience must take responsibility for what their own governments do -- we must first of all oppose the injustice that is done in our

EXHIBIT
1

EXHIBIT
D

Medea Benjamin
(Global Exchange)

Jessica Blank
(Actor/playwright)

William Blum
(Author)

Theresa & Blase Bonpane
(Office of the Americas)

Fr. Bob Bossie
(SCJ)

Oscar Brown, Jr.

Judith Butler

Leslie Cagan
(Chair, Interim Pacifica Radio National Board)

Kisha Imani Cameron
(Producer)

Henry Chalfant
(Author/filmmaker)

Kathleen Chalfant

Bell Chevigny
(Writer)

Paul Chevigny
(Professor of law, NYU)

Noam Chomsky

Ramsey Clark
(Former U.S. Attorney-General)

Ben Cohen
(Co-founder, Ben & Jerry's)

David Cole
(Professor of Law, Georgetown)

Robbie Conal

Stephanie Coontz
(Historian, Evergreen State College)

Kia Corthron
(Playwright)

Robert Creeley

Paula Cooper

name. Thus we call on all Americans to RESIST the war and repression that has been loosed on the world by the Bush administration. It is unjust, immoral, and illegitimate. We choose to make common cause with the people of the world.

We too watched with shock the horrific events of September 11, 2001. We too mourned the thousands of innocent dead and shook our heads at the terrible scenes of carnage -- even as we recalled similar scenes in Baghdad, Panama City, and, a generation ago, Vietnam. We too joined the anguished questioning of millions of Americans who asked why such a thing could happen.

But the mourning had barely begun, when the highest leaders of the land unleashed a spirit of revenge. They put out a simplistic script of "good vs. evil" that was taken up by a pliant and intimidated media. They told us that asking why these terrible events had happened verged on treason. There was to be no debate. There were by definition no valid political or moral questions. The only possible answer was to be war abroad and repression at home.

In our name, the Bush administration, with near unanimity from Congress, not only attacked Afghanistan but arrogated to itself and its allies the right to rain down military force anywhere and anytime. The brutal repercussions have been felt from the Philippines to Palestine, where Israeli tanks and bulldozers have left a terrible trail of death and destruction. The government now openly prepares to wage all-out war on Iraq -- a country which has no connection to the horror of September 11. What kind of world will this become if the U.S. government has a blank check to drop commandos, assassins, and bombs wherever it wants?

In our name, within the U.S., the government has created two classes of people: those to whom the basic rights of the U.S. legal system are at least promised, and those who now seem to have no rights at all. The government rounded up over 1,000 immigrants and detained them in secret and indefinitely. Hundreds have been deported and hundreds of others still languish today in prison. This smacks of the infamous concentration camps for Japanese-Americans in World War 2. For the

Artists Network of Refuse & Resist!

Kimberlé Crenshaw
(Professor of law, Columbia and UCLA)

Culture Clash

Joan Cusack

John Cusack

Kevin Danaher
(Global Exchange)

Barbara Dane

Rev. Herbert Daughtry

Angela Davis

Ossie Davis

Zach De La Rocha

Mos Def

Ani di Franco

Diane DiPrima

Mark DiSuvero
(Sculptor)

Julie Dorf
(International Gay & Lesbian Human Rights Commission)

Carol Downer
(Board of directors, Chico (CA)
Feminist Women's Health Center)

Roma Downey

Roxanne Dunbar-Ortiz
(Professor, California State University, Hayward)

Bill Dyson
(State representative, Connecticut)

Michael Eric Dyson

Steve Earle
(Singer/songwriter)

Barbara Ehrenreich

Deborah Eisenberg
(Writer)

Hector Elizondo

first time in decades, immigration procedures single out certain nationalities for unequal treatment.

In our name, the government has brought down a pall of repression over society. The President's spokesperson warns people to "watch what they say." Dissident artists, intellectuals, and professors find their views distorted, attacked, and suppressed. The so-called Patriot Act -- along with a host of similar measures on the state level -- gives police sweeping new powers of search and seizure, supervised if at all by secret proceedings before secret courts.

In our name, the executive has steadily usurped the roles and functions of the other branches of government. Military tribunals with lax rules of evidence and no right to appeal to the regular courts are put in place by executive order. Groups are declared "terrorist" at the stroke of a presidential pen.

We must take the highest officers of the land seriously when they talk of a war that will last a generation and when they speak of a new domestic order. We are confronting a new openly imperial policy towards the world and a domestic policy that manufactures and manipulates fear to curtail rights.

There is a deadly trajectory to the events of the past months that must be seen for what it is and resisted. Too many times in history people have waited until it was too late to resist.

President Bush has declared: "you're either with us or against us." Here is our answer: We refuse to allow you to speak for all the American people. We will not give up our right to question. We will not hand over our consciences in return for a hollow promise of safety. We say NOT IN OUR NAME. We refuse to be party to these wars and we repudiate any inference that they are being waged in our name or for our welfare. We extend a hand to those around the world suffering from these policies; we will show our solidarity in word and deed.

We who sign this statement call on all Americans to join together to rise to this challenge. We applaud and support the questioning and protest now going on, even as we recognize the need for much, much more to actually stop this juggernaut. We draw inspiration from the Israeli reservists who, at

Daniel Ellsberg

Brian Eno

Eve Ensler

Leo Estrada
(Professor of Urban Planning, UCLA)

Frances D. Fergusson
(President, Vassar College)

Lawrence Ferlinghetti
(City Lights Bookstore)

Laura Flanders
(Radio host and journalist)

Jane Fonda

Richard Foreman

Thomas C. Fox
(Publisher, National Catholic Reporter)

Elizabeth Frank

Michael Franti
(Spearhead)

Glen E. Friedman

Bill Frisell
(Musician)

Terry Gilliam
(Film director)

Milton Glaser

Charles Glass
(Journalist)

Jeremy Matthew Glick
(Co-editor, Another World Is Possible)

Corey Glover
(Singer, Living Color)

Danny Glover

Danny Goldberg

Leon Golub

Juan G—mez Quiñones
(Historian, UCLA)

from the Israeli reservists who, at great personal risk, declare "there IS a limit" and refuse to serve in the occupation of the West Bank and Gaza.

We also draw on the many examples of resistance and conscience from the past of the United States: from those who fought slavery with rebellions and the underground railroad, to those who defied the Vietnam war by refusing orders, resisting the draft, and standing in solidarity with resisters.

Let us not allow the watching world today to despair of our silence and our failure to act. Instead, let the world hear our pledge: we will resist the machinery of war and repression and rally others to do everything possible to stop it.

**October 6,**
NOT IN OUR NAME - Rallies against the War October 6:
Over 20,000 NYC
See photos 10,000 in LA more news: www. Why-War.com *and* www.notinourname.net

For full press coverage on the Oct 6 demos across the country

## ARTISTS!

**SPREAD THE WORD!**, get the statement reprinted in the publication of your choice, get on the radio and talk about it, write a letter to the editor, put it on a website, send it to 300 friends, make copies and take it to your audience at the theaters, galleries, concert halls, clubs.

