```
                                                    Page 1                                                      Page 3
 1           UNITED STATES DISTRICT COURT              1                 INDEX TO WITNESS
 2              DISTRICT OF SOUTH DAKOTA               2                      Examination
 3                 SOUTHERN DIVISION                   3    BY Mr. Abourezk                        p. 4
 4   * * * * * * * * * * * * * * * * * * * * * *      4
 5   James G. Abourezk,                                5                 INDEX TO EXHIBITS
 6                          Plaintiff,                 6            Marked for         Offered for
             -vs-                                                  Identification       Evidence
 7                                                     7
     ProBush.com, Inc., a Pennsylvania                     Exhibit 13                              p. 32
 8   corporation, and Michael Marino,                  8   (Traitor List)
     an individual,
 9                                                     9   Exhibit 14                              p. 74
                            Defendant.                     (Patriot List)
10                                                    10
                                                           Exhibit 15
11                                                    11   (Printout of ProBush.com website
                                                           starting with "Bush Hater?")
12                                                    12
13               Johnson, Heidepriem, Miner,               Exhibit 16                              p. 43
                   Marlow & Janklow                   13   (Printout of iFriends Live Browse, Videochat
14                 Sioux Falls, SD                         Category: Psychics/Advice)
                   January 19, 2005                   14
15                 10:00 o'clock a.m.                      Exhibit 17                              p. 70
     * * * * * * * * * * * * * * * * * * * * * *      15   (Printout of ProBush.com starting with
16          D E P O S I T I O N     O F                    "President of the United States of America")
17                 Michael Marino                     16
     * * * * * * * * * * * * * * * * * * * * * *      17
18   APPEARANCES:                                     18
19   Mr. Todd D. Epp                                  19
     Abourezk Law Offices
20   Box 1164                                         20
     Sioux Falls, SD 57101-1164
21         -and-                                      21
     Mr. Charles Abourezk
22   Abourezk Law Office                              22
     Box 9460
23   Rapid City, SD 57709                             23
                for the Plaintiff
24                                                    24                     *****
                                                           The original transcript of this deposition was
25                                                    25   given to Mr. Abourezk.

                                                    Page 2                                                      Page 4
 1   APPEARANCES: (Continued)                          1            S T I P U L A T I O N
 2   Mr. Ronald Parsons                                2       It is stipulated and agreed by and between
     Ms. Kimberly J. Lanham                            3    the above-named parties, through their
 3   Johnson, Heidepriem, Miner, Marlow & Janklow      4    attorneys of record, whose appearances have
     P.O. Box 1107
 4   Sioux Falls, SD 57101-1107                        5    been hereinabove noted, that the deposition of
 5                for the Defendants                   6    Michael Marino may be taken at this time and
     ALSO PRESENT:   Jim Abourezk                      7    place, that is, at the offices of Johnson,
 6                   Ben Marino                        8    Heidepriem, Miner, Marlow & Janklow, Sioux
 7                                                     9    Falls, South Dakota, on the 19th day of
 8                                                    10    January, 2005, commencing at the hour of 10:00
 9                                                    11    o'clock a.m.; said deposition taken before Jill
10                                                    12    M. Connelly, Notary Public within and for the
11                                                    13    State of South Dakota; said deposition taken
12                                                    14    for the purpose of discovery or for use at
13                                                    15    trial or for each of said purposes, and said
14                                                    16    deposition is taken in accordance with the
15                                                    17    applicable Rules of Civil Procedure as if taken
16                                                    18    pursuant to written notice.
17                                                    19            MICHAEL MARINO,
18                                                    20    called as a witness, being first duly sworn,
19                                                    21    testified as follows:
20                                                    22    EXAMINATION BY MR. ABOUREZK:
21                                                    23 Q. State your name and address for the record,
22                                                    24    please.
23                                                    25 A. Michael Marino, 69 Wexford Avenue, North Wales,
24
25
```

EXHIBIT B

Page 13

1  A. GoDaddy.com.
2  Q. What do you pay a month to have that host?
3  A. It depends on bandwidth.
4  Q. On average what would you say?
5  A. Right now?
6  Q. Yes.
7  A. I pay about $250 per year average.
8  Q. Are there any other costs associated with
9     maintaining that website other than that?
10 A. There's costs that go into it, domain name
11    purchasing, purchasing the domain name, hosting
12    the account, e-mail accounts. There's multiple
13    things in purchasing a website.
14 Q. What would maintaining that domain name cost
15    you?
16 A. The domain name costs, I'd say between five and
17    ten dollars, so you can purchase a domain name
18    for five or ten dollars.
19 Q. Is that a year?
20 A. No. That's a domain name price. It depends on
21    if it's available or not. If it's not
22    available, there's other things that can go
23    into it.
24 Q. So it's a one-time fee?
25 A. I believe so. I'm not sure. My brother is a

Page 14

1     bigger domainer than I am. I'm not a
2     domainer. I'm a webmaster.
3  Q. What would you say total, if you were going to
4     give me an estimate right now, what are you
5     paying for that per year to keep that website
6     up and running?
7  A. I just told you, $250.
8  Q. I understand, but you gave me some other
9     costs. I'm talking about all together.
10 A. I gave you the all together.
11 Q. You named some other things earlier, too.
12 A. What's that?
13       MR. PARSON: Domain name.
14 A. Domain name, e-mail accounts. That's all
15    included in a package you purchase from
16    GoDaddy. It's in a package.
17 Q. That's all $250 for the whole package?
18 A. Approximately, yes. It's all in that one
19    package.
20 Q. Now, how do you go in and change the content of
21    your website? Do you do that yourself?
22 A. Yes.
23 Q. Do you do it from home?
24 A. Do I do it from home?
25 Q. Or from your office.

