

*growing up okie* by ROXANNE DUNBAR-ORTIZ

BUY   CONTACT   REVIEWS   EXTRACTS   INTERVIEW   PAPERS   LINKS

**Dunbar-Ortiz's most important achievement is to put class back on the rural map wh**
*Los Angeles Times*

**At once sweetly nostalgic and inexorably grim, a true study of light and da**
*Village Voice*

**W**hen the peasants are deprived of fields to work, so goes the chorus of an old Irish balla all that is left is the love of the land. In this exquisite rendering of her childhood in rural Oklahom from the Dust Bowl days to the end of the Eisenhower era, Roxanne Dunbar-Ortiz bears witne to a family and community which still clings to the dream of America as a republic of landowne

**I** read this book in unbelief. The author has written with remarkable courage and candor abou particular area in America and the people it produced. In telling her story she has put me squar back in the wagon ruts of my own early life. I find myself sitting at a familiar table listening to vo I have heard all my life understanding every word.
Wilma Elizabeth McDaniel, California Okie poet laureate, author of *A Primer for Buford*.

**T**he sorrows and the courage of rich white Americans are nothing like the sorrows and the co of poor white Americans,"white trash", who must daily struggle against the rule that shame is th duty. Nowhere has this struggle been harder than in Roxie Amanda Dunbar's state and mine Oklahoma. Over the last 100-odd years of settlement in Indian country, the Okie rich and their po stooges have made the misery of the poor there a popular cult. That some of the Okie poor ha defied their doom as "the foot-soldiers of empire", told the truth to vicious power and the foule condescension and bigotry, and felt the dignity of brown and black neighbours, is strong testimo some fundamental good in humanity. Roxie's story of growing up poor and Okie is painfully faith


EXHIBIT 28

brave, loving and plainly beautiful. It would make her Wobbly grandpa very proud of her. It make proud to come from near where she came from. I recommend her book enthusiastically to anyo who wonders how poor provincials anywhere have learned to stand up for liberty and justice fo
John Womack, Jr., author of *Zapata,* Harvard University.

The best of autobiographical works are those that convey, in the telling of one life story, lar truths than those we experience as individuals. To accomplish this feat with seeming effortlessn as Roxanne Dunbar-Ortiz has done with Red Dirt, is to create not only a valuable historical rec but a literary work that is a pleasure to read. Employing the finest storytelling skills, Dunbar-Or lovingly recollects her youth in Oklahoma and the family dynamics she experienced "growing up during the mid-20th-century. In the process, she touches upon a host of social issues--among th racism, sexism, and economic disparity--that have plagued the U.S. since its earliest days. Perh most importantly, she offers one resounding voice from among a vast population--namely, the w underclass--that consistently has been underrepresented in historical texts, and misrepresente popular culture. Exploding the notion of "poor white trash" Dunbar-Ortiz offers a three-dimensio alternative as she reconstructs through her personal memoir the history and struggles of the fro settler class and its descendants. As we move into the next century, Red Dirt is a text of vita significance to our collective humanity.
Angela Y. Davis, teacher, activist, author, University of California, Santa Cruz

I think of myself as an Okie. Let me tell you what that means: Being an Okie means being th your whole family to finish high school let alone go on to college. Being an Okie means gettin out of an area and having to hustle for a toehold in some new area. Being an Okie means run risk of striving out from under a layer of heartless sonsabitches only to discover you have be redneck of bitterness worse than those you strove against. Being an Okie is a low rent, aggr drag, but it does learn you some essentials like it isn't a new car that pulls over to help you w are broke down with the senile carburetor, it is somebody who knows what it is to be broke d a hurt machine.'
**Ken Kesey, author of *One Flew Over the Cuckoo's Nest* and *Sometimes a Great Notion***

## NEW BOOK NOW AVAILABLE



## Growing Up An Outlaw Woman
### An Interview with Roxanne Dunbar-Ortiz

by Eric Zas

**Outlaw Woman: A Memoir of the War Years, 1960-1975**

http://www.reddirtsite.com/ 12/6/2004



**by Roxanne Dunbar-Ortiz**
Available February 2002
ISBN: 0-87286-390-5
Trade paperback original, 340pp
$17.95

### *A founder of the feminist movement tells of her life as a radical acti revolutionary*

In 1968, Roxanne Dunbar-Ortiz became a founding member of the early women's liberatio with a small group of dedicated women, she produced the seminal journal series, *No More*

Dunbar-Ortiz was also a dedicated anti-war activist and organizer throughout the 1960s ar war years she was a fiery, indefatigable public speaker on issues of patriarchy, capitalism, racism. She worked in Cuba with the Venceremos Brigade and formed associations with ot across the spectrum of radical and underground politics, including the SDS, the Weather U Revolutionary Union, and the African National Congress. But unlike the majority of those ir Ortiz grew up poor, female, and part-Indian in rural Oklahoma, and she often found hersel the ruling class but also with the Left and with the women's movement.

This is a wonderfully evocative account of a remarkable life: harrowing and joyful, searchir that brings together threads of a complex, troubled, and rewarding era, a life that really m moving towards a more humane and just world. *-Noam Chomsky*

"Roxanne Dunbar gives the lie to the myth that all New Left activists of the '60s and '70s v the suburban middle classes. Read this book to find out what are the roots of radicalism." Columbia University strike leader

"Dunbar-Ortiz takes us into the heart of the women's liberation movement, grassroots anti solidarity work with third world liberation struggles around the world and in the U.S. Outla and honest narrative about organizing, resistance, and a passion to remake the world." *-C* Bombs

**Roxanne Dunbar-Ortiz** is a historian and professor in the Department of Ethnic Studies a University, Hayward. She is the author of *Red Dirt: Growing Up Okie* (Verso), *The Grea Roots of Resistance*, among other books.





12/6/2004