

home | news | national news | features | special issue | fringe arts | literature
sports | shats'n'gäggles | opinions | letters | editorial
about | advertise | authors | breaking news | contact | comments | faq | journals
hof | login | polls | search | topics

**The Link**





**Login**
**Nickname:**

**Password:**



(**Create a new account**)

**Discussion forums**
Zionism and Israel
Islam and Judaism
The USA
The CSU
Women's Issues
Queer Issues
Racism
Able-ism
Terrorism
Sex, Lies, and Concordia

**Quick Links**
- Concordia University
- The Concordian
- Concordia

**News**

# Anti-Americanism from an American

### Roxanne Dunbar-Ortiz lectures on U.S. imperialism

Tuesday, November 09, 2004 @10:00AM

**BY IMAI WELCH**

Aggressive and imperialist actions by the United States are not modern phenomena; they are rooted in the founding and expansion of the U.S. This is particularly visible through the U.S.'s history of aggression towards its aboriginal people, according to historian Roxanne Dunbar-Ortiz.

An anti-imperialist, Dunbar-Ortiz elaborated this concept during her public lecture "Cowboys and Indians: A Historical Perspective on U.S. Imperialism," held at Concordia on Nov. 1 and sponsored by QPIRG Concordia and its partners.

She noted that though much of U.S. historical myth and fact is founded on people fleeing and fighting aggression and imperialism. We [Americans] have yet to have a real anti-imperialist revolution in the United States.

This, Dunbar-Ortiz noted, is largely due to the fact that many early colonists, especially the Scots-Irish, had been imperialist-style aggressors. Upon arriving in the colonial U.S., their policies were written into the Declaration of Independence.

Throughout the lecture and question period, she asked once and periodically implied the question, What is so scary about dismantling [U.S. imperialism and the U.S. empire]?

Going into a detailed history of U.S. imperialism, Dunbar-Ortiz noted its roots trace back to the Crusades and the Inquisition with their emphasis on cleanness of blood, to the British colonists who appropriated that idea while colonizing the U.S. Subsequently,

**The Link Login**
**Nickname:**

**Password:**

(**Create a new account**)

**Related Links**
- More on News
- Also by Imai Welch

**News**
- By way of expropriation
- Engineering for a better future
- Reggie's pub nationally acclaimed?
- Muslim students celebrate Ramadan
- Quebec accused of Millennium Scholarship misuse
- Education first, tax cuts later
- Tarazi seeking an alternative to violence
- International Arts & Science students get lucky
- Schechter's weapons of mass dissection
- Democracy bytes



EXHIBIT 30

- Français
- Concordia University Television (CUTV)
- The Thursday Report
- Concordia Student Union (CSU)
- Art Matters
- Canadian University Press
- McGill Daily
- UQAM's Montréal Campus

aboriginal peoples were expelled or slaughtered. The new U.S. and its western settlers, in turn, took on that concept. Though most of the imperialism was based on race, Dunbar-Ortiz noted that whiteness as an ideology (and its subsequent imperialism) is far more complex than skin colour, quoting *Don Quixote*.

In response to a question about the need for an intellectual revolution, Dunbar-Ortiz said that the younger generation are... less attached to the National Myth, making the time ripe for anti-imperialist revolution in the U.S. Elaborating when asked how this myth could be undermined further, she noted the need for the U.S. underclasses to be in solidarity with U.S. Indian movements, and strive to include Native perspectives of U.S. history.

At the end, Dunbar-Ortiz made it clear that the only way to end U.S. imperialism is to end the U.S. empire, noting that this ending means dismantling imperialism, not devolution, and creating something different instead. She noted that the U.S. and its people must be involved in this process, declaring in this context that there cannot be too much anti-Americanism for me; I welcome it.

&lt; The Dears | No such thing as bad publicity? &gt;

Anti-Americanism from an American | Login/Create an Account | Top | Search Discussion

Threshold: 0: 0 comments | Threaded | Oldest First

The Fine Print: The following comments are owned by whoever posted them. We are not responsible for them in any way.

[ home | archives | polls | faq | authors | preferences ]

"My antenna is bigger than yours" — *Misha Warbanski, news editor*