# *m-fem*
# *mailing list archive*

[ Other Periods | Other mailing lists | Search ]

Date: [ Previous | Next ]   Thread: [ Previous | Next ]   Index: [ Author | Date | Thread ]

# ROXANNE DUNBAR-ORTIZ TO TALK ON GLOBAL HUMAN RIGHTS @ SACRAMENTO MARXIST SCHOOL

- *To*: A-List@xxxxxxxxxxx, M-fem@xxxxxxxxxxxxxxxx, pen-l@xxxxxxxxxxxxxxxxxxx
- *Subject*: ROXANNE DUNBAR-ORTIZ TO TALK ON GLOBAL HUMAN RIGHTS @ SACRAMENTO MARXIST SCHOOL
- *From*: "Seth Sandronsky" <ssandron@xxxxxxxxxxx>
- *Date*: Sat, 06 Apr 2002 18:17:07

```
April 6, 2002
News Release
For more information:
Call John Rowntree, (916) 446-1758
P.O. Box 160406  Sacramento, CA 95816
<info@marxistschool.org>
<www.marxistschool.org>
```

ROXANNE DUNBAR-ORTIZ TO SPEAK ON INTERNATIONAL HUMAN RIGHTS AT THE MARXIST SCHOOL OF SACRAMENTO

Roxanne Dunbar-Ortiz, activist, author and professor, will give a talk "International Human Rights" on Thursday, April 18 at 7 p.m. in the Green Room at the Sierra 2 Center, 2791 24th Street, Sacramento.

Dunbar-Ortiz' talk is part of the Point of View: Challenging Perspectives on Current Issues speaker series sponsored by The Marxist School of Sacramento.

Dunbar-Ortiz will focus on how global freedom movements have worked with the United Nations to build international human rights law.  She will suggest how this work can help U.S. activists challenge U.S. globalization and militarization.

Dunbar-Ortiz is a professor of ethnic studies and women's studies at CSU, Hayward. The Great Sioux Nation, Roots of Resistance is one of the many books she has written.

**EXHIBIT 32**

```
This event is free and open to the public.  Donations are welcome.  For more
information call John Rowntree at (916) 446-1758.
```

###

```
Get your FREE download of MSN Explorer at http://explorer.msn.com/intl.asp.
```

- Prev by Date: **Thu., April 11: Dan La Botz, Sweatshops & Solidarity (Mexico,Indonesia, USA)**
- Next by Date: **Rabbi Lerner's Call for Civil Disobedience**
- Previous by thread: **Thu., April 11: Dan La Botz, Sweatshops & Solidarity (Mexico,Indonesia, USA)**
- Next by thread: **Rabbi Lerner's Call for Civil Disobedience**
- Index(es):
    - **Date**
    - **Thread**

- Thread context:

    - **The Consequences of Telling the Truth About Palestine**, Yoshie Furuhashi Wed 10 Apr 2002, 13:37 GMT
        - **Re: [R-G] The Consequences of Telling the Truth About Palestine**, Macdonald Stainsby Wed 10 Apr 2002, 18:58 GMT
    - **Tue., April 9: Remembering Deir Yassin + Protest the Israeli Occupation**, Yoshie Furuhashi Tue 09 Apr 2002, 07:34 GMT
    - **Rabbi Lerner's Call for Civil Disobedience**, Yoshie Furuhashi Mon 08 Apr 2002, 19:19 GMT
    - **ROXANNE DUNBAR-ORTIZ TO TALK ON GLOBAL HUMAN RIGHTS @ SACRAMENTO MARXIST SCHOOL**, Seth Sandronsky Sat 06 Apr 2002, 18:17 GMT
    - **Thu., April 11: Dan La Botz, Sweatshops & Solidarity (Mexico,Indonesia, USA)**, Yoshie Furuhashi Fri 05 Apr 2002, 01:59 GMT
    - **Fri., April 5: Demonstration in Support of Palestinians (OH)**, Yoshie Furuhashi Wed 03 Apr 2002, 07:22 GMT
    - **Tue., April 9: _Lumumba_**, Yoshie Furuhashi Tue 02 Apr 2002, 04:44 GMT

[ Other Periods | Other mailing lists | Search ]