

Tuesday, April 5, 2005



By Robert Deutsch, USA TODAY

**Works of art:** Jane Fonda's *My Life So Far* is out today, and the actress, exercise entrepreneur and activist says she wrote the autobiography in "layers." In the background at her Atlanta loft are Andy Warhol's images of her.

# Fonda's 'Life So Far' a newly opened book

## Autobiography holds nothing back on bulimia, Vietnam, sex

**Cover story**



By Donna Freydkin
USA TODAY

ATLANTA — This is not where a movie star is supposed to live.

The street Jane Fonda calls home is in what real estate agents might call a "transitional" neighborhood. It's industrial. Run-down. And right in downtown Atlanta, a five-minute drive from the *pied-à-terre* she once shared at the CNN Center with ex-husband Ted Turner.

To get to Fonda's loft, an open space filled with white couches, minimalist tables, books and ethnic-looking knickknacks, you park on the street, walk to her building and ring a buzzer.

After her assistant answers the door and then serves water in the living room, Fonda emerges from her kitchen, all layered hair, perfectly made-up face and lightly tinted eyeglasses.

When it's suggested that someone of her stature might be expected to live in the more posh Buckhead neighborhood or a suburban gated community, Fonda vehemently shakes her head.

"Oh, no!" she says. "I chose to live here. This is really great. When I lived in California, I didn't live in Beverly Hills or Bel Air. I lived in Santa Monica before it was chic."

She says she wanted to be near her daughter, Vanessa, who lives nearby. And she chose a grittier area because "I wanted to make a statement."

Throughout her career, Fonda, 67, has been all about making statements, some more well-received than others. Now she has mined her fertile history in a candid memoir, *My Life So Far*, out today (Random House, $26.95).

In the book, she discusses momentous events, including:

► The secret suicide of her mother, Frances Seymour Fonda, when Fonda was 12. She learned that her mother had killed herself from an article in a movie magazine. "I knew instantly this was the truth.

Please see COVER STORY next page ►



EXHIBIT 37

## The Fonda years

**Dec. 21, 1937:** Born in New York City to Frances Seymour Fonda and actor Henry Fonda
**1957:** Moves to Paris after dropping out of Vassar
**1960:** Makes film debut in *Tall Story* opposite Anthony Perkins
**1965:** Marries director Roger Vadim in Las Vegas
**1967:** Stars in the comedy *Barefoot in the Park* with Robert Redford



Physical specimen: *Jane Fonda's Complete Workout* came out in 1988.
By Harry Langdon, Warner Home Video

**1968:** Plays the scantily clad lead in *Barbarella*, directed by Vadim; daughter Vanessa born (Sept. 28)
**1969:** Portrays a Depression-era dance marathon competitor in *They Shoot Horses, Don't They?* (nominated for best-actress Oscar)
**1971:** Stars as prostitute Bree Daniel in *Klute*

War picture: Oscar winner, here with Jon Voight, in 1978's *Coming Home*.



Sci-fi sensation: Chosen to save the world in 1968's *Barbarella*.





War stance: At an anti-aircraft position in North Vietnam in 1972. Fonda now says she hopes veterans know she "wasn't against" them.



Films Marceau/Cocinor/Mega/The Kobal Collection
**Marriage 1:** In 1966's *The Game Is Over* with Roger Vadim, whom she wed in '65.

**Marriage 2:** With California Assemblyman Tom Hayden and son Troy in 1982.



**Marriage 3:** With TV network owner Ted Turner in 1991. They would divorce 10 years later.

**1972:** Wins best-actress Oscar for *Klute*; makes controversial trip to North Vietnam.
**1973:** Divorced from Vadim; marries anti-war activist Tom Hayden while pregnant with Hayden's son, Troy Garity (born July 7)
**1977:** Plays playwright Lillian Hellman in *Julia* (nominated for best-actress Oscar)
**1978:** Stars in the Vietnam drama *Coming Home*
**1979:** Wins second best-actress Oscar, for *Coming Home*

**1979:** Stars as a reporter in power-plant drama *The China Syndrome* (nominated for best-actress Oscar)
**1980:** Plays a harried office worker in *9 to 5*
**1981:** Co-stars for the only time with father Henry in *On Golden Pond* (nominated for supporting-actress Oscar)
**1982:** Releases the first *Jane Fonda's Workout*, which remains the top-grossing home video
**1986:** Plays an alcoholic in *The Morning After* (nominated for best-

actress Oscar)
**1990:** Divorced from Hayden; appears in *Stanley & Iris*, last movie before a 15-year hiatus from Hollywood
**1991:** Marries Ted Turner
**1995:** Founds the Georgia Campaign for Adolescent Pregnancy Prevention
**2001:** Granted a divorce from Turner
**2005:** Stars in the comedy *Monster-in-Law* with Jennifer Lopez, opening May 13

# Kids keep her honest; 'Monster' keeps her working

**Continued from 1D**

that they had lied to me about the heart attack.

► The bulimia that started while Fonda was a teenage student at a boarding school in New York. "For me the disease lasted, in one form or another, from sophomore year in boarding school through two marriages and two children, until I was in my early 40s. My husbands never knew, nor did my children or any of my friends and colleagues."

► Her sexually experimental relationship with her first husband, French director Roger Vadim, which involved threesomes with other women when they lived in Paris in the early '60s. "Sometimes there were three of us, sometimes more. Sometimes it was even I who did the soliciting."

