


EXHIBIT 38



YOU ARE HERE: **Home** > **News** > **Entertainment** > **Article**

# Jane Fonda Still Stirring Controversy

Thu Apr 14, 2005 08:06 AM ET

Printer Friendly | Email Article | Reprints | RSS XML     (Page 1 of 2)



By Gina Keating

LOS ANGELES (Reuters) - She's back with a tell-all autobiography that has critics raving over its frankness and with a new movie in which she finally gets to do something she seldom did in her Hollywood heyday -- have fun by overacting.

It's springtime for Jane Fonda. After more than a decade pretty much out of the public eye, the 67-year-old Oscar-winning actress has resurfaced to plug the book and a new movie and is receiving the same mix of adulation and outcry that used to dog every step of her very public life.

**Top News**

- Republicans May Clear Way for DeLay Probe
- World's Biggest Airliner Completes Maiden Flight
- British Businessman Convicted in U.S. Weapons Case

MORE →

Fonda's autobiography "My Life So Far" describes in blunt and painful detail how she made herself over to please her late father, actor Henry Fonda, and three husbands. She talks of arranging sexual threesomes for her first husband, French director Roger Vadim, of a 20-year battle against bulimia and of a few regrets about her highly publicized trip to Hanoi to oppose the Vietnam war.

As letters to newspapers and calls to radio shows have shown over the past few weeks, Fonda remains a lightning rod for controversy. But she says she now understands and accepts her role as an immutable American icon.



"I have to take responsibility for the fact that I represent something to people that is beyond me," Fonda told a small group of reporters in an interview to discuss "Monster-in-Law," in which she plays Jennifer Lopez' fire-breathing mother-in-law.

STICK BY YOUR VALUES

"I represent a movement. I represent a set of values. I have to own that and I have to live that ... to not disappoint myself. You have to embody your values."

"I can't stand complainers," she added. "If you commit yourself to being in the public eye with all the perks, the least y take the ups and downs."

"One thing I have learned the hard way is, it ain't gonna kill you," she added. "You just plow ahead, and if you're a de people will know it."

"Everything that is in my book is in it for a reason," she said. "In order to know where I've come from to arrive at 67 ye feeling like it's the beginning, you have to know the extent to which I have betrayed myself."

"I so thought that I wasn't good enough that I was willing to leave myself at the door to please the men in my life," Fon can't just say that theoretically. I have to say what that meant in a tangible way."   **Continued ...**

© Reuters 2005. All Rights Reserved.

### More Entertainment

- Jackson Aide Booked Family's Brazil Flight-Witness
- Bush Signs Camcorder-Piracy Bill Into Law
- Banderas in 'Bordertown' with Lopez
- Guerrilla Art Group Mocks Exclusive L.A. Enclaves
- Reagan's Presidential Diaries to Be Published

**MORE →**

**Reuters.com** Help & Info. | Contact Us | Feedback | Advertise | Disclaimer | Copyright | Privacy | Corrections | Partner Newspape