Abzug, Bella, 361, 513
Academy Awards, 422, 432
    for Chaplin, 67
    and *Coming Home*, 345, 375, 401, 482
    and Henry Fonda, 279, 425, 438–39
    JF as presenter at, 557
    and *Julia*, 364
    and *Klute*, 254, 279–80, 482, 557
    and *9 to 5*, 414n
    and *On Golden Pond*, 425, 438–39
    and *They Shoot Horses, Don't They?*, 224, 237
Actors Studio, 113, 122, 135, 171
*Agnes of God* (film), 458
Alaimo, Michael, 274
Algren, Nelson, 135
*All My Sons* (play), 312–13, 318
Allen, Steve, 368
American Academy of Dramatic Arts, 122, 575
*And God Created Woman* (film), 107, 109, 136, 145
*Any Wednesday* (film), 158, 166, 168, 366, 557
Aptheker, Herbert, 292
Archerd, Army, 256

Ashby, Hal, 367, 370, 371–72, 374
Assaad, Marie, 516–17
Astaire, Fred, 48
Atkinson, Brooks, 133
Atlanta Braves, 123, 506
Averitt, Karen, 502–3

Bacall, Lauren, 67, 111, 163
Bahouth, Peter, 515, 519
Baker, Carroll, 118
Baldwin, James, 359
Ball, Lucille, 67, 368, 443
Bancroft, Anne, 113
*Barbarella* (film), 130, 163, 170, 172, 176–78, 180, 181, 191, 195, 227, 243, 263, 275, 276, 318, 338, 442
Bardot, Brigitte, 107, 109, 136, 141, 142, 145, 149, 170, 204
*Barefoot in the Park* (film), 172–73, 175, 176
Barrault, Marie-Christine, 141, 142
Bateson, Mary Catherine, 488
Beatty, Warren, 134, 165, 438, 469
Bentley, Carol, 85, 87, 95–96, 99, 102, 103

588         INDEX

Berrigan, Daniel, 312, 324
Blanchard, Susan (stepmother), 68, 72, 73, 75, 77–82, 83, 85, 92, 93–94, 95, 98, 99, 102, 108, 109, 149, 151, 160, 194, 439, 499, 533, 577
*Blue Bird* (film), 367
Blumenthal, Susan, 42, 70, 560
Bogart, Humphrey, 67
Bonfiglio, Lois, 448, 452, 464, 492
*Bonnie and Clyde* (film), 183
*Born on the Fourth of July* (film), 344, 361
Boyer, La Nada Means, 219, 221
Brando, Marlon, 34, 162, 165, 211, 213, 364–66
Branfman, Fred, 335, 347, 446
Bridges, Jeff, 448
Bridges, Jim, 376–77, 407
Brokaw, George, 22, 28–29
Brokaw, Pan (Frances) (half-sister), 7, 11, 15, 16, 17, 22, 25, 29, 41, 43, 50, 56
Browne, Jackson, 368
Bush, George H.W., 288, 509
Bush, George W., 260, 266, 339, 340, 354–55
Buttons, Red, 208, 368
The Byrds, 163

Caan, James, 377, 407
Cairo, Egypt, U.N. conference about population in, 512, 513–17, 519, 520
*California Suite* (film), 386, 387–400
Campaign for Economic Democracy (CED), 370, 386–87, 389, 390, 391, 393, 396, 398, 407, 424, 427
Carroll, Diahann, 170, 171
Carson, Johnny, 485
Carter, Jimmy, 361, 497
Carter, Rosalynn, 497
*Cat Ballou* (film), 161, 377
Cazden, Leni, 387, 389–91, 520, 524–25
Chandler, Len, 274
Chapin, Eulalia, 17, 24, 28

Chaplin, Charlie, 67, 105, 151, 153
*The Chase* (film), 161, 162–63, 166, 173
Chávez, César, 362, 370
Cheney, Richard, 267, 340, 357
Chi, Madame, 298, 299, 307
*The China Syndrome* (film), 375–77, 386, 387, 407–8, 454
*Circle of Love* (film), see *La Ronde*
*Clarence Darrow* (film), 34, 68, 225
Clark, Laura Pyzel, 21–24, 29
Clark, Ramsey, 326, 326n, 327
Cleage, Pearl, 489
Cleland, Max, 542
Clément, René, 136, 138, 141
Cleveland Women Working, 410, 412
Clinton, Bill, 356n, 513
Cloke, Ken, 223, 264, 273, 275
Coca, Imogene, 37
Cocteau, Jean, 105, 145
Cole, Nat "King," 161
Colson, Charles, 353–54, 354n
*Comes a Horseman* (film), 376, 377–78, 386, 407, 531
*Coming Home* (film), 318, 344–45, 348–49, 360–61, 366, 367–68, 370–72, 374–75, 376, 377, 386, 401, 412, 454, 482
*Cooking for Healthy Living* (Lafond and JF), 399
Cooper, Gary, 67, 84, 446
Cooper, Maria, 446
Coppola, Francis Ford, 266
Corman, Roger, 166
Costa-Gavras, Constantin, 138
Crosby, David, 163, 260
Cukor, George, 163, 367

Dane, Barbara, 248, 264, 273
Davis, Adelle, 206, 270, 299
Davis, Angela, 225, 274
Davis, Bette, 41
de Beauvoir, Simone, 139, 194
De Laurentiis, Dino, 170, 176
De Niro, Robert, 328, 332
Delon, Alain, 136, 146
DeLyser, Femmy, 350, 391, 393

INDEX         589

Deneuve, Catherine, 141, 144, 148, 156–57, 160, 203
Dern, Bruce, 368
Dickinson, Angie, 128, 163
*The Dollmaker* (TV film), 414–19, 455, 457–58
*A Doll's House* (film), 367
Donegan, Pamela, 274
Douglas, Michael, 375, 376, 407–8
Dowd, Nancy, 345, 348, 349, 360, 375
Dreyfuss, Richard, 375, 376
Dullea, Keir, 141
Dunaway, Faye, 170, 183, 249, 251
Duncan, Donald, 223, 242
Dunn, Diana, 16, 19, 63–64, 72
Duvall, Robert, 163

*Easy Rider* (film), 166, 359, 470
Edelman, Marian Wright, 383, 519
Edwards, Dot, 206, 211, 217, 219, 251, 269
*The Electric Horseman* (film), 173, 389, 408
Ellsberg, Daniel, 271–72, 339, 354n
Emma Willard Boarding School, 30, 85, 89–90, 93–98
Emmy Awards, 458
Ensler, Eve, 91, 557–58, 560, 575
Entertainment Industry for Peace and Justice (EIPJ), 270–71, 280
Ernst, Jeanne, 398, 399

Farrow, Mia, 162, 214
*The FBI Story* (film), 116
feminism, 248, 253, 257, 402–3, 410, 496–97, 513, 557, 558, 565, 568
  *See also* women's movement
Field, Sally, 114, 122, 251
*Fire in Our House* (documentary), 573
*First Monday in October* (play), 22
Fisher, Carrie, 102
Fonda, Afdera (stepmother), 98, 100, 102, 104, 105, 106, 107, 110, 111, 138
Fonda, Becky (Peter's wife), 443, 485, 487
Fonda, Bridget (niece), 121, 439, 443

Fonda, Frances Seymour (mother), 7–11, 13–18, 21–30, 36, 37–39, 42, 43, 46, 48, 49, 50–51, 56–57, 59, 61, 62, 65, 80, 90, 153–54, 234, 251, 270, 294, 381, 461, 499, 522, 528, 556, 577
  birth of, 26
  childhood/youth of, 26, 28, 29
  death/suicide of, 16–19, 22, 69–72, 73, 77, 84, 445, 533
  divorce of, 14, 15–16, 19, 63
  family background of, 25–26, 28, 33, 41
  and JF's birth, 41
Fonda, Harriet (aunt), 33–34, 99, 103
Fonda, Henry (father), 15–16, 24, 39, 42, 43, 49, 63, 64, 72, 73, 77–78, 80, 81, 82, 84, 92, 94, 100, 102, 104, 105, 106, 107, 111, 145, 153, 162, 166, 168, 182, 191, 211, 217–18, 219, 225, 247, 251, 266, 308, 336, 342, 347, 362, 368, 381, 382, 387–95, 397–400, 403, 437, 440, 442, 446, 447, 461, 485, 490, 532, 556, 577
  and Academy Awards, 279, 425, 438–39
  Broadway career of, 11, 18, 22, 37, 60, 61–62, 75, 93, 110, 125
  as celebrity, 79, 93–97, 138, 139, 197, 402
  childhood/youth of, 34, 38
  death of, 439, 443–44, 445–47, 532
  early jobs/film career of, 34–37, 121, 286, 445
  family background of, 30, 33–34, 396
  Hollywood career of, 34, 37, 41, 50, 68, 98, 99, 113, 115, 123–24, 138
  Hollywood images of, 138
  and JF as actress, 99, 116, 119, 120, 122, 123, 124, 125, 131, 136
  and JF's birth, 41
  and JF's California childhood/youth, 48, 50–51, 59–60

590                    INDEX

Fonda, Henry (*cont'd*):
    and JF's Connecticut childhood/youth, 8–9, 10, 11, 13–14, 17–19, 61–62
    and *On Golden Pond*, 329, 420, 421, 422, 424, 425, 426, 431–35
    and "the Party of the Decade," 163
    and politics, 65, 67
    and race issues, 34, 68, 172
    and religion, 90
    views about acting of, 34, 98, 99
    and World War II, 11, 23, 48, 51, 59, 195, 294
Fonda, Herberta (grandmother), 33, 34
Fonda, Jane
    birth of, 37, 40, 41, 42
    California childhood/youth of, 9, 11, 23–24, 46, 48, 50–51, 53, 55–57, 59–60, 294
    Connecticut childhood/youth of, 7–11, 13–20, 61–65, 67–74, 531
    early film career of, 99–100, 110, 112–13, 118–24, 126–35
    education of, 10, 16, 30, 85, 88, 89–90, 93–98, 99, 103, 104–5, 157
    and Frances-Henry divorce, 14, 15–16
    and mother's death/suicide, 17–19, 69–72, 77, 84
    at sixty, 531–32, 533, 541–42
    spirituality of, 529–30, 550–51, 566–68
Fonda, Jayne (aunt), 33, 34
Fonda, Justin (nephew), 443
Fonda, Peter (brother), 7, 9, 10, 11, 13–19, 22, 36, 42, 43, 48, 50, 53, 61, 62, 64, 67, 72–73, 75, 77–82, 85, 92, 93, 99, 100, 102, 103–4, 162, 163, 166, 168, 206, 336, 342, 359, 382, 425, 443, 470, 474, 485, 486, 531
Fonda, Shirlee Adams (stepmother), 162, 218, 342, 387–400, 424, 437, 438, 439, 440, 442, 443, 445

Fonda, Susan (Peter's wife), 162, 168
Fonda, William Brace (grandfather), 33, 34–35, 81, 286
Ford, Eileen, 116, 118
Ford Modeling Agency, 116, 118
Fort Carson, Colorado, 237–39
Fort Lawton, Washington, 221–22
France
    communism in, 139–40, 153
    demonstrations/protests in, 193–94, 200
    intelligentsia in, 139, 181
    strikes in, 200–201
    and Vietnam, 193–94, 197–99, 200, 358
    *See also specific person*
Franciscus, James "Goey," 99–100, 102–3, 104, 107, 482
Franks, Lonnie D., 322
Freedom Rides, 171
FTA (Free the Army) shows, 272–76, 304, 324, 329
*Fun with Dick and Jane* (film), 361, 368, 370, 386, 401

Garbo, Greta, 48, 105–6
Gardner, Herb, 273
Garfield, John, 67
Garity, Troy (son), 112, 114, 121, 122, 175, 227–28, 342, 348, 349–50, 352–53, 366, 375, 377, 382, 384, 399, 406, 412, 424, 431, 438–39, 443, 447, 462, 464–65, 470, 490, 492, 495–96, 523, 529, 532, 566, 573, 575
Garland, Judy, 48
Garner, James, 443
Gary, Romain, 163, 255–56
Gazzara, Ben, 114
Georgia Campaign for Adolescent Pregnancy Prevention (G-CAPP), 219, 383, 514–17, 519, 520, 529, 563, 568, 570, 573
GI movement, 223–25, 237–39, 242, 243, 244, 248, 252, 258, 260, 272, 280, 318, 329, 362
Gilbert, Bruce, 345, 348, 349, 360–61, 366, 374, 375–76, 401, 402,

410, 414n, 420, 424, 425, 426–27, 448, 452, 455
Gilligan, Carol, 556–57, 570
GLAD, 375
Godard, Jean-Luc, 138, 278
Golden Globe Awards, 575
Gorbachev, Mikhail, 472, 505–6
Graham, Katharine, 403
Grant, Cary, 48
*The Grapes of Wrath* (film), 68, 81, 138, 191, 225, 362, 438, 440, 447
Greenwich Academy, 10, 16, 63, 64, 67
Gregory, Dick, 268, 273
Grey, Joel, 443
Griffin, Merv, 391
Group Theatre, 122
Guillaume, Gérard, 306, 319
Guthrie, Arlo, 368

Haber, Joyce, 254
Hagman, Larry, 162
Haig, Alexander, 289
Haldeman, H. R., 289–90, 326n
Hammerstein, Oscar, 68, 72
Hare, David, 228, 359
Harris, Jed, 36, 145
Harris, Julie, 114
Harris, Radie, 13–14
Harvey, Laurence, 135
Hayden, Gene, 286, 341, 342
Hayden, Liam, 575
Hayden, Tom, 252–53, 283, 285, 288, 290, 291, 292, 300, 313, 321, 334–36, 338, 339, 341–42, 344, 345–48, 353, 366–67, 370, 374, 375, 377, 378, 381, 384, 386–87, 401–6, 408, 410, 424, 438–39, 443, 461, 482, 485, 495, 575
    childhood and youth of, 286
    and 1968 elections, 202
    JF's first meeting with, 264, 281–82
    JF's separation/divorce from, 350, 462–67, 468–69, 529, 554–63
    political career of, 359, 361–62, 368, 398, 453, 454–55, 458
    and Troy's birth, 350, 352

                       INDEX                    591

writings of, 257–58, 264, 281, 284, 287
Hayward, Bill, 48, 67
Hayward, Bridget, 48, 67, 134
Hayward, Brooke, 16, 48, 60, 67, 68, 69–70, 71, 73, 92, 103, 131, 134, 162, 165, 168
Hayward, Leland, 37, 48, 60
Heatherton, Joey, 131
Heilbrun, Carolyn, 268
Held, Richard Wallace, 254, 256
Hellman, Jerry, 360–61, 367, 372, 374–75
Hellman, Lillian, 162, 364, 366
Hemingway, Ernest, 105, 145
Hepburn, Audrey, 98
Hepburn, Katharine, 229, 420–22, 424–33, 435, 437, 438, 439, 542, 555, 577
Hersh, Seymour, 325n
Higgins, Colin, 410, 412
Hoffman, Abbie, 257
Hoffman, David, 315, 326, 327
Hollywood Ten, 67
Hooks, Robert, 170, 171
Hopper, Dennis, 162, 165, 168, 359
House Committee on Internal Security, 305, 321
House Un-American Activities Committee (HUAC), 65, 67, 225, 321
Hubbard, Al, 244, 260, 266
*Hurry Sundown* (film), 170–71, 172, 211, 213
Huston, John, 67

Ichord, Richard, 305, 321
*In the Cool of the Day* (film), 135
India, JF in, 214–15
Indochina Peace Campaign (IPC), 334–36, 338, 344, 345, 347, 352–53, 367
*Introduction to the Enemy* (film), 352–53, 367
*Invitation to a March* (play), 134, 171

Jackson State University, 231, 243
Johnson, Lucy and Waco, 417–19

Johnson, Lyndon B., 193, 201, 224, 241, 288, 299, 331, 338–39
Jones, Chipper, 123
Jones, Dean, 131
Jones, Jennifer, 92, 270
Jones, Mrs. (Sue Sally's mother), 53, 55, 62, 64, 533
Jones, Quincy, 469, 546
Jones, Robert, 345, 367, 368, 375
Jones, Sue Sally, 53, 55, 62, 63–64, 364, 377, 531, 533, 577
Joplin, Janis, 454
Jorgensen, Christine, 90, 95
*Julia* (film), 361, 364, 366, 367, 368, 386, 401
Justice Department, U.S., 272, 322, 325

Kael, Pauline, 178, 180, 216
Karl, Debbie, 393, 394
Karl, Stuart, 393, 394
Karolewski, Debbie, 470, 492
Kaye, Danny, 67, 163, 368
Kazan, Elia, 113, 118, 134
Kellerman, Sally, 162
Kelly, Gene, 163
Kelly, Grace, 106
Kennedy, Claudia, 273
Kennedy, Jacqueline, 105, 139–40
Kennedy, John F., 105, 139–40, 146, 222, 252, 331, 339, 377
Kennedy, Robert, 141, 201
Kennedy, Rory, 573
Kent State University, 231, 242, 243
Kerry, John, 260, 340
King, Martin Luther, Jr., 68, 141, 200, 291, 362, 476
King, Yolanda, 68
Kissinger, Henry, 256, 288–90, 293, 338, 357
Kleindienst, Richard, 322–23
*Klute* (film), 90, 130, 155, 213, 247, 248–49, 251–55, 260, 272, 279–80, 377, 421, 482, 557
Kovic, Ron, 344–45, 348, 349, 361, 367, 375
Kristofferson, Kris, 454

Kurtz, Carol, 287, 335, 346–47, 350, 410

*La Curée (The Game Is Over)* (film), 170
*La Ronde* (film), 136, 148, 151
Lafond, Julie, 396, 398, 399, 464, 467
Lalonde, Valarie, 213–14
Lancaster, Burt, 270, 438
Lane, Mark, 223, 246, 263
LaRouche, Lyndon, 386
Lau, Ha Van, 300, 303
Laurel Springs Ranch/Camp, 378, 381–84, 401–2, 496, 500, 502
Laurents, Arthur, 134
Law, John Phillip, 170, 172, 177–78
Lemmon, Jack, 114, 115, 163, 375, 408
LeRoy, Mervyn, 116
*Les Félins* (film), 138
Lewis, Al, 211, 213, 222
life video, 532–33, 542
Lifton, Robert J., 267, 349
Logan, Joshua, 36, 60, 126, 128, 131, 133, 134–35, 376
Loren, Sophia, 170
Lulu, 382–84, 462, 470, 492, 495, 496, 497, 499, 520, 532, 563, 575
Lumet, Sidney, 99, 113, 448
Lustbader, Ellen "Ruby Ellen," 269, 282, 283, 344, 346

MacLaine, Shirley, 244
Maddux, Greg, 123
Malcolm X, 201–2, 556
Mandela, Nelson, 489
Mankiewicz, Joseph, 429
Mankiller, Wilma, 221
Marquand, Christian, 108, 168
Martin, Steve, 412
Marvin, Lee, 161
Matthau, Walter, 452
Maxwell, Elsa, 105
Mayer, Louis B., 172
McCarthy, Joseph, 65, 67, 225, 321
McCord, James W., Jr., 342, 344
McGovern, George, 315, 321

McGuire, Dorothy, 79, 443
McGuirk, Nancy, 530–31, 550
Meadows, Jayne, 368
Medavoy, Mike, 345, 362
Meredith, Burgess, 170
Meshad, Shad, 348–49
*Midnight Cowboy* (film), 359, 360
Miller, Alice, 38, 259
Miller, Arthur, 312–13, 318
Miller, Edison, 315, 326–27
Miller, Henry, 145, 412
*Mister Roberts* (film/musical), 11, 18, 60, 61–62, 68, 75, 115
Mitchell, Pat, 557–58
MOBE (Mobilization to End the War), 237
Monroe, Marilyn, 114–15, 116, 118–19, 122, 126, 135, 377
*Monster-in-Law* (film), 362, 573
Montand, Yves, 138, 139, 141, 197–98, 276, 278
Morgan, Robin, 154, 155–56, 167, 404, 511, 541
*The Morning After* (film), 448, 458
Morse, Beverly Kitaen, 425, 528
Mugar, Carolyn, 223, 246

Nat, Marie-José, 108
National Association of Working Women, 410n
National Caucus of Labor Committees, 386
Native Americans, 219, 221–22, 235–37, 282, 287
Natwick, Mildred, 175
Near, Holly, 274, 275, 335, 342
New York Drama Critics' Circle, 134
Newman, Paul, 113, 163, 438
Nichol, Jack, 335, 346–47
Nicholson, Jack, 162, 166
*9 to 5* (film), 396, 410, 412, 414, 414n, 415, 454
Nixon, Richard M., 67, 193, 202, 241, 243, 256, 264, 266, 272, 274–75, 287–90, 297, 299, 300, 315, 323, 324, 325, 326n, 327, 330, 334, 338, 341, 342, 344, 348, 353–54, 355, 357

Nussbaum, Karen, 335, 410, 410n, 412, 414
Nye, Judy, 479, 499

*Old Gringo* (film), 329, 450, 458
*On Golden Pond* (film), 123–24, 229, 420–39, 440, 446, 449, 555
Onassis, Aristotle, 105
*The Ox-Bow Incident* (film), 34, 68, 191

Pacino, Al, 89, 113, 114
Page, Geraldine, 114, 366, 421, 422, 455
Pakula, Alan, 90, 213, 230–31, 248, 249, 251, 252, 254, 377, 378, 421, 454
Parton, Dolly, 396, 410, 412, 414, 415–16, 421, 446, 455
"the Party of the Decade," 163, 165
Peck, Gregory, 450, 452
Penn, Arthur, 162, 165
Pentagon Papers, 271–72, 283–84, 288, 335, 339, 358
*Period of Adjustment* (film), 135
Perkins, Anthony, 126
Poitier, Sidney, 163, 165
Pollack, Sydney, 207, 208, 211, 533
population issues, 473–74, 511–12, 513–17, 519–20
Powell, Colin, 509
Preminger, Otto, 170

*The Quilts of Gee's Bend* (documentary), 573
Quoc, 307, 311–12, 314, 316

race issues, 34, 68, 170–72, 497, 499
Raines, Howell, 502
Raitt, Bonnie, 281, 368, 490
Reagan, Ronald, 67
Real, Terrence, 81, 104
Redford, Robert, 163, 173, 175, 389
Redgrave, Vanessa, 165–66, 203, 364, 366
Reiner, Michelle, 46
Reiner, Rob, 46
religion/spirituality, 57, 68, 90, 497, 529–30, 550–51, 566–68

Rich, Adrienne, 204
Richards, Beah, 170, 171
Rilke, Rainer Maria, 21, 49, 75, 185, 458, 564, 565
RITA (Resisters Inside the Army), 194–95
Rivers, Stephen, 329, 331
Robards, Jason, 166, 366, 377, 407
Rocky Mountain epiphany, 247–48, 345
Rogers, Ginger, 48
Roland, Rich, 329, 330, 331, 332
*Rollover* (film), 453–54
Roosevelt, Eleanor, 403
Roosevelt, Franklin D., 37, 41, 51, 67, 442, 478
Rosenberg, Mark, 463, 467
Rowland, John G., 328–29
Rumi, 217, 523
Rumsfeld, Donald, 267
Russo, Gaetano, 328, 329
Rydell, Mark, 425, 435

Saint, Eva Marie, 443
Saks, Gene, 175
Salt, Waldo, 345, 360, 361, 367, 375
Sartre, Jean-Paul, 139, 194
Schary, Dore, 46
Schell, Jonathan, 195–96, 197, 202, 221, 238, 556
Schlesinger, John, 360, 361
Schneider, Catherine, 141, 142, 144, 218, 367
Seberg, Jean, 163, 255–56, 278
Segal, George, 368
Selznick, Danny, 92
Selznick, David O., 92
Senate Armed Services Committee, 322, 355
Senate Select Committee on Government Intelligence Activities, 254
September 11, 2001, 246
Seydel, John R. (stepgrandson), 448
Seydel, Rutherford II, 499

Seymour, Ford (grandfather), 25–26, 42
Seymour, Sophie Bowen (grandmother), 9, 10, 15–16, 17, 18, 19, 25–26, 28, 29, 41, 42, 43, 46, 50, 63, 71, 72, 75, 78
Shaw, Bernard, 509
Sheehan, Neil, 304
Sherrill, Robert, 238
Sherwood, Madeleine, 170, 171
Signoret, Simone, 138, 139, 141, 193–94, 197–200, 278, 319
Silkwood, Karen, 375–76
Simon, Neil, 175
Sinatra, Frank, 162, 489
sixtieth birthday, JF's, 531–32, 533, 541–42
Smith, George, 265, 315, 335
*Soldier's Girl* (TV film), 575
*Some Like It Hot* (film), 114–15
Southern, Terry, 165, 170, 180
Spiegel, Sam, 162, 163
Stanislavsky, Konstantin, 113
*Stanley & Iris* (film), 328–29, 458, 461
Stanwyck, Barbara, 135, 443
Stark, Ray, 134–35, 165
*Steelyard Blues* (film), 269, 272–73, 282
Stein, Doris, 116, 165
Stein, Jules, 79, 116, 165
Stein, Susan, 116
Steinem, Gloria, 156, 340
Stewart, Jimmy, 36, 48, 65, 67, 116, 440, 443, 445
Strasberg, Lee, 112–14, 115, 116, 118–21, 122–24, 129–30, 133, 138, 252, 253
Strasberg, Paula, 114, 116
Strasberg, Susan, 113, 114, 116
Streep, Meryl, 366
Streisand, Barbra, 270
Stroyberg, Annette, 109, 141, 147, 151
Student Nonviolent Coordinating Committee (SNCC), 165–66, 171
Students for a Democratic Society (SDS), 281, 286, 368

Sullavan, Margaret, 36, 48, 131, 145
*Sunday in New York* (film), 147, 557
Sutherland, Donald, 251–52, 254, 260, 269, 270, 272–73, 274–75, 279, 280

*Tall Story* (film), 126, 128–29, 131, 135, 158, 557
Taradash, Daniel, 131, 133
Tate, Sharon, 165
Taylor, James, 368, 554
Taylor, Robert, 67
Teichmann, Howard, 15, 36, 78, 98
Thalberg, Irving, 172
*There Was a Little Girl* (film), 131, 133–34
*They Shoot Horses, Don't They?* (film), 202, 206, 207–8, 211, 213, 215, 216, 222, 224, 237, 368, 533
Thompson, Ernest, 425, 438
Three Mile Island, 408
Tiger Force, 267
Tigertail (JF's California home), 49–60, 62, 182
Till, Emmett, 531
Tomlin, Lily, 410, 412
Torn, Rip, 114
*Tout Va Bien* (film), 276, 278
Tracy, Spencer, 429, 433
Trintignant, Jean-Louis, 145
Truffaut, François, 138
Truman, Harry S., 65, 193, 199
Turbell, Susan, 69
Turner, Beauregard, 499, 575
Turner, Jennie, 499, 532, 575
Turner, Laura, 499, 520, 532, 575
Turner, Lucy, 479
Turner, Rhett, 499, 515, 575
Turner, Ted, 15, 46, 102, 390, 424, 425, 427–31, 437, 468–70, 472, 474–77, 481–86, 487–92, 494–501, 503–12, 519–20, 523–33, 541–42, 545–46, 548–51, 575
  childhood/youth of, 102, 123
  family background of, 473, 478–80, 493, 547
  JF first meets, 398

  JF's separation/divorce from, 502, 553, 554–63
  "Ten Voluntary Initiatives" of, 481
Turner, Teddy, 499, 575
Turner Broadcasting, 510
Turner Family Foundation, 511, 515, 520, 541, 575
Turner Tomorrow Award, 475
Tutu, Desmond, 406
*12 Angry Men* (film), 34, 99, 138
*20/20* (ABC-TV), 91, 331–32

United Farm Workers, 362, 378
United Nations, 322, 340, 356, 481, 492, 512, 513–17, 519, 520
United Nations Foundation, 505, 513
University of New Mexico, 241–42
University Players, 35–36, 131, 175

Vadim, Christian, 156, 158, 160, 203
Vadim, Hélène, 158, 217, 555
Vadim, Malcolm (grandson), 141, 142, 144, 548, 554, 555, 563, 573, 575
Vadim, Nathalie, 147, 148, 151, 156, 158, 160, 161, 162, 167, 168, 181, 204, 211, 217, 454, 462, 465, 470, 492, 495, 496, 532, 575
Vadim, Propi, 168, 170, 217
Vadim, Roger, 143, 146–47, 149, 152–57, 158, 161–62, 167–68, 181–83, 191–92, 193, 194, 195, 197, 199–202, 203–4, 207, 211, 213, 231, 232, 234, 235, 237, 251, 270, 278, 285, 286, 336, 341, 367, 370, 374, 405, 485
  death of, 141–42, 144, 554, 555
  as director, 136, 138, 463
  early life of, 102, 144–45
  films of, 107, 108, 109, 136, 138, 145, 148, 151, 166, 170, 172, 176–78, 180, 256
  JF's first encounter with, 108–9, 136
  JF's separation/divorce from, 215–16, 217–19, 342, 465, 528, 555

# CREDITS AND PERMISSIONS

Grateful acknowledgment is given to the following:

Bloodaxe Books: From "Honour Killing" from *I Speak for the Devil* by Imtiaz Dharker (Bloodaxe Books, 2001). Reprinted by permission of the publisher.

Charles Darling: "The Magician's Assistant" by Charles Darling, is reprinted by permission of Professor Charles Darling, Capital Community College, Hartford, Conn.

Egmont Books Ltd.: From *The Velveteen Rabbit*. Copyright © 1922 The Estate of Margery Williams. Published by Egmont Books Ltd., London, and used with permission.

Farrar, Straus & Giroux, LLC: "Ah, as we prayed for human help" from *Uncollected Poems* by Rainer Maria Rilke, trans. by Edward Snow. Translation copyright © 1996 by Edward Snow. Reprinted by permission of North Point Press, a division of Farrar, Straus and Giroux, LLC.

HarperCollins Publishers Inc.: From "I am too alone in the world . . ." and from "The Ashantis" from *Selected Poems of Rainer Maria Rilke*, ed.

---

596  INDEX

Vadim, Roger (cont'd):
  and "the Party of the Decade," 165
  writings of, 102, 142, 144, 145, 160, 216, 231
Vadim, Vanessa (daughter), 141, 142, 144, 182, 203–4, 206, 211, 213, 214, 216, 217, 218, 219, 221, 227, 251, 263, 269, 270, 278, 279, 280, 283, 285, 336, 342, 344, 346, 347, 348, 349, 352, 367, 375, 377, 382, 384, 399, 424, 438–39, 443, 446, 447, 462, 463, 464, 465, 470, 488, 490, 492, 495–96, 523, 527, 529, 532, 541, 547–48, 553, 554, 555, 560, 563, 573
Vadim, Vania, 141
*The Vagina Monologues*, JF's performance of, 91, 557–58, 560
Vailland, Elisabeth, 231–32, 234, 236, 238, 241, 244, 246, 253, 256
Van Derbur, Marilyn, 546, 551
Vassar College, 30, 88, 97–98, 99, 103, 104–5, 157
Vidal, Gore, 176, 483
Vietnam, 291–303, 304–21, 323, 324–25, 330, 352–53, 356, 356n, 545
  bombings in, 287–90, 322, 325, 339, 357
  end of war in, 338, 355
  and France, 193–94, 197–99, 200, 358
  and French intelligentsia, 139, 181
  and Tonkin Gulf Resolution, 338–39
  and winning the war, 331, 357–58
Vietnam Veterans Against the War (VVAW), 244, 259, 260, 264–65, 280, 304
*The Village of Ben Suc* (Schell), 195–96, 197, 202, 221, 238, 556
Voight, Jon, 345, 349–50, 367, 371–72, 374, 375

Wade, Joe, 23–24, 57
Wagner, Jane, 410, 412
Wahl, Teddy, 10, 16, 63, 69
*Walk on the Wild Side* (film), 135, 254
Walters, Barbara, 91, 391
Warhol, Andy, 162, 377
Warner, Jack, 128, 172, 376
Wasserman, Lew, 79
Wayne, John, 65, 67, 375
Weinglass, Leonard, 287, 321–22, 353
Weinstein, Hannah, 362
Weinstein, Paula, 362–63, 364, 401, 402, 410, 463, 467, 492, 557, 573
Wexler, Haskell, 352, 367, 372, 374
Widmark, Richard, 270
Wilbourn, Phyllis, 424, 425, 427
Wilbur, Walter, 327
*The Wild Angels* (film), 166
Wilder, Billy, 114, 116
Williams, Barbara, 575
Willis, Gordon, 253–54, 377
Winfrey, Oprah, 522
Winter Soldier Investigation, 259–61, 263–67, 268, 272, 300, 327, 344
*Women Coming of Age* (McCarthy and JF), 393
women's movement, 235, 243–44, 271
  *See also* feminism; *9 to 5* (film)
Wood, Natalie, 126, 134, 165
Woodman, Marion, 85n, 88, 462, 466, 546, 557, 566
Woods, Dee, 493, 524
Woodward, Joanne, 113
Workout Program, 38, 130–31, 387–400, 427, 453, 502
Wyler, William, 163

Young, Andrew, 361, 497, 530
*Young Mr. Lincoln* (film), 34, 68, 138, 191, 225, 308

Zabaleen people (Cairo, Egypt), 515–17, 519
Zinn, Howard, 308, 406

and trans. by Robert Bly. Copyright © 1981 by Robert Bly. Reprinted by permission of HarperCollins Publishers Inc.

Kokomo Music: From "Nick of Time" written by Bonnie Raitt, copyright © 1989 Kokomo Music. All Rights Reserved. International Copyright Secured. Used by permission.

Majorsongs, Co. and Harrison Music: "Ballerina" written by Carl Sigman and Bob Russell. Published by Majorsongs, Co. (ASCAP/Administered by Bug Music Inc. (BMI). Published by Harrison Music. All Rights Reserved. Used by permission.

Methuen: From "On Leaving the Theatre" by Edward Bond used by permission of the publisher, Methuen and Casarotto Ramsay & Associates Ltd.

Robin Morgan: An excerpt from *The Burning Time* by Robin Morgan and an e-mail written by Robin Morgan are reprinted with the permission of Robin Morgan.

New Directions Publishing Corporation: From "Relearning the Alphabet" by Denise Levertov from *Poems: 1968–1972,* copyright © 1970 by Denise Levertov Goodman, copyright © 1987 by Denise Levertov. Reprinted by permission of New Directions Publishing Corp., Pollinger Ltd., and the proprietor.

Penguin Group (USA) Inc.: From *Fonda: My Life* by Henry Fonda with Howard Teichmann, copyright © 1981 by Howard Teichmann and Orion Productions, Inc. Used by permission of Dutton Signet, a division of Penguin Group (USA) Inc.

Catherine Steiner-Adair: From *Full of Ourselves: Advancing Girl Power, Health and Leadership* by Catherine Steiner-Adair EdD and Lisa Sjostrom EdM (N.Y.: Teachers College Press, 2005). Reprinted by permission of Catherine Steiner-Adair.

Taylor and Francis Group: From *The Sonnets to Orpheus,* II, 4, from *Rainer Maria Rilke: Selected Poems,* trans. by Albert Ernest Flemming, p. 157 (Routledge, 1990). Copyright © 1990. Reproduced by permission of Routledge/Taylor & Francis Books, Inc.

Warner Brothers Publications U.S. Inc.: From *For What It's Worth,* words and music by Stephen Stills. Copyright © 1966 (renewed) Cotillion Music Inc., Ten East Music, Springalo Toones and Richie Furay Music. All rights administered by Warner-Tamerlane Publishing Corp. All rights reserved. Used by Permission Warner Brothers Publications U.S. Inc., Miami, Fla.