1

1   (The following is an excerpt of South Dakota Public

2   Broadcasting's Forum News Hour.)

3       MS. RUSSELL:  Let's move now to West Point,

4   Pennsylvania, via phone.  Brothers Michael and Ben Marino

5   are the owners and developers of the website probush.com.

6   Ben joins us now.  Thanks for being with us today.  Hi,

7   Ben.

8       MR. MARINO:  Hi.  How are you, Joan?

9       MS. RUSSELL:  Pretty good.  Let's begin with your

10  background.  You -- your brother, the two of you have

11  this probush.com.  Tell us about why you bought it, the

12  domain, the name, and when it was.

13      MR. MARINO:  Well, I think I had mentioned to you

14  before that basically this all started because I -- I

15  have an interest in purchasing domain names.  It's just

16  basically a hobby of mine.  And we generally do not

17  develop the websites that I have.

18      MS. RUSSELL:  Oh, okay.

19      MR. MARINO:  I have quite -- quite a few, a couple

20  hundred, that are just kind of a collector's item.  The

21  particular one that we came across about a year and a

22  half ago was probush.com.  And we realized it was not

23  registered.  And on top of that, we realized that there

24  are no pro Bush sites on the internet.  And we kind of

25  felt that there are so many sites on the internet that

DAKOTAH REPORTING AGENCY
605-338-8898

Exhibit
1

1    are degrading to the President, call and I -- I heard

2    Mr. Epp saying about, you know, being accused of a

3    capital crime.

4        I mean President Bush is accused every day by someone

5    of being a murderer, a tyrant.  I mean people -- people

6    are -- on the left are very firey and hold no punches

7    when it comes to accusing our President of being a

8    downright murderer.  So that also is certainly a crime

9    punishable by death.  And I don't see how, you know -- in

10   fact, the people who call him -- who call the President a

11   murderer rarely, you know, say that it's a parody.

12   Rarely say it in a satirical form.

13       Our -- our defense in, you know, saying that it is a

14   satire and it is a parody is that of course we don't

15   believe that these people are traitors to the United

16   States.  I mean that's a -- that's a factual -- that's

17   just a factual event.  There is -- there is no traitorous

18   activity on their behalf.

19       Yes, the website was designed, like any website, to

20   attract traffic and to gain attention, and the traitor

21   list certainly became the more controversial part of the

22   site.  I don't know if you're familiar with, though, the

23   really -- the popularity of site really grew because of

24   our Ari fan club.

25       MS. RUSSELL:  Ari Fleischer.  Ari Fleischer.

3

1    MR. MARINO:  Ari Fleischer, the popularity of Ari

2    Fleischer.  So that's one thing to keep in mind.  I mean

3    the nature of this site is by all means not

4    wholeheartedly directed at offending people to the point

5    of accusing them of capital crimes.

6    MS. RUSSELL:  But you now are faced with a lawsuit.

7    You and your brother are the only two involved in this,

8    is that correct?  Is this --

9    MR. MARINO:  Yes.

10    MS. RUSSELL:  Is this a hobby or a business?  You are

11    26 and 20 years old, correct?

12    MR. MARINO:  Yes, correct.  We're two pretty young

13    guys.  Just something we did for fun, was a hobby.

14    MS. RUSSELL:  It cost you eight dollars?

15    MR. MARINO:  Yes, it cost us eight dollars to

16    originally register the domain.  But it's costing us much

17    more to keep the site up, to be honest with you.  Costing

18    us almost 500 dollars a month in hosting because the site

19    receives so much traffic.  We do not really sell any

20    product or service besides, you know, T-shirts and

21    there's a -- some links on the site that you can buy

22    books and posters here and there, but they are not our

23    merchandise.  The only thing that we sell to make any --

24    generate any revenue is actual probush.com T-shirts, we

25    sell traitor T-shirts.  And believe it or not, we've sold

4

1   traitor hats and traitor T-shirts to people because I

2   think at this point in the country, the country is

3   changing.

4        MS. RUSSELL:  But isn't that cashing in on what has

5   happened with the war in Iraq and -- and terrorism?

6        MR. MARINO:  You could say that if we were making a

7   profit.  However, all of that money goes right back to

8   pay to keep the site up, so --

9        MS. RUSSELL:  Which is a hobby for you?

10       MR. MARINO:  It is a hobby.

11       MS. RUSSELL:  Were you motivated by money or

12  morality?

13       MR. MARINO:  Motivated more by -- this is

14  interesting.  I wouldn't say so much morality.  I would

15  say we were motivated by defending the President.  There

16  is no one who speaks out, at least on the internet, in

17  defense of the President.  And there is no one who goes

18  after the President's enemies like the President's

19  enemies go after him, if you see what I'm saying.

20       So the -- we certainly consider at the very least in

21  a reality, you know -- while we don't consider these

22  people real traitors or legal traitors, we do consider

23  them enemies of the President.  They are -- they are

24  condescending towards him, they never give him the

25  benefit of the doubt.  He is the commander in chief.  He

5

1   demands respect, and he doesn't get it.

2        And one of the things that we've -- one of the

3   statements that I like to stick by is that I understand

4   freedom of speech, I understand the freedom to speak out

5   against the President.  However, I don't understand at

6   what point in this country freedom of speech and

7   respecting your President became two mutually exclusive

8   events.

9        MS. RUSSELL:  We're talking with Ben Marino who is

10  the co-owner with his brother Michael of probush.com

11  which has published a traitor list, and it includes

12  former South Dakota Senator Jim Abourezk who practices

13  law now in Sioux Falls.  And Mr. Abourezk is suing the

14  Marinos for five million dollars.  This is an eight

15  dollar purchased hobby you say for reasons to defend your

16  President which is going to cost you thousands of dollars

17  in legal bills, I suspect.

18       MR. MARINO:  Absolutely.

19       MS. RUSSELL:  What research did you do on Jim

20  Abourezk to, I guess, qualify him to put him on this list

21  as a traitor?

22       MR. MARINO:  Well, the -- the first reason -- I guess

23  let me clear it up for the listeners, that the traitor

24  list really is copied from the master list of celebrities

25  and, if you will, important people in our society who

6

1   signed the Not In Our Name petition that's so -- we felt

2   that was -- that whole petition was done in very bad

3   taste.

4   We felt that the people who signed that petition were

5   trying to separate themselves from this administration,

6   and we feel while it is healthy to separate yourself

7   from the administration, we live in a post 9-11 world.

8   This is very different circumstances.  The world is

9   changing every day, and we feel like there is one -- if

10  there's one thing that needs to remain constant or needs

11  to really be important to this country, that is

12  unconditional respect for the President.  Not saying that

13  you -- you know, it's very healthy to disagree with the

14  President, but I don't see the -- the need when something

15  is what it is and the President is acting on it, and he

16  has the support of Congress, and he has the support of

17  the, you know, his fellow politicians, I think that it

18  seems a little bit distasteful to go out, and especially

19  what the Dixie Chicks did, going out to another country

20  and saying that they were ashamed of -- that the

21  President was from the same state that they were.  I mean

22  this is -- this is the kind of stuff we are talking

23  about.

24  We -- we sympathize with Mr. Epp and Mr. Abourezk in

25  terms of -- that they don't want to be -- have Mr.

7

1    Abourezk labeled as a traitor, even if it is a parody,

2    and we do believe it is a parody.  We're not -- you know,

3    we're -- we're almost -- I guess it is -- it is a fishy

4    situation because we do consider ourselves conservative,

5    but we're really kind of taking a liberal angle on this

6    and a -- a liberal angle on utilizing our freedom of

7    speech to the fullest, just as the left does every single

8    day.

9        MS. RUSSELL:  But what did Jim Abnor -- or Jim Abnor,

10   I'm sorry, he's another former South Dakota senator --

11   Jim Abourezk -- Abourezk do to put him on the list?  Was

12   he on this master list that you got?

13       MR. MARINO:  Yes.  First of all, he was on the master

14   list.

15       MS. RUSSELL:  Did you buy that or copy it or --

16       MR. MARINO:  He signed the master list.

17       MS. RUSSELL:  Who did?

18       MR. MARINO:  We went to the website when it was --

19       MS. RUSSELL:  Who -- what -- who signed what now?

20       MR. MARINO:  The Not In Our Name.  The Not In Our

21   Name petition.  And basically that petition --

22       MS. RUSSELL:  Oh.  Okay.

23       MR. MARINO:  -- was saying that anything that

24   happened --

25       MS. RUSSELL:  Yes.

27:25

B

1    MR. MARINO:  They were trying -- it was -- it was

2    some kind of ridiculous moral high ground petition to say

3    that -- to the rest of the world, you know, we don't --

4    we don't want you to think that this war is in our name,

5    you know.  This blood is on the hands of the President or

6    this blood is on the hands of the administration.  And

7    you know what -- I mean the President made it clear that,

8    you know, you are with us or you are with the enemy.

9    And, you know, whether they like it or not, their country

10   is involved in this -- in this war, and the terrorists

11   are not going to carry around in their back pocket a Not

12   In Our Name petition and be like, oh, we can't hit

13   targets with these people because, you know, they're --

14   they're sympathetic to, you know, the -- the problems in

15   the Middle East and et cetera.

16       I mean it -- it seems like -- as if there is so much

17   confusion on the left that these people don't comprehend

18   that our entire -- our entire western civilization is on

19   the line when it comes to terrorism and the -- the

20   problems that are going on right now in the Middle East.

21       MS. RUSSELL:  Do you wish you had not published the

22   traitor list?

23       MR. MARINO:  Absolutely not.

24       MS. RUSSELL:  You wish -- but when you say we live in

25   a different world since 9-11 as we -- we know we do, you

1    -- could you have said "enemy" instead of "traitor" --

2        MR. MARINO:   Umm --

3        MS. RUSSELL:   -- because you said -- because you did

4    refer to enemies of the President and --

5        MR. MARINO:   I suppose in -- in hindsight "traitor"

6    may have been a strong word.   We certainly chose that

7    word, though, because it was a strong word.   I would not

8    say -- like I said, the whole nature of it -- I mean

9    perhaps if we had made an enemy list, we wouldn't even

10   need a disclaimer to say that the site is a parody.

11       The traitor list is -- see, what -- I guess really

12   if -- if people are having trouble understanding what the

13   parody is about, the parody is about all of these people

14   who -- I mean there's many layers to this.   There's

15   plenty of people who run around screaming that Bush is on

16   the verge of starting World War III, that Bush is going

17   to be rounding up people and putting them in camps like

18   Guantanamo Bay, that everyone's going to lose their

19   personal freedom, that the Patriot Act is going to do

20   this and this and this.

21       And that -- the traitor list is a parody about that.

22   It's not a parody as to whether these people are traitors

23   or not.   It's a parody about if there -- if they really

24   think that Bush is getting to that point, it's a parody

25   about this type of -- these -- these are the so-called

1  people who he would be rounding up.  You -- you see what

2  I'm saying?  It's -- it's -- it's a very multi-layer --

3  multi-layered parody.

4      But I have believe that -- and believe me, there's

5  plenty of intelligent people out there.  We get e-mails,

6  50 to 100 e-mails a day, from very intelligent people,

7  liberals, conservatives, who say they appreciate the

8  traitor list.  They -- they support our freedom, our

9  freedom of speech to make -- to make satire, to make a

10  parody, and they understand the whole underlying concept

11  of the traitor list.  Many people see it and say, oh,

12  you're calling me a traitor.  No, I'm not calling you a

13  traitor.  I'm satirizing the whole -- the whole

14  atmosphere in this country right now.

15      MS. RUSSELL:  But you did call him a traitor.

16      MR. MARINO:  I don't -- I -- I disagree with -- with

17  you there.  I mean --

18      MS. RUSSELL:  No.

19      MR. MARINO:  He's -- he's listed on a traitor list.

20      MS. RUSSELL:  On the traitor list, on --

21      MR. MARINO:  I -- I never came out and said that he

22  is a traitor.

23      MS. RUSSELL:  Okay.

24      MR. MARINO:  And I wouldn't do that.

25      MS. RUSSELL:  Okay.

1        MR. MARINO:  You know, he's listed on the list, and

2    the list is a parody.  So I believe that it's very clear,

3    and it -- it is also very clear -- I mean we get e-mails

4    every day from people who send their pictures in and --

5        MS. RUSSELL:  Uh-huh.

6        MR. MARINO:  -- say put me on the traitor list.  Put

7    me on the traitor list because, you know what, they

8    understand what the traitor list is about.

9        MS. RUSSELL:  Uh-huh.

10       MR. MARINO:  They understand that, you know, it's the

11   kind of thing where you -- you're proud to stand up

12   against the President, you're proud to be -- you want to

13   lead the country into a dissenting voice in that everyone

14   in America should have an equal say as to what's going on

15   in the country.  And that would be -- that's an ideal

16   democracy, and that's not reality in America.  Reality in

17   America is what it is.  I mean the decision makers are

18   the decision makers, and everything is slanted towards

19   public policy.  And I think liberals are just very angry

20   right now that the majority of the public in America does

21   support this President.

22       MS. RUSSELL:  Ben Marino, owner of pro --

23   probush.com.  And just 30 seconds left or so before we

24   have to leave you.  Any final thoughts that you want to

25   say to South Dakotans?

DAKOTAH REPORTING AGENCY
605-338-8898

1        MR. MARINO:  Well, South Dakotans, I -- I suppose --

2   I guess it's a confusing situation.  I hope that they're

3   not bitter towards this -- towards this whole thing.

4   I -- I hope that they see that support of the President

5   is important, and that even though we are maybe in the

6   position to be made an example out of, we believe that

7   we're doing the right thing and leading this country to

8   the next phase which is a very stern patriotism, and not

9   giving the benefit of the doubt to terrorists every time.

10       MS. RUSSELL:  Do you plan to change the website at

11  all --

12       MR. MARINO:  Ahh, no.

13       MS. RUSSELL:  -- the traitor list regarding --

14       MR. MARINO:  The web --

15       MS. RUSSELL:  -- Senator -- former Senator Abourezk?

16       MR. MARINO:  The website gets updated every day.

17       MS. RUSSELL:  But the traitor list, will you make any

18  changes in regard to the name of Senator James Abourezk?

19       MR. MARINO:  I can honestly tell you if -- if Mr.

20  Abourezk had come to us in a reasonable manner, personal

21  manner, and -- and not in the form of legal letters right

22  out the gate asking for legal fees, if he had come to us

23  and said, look, you know, I am a reasonable guy, I don't

24  appreciate being on your list.

25       MS. RUSSELL:  He said that he -- that there was a

1    letter acting -- asking for a retraction and apology.

2        MR. MARINO:  And he certainly left out the legal

3    fees.

4        MS. RUSSELL:  What -- what was that?

5        MR. MARINO:  The legal fees at -- at the first

6    juncture was about 2500 dollars.

7        MS. RUSSELL:  When was that?

8        MR. MARINO:  About a good month and a half or so ago.

9    So -- and that was the first we had heard.  And from that

10   point, you know, being in the financial position that

11   we're in, we had no options to deal.  You see what I'm

12   saying.  But certainly if it had been a -- a request from

13   the get-go, say, look, I don't appreciate this, you know,

14   I personally would not like to be on it, you know, we

15   would certainly honor that or consider honoring it at

16   least.

17       I know that -- and the other -- the other point is

18   I've -- I've had discussions with Matthew Rothschild of

19   the *Progressive*.  He's done a few articles on this.  In

20   fact, he's the one that really broke the story that this

21   was getting escalated to the level of a lawsuit.  And he

22   -- he considers being on the traitor list a badge of

23   honor.

24       So I certainly wouldn't -- I certainly would say that

25   Mr. Abourezk is just one of these individuals who takes

14

1    -- takes this offense very gravely.  And I think that is

2    part of the American way.  There's offensive stuff out

3    there everywhere.  And it comes from both sides.  And I

4    -- you know, there's plenty of stuff that, you know,

5    Mr. Abourezk has said that is offensive to our whole

6    administration and to our --

7         MS. RUSSELL:  Well --                    *In Brief*

8         MR. MARINO:  -- whole system of government.  I don't

9    appreciate his comments on Hizbollah and how he's proud

10   of the work that they have done in -- in Lebanon in

11   pushing the Israelis back.  Hizbollah is a terrorist

12   organization.

13        MS. RUSSELL:  But you would say that he has -- he has

14   every right to express his opinion?

15        MR. MARINO:  He certainly --

16        MS. RUSSELL:  Okay.  And --

17        MR. MARINO:  -- does have that right.

18        MS. RUSSELL:  And, Ben, I will have to wrap it up

19   with you.  We're going to bring in Professor Burns now,

20   but I appreciate -- Ben Marino, thank you for with us.

21        MR. MARINO:  Thank you, Joan.

22        MS. RUSSELL:  And keep us posted, and we'll talk to

23   you soon, okay?

24        MR. MARINO:  All right.  Great.  Take care.

25        MS. RUSSELL:  You bet.