**WE CAN STOP THIS MADNESS. IF NOT NOW, WHEN?**

PLEDGE OF RESISTANCE



Not In Our Name
two new songs by Saul Williams

Vivian Gornick

Jorie Graham

André Gregory

John Guare

Allan Gurganus

Jessica Hagedorn

Sondra Hale
(Professor, anthropology and women's studies, UCLA)

Suheir Hammad

Nathalie Handal
(Poet and playwright)

Daniel Handler
(aka Lemony Snicket)

Michael Hardt
(Co-Author of Empire)

Christine B. Harrington
(Professor of Politics, NYU)

David Harvey
(Distinguished professor of anthropology,
CUNY Graduate Center)

Stanley Hauerwas
(Theologian)

Tom Hayden

Geoffrey Hendricks

Edward S. Herman
(Wharton School, University of Pennsylvania)

Susannah Heschel
(Professor, Dartmouth College)

Fred Hirsch
(Vice president, Plumbers and Fitters Local 393)

bell hooks

Doug Ireland
(Contributing editor, In These Times)

Rakaa Iriscience
(Dilated Peoples)



Not In Our Name
- Two Songs
by Saul Williams and the
Pledge of Resistance



NYC: Not In Our Name:
**An Evening of Conscience**
October 3, a reading with Eve
Ensler, Marisa Tomei, Tony Kushner
and more.

Remarks by Tony Kushner
at Not In Our Name: Evening
of Conscience



Art Signs of the
Pledge of Resistance



Savage Rose releases
A World in Flame
(Not In Our Name)

Abdeen Jabara
(Past Pres, Amer.-Arab Anti-Discrimination Comm.)

Rev. Jesse Jackson

Mumia Abu-Jamal

Fedric Jamison
(Chair of the Literature Program, Duke)

Harold B. Jamison
(Major (ret.), USAF)

Jim Jarmusch

Erik Jensen
(Actor/playwright)

Chalmers Johnson
(Author of Blowback)

Bill T. Jones

Casey Kasem

Evelyn Fox Keller
(Professor of History of Science, MIT)

Robin D.G. Kelley
(Prof. of History & Africana Studies, NYU)

Martin Luther King III
(Pres., Southern Christian Leadership Conference)

Barbara Kingsolver

Arthur Kinoy
(Board co-chair, Center for Constitutional Rights)

Sally Kirkland

C. Clark Kissinger
(Refuse & Resist!)

Yuri Kochiyama

Annisette & Thomas Koppel
(Singers/composers)

Barbara Koppel

David Korten
(Author of When Corporations Rule the World)

Barbara Kruger

Tony Kushner

James Lafferty

(Executive director, National Lawyers Guild/L.A.)

Ray Laforest
(Haiti Support Network)

Beth K. Lamont
(Corliss-Lamont.org)

Jesse Lemisch
(Professor of history emeritus,
John Jay College of Justice, CUNY)

Harriet Lerner

Rabbi Michael Lerner
(Editor, TIKKUN magazine)

Phil Lesh
(Grateful Dead)

Richard Lewontin
(Professor Emeritus of Biology, Harvard)

Lucy Lippard

James Longley
(Filmmaker)

Barbara Lubin
(Middle East Childrens Alliance)

Janet L. Abu-Lughod
(Prof. of Pol. & Soc.Science, NYU)

Staughton Lynd

Dave Marsh

Rabbie Robert Marx

Rep. Jim McDermott

Aaron McGruder

Rep. Cynthia McKinney

W.S. Merwin

Susan Minot

Anuradha Mittal
(Co-director, Institute for Food and
Development Policy/Food First)

Malaquias Montoya
(Visual artist)

Tom Morello

Robin Morgan

Viggo Mortensen

Minister Benjamin Muhammed
(Hip-Hop Summit Action Network)

Jill Nelson

Robert Nichols
(Writer)

Linda Nochlin

Kate Noonan

Claes Oldenburg

Pauline Oliveros

Yoko Ono

Rev. E. Randall Osburn
(Exec. V.P., Southern Christian Leadership Conference)

Ozomatli

Jim Page
(Singer)

Grace Paley

Michael Parenti

Jeremy Pikser
(Screenwriter, Bulworth)

Frances Fox Piven
(Graduate Center of the City University of New York)

Katha Pollitt

James Stewart Polshek

Harold Prince

Jerry Quickley
(Poet)

John T. Racanelli
(Presiding Justice (Ret), California Court of Appeal)

Bonnie Raitt

Margaret Randall

Marcus Raskin

Michael Ratner
(Pres., Center for Constitutional Rights)

Amy Ray
(Indigo Girls)

Rev. George Regas
(Interfaith Communities United for Justice and Peace)

Adrienne Rich

David Riker
(Filmmaker)

Boots Riley
(The Coup)

Kate Robin

James Rosenquist

Judith Rossner

Matthew Rothschild

Ed Sadlowski

Edward Said

Angelica Salas
(Director, Campaign for Humane Immigrant Rights of LA)

Luc Sante

Susan Sarandon

Saskia Sassen
(Prof. of Sociology, Chicago)

John Sayles

Jonathan Schell
(Fellow, Nation Institute)

Carolee Schneemann
(Artist)

Ralph Schoenman & Mya Shone
(Council on Human Needs)

Juliet Schor
(Director of Women's Studies, Harvard)

Annabella Sciorra

Pete and Toshi Seeger

Mark Selden
(Historian)

(Historian)

Peter A. Serkin

Frank Serpico

Richard Serra

James Shamus

Rev. Al Sharpton

Wallace Shawn

Martin Sheen

Ron Shelton

Alex Shoumatoff

Russell Simmons

John J. Simon
(Writer, editor)

Kevin Smith

Kiki Smith

Michael Steven Smith
(National Lawyers Guild/NY)

Norman Solomon
(Syndicated columnist and author)

Scott Spenser

Nancy Spero

Art Spiegelman

Starhawk

Bob Stein
(Publisher)

Jack Steinberger
(Nobel Laureate)

Gloria Steinem

Oliver Stone

Mark Strand

William & Rose Styron

Peter Syben

Peter Sybell
(Major, US Army, retired)

Ron Takaki
(Prof. of Ethnic Studies, Berkeley)

Jonathan Tasini
(President, National Writers Union, NYC)

Michael Taussig
(Prof. of Anthropology, Columbia)

Tony Taccone
(Director)

Studs Terkel

Marisa Tomei

Marcia Tucker
(Founding director emerita,
New Museum of Contemporary Art, NY)

Lief Utne

Nina Utne

Kinan Valdez

Coosje Van Bruggen

Gore Vidal

Anton Vodvarka
(Lt., FDNY (ret.))

Kurt Vonnegut

Alice Walker

Rebecca Walker

Naomi Wallace

Immanuel Wallerstein
(Sociologist, Yale University)

Rev. George Webber
(President emeritus, NY Theological Seminary)

Leonard Weinglass

Cornell West

Haskell Wexler

John Edgar Wideman

**Common Dreams**

# progressive
# newswire

Latest News from America's Progressive Community

Our Readers Most Forwarded
Article of the Week
**When Will House Republicans
Call for Bush's Impeachment?**
by Steve Pittelli

Home | Newswire | About Us | Donate | Sign-Up | Archives

Friday, June 27, 2003

**Home > Progressive Community > NewsWire > For Immediate Release**

 Send this page
to a friend!

**FOR IMMEDIATE RELEASE**
FEBRUARY 27, 2003
1:12 PM

**CONTACT:** Bipartisan Group of Former U.S.
Senators
Jim Abourezk: (605) 334-8402
Bill Hathaway: (703) 821-3074

## Bipartisan Group of Former U.S. Senators Announces Opposition to Bush Administration's Plans to Invade Iraq

WASHINGTON - February 27 - A bipartisan group of former United States Senators today announced its opposition to the Bush Administration's plans to invade Iraq.

In a statement released by the former lawmakers, the group said that, among other problems a war will cause, the already struggling American economy will fall into a recession. The statement continues:

"We are concerned with the expenditure of American lives in a war that need not be undertaken at this time. Not only will our sons and daughters be put in harm's way, but this is a war that will dramatically increase the terrorist threat to Americans both at home, as well as the more than one million Americans who live abroad."

"We favor multiplying U.N. inspectors in Iraq -- if necessary accompanied by U.N. forces -- to complete the U.N.'s task more quickly and effectively. This will be eminently less expensive in lives and treasure than all-out war."

"The nation's almost-forgotten 'war on terrorism' has been seriously neglected because of the Administration's preoccupation with Iraq and Saddam Hussein."

"We are all concerned that serious damage that can be done to the United States by terrorism triggered by an attack on a sovereign Arab nation."

"As well, all Americans should be concerned that an invasion when carried to Iraq's cities will result in the needless killing of innocent Iraqi civilians, especially women and children, who have no voice in their government's policies."

"A first strike is not authorized under international law, because Iraq poses no imminent or unavoidable threat to the United States. And there has been no confirmable evidence of any connection between Iraq and Al Qaeda."

"We believe that the principles of the United Nations' Charter will be violated if we attack another nation when we are not threatened. Such an attack will seriously undermine our ability to represent a moral standard to the world. We will be prevented from objecting should India or Pakistan decide to attack the other, or if China should decide to invade Taiwan. Instead of undermining United Nations' principles, we should be supporting them."

**EXHIBIT**

$81$

"We successfully contained the Soviet Union for nearly 50 years by avoiding an attack on that country which was a real threat the U.S. Iraq has no current ability to threaten the United States as does North Korea, for example."

*The group of former lawmakers includes Former United States Senators George McGovern of South Dakota, John Culver of Iowa, Paul Simon of Illinois, Adlai Stevenson III of Illinois, Fred Harris of Oklahoma, Dale Bumpers of Arkansas, Charles Mac Mathias of Maryland, Bill Hathaway of Maine, John Tunney of California, Gary Hart of Colorado, Howard Metzenbaum of Ohio, and James Abourezk of South Dakota.*

### ###



## Common Dreams NewsCenter is a non-profit news service providing breaking news and views for the Progressive Community.

The press release posted here has been provided to Common Dreams NewsWire by one of the many progressive organizations who make up America's Progressive Community. If you wish to comment on this press release or would like more information, please contact the organization directly.
*all times Eastern US (GMT-5:00)

## Making News?
Read our Guidelines for Submitting News Releases

**Home | Newswire | About Us | Donate | Sign-Up | Archives**

*Tell Us What You Think:* editor@commondreams.org

© Copyright 1997-2003 Common Dreams.
www.commondreams.org

**Power Search:**

○ Our Stories
○ Web
○ Stock Quote
○ Classifieds

[ Search ]

**Community News**

Home
AP Wire
Community
Health Lines
Neighbors
News
Obituaries
Opinion
Outdoors
Sports
Sports Calendar
Weather
Yankton Chamber

**Features**

About Us
Business Monday
Century Edition
Chat
E-The People
Farm Focus
Food Section
For Sale By Owner
Golfing News
History of Yankton
Lake Guide
Letters to the Editor
Lewis & Clark Trail
Locator Map
Media Kit - Internet
Media Kit - Print: 1,2
Movie Listings
On The Job
Policies
Photo Gallery
Riverboat Days
S.D. Codified Laws
S.D. Legislative Bill Digest
Stocks
Subscribe/Renew
TV Listings
Wellness Guide
Yankton Magazine

**Yankton Local**

Action Lawn &
  Landscaping Service
Argo Hotel
Auctions
Avera Sacred Heart
BobByerley.net
Canine Grooming
Century 21
Classifieds
Days Inn
Freeburg Hay
Garrity's Prairie Gardens
Gavins Point Lighthouse
Historic Downtown
JoDean's Restaurant

# Opinion

Web posted **Friday, December 20, 2002**

## Questioning President's Policies Is Not Unpatriotic

**By James G. Abourezk**
© 2002, Global Beat Syndicate

SIOUX FALLS -- We have arrived at a scary and dangerous state in this country since the attacks of Sept. 11, not only because of the threat of terrorists but because people opposed to the policies of the Bush administration are being charged with being unpatriotic. It is not a sign of true patriotism to unthinkingly fall in line behind a president desperate to take us to war with Iraq -- rather we are obliged to raise the kinds of questions that save blood and treasure, and preserve our national morality and global reputation.

I went to Baghdad in September as part of a delegation that included Rep. Nick Rahall, D-W.Va., on a trip aimed at preventing the aggressive war President Bush has been aching to wage against the Iraqis. We also wanted to investigate the effect of the long sanctions against Iraq on the health and nutritional condition of the Iraqi people.

Most of all, we wanted to convince the Iraqi government that George W. Bush was not joking about attacking Iraq if Baghdad did not allow weapons inspectors back into the country. We met with Deputy Foreign Minister Tariq Aziz and with Saadoun Hammadi, speaker of the Iraqi parliament. I had known both men in earlier times. Hammadi was foreign minister when I was a member of the U.S. Senate. I first met Aziz in 1988, when I was a lawyer in private practice representing a client who had business in Iraq.

In our September meeting I told both men that to avoid an aggressive U.S. military strike, Iraq had to remove any excuse for such attack. Happily, two days after we left, the Iraqi government announced that it would re-admit the inspectors, despite Baghdad's concern that members of the last inspection team had spied for the United States and Israel.

We believed then -- and still believe -- that we were performing a public service by trying to avoid a war. But now, Rep. Rahall and others who are opposed to invading Iraq are being called unpatriotic. It is a form of modern-day McCarthyism.

The issue of who is patriotic and who is not deserves thoughtful examination. While he was in Iraq trying to prevent a war, Rep. Rahall was called a traitor by his Republican opponent in West Virginia -- and this is only one example of widespread efforts to silence opponents of

**EXHIBIT**

Case 4:03-cv-04146-LLP   Document 47-3   Filed 07/01/05   Page 27 of 50 PageID #: 331

JW Tramp Construction
Kitchen Tune-Up
Kostel Funeral Home
L&C Recreation Area
L&C Theatre Co.
Luken Construction
Ma & Pa's C-Store
Merkwan Realty
MidwestAutoSource
M.T. & R.C. Smith Ins.
MV Shopper
Pearson Motor Co
Photography by Jerry
Pied Piper Flowers
Plain Talk
Quality Motors
Robinson-Ehret
Royal Sport Shop
Scoblic's Office City
Town & Country Auto
Tyndall Motors
Yankton Mall
Yankton Medical Clinic
Yankton Motor Co.
Yankton.com

Bush's Iraq policy. Those wanting a war use the technique of calling into question the patriotism of those who oppose it.

Rather than encouraging debate on the issue, President Bush and his supporters are using fear and name-calling to beat their opponents over the head. He has said repeatedly that Saddam Hussein's Iraq is a direct threat to the United States. Sadly, he is telling the country a bald-faced lie.

According to statements by his own administration, Iraq does not have nuclear weapons. Even if it did, it has no long-range bombers or missiles capable of reaching the United States. And, as Tariq Aziz said during my conversation with him, "If we were to provide anti-American terrorists with any kind of weapons, America would destroy us in a minute. We are not that foolish."

Saddam Hussein is known to be homicidal, has killed thousands of his own people. But no one ever accused him of being suicidal, which he surely would be if he hinted at attacking the United States.

More significantly, a U.S. aggressive war on Iraq would implode and destabilize the Middle East. It would cause a devastating upward spike in oil prices, which in turn would tumble our economy into a recession -- something we do not need on top of our current economic downslide. Such a war would expose our troops to unknown dangers, the least of which would be house-to-house fighting in Baghdad and other Iraqi cities. And certainly, thousands of innocent Iraqi civilians will die from the heavy U.S. bombing attacks needed to reduce American casualties. Are we willing to have that innocent blood on our hands? And for what purpose?

Also, what effect will an American first strike have on the U.N. Charter that states categorically that no nation should attack another except in self-defense? The answer is obvious, it will destroy the United Nations.

What effect will our actions have on India and Pakistan, who are looking for any excuse to attack each other with nuclear weapons? Or on China vis a vis Taiwan? Or on any other country that has ambitions to expand?

The question of patriotism should not be aimed at those who oppose the aggressive devastation of a small Third World country, but at those in the Bush administration who seem to delight in the prospect of the annihilation of innocent Iraqi civilians. Their plan will devastate our own economy and destroy the moral values by which we have lived since the founding of this country.

James Abourezk is a former United States senator from South Dakota. He wrote this for Global Beat Syndicate, 418 Lafayette Street, Suite 554, New York, N.Y. 10003; Web site: www.nyu.edu/globalbeat/syndicate.



All Contents © Copyright Yankton Daily Press & Dakotan. Please read our Privacy Policy. Comments or questions? Contact the webmasters at The Yankton Daily Press & Dakotan.



# GLOBAL BEAT
## SYNDICATE

December 23, 2002 © 2002 New York University. All Rights Reserved.

# Questioning Bush's policies is NOT unpatriotic
*A former U.S. senator finds that trying to make up his own mind about Iraq can be politically dangerous*

**By James G. Abourezk -- Global Beat Syndicate**
**SIOUX FALLS, SD** – We have arrived at a scary and dangerous state in this country since the attacks of September 11, not only because of the threat of terrorists, but because people opposed to the policies of the Bush administration are being charged with being unpatriotic. It is not a sign of true patriotism to unthinkingly fall in line behind a president desperate to take us to war with Iraq – rather we are obliged to raise the kinds of questions that save blood and treasure and preserve our national morality and global reputation.

I went to Baghdad in September as part of a delegation that included Congressman Nick Rahall (D-WVa) on a trip aimed at preventing the aggressive war President Bush has been aching to wage against the Iraqis. We also wanted to investigate the impact of the long sanctions against Iraq on the health and nutritional condition of the Iraqi people. Most of all, we wanted to convince the Iraqi government that George W. Bush was not joking about attacking Iraq if Baghdad did not allow weapons inspectors back into the country. We met with Deputy Foreign Minister Tariq Aziz and with Saadoun Hammadi, speaker of the Iraqi parliament. I had known both men in earlier times. Hammadi was foreign minister when I was a member of the U.S. Senate. I first met Aziz in 1988, when I was a lawyer in private practice representing a client who had business in Iraq. In our September meeting I told both men that to avoid an aggressive U.S. military strike, Iraq had to remove any excuse for such attack. Happily, two days after we left, the Iraqi government announced that it would re-admit the inspectors, despite Baghdad's concern that members of the last inspection team had spied for the United States and Israel.

We believed then – and still believe – that we were performing a public service by trying to avoid a war. But now, Congressman Rahall and others who are opposed to invading Iraq are being called unpatriotic. It is a form of modern-day McCarthyism.

The issue of who is patriotic and who is not deserves thoughtful

EXHIBIT
10

examination. While he was in Iraq trying to prevent a war, Congressman Rahall was called a traitor by his Republican opponent in West Virginia – and this is only one example of widespread efforts to silence opponents of Bush's Iraq policy. Those wanting a war use the technique of calling into question the patriotism of those who oppose it.

Rather than encouraging debate on the issue, President Bush and his supporters are using fear and name-calling to beat their opponents over the head. He has said repeatedly that Saddam Hussein's Iraq is a direct threat to the United States. Sadly, he is telling the country a bald-faced lie. According to statements by his own administration, Iraq does not have nuclear weapons. Even if it did, it has no long-range bombers or missiles capable of reaching the United States. And, as Tariq Aziz said during my conversation with him, "If we were to provide anti-American terrorists with any kind of weapons, America would destroy us in a minute. We are not that foolish." Saddam Hussein is known to be homicidal, has killed thousands of his own people, but no one ever accused him of being suicidal, which he surely would be if he hinted at attacking the United States.

More significantly, a U.S. aggressive war on Iraq would implode and destabilize the Middle East. It would cause a devastating upward spike in oil prices, which in turn would tumble our economy into a recession – something we do not need on top of our current economic downslide. Such a war would expose our troops to unknown dangers, the least of which would be house-to-house fighting in Baghdad and other Iraqi cities. And certainly, thousands of innocent Iraqi civilians will die from the heavy U.S. bombing attacks needed to reduce American casualties. Are we willing to have that innocent blood on our hands? And for what purpose?

Also, what effect will an American first strike have on the U.N. Charter that states categorically that no nation should attack another, except in self defense? The answer is obvious, it will destroy the United Nations. What effect will our actions have on India and Pakistan, who are looking for any excuse to attack each other with nuclear weapons? Or on China vis a vis Taiwan? Or on any other country that has ambitions to expand?

The question of patriotism should not be aimed at those who oppose the aggressive devastation of a small third world country, but at those in the Bush administration who seem to delight in the prospect of the annihilation of innocent Iraqi civilians. Their plan will devastate our own economy and destroy the moral values by which we have lived since the founding of this country.

*ABOUT THE WRITER*

*James Abourezk is a former United States Senator from South Dakota. He currently practices law in Sioux Falls, South Dakota.*

© 2000 New York University. All Rights Reserved. The Global Beat Syndicate, a service of New York University's Center for War, Peace, and the News Media, provides editors with commentary and perspective articles on critical global issues from contributors around the world. For more information, check out http://www.nyu.edu/globalbeat/syndicate/.

Home | About | Archives | Advisors | Staff

Source: News & Business > News > News Group File, All (i)
Terms: abourezk (Edit Search)

⌐ Select for FOCUS™ or Delivery
⌐

The Sunday Gazette Mail, October 6, 2002

Copyright 2002 Charleston Newspapers
Charleston Gazette (West Virginia)

October 6, 2002, Sunday

**SECTION:** Editorial; Pg. P1C

**LENGTH:** 716 words

**HEADLINE:** We can beat Iraq, but what for?

**BYLINE:** James **Abourezk**

**BODY:**
I recently traveled to Iraq, and as I saw Iraqi civilians on the streets of Baghdad, I could think only of what percentage of these innocents would be lying dead after a war with the United States.

There is little question that the U.S. military would be able to crush Iraq in a few short days - the world's largest superpower against a poorly defended Third World country. But in President Bush's quest of domination of Saddam Hussein, how many thousands of Iraq civilians will fall victim to the high-tech slaughter of "smart bombs" and other weapons of real mass destruction delivered by the U.S. military?

We saw small children in the cancer ward of the Baghdad children's hospital doomed to an early death because of the lack of medicine. That medicine has been blocked by the U.S. and British delegates to a review committee that is charged with monitoring imports into Iraq for the food-for-oil program. We learned from human-rights organizations that one in 10 Iraqi children dies before his or her first birthday, and one in three of these children suffers from malnutrition.

Rep. Nick Rahall, D-W.Va., and I traveled together. We impressed upon Iraqi Deputy Prime Minister Tariq Aziz that Bush was absolutely serious, that he wanted a war and that allowing weapons inspectors into Iraq would remove his reasons for invading. Although Aziz seemed a bit negative in responding to us, two days later his government announced that inspectors could come in without conditions.

That announcement perhaps slowed, but did not stop, Bush's drive to start a war. He is pushing hard on a compliant pre-election Congress for a resolution allowing him to declare war whenever and however he sees fit. This is all unprecedented in American history. We have had minor "incursions" before, in Panama and Grenada, but never has the Congress written a blank war check allowing a president to fill in the blanks at his pleasure and upon his whim.

Senior Bush adviser Karl Rove has told Republican activists that the Republicans cannot win elections based on the economy and on corporate scandals. But they can win, in his words, on a war platform, which perhaps explains why, when Bush at first said weapons inspectors must be allowed into Iraq, he changed his mind and began demanding more concessions when the Iraqis agreed to allow the inspectors in.

EXHIBIT
11

The Bush administration is using scare tactics. Iraq, despite the insane policies of the Saddam Hussein regime, has no bombers or long-range missiles that could deliver weapons of mass destruction. And there is no real connection between the fundamentalist al-Qaeda and secular Iraq. No one has yet presented credible evidence of a connection between the two.

An attack on Iraq would destroy the foundations on which the U.N. Charter rests. Should India decide to attack Pakistan, or should China decide to attack Taiwan, or should Russia choose to invade Georgia because of the rebellion in Chechnya, the United States will be stripped of moral standing to object to such aggression.

We will have, in fact, set a new, dangerous precedent in an already dangerous world - that one nation can with force change any regime of another nation it doesn't like. What Bush and his warhawks are proposing is to destroy the basic underlying principle of the United Nations - that there shall be no more aggressive wars between nations.

Those members of Congress who vote to give Bush an OK to start a war will also have a great deal of explaining to do when the U.S. economy goes into the tank because of high oil prices and the high cost of the war, and when American soldiers begin coming home in body bags. The costs will not end there, but will continue for years as America tries to establish a new government from the fractious entities now existing in Iraq. Further, if Bush is serious about the war on terrorism, the invasion he is angling for will certainly destroy any coalition with Arab countries that are helping us fight that war.

My hope is that there will be enough opposition to this war to stop it before it starts. If Bush is not willing to listen, then perhaps the Democrats in Congress, who, up till now, jump when they see their own shadows, will try to derail the war train before they, and we, are sorry.

**LOAD-DATE:** October 7, 2002

Source: News & Business > News > **News Group File, All** ⓘ
Terms: **abourezk** (Edit Search)
View: Full
Date/Time: Monday, July 28, 2003 - 10:39 PM EDT

About LexisNexis | Terms and Conditions

Copyright © 2003 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

137 of 1619 DOCUMENTS

Copyright 2002 U.S. Newswire, Inc.
U.S. Newswire

September 20, 2002 Friday

**SECTION:** Assignment Desk

**LENGTH:** 609 words

**HEADLINE:** Delegation to Iraq: Interviews Available

**BODY:**

News Advisory:

On Thursday two more members of a delegation organized by the Institute for Public Accuracy returned to the United States from Iraq. The delegation included Rep. Nick Rahall (D-W.Va.) who returned on Tuesday. Other delegation members now available for interviews are:

JAMES ABOUREZK, 605-334-8402, jim(At)abourezklaw.com

A former senator and author of "Advise & Dissent: Memoirs of South Dakota and the U.S. Senate," Abourezk said today: "I am pleased that the Iraqi government has decided to again admit UN inspectors. We hope it will lead to a genuine reduction of tensions, not just a postponement of military action. In any case, a new U.S. attack on Baghdad would be a mistake for humanitarian reasons. The reality is that the people of Iraq have still not recovered from the 1991 war. Few people in the West realize that one in every ten Iraqi children dies before his or her first birthday, the lingering result of infrastructure degradation, unclean water, and communicable disease spread in the wake of the 1991 war. One child in three suffers from chronic malnutrition, according to the UN Humanitarian Coordinator in Iraq. I learned of the disturbing evidence of the effects of Depleted Uranium contamination on the environment, and on leukemia and cancer rates in children. The U.S. military used DU in its artillery shells in 1991, resulting in deformed births throughout southern Iraq. If the U.S. does start a new and unprovoked war, it will stand in violation of international law, the UN Charter, and basic humane values."

-- NORMAN SOLOMON, 202-347-0020, norman(At)accuracy.org,
http://www.commondreams.org/views02/0919-08.htm

Executive director of the Institute for Public Accuracy, Solomon said today: "Much of our discussion with Iraqi officials involved urging them to agree to unfettered access for UN weapons inspectors... A couple of days later, Iraq chose a longshot for averting war -- appreciably better than no chance at all, but bringing its own risks. Several years ago, Washington used UNSCOM inspectors for espionage totally unrelated to the UN team's authorized mission. This fall, inspectors poking around the country could furnish valuable data to the U.S., heightening the effectiveness of a subsequent military attack... Deputy Prime Minister Tariq Aziz told our delegation that a comprehensive 'formula' would be needed for a long-term solution; presumably the formula would include a U.S. pledge of non-aggression and a lifting of sanctions. No such formula is in sight. Instead, the White House remains determined to inflict a horrendous war. Meanwhile, the Democratic 'leadership' in the Senate is lining up to put vast quantities of blood on its hands."

-- Dr. JAMES JENNINGS, 011-964-1-886-1000, ext. 1232 or 964-1-885-1000, ext. 1232

President of Conscience International, a humanitarian aid organization, Jennings is in Iraq until Sunday. He said today: "President Bush claims, as his father did, that he 'has no quarrel with the Iraqi people.' But every family I meet here in Iraq is suffering from what he is doing. The economic sanctions the U.S. government insists on mean malnutrition, prohibitions on desperately needed medicines, a lack of employment and people having to sell their



U.S. Newswire, September 20, 2002

belongings just to survive. Yesterday I had people beg me for cancer medicine. The UN's '661 committee' is blocking many such necessities -- this is uncivilized behavior." (Starting Wednesday:) 770-454-9109

For more information, contact at the Institute for Public Accuracy: Sam Husseini, 202-347-0020, 202-421-6858; or David Zupan, 541-484-9167
http://www.usnewswire.com

CONTACT: Sam Husseini, 202-347-0020 or 202-421-6858; or David Zupan, 541-484-9167, both of the Institute for Public Accuracy http://www.accuracy.org

LOAD-DATE: September 21, 2002

----- Original Message -----
From: Todd D. Epp
To: TeamLeader@probush.com ; webmaster@probush.com ; tdepp@aol.com
Sent: Thursday, April 10, 2003 2:53 PM
Subject: Cease and desist in calling James G. Abourezk a traitor on your website

CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGED COMMUNICATION

The information contained in this communication is intended only for the recipient. If you received this communication in error, please immediately notify Todd D. Epp at 605-334-8402, 866-258-2448, or tdepp@aol.com.

Re: Abourezk v. probush.com
Our file # 02-0013-02

Dear probush.com.

Please be advised that I represent former U.S. Senator James Abourezk. On our about April 9, 2003, he discovered that he was called a traitor on your website, probush.com. It is my legal opinion that such a statement is libelous under South Dakota law. SDCL 20-11-3 defines libel:

  Libel is a false and unprivileged publication by writing, printing, picture, effigy, or other fixed representation to the eye which exposes any person to hatred, contempt, ridicule, or obloquy, or which causes him to be shunned or avoided, or which has a tendency to injure him in his occupation.

Mr. Abourezk is a veteran of the United States Navy, a former U.S. Congressman, and a former U.S. Senator. He is also admitted to practice law before the courts of South Dakota and the District of Columbia. In all of these roles, he has taken oaths to abide by and defend the Constitution of the United States of America. Further, particularly in this super-heated time of war, calling a person a traitor (one guilty of the crime of treason) not only subjects Mr. Abourezk to hatred, contempt and ridicule and to injury in his legal profession, it can also lead to physical harm.

Further, it is my analysis that this accusation is libelous per se. According to Sack on Defamation, §2.8.3.2 at 2-99 (3d ed. 1999) libel per se are "words. [that] tend on their face to disgrace the person about who they are written." Furthermore, treason is a felony under both federal law, 18 USCA § 2381, and South Dakota law, SDCL 22-8-1. Thus, to accuse Mr. Abourezk of treason is an extremely very serious accusation. You either know or should know that Mr. Abourezk is not a traitor and is not guilty of treason against his country.

In addition, in my legal opinion, the audio portion of your site calling those on it a traitor is slanderous.



EXHIBIT
13

Under SDCL 20-11-4:

Slander is a false and unprivileged publication, other than libel, which:
(1)  Charges any person with crime, or with having been indicted, convicted, or punished for crime;
(2)  Imputes to him the present existence of an infectious, contagious, or loathsome disease;
(3)  Tends directly to injure him in respect to his office, profession, trade, or business, either by imputing to him general disqualification in those respects which the office or other occupation peculiarly requires, or by imputing something with reference to his office, profession, trade, or business that has a natural tendency to lessen its profit;
(4)  Imputes to him impotence or want of chastity; or
(5)  By natural consequence, causes actual damage.

This audio comment clearly brands Mr. Abourezk as a traitor, which noted above, is an accusation of the crime of treason.  Again, according to Sack, § 2.82 at p. 2-93, this accusation is slander per se since you are accusing Mr. Abourezk of having committed a crime.

My client also realizes that you have attempted to place a "disclaimer" on the site.  One cannot simply label defamatory statements a "parody" and then escape the consequences of the statements made. Further, your disclaimer is not prominent and can easily be missed by viewers of your website.

Thus, my client demands the following actions be taken immediately:

·   That any reference to Mr. Abourezk on your website be removed.

·   That you place an apology on your website.  Such apology will be approved by Mr. Abourezk and shall be as prominent as your accusations against him are as of April 9, 2003.  Such apology shall remain on your site for at least 30 days.

·   Payment of Mr. Abourezk's attorneys fees in the amount of $2,000.00.

I have also notified Domains By Proxy, Inc., your registrar of this account, that you are in violation of your terms of service with them.

If you do not immediately take these actions, my client will sue you.

Contact me immediately or have your attorney contact me with your compliance to these demands.

Sincerely,



Todd D. Epp, Esq.

Of Counsel

Abourezk Law Offices, P.C.

PO Box 1164

Sioux Falls, SD  57101-1164

(o) 605.334.8402 (f) 605.334.9494

Admitted in Kansas and South Dakota

# ABOUREZK LAW OFFICES
## A PROFESSIONAL CORPORATION
P. O. Box 1164
Sioux Falls, SD 57101-1164
TEL: (605) 334-8402
FAX: (605) 334-9404
georgepatton@pfire.net

James G. Abourezk
(Also licensed in the
District of Columbia)

Delivery Address:
401 E. 8th Street #321
Sioux Falls, SD 57103

Of Counsel:
Todd D. Epp
(Also licensed in Kansas)
Sender's direct email: tdepp@aol.com

May 8, 2003

Office Manager
Monica J. Johnson

Legal Assistant
Gloria J. Hart

*Sent via Certified Mail, Return Receipt Requested*

Michael Marino
ProBush.com, Inc.
PO Box 16
West Point, PA  19486

Re: Abourezk v. ProBush.com, Inc.
Our file # 02-0013-02

Dear Mr. Marino:

Please be advised that I represent former U.S. Senator James Abourezk. On our about April 9, 2003, he discovered that he was called a traitor on your website, probush.com. It is my legal opinion that such a statement is libelous under South Dakota law. SDCL 20-11-3 defines libel:

> Libel is a false and unprivileged publication by writing, printing, picture, effigy, or other fixed representation to the eye which exposes any person to hatred, contempt, ridicule, or obloquy, or which causes him to be shunned or avoided, or which has a tendency to injure him in his occupation.

Mr. Abourezk is a veteran of the United States Navy, a former U.S. Congressman, and a former U.S. Senator. He is also admitted to practice law before the courts of South Dakota and the District of Columbia. In all of these roles, he has taken oaths to abide by and defend the Constitution of the United States of America. Further, particularly in this super-heated time of war, calling a person a traitor (one guilty of the crime of treason) not only subjects Mr. Abourezk to hatred, contempt and ridicule and to injury in his legal profession, it can also lead to physical harm.

Further, it is my analysis that this accusation is libelous per se. According to Sack on Defamation, §2.8.3.2 at 2-99 (3d ed. 1999) libel per se is "words... [that] tend on their face to disgrace the person about who they are written." Furthermore, treason is a felony under both federal law, 18 USCA § 2381, and South Dakota law, SDCL 22-8-1. To accuse Mr. Abourezk of

EXHIBIT
14

5/8/2003
Page 2

treason is very serious indeed. You either know or should know that Mr. Abourezk is not a traitor and is not guilty of treason against his country. Though you have attempted to "disclaim" this defamation, it is my opinion that this attempted "disclaimer" is ineffective and meaningless.

Thus, my client demands the following actions be taken immediately:

- That you place an apology on your website to Mr. Abourezk. Such apology will be approved by Mr. Abourezk and shall be as prominent as your accusations against him are as of April 9, 2003.

- That any reference to Mr. Abourezk on your website be removed.

- Payment of Mr. Abourezk's attorneys fees in the amount of $5,000.00.

I have also notified Domains By Proxy, Inc. your registrar of this account that you are in violation of your terms of service. They have already "given you up," and released your registration information to the public.

If you do not immediately take these actions, my client will sue you.

Contact me immediately with your compliance to these demands.

Sincerely,

TODD D. EPP LAW OFFICE, PLLC

Todd D. Epp

Cc: James G. Abourezk

Democracy NOW!



**September 16, 2002
on Democracy NOW!**



real audio
[listen to the entire program]

[click to hear any story]

<u>NEWS HEADLINES</u>



Story: <u>U.S. POLITICIANS AND MEDIA CRITIC NORMAN SOLOMON
MEET WITH IRAQI OFFICIALS IN BAGHDAD</u>

The Iraqi deputy prime minister Tariq Aziz said on Saturday Iraq will let United
Nations weapons inspectors return only under a comprehensive agreement that
would prevent an attack by the US and lift the UN sanctions imposed after Iraq
invaded Kuwait.

He said: "If there is a solution that maintains Iraq's sovereignty, dignity and
legitimate rights and prevents aggression, we are ready."

Meanwhile, West Virginia Congressman Nick Rahall, former US Senator from
South Dakota James Abourezk and media critic Norman Solomon met with Tariq
Aziz and other Iraqi government officials in Bagdhad over the weekend. Abourezk
said it would be immoral for America to attack Iraq without provocation.

Guest:

- **Norman Solomon**, in Baghdad. He just met with Iraqi Foreign Minister
  Tariq Aziz with U.S. Rep. Nick Rahall (D-W.Va.) and former senator James
  Abourezk from South Dakota. Solomon is the executive director of the
  Institute for Public Accuracy.

Related link:

- <u>Institute for Public Accuracy</u>

Story: <u>JUST ONE PERSON CAN MAKE A DIFFERENCE: PART TWO OF
OUR INTERVIEW WITH JULIA BUTTERFLY HILL</u>

Last week peace vigils occurred across the country to commemorate Sept. 11. In
New York City thousands gathered in Washington Square Park. Among them was
Julia Butterfly Hill.

The 28-year-old activist is best known for her two-year tree-sit in Luna, a giant
redwood tree in Humbolt County, California. She was protesting the logging
practices of Pacific Lumber Company.

Two months ago environmental activist Hill made international headlines when she
was deported from Ecuador for protesting an oil pipeline that would penetrate a
virgin Andean "cloud forest."

The 300-mile oil pipeline has targeted by the environmental activists. It will
transport petroleum from the Ecuadorian Amazon across the Andes to the Pacific
coast for refining and export.

Today we will continue our interview with Julia recorded last week at our Firehouse

EXHIBIT

15

4/24/2004

Studio as she discusses her philosophy of resistance.

Guest:

- **Julia Butterfly Hill**, activist for the world's forest and the communities they protect. She is author of 'The Legacy of Luna: the Story of a Tree, a Woman, and the Struggle to Save the Redwoods' and 'One Makes the Difference.'

Story: <u>ACTIVISTS PROTEST FORMER UNION CARBIDE CEO WARREN ANDERSON AT HIS HOME IN LONG ISLAND</u>

Eighteen years ago on December 3, 1984, the toxic gas methyl isocynate began leaking from a U.S. owned pesticide plant in the Indian city of Bhopal. Within hours 4,000 people were dead. Another 10,000 to 15,000 people would eventually die from related illnesses. Over 100,000 more were seriously injured. It was the world's worst industrial accident.

To date no one from the U.S.-based Union Carbide corporation has ever served time for the disaster. Eleven years ago "culpable homicide" charges were brought against Union Carbide's former CEO Warren Anderson. But Anderson has refused to be tried. However, momentum is growing to extradite Anderson, who could face up to 10 years in prison.

In late August a Bhopal court rejected a plea by federal police to reduce charges against Anderson to rash negligence from culpable homicide. Soon after, a member of Greenpeace tracked Anderson down at his luxury home on Main Street in Bridgehampton in Long Island. Until that time, U.S. officials claimed to not know of Anderson's whereabouts. Over this past weekend environmentalist Diane Wilson led a protest in front of Anderson's home. And on Friday, members of the Campaign for Justice in Bhopal staged a hunger strike outside of the United Nations where Indian Prime Minister Atal Bihari Vajpayee and US President George Bush were meeting.

Today we are joined by Diane Wilson. Diane is a fisherwoman turned environmentalist, who has been fighting to save the waters of San Antonio Bay from toxic discharge by chemical companies, including Union Carbide-Dow Chemical. In August, she chained herself to an ethylene oxide tower inside the Union Carbide plant (now owned by Dow Chemical) in Seadrift, TX. She was arrested after eight hours.

Guest:

- **Diane Wilson**, Fisherman and Activist.

Related link:

- <u>Bhopal.net</u>

**Democracy NOW!** was launched by
Pacifica Radio in 1996 to open the airwaves
on a daily basis to alternative voices
traditionally excluded from the political
process

For more information about Pacifica and its
programming, visit the Pacifica Web site.



Obtain a cassette copy of this and other
Pacifica programs from the Pacifica Radio
Archives, or call 1-800-735-0230.

Catch WPFW, the Washington, DC Pacifica
station, live in RealAudio



*WebActive is published weekly.* Copyright (c) 1996-2001, RealNetworks, Inc.

Legal Notice/Terms of Use

Lebanon News    Mideast News    World News    Medical News    Nutrition    Web News

**Lebanon Wire**
Live news direct from Beirut

Click here to play at Atlantic Games!
http://www.atlanticgames.net

**LinkExchange**

Mideast Links    Weather    Lebanon Links    Trade Directory    About Us    Search

Lebanonwire, June 14, 2002

The Daily Star

Lebanon Quick News

Editorial: The law must be allowed to reign supreme

Government warns taxi drivers to obey ban on diesel

Former US senator calls for change in US policy

Hezbollah case in US court

Maronite League prepares for 'national dialogue'

Legislators to discuss ways to support Palestinians

Baalbek-Hermel forms council to aid culture, development

Local UNESCO project provides global model

**Regional**

Commentray: Powell is the Arabs' best hope - Patrick Seale

US infighting hobbles efforts to hold peace conference

Habash calls for Arafat's resignation but won't hold his breath

Sharon ready to try his hand at economics

A Moroccan sanctuary for

# Former US senator calls for change in US policy
**Abourezk heads fact-finding mission**

Elie Hourani
Daily Star staff

James Abourezk, a former US senator of Lebanese origin, met with top leaders here Thursday, calling for a radical change in Washington's policies toward the country and the resistance.

The former North Dakota Senator paid separate visits to President Emile Lahoud, Speaker Nabih Berri, Premier Rafik Hariri and Foreign Minister Mahmoud Hammoud.

Speaking to reporters after meeting with Hammoud, Abourezk said that members of the US delegation he is leading were able to "learn the viewpoints of the Lebanese government" on major issues.

Abourezk was briefed by officials on the Shebaa Farms and called on Israel to abide by UN resolutions calling on the Jewish state to withdraw its forces from Lebanese land.

He denied having transmitted any message to the Lebanese side about the proposed international conference to discuss a Middle East peace plan.

"We have discussed the Shebaa Farms, which I visited yesterday," Abourezk said of his visit with Hammoud.

From Ain al-Tineh, where he conferred with Berri, Abourezk told reporters that discussions centered on "US policies, which were not encouraging with regard to Lebanon, Syria and the Palestinian territories."

Abourezk said that his discussions with the speaker had also focused on Hizbullah "and the positive role" it was playing in Lebanon.

"(Hizbullah) was like the tool that forced the Israelis to withdraw," the former senator said.

Following his meeting with Hariri, Abourezk told reporters that his discussions with the premier focused on US policies toward Lebanon and the Middle East.

Copyright © The Daily Star



EXHIBIT
16

| terrorists? |
| Trying to make sense of Washington's Middle East policy |
| **International** |
| **Previous days News** |
| June 12 |
| June 11 |



 Institute for Public Accuracy

NEWS RELEASES

September 10, 2002

**Independent American Delegation to Baghdad**

An independent American delegation, led by Rep. Nick Rahall and former Sen. James Abourezk, is scheduled to arrive in Baghdad on Friday night (Sept. 13).

Rahall, of West Virginia, is currently serving his 13th term in the U.S. House of Representatives. Abourezk represented South Dakota in the United States Senate.

The delegation also includes: James Jennings, president of Conscience International, an Atlanta-based humanitarian aid and human rights organization; and Norman Solomon, executive director of the Institute for Public Accuracy, a nationwide consortium of public policy researchers.

The trip, described by participants as a "humanitarian mission," comes as President Bush is seeking formal authorization from Congress to launch a large-scale military attack on Iraq.

---

For further information, contact at the Institute for Public Accuracy:
Norman Solomon, (202) 347-0020, (415) 552-5378;
David Zupan, (541) 484-9167

**journalist contact**
IPA WASHINGTON OFFICE
VOICE 202-347-0020
FAX 202-347-0290
ipa@accuracy.org

 WHAT'S NEW   IPA ARTICLES   CONTACT US   JOIN IPA's EMAIL LIST


EXHIBIT
17



Biographical Directory
of the
United States Congress

1774 - Present

☆ Biography
☆ Research Collections
☆ Bibliography
☆ New Search
☆ House History Page
☆ Senate History Page
☆ Copyright Information

# ABOUREZK, James George, 1931-

**Senate Years of Service:** 1973-1979
**Party:** Democrat



ABOUREZK, James George, a Representative and a Senator from South Dakota; born in Wood, Mellette County, S.Dak., February 24, 1931; attended the Wood and Mission public schools; graduated as a civil engineer from the South Dakota School of Mines, Rapid City, S.Dak., 1961; graduated from the University of South Dakota Law School, Vermillion, S.Dak. 1966; lawyer; admitted to the South Dakota bar in 1966 and commenced practice in Rapid City; served in the United States Navy 1948-1952; elected as a Democrat to the Ninety-second Congress (January 3, 1971-January 3, 1973); was not a candidate for reelection to the United States House of Representatives in 1972, but was elected as a Democrat to the United States Senate and served from January 3, 1973, to January 3, 1979; was not a candidate for reelection in 1978; chairman, Select Committee on Indian Affairs (Ninety-fifth Congress); chairman, American Indian Policy Review Commission 1976; resumed the practice of law and began a career in writing; is a resident of Rapid City, S. Dak.

## Bibliography

Abourezk, James G. "The Congressional Veto: A Contemporary Response to Executive Encroachment on Legislative Prerogative." *Indiana Law Journal* 52 (Winter 1977): 323-43; Abourezk, James, and Hyman Bookbinder. *Through Different Eyes: Two Leading Americans, A Jew and an Arab, Debate U.S. Policy in the Middle East.* Bethesda, Md.: Adler and Adler, 1987.



EXHIBIT
18

WILLIAM E. MULLIGAN PAPERS: FOLDER LISTING CONTINUED          Page 1 of 1

**Box: 12 Fold: 9 ADC - Pamphlets & Brochures**
DATE SPAN: [12/01/1980]? - 04/05/1987

DESCRIPTION: Miscellaneous pamphlets and brochures printed by the American-Arab Anti-Discrimination Committee (ADC). Includes 1 pamphlet by James Abourezk, "Arabs and the Convenient Scapegoat"; 1 pamphlet on Samih El-Youssef; the ADC Media Monitoring Guide; and 1 pamphlet, "What's a Jew to Do?", a roundtable discussion with Rabbi Arthur Hertzberg, Nat Hentoff, Irving Howe, Malcolm Hoenlein, Howard Squadron, Drora Kass and Ron Plotkin.

REMARKS To AAUG

# Annual Convention

Anaheim Hilton Anaheim, California

October, 19, 1996

---

## James Abourezk

---

My father died prematurely at the age of 79. But he had lived one
great life, as short as it was. He immigrated to South Dakota in 1898,
working for a time as a lawman, as a homesteader, and as a pack-
peddler, very much like the ancestors of people in this room. He
finally settled on the Rosebud Sioux Indian reservation in South
Dakota, eventually opening two general stores in two small towns
near each other. He went bankrupt once in the 1930's, but bounced
back to become somewhat well-to-do. The main source of his
financial troubles was his great generosity. During the depression, he
gave credit to anyone who needed it, whether Indian or white. After
people started making money again, only the Indians paid him back.
In fact, one of my grandchildren played in a high school basketball
tournament earlier this year on one of the Indian reservations. An old
Indian woman, who apparently had learned of him being in the
tournament from the newspaper, had her grandchildren bring her to
the game where she presented a star quilt she had made to my
grandson. She told him the quilt was partial repayment for what
Charlie Abourezk had done for her family, and that if it had not been
for his great-grandfather, she and her family would have starved to
death.

My father knew who he was. He was an American and a South
Dakota chauvinist. Once when he went to Vancouver, Washington,
to visit one of our cousins, he was shown the Columbia River. "It's
the biggest river in America, Charlie," my cousin Joe told him. "Is it
bigger than the Missouri (which runs through South Dakota)?" "Yes,
it is," Joe said. "Sumbitch, bigger than the Missouri."

The point of all this is that my father had no identity crisis. I suppose
that was because where he lived in America, and how he lived, didn't
leave time for that kind of negative introspection. But neither was the
Palestinian-Israeli conflict an issue back then, a conflict which has
created social and political havoc with our community.



It unfortunately has created another conflict within ourselves. I say this because over the years we, as Arab Americans, have been unable to come to complete terms with who we are, and what we are, and I believe the blame rests for the most part on the Arab-Israeli conflict, and its fallout.

Think back, before 1973, when we could be certain of who are enemy was. We knew that Israel was the aggressor, and that the Palestinians and the surrounding Arab countries were being victimized, to one degree or another as a result of Israel's aggression. There was a certainty about it. An absoluteness that did not leave room for questioning what we thought, and what we did. We did not doubt that, nor did we doubt ourselves, or our convictions.

But I trace the beginning of our self-doubts with the American--and the Israeli--response to the Arab oil embargo. That was when the massive public relations attack on Arabs--and by extension, Arab Americans--came. The attack was so heavy, and so massive, that we as a community did not know how to respond. It came from such diverse sources as the oil companies, who wanted to blame someone for their own greed; from American politicians, who wanted to divert blame from their own negligence in not controlling domestic oil prices; from the Israeli lobby and its supporters, who saw the danger to them of Arab oil and Arab money; and from American editorial writers, who are traditionally lazy, and who saw an issue handed to them on a silver platter. There was also something extremely mean-spirited in all this. American journalists began behaving like children in a schoolyard. You know what I mean. . . when one child goes down in the fighting, everyone begins kicking him. And that's what the American press was doing.

The result of it all was that, as a community, we began being defensive. I know of cases where Arabs--recent immigrants--began changing their names so no one would know they were Arabs. It was much like--later on--Iranian-Americans calling themselves "Persians" after the American embassy was taken over in Teheran.