Page 15

1  A. From home, yes.
2  Q. What's that process entail? What do you have
3     to do?
4  A. I open a web publisher called Microsoft Front
5     Page, and it brings up basically the web page.
6     It brings up a blank Word document, and you go
7     on from there. You design, develop a website
8     using content and borders. Basically you
9     decorate it. You decorate your website with
10    words and pictures.
11 Q. When you want to edit or modify something
12    that's already on the website, is it a similar
13    process?
14 A. Yes.
15 Q. Is it easy to modify it?
16 A. Yes, for people who are web oriented. If you
17    know nothing about the web, you wouldn't know
18    how to do it.
19 Q. Now, how often would you say you update or
20    change that web page?
21 A. Once a month.
22 Q. Do you keep records of what items are added
23    when?
24 A. No.
25 Q. Does anyone keep records of that?

Page 16

1  A. No. Mental.
2  Q. Mental?
3  A. Mental record.
4  Q. Now, when I talk about the Traitor List, you'll
5     know what I'm talking about here. Correct?
6  A. Absolutely.
7  Q. Where did you find this master list of
8     celebrities that you used to formulate the
9     Traitor List?
10 A. The Not In Our Name Petition.
11 Q. Where did you see that at?
12 A. On the Internet.
13 Q. And you essentially took well-known names from
14    that list?
15 A. Yes.
16 Q. Not all the names.
17 A. Names that didn't come up in Google, a Google
18    search, per se. You type in a name in Google,
19    if they came up on the image directory, that
20    was it.
21 Q. What was the reason for leaving off people who
22    didn't come up on Google?
23 A. What was the reason? I figured, you know, if
24    their name was signed on a petition, and their
25    picture, multiple pictures had come up on a

## Page 17

1  Google image search, I figured they were a
2  public figure or famous of some sort.
3  Q. Why would you want to --
4  A. And it was associated. The Not In Our Name
5  Petition had a lot of famous people on it that
6  I could look at and notice.
7  Q. Why would you want to single out public figures
8  or famous people to --
9  A. I didn't want to single out anyone. This was
10  -- I was a little sick and tired of the
11  protestors, the anti-Bush websites on the web.
12  If you are on the web at all, I don't know,
13  you'll find there's multiple anti-Bush websites
14  calling him a murderer, a baby killer. I was a
15  little tired of that. So I figured I'd throw a
16  website to support our President.
17  Q. I guess what I'm talking about, you made a
18  choice to leave off people who didn't come up
19  on Google, and the people that did, who you
20  earlier said were public figures, you decided
21  to put them on your list. Why public figures?
22  A. Why public figures?
23  Q. Yes.
24  A. Because they're famous, and that's what causes
25  traffic.

## Page 18

1  Q. Causes what?
2  A. Traffic.
3  Q. Explain that.
4  A. Traffic on the web, you make money on traffic.
5  The more visitors you get, the more possibility
6  of them going to your store and so on, clicking
7  on Hot Links.
8  Q. So, in other words, if I was just a person
9  getting on Google, for example, and I typed in
10  Abourezk, it would pop up your website, too.
11  A. Possibly.
12  Q. Is that what you mean by traffic? If you mean
13  something different, tell me.
14  A. Controversy causes traffic.
15  Q. So you wanted to create controversy in order to
16  get more visitors to your website?
17  A. Yes.
18  Q. Did you?
19  A. Absolutely.
20  Q. After you added those people in that Traitor
21  List, how much of an increase did you see on
22  traffic on your website?
23  A. It wasn't until after we had a Fox News article
24  of something else on our website called the
25  Ari Fan Club. He was a former press secretary,

## Page 19

1  Ari Fleischer. That's what basically boosted
2  the website up into, I guess into the eyes of
3  the Internet where it became a popular website
4  to go to.
5  Q. Did you believe the Not In Our Name Petition
6  had been done in bad taste?
7  A. Yes.
8  Q. Explain what you mean by that, by "bad taste."
9  A. I just didn't like what they said about our
10  President. They were disagreeing -- if I had
11  the Petition in front of me, I could read a
12  couple things off the Petition that I really
13  didn't agree with.
14        MR. PARSON: It is an exhibit.
15  Q. That's fine if you want to look at it.
16        MR. PARSON: Exhibit 7.
17  A. Statements such as, "The signers of this
18  statement call on the people of the United
19  States to resist the policies and overall
20  political direction that have emerged since
21  9-11, and which pose grave dangers to the
22  people of the world." That bothered me a
23  little bit, to resist the United States
24  policies. You live in the United States. How
25  can you resist their policies?

## Page 20

1  Q. Anything else trouble you there?
2  A. I'd say the whole petition troubled me. I
3  could read the whole thing.
4  Q. That's okay. We can put it in and save some
5  time here. Other than creating traffic for
6  your website, were there any other reasons at
7  the time for the development of the Traitor
8  List?
9  A. To, I guess, counter the anti-Bush websites on
10  the web. There's multiple sites out there that
11  bash Bush. As you can see on the web, there's
12  not many pro-Bush websites. We kind of coined
13  the term "proBush."
14  Q. Now, you know how famous and infamous things
15  are created. Where did the actual idea, when
16  did it get developed? Was it you and your
17  brother talking?
18  A. ProBush.com?
19  Q. Yes.
20  A. It was probably conversations between me and my
21  brother -- my brother and I, excuse me, yes.
22  Q. What did you discuss with him?
23  A. Discussed how we would develop the website. It
24  kind of started as a real shabby website. It
25  was one page at one point. Then in web