► The notorious 1972 trip to North Vietnam and the photo of Fonda sitting on a North Vietnamese anti-aircraft gun, which she calls her "two-minute lapse of sanity." Fonda writes that the "buck stops here. If I was used, I allowed it to happen. It was my mistake, and I have paid and continue to pay a heavy price for it."

► Her marriage to TV mogul Turner and her subsequent retirement from the big screen. Turner wanted Fonda by his side, true, but she writes that she was ready to

quit acting. "For all intents and purposes, I had decided to stop acting and producing by the time I met Ted, but once I committed to the relationship, it became a done deal. Ted made that abundantly clear."

But after a 15-year absence from movies, Fonda is starring in the comedy *Monster-in-Law*, opening May 13. The two-time Oscar winner (*Klute* and *Coming Home*) plays the consummate controlling patent whose son (Michael Vartan) is engaged to Jennifer Lopez.

Fonda is a small woman with a big, patrician voice and the flawless enunciation of a boarding school and Vassar student. (She dropped out after two years.) She's focused and serious but also dryly funny, especially about working with Lopez.

"I normally would never wear velour or whatever this is called," Fonda says, pointing to the baby-blue sweatsuit she's wearing. Lopez "makes these things, and they're so comfortable. She's helped me get hip."

Even before it hit stores, her memoir made waves with inaccurate leaks about her marriage to Vadim reported by the British tabloids. Fonda welcomes the attention. After being out of the spotlight for so long, "I'm ready," she says. "My joints are guided."

The actress, who has appeared in more than 40 films, strived to make

her book as honest as possible. "I knew it would just be another celebrity bio if I didn't really go to the why and the how I really felt. And that's what allowed me to not blame anyone and to assume responsibility. I write in layers. This is what I did. And then a few days later, this is what I really did."

## Writing and crying

Fonda says she went through a six-month period of writer's block in the five years she devoted to her memoir. "I spent a lot of time by myself at my ranch in New Mexico. There were certain things, like writing about my mother, where I'd find myself really, really cold, shaking, teeth chattering. There were times I'd be writing, and I'd be crying. I knew I wanted to start the book the year my mother died (1950), and I knew I wanted it to be very, very specific."

Her children, Vanessa, 36 (with Vadim) and Troy, 31 (with second husband Tom Hayden) read the book as she went along, as did Hayden and Turner. Her kids in particular "were really, really helpful in pushing me go deeper, always making me go deeper, always can't take for granted that people will understand why you loved (the men you married)."

She writes that Vadim, who directed her in the 1968 camp classic *Barbarella*, was magnetic, intelli-

gent and a loving father to Vanessa, but a mother of two. "I could write countable for her more controversial choices, most notably her 1972 visit to North Vietnam.

## About that photograph

Fonda writes that she regrets being photographed laughing on a North Vietnamese anti-aircraft gun that helped her be branded Hanoi Jane. She says she hopes "that some veterans, when they realize all the work I've done with GIs, know that I wasn't against the soldiers. I hope that comes across."

She also realizes that Gen-Xers might know the seven-time Academy Award nominee best as the leotard-wearing Jane Fonda's Workout queen or as a foxy woman from the future who floats in her furlined spaceship.

"In some sense I'll be remembered for *Barbarella*. That's fine. I think my best performance was in *Klute*. That was my breakthrough movie. On *Golden Pond* was an experience that people can only dream of. How lucky to have produced a movie and acted in it with my father before he died?"

Henry Fonda was distant and cold. And Fonda concedes that when daughter Vanessa was born in September 1968, she was no Mother of the Year. "I didn't really know how to be a parent. I'm trying to make that up to her now."

both explain and hold herself accountable for her more controversial choices, most notably her 1972 visit to North Vietnam.

What would Vadim, who died in 2000, think of her book?

"I think he'd say I was a good writer. All three of my husbands should feel, would feel, that I am fair. I wrote my marriages, all three of which were very, very important to me, in a way that makes it clear why I fell in love and why they had to end. Sometimes it was my choice. Sometimes it was his choice. Sometimes it was mutual.

"But I also think I made it clear that in each instance, I was starting down a particular path in my search for myself and met a man who could take me further down that path. None of my husbands were the Svengali the way some people think."

She's still friends with Hayden and Turner, and she talks to Turner several times a week since their divorce in May 2001. In fact, "I had a sleepover with one of his grandsons," she says.

In her book, she describes her first sexual encounter with Turner as being like "Versailles with all the spectacular lit-up fountains." What's perhaps most striking about her memoir is its lack of self-pity. The actress goes to lengths to

Her relationship with Vanessa is "a work in progress. It's never too late. ... I learn a lot from watching her. When she tells me things about myself, I always have to pay attention, although it may make me mad at first, because there's always a kernel of truth in it. I'm in awe of how she is as a mother."

Fonda says she's comfortable with getting older. "I'm working hard on not having regrets. Should I ever again be in a relationship with a man, I think it will be very different. But that's theoretical ... My relationship with myself and my friends and my children and my grandchildren is different because I'm bringing my whole self to it."

A self that's got to throw punches in *Monster-in-Law*. Being back on a movie set again was "so much fun. There was no stress. And my salary went into the work I'm doing here in Georgia."

That would be leading the Georgia Campaign for Adolescent Pregnancy Prevention, which she founded in 1995.

And when her publicity blitz is over, Fonda will have hip-replacement surgery.

"The old joints are going. But I feel fine," she says.

Besides, she jokes, after all those book promotion interviews, "I'll be so ready to be put to sleep!"

Here comes that wicked laugh again. "They shoot horses, don't they?" she says with a wink.