Page 13

joke, would you say. With all the new
legislation, one might assume everything on the
Internet is monitored.

Q. I mean to your knowledge has the Secret Service
monitored your e-mails from time to time?

A. Not to my knowledge without our handing it to
them, without us faxing them a copy of the
e-mail.

Q. Have you ever, when they've made threats on
your life, have you given it to any other like
local law enforcement?

A. We have given some of the threats on ourselves
to the local FBI office, and they don't really
care.

Q. Nice guys. Don't feel neglected. People out
here have trouble getting them to care, too.
Who are the officers of ProBush.com,
Inc.?

A. Michael Marino, my brother, and myself, Ben
Marino.

Q. I forgot to ask Michael this. Who is the
President?

A. Michael is the President, and I would be your
CFO or COO.

Q. You don't hold any like treasurer or anything

Page 14

like that?

A. No.

Q. You own 49 percent?

A. That's correct.

Q. Have you guys ever thought about issuing shares
and selling them?

A. We have not thought about that.

Q. How is ProBush.com funded?

A. In the beginning it was funded from our own
pockets. As it began to generate some revenue,
all the revenue went back in to pay for the
expenses of the company. From time to time,
especially after this trip, we'll probably have
to put some of our own money back into it.

Q. To your knowledge has ProBush.com, the
corporation or the website, or you two
individually, you and Michael, received
financial support from any politician or
political organization?

A. Not to my knowledge. That could pretty much be
accepted as fact, because we would be the ones
receiving, and we have not received any money.

Q. I don't know if you would consider the Free
Speech Foundation to be a political
organization, but you do get some support from

Page 15

them. Right?

A. I wouldn't call it support. I think they're
more interested in riding off any coattails or
any waves we were to make. I don't think
they're overtly intent on helping us, rather
than following any kind of publicity we could
get.

Q. I see. Have you talked to Mr. Gannon?

A. I have never spoken with Mr. Gannon
personally.

Q. Do you know that he used to be involved in
Republican party politics before?

A. I would say it doesn't surprise me in the
least, but I did not know that.

Q. Have you ever received any in kind or other
support from politicians or political
organizations?

A. I'm sorry, can you repeat the beginning?

Q. In kind or other kinds of support other than
financial?

A. In kind?

Q. That's like an in kind donation, like giving
you advertising space for free, website space
for free.

A. At most, maybe when there was correspondence

Page 16

with some other webmasters that my brother had
on the Internet, and he was expressing to them
what was going on, and they told -- you know,
some of the liberal websites expressed that
they were disappointed in the lawsuit, because
it infringed on their free speech, as well,
even if they shared similar opinions as the
parties who are opposed to us. I think they
might have put a link up and just a little
brief. I think Antiwar.com might have did that
for us. If there were any others, I wouldn't
really be aware of them. I remember that was
the one he mentioned to me. That would be the
only kind of thing I could imagine.

Q. I want to ask you, remember Michael talking
about this Amazon affiliate link. He said you
handled all that. What's that all about?

A. Amazon has this program on the Internet, which
basically -- I'm not even sure what it's
called. I forget what it's called. It's a way
for website publishers to collect money to keep
their websites running. It's not really meant
to be political or charitable or anything like
that.
You put a thing on your site, and you can

Exhibit 2

Page 17

```
 1    customize what you want it to say.  You can
 2    say, "Help me, I'm poor.  Please help me keep
 3    my website up."  You can say, "We're getting
 4    sued by another company trying to steal our
 5    domain name.  Help us."  You can solicit money
 6    in any way you wish.
 7        Our way to solicit money was, "Help us.
 8    We're in a lawsuit.  Please donate money if you
 9    have any available."
10  Q. So is Amazon the host for that?  I'm not quite
11    following.
12  A. Amazon, keep in mind that Amazon is one of your
13    larger Internet companies, so they're involved
14    in everything, books to electronics, even to
15    affiliate programs, which he was speaking of
16    before.
17        When you are an Amazon affiliate, you
18    know, I don't think we do it anymore, but say
19    we were to sell a book on our site about
20    President Bush.  The link would go directly to
21    Amazon when someone clicked on that, and our
22    code would be embedded in the next page so we
23    got credit for the sale.
24        So mostly Amazon does like link tracking
25    and code tracking for affiliates and stuff like
```

Page 18

```
 1    that to make sure people are getting paid on
 2    their own referrals.  This thing is just a
 3    totally different obscure program that they
 4    have to allow you to collect.
 5        The point of it was that Amazon is a
 6    trusted company.  So when I ask you for money,
 7    you're going to feel more comfortable giving it
 8    to Amazon than just giving it to me.  Rather
 9    than just giving it to me, and you don't know
10    what's going on.  They are more of a trusted
11    intermediary, almost like some sort of escrow.
12  Q. Do they then charge you a fee for collecting?
13  A. Yes.
14  Q. How much?
15  A. There's a small percentage.
16  Q. Like three, five percent, somewhere in there?
17  A. Something like that.  One of the other things,
18    now that I'm remembering more about it, I think
19    they do receive -- when they donate the money
20    through Amazon to us, they receive some sort of
21    Amazon financial credit.  Like if they donate
22    $20, I think they get like a $5 gift
23    certificate for the website.  It's something
24    along those lines.
25  Q. So, for example, when you talk on your website
```

Page 19

```
 1    and ask them for support in this lawsuit, would
 2    Amazon be the ones handling that, too, if
 3    people made contributions?
 4  A. That is where the contributions are going.  I'm
 5    actually not familiar with if the money goes to
 6    Amazon or if it's been moved to our bank
 7    account.  I think there's a certain period of
 8    time that it has to be cleared before it can be
 9    deposited in our bank account.  It is all
10    electronic.
11  Q. They do it like monthly or something?
12  A. I really have no idea.
13  Q. Do you check that bank account from time to
14    time?
15  A. Our bank account we check from time to time.
16    I'm not aware of any transfers from Amazon in
17    the recent six months to a year.  The last time
18    I looked on Amazon it was a couple hundred
19    dollars.  It just said like two hundred some
20    dollars, and it shows like our goal and a
21    little thermometer across the side.
22  Q. So you can look on some site on Amazon where
23    you can look at that and see how much you've
24    made?
25  A. Right.  In fact, I think it's still on our
```

Page 20

```
 1    site.  You can click that link on our site, and
 2    it will go to that Amazon page.
 3  Q. Okay.  I'll take a look at it.  Have you ever
 4    received any financial or any other kind of
 5    support from -- let me just give you a list
 6    here.  Okay?
 7  A. Sure.
 8  Q. You can say yes or no to each one.  President
 9    Bush.
10  A. No.
11  Q. The Bush administration.
12  A. No.
13  Q. Bush campaign.
14  A. No.
15  Q. Republican party.
16  A. No.
17  Q. Any talk show host?
18  A. No.
19  Q. Any public figures of any kind?
20  A. No.
21  Q. You heard Michael's answers earlier about your
22    financial, your bank accounts and your records
23    and so on.  Do you recall that?
24  A. Uh-huh.  Yes.
25  Q. Do you disagree with anything he described?
```

Benjamin Marino                    Condenseit!

**Page 25**

your web page come up?

A. I would say it definitely would come up, probably on the first page.

Q. That would be because?

A. Honestly, because of any other sort of relevant media attention that the lawsuit received. The fact that there are other articles on the web that put the two words in the one document, the fact those two words are also in one document we have, will make it more likely to come up.

But beforehand, before the lawsuit and before there was publicity or articles being written about it, you could type up anyone on the list and their name, and it was unlikely they would come up.

Q. Now, Michael talked about this. Is he known as Mike or Michael?

A. It depends on how you're dealing with him.

Q. Michael said you sell merchandise. Is it your opinion, too, that you're not making any income off of sale of the merchandise? You're just breaking even?

A. If that. Like I said, after expenses, especially for hotel room the last couple of days, that's going to put us in the negative,

**Page 26**

so we'll have to put in our own money.

The sale of merchandise month to month is about enough to pay for the bandwidth for that specific month. There's been times, like right around the election, where traffic was through the roof, and it cost us an arm and leg just to keep the site running, because people kept going to the Traitor List, the pages.

Every time one of those pages loads, it costs us money. We're paying -- it might cost a fraction of a cent, but if 20,0000 people over the course of a couple weeks load it and load all 150 some pictures, we're paying for that.

Q. And you pay that to your domain?

A. To GoDaddy.

Q. By the way, do you -- the apartment you live in, do you own that or rent it?

A. We rent.

Q. Has your parents homeowner's insurance been covering any of your defense?

A. No, it has not.

Q. Do you have any -- have you found any insurance coverage you have that's helping to pay for your defense in this case?

**Page 27**

A. No, I have not.

Q. How have you been able to pay for the cost of this lawsuit so far?

A. I believe that's privileged.

Q. I mean other than to your lawyer. I mean it cost you to fly out here, didn't it?

A. It did.

Q. How did you pay for that?

A. I'm sorry, it didn't cost us to fly. We drove out here.

Q. How did you pay for that driving?

A. We paid for that with our own money, and the room here in Sioux Falls was paid for by the company.

Q. Which company?

A. ProBush.com.

Q. So it would be like considered a business expense?

A. Yes.

Q. As a matter of fact, the whole trip can be a business expense?

A. Yes, it can be, but we don't want to take it all out of the business, because there's not enough in there. So, again, we put our own money up.

**Page 28**

Q. For those kind of costs, has anybody made any promises to you they would reimburse you for those or pay any verdicts or settlements?

A. No.

Q. Do you know who the Federalist Society is?

A. I do not know who the Federalist Society is.

Q. To your knowledge have you ever purchased advertising for ProBush.com anywhere other than on your own website?

A. I can't specifically remember at this time. By the same token, I find it strange we wouldn't have at one time gotten advertising somewhere. Most of the time what you wind up learning is advertising on the web has no results. I think we probably paid for maybe 10,000 hits here or there. You go in one of those traffic websites, and they'll sell you 10,000 hits. They start sending traffic. When it hits 10,000, it's over. If anything, just that.

Q. Have you ever contributed content to the website?

A. Yes.

Q. What kinds of things are you responsible for on the website?

A. For a while I was running the newsletter, which

njamin Marino                    Condensent!                    January 19, 2005

Page 29

we're not really following up on anymore. Kind of lost interest in it.

Q. So you don't have a newsletter anymore on the website?

A. We can put one in any day.

Q. But not right now?

A. It's just been procrastination things. Other than that, we both kind of share in the ideas. I don't know if anything specifically is my idea. I mean there's plenty of stuff in there that is specifically my idea, but I couldn't tell you which one it is unless we went over every item.

Q. You were an Independent before, and now you're a Republican. I mean is it your sense that there's more Republicans than Democrats in the United States right now?

A. That would be difficult to gauge. I would have to agree with you. There are probably more Republicans than Democrats.

Q. So business is better if you're a Republican right now than if you're a Democrat?

A. Yes.

Q. Does that have anything to do with the politics of your website?

Page 30

A. I'm sure on some level it does. It's always better to sell what's popular if you're trying to get some attention. Why sell an unpopular product?

Q. If Kerry had won, what would that have done to the ProBush.com?

A. We also own ProKerry.com. We were ready to unload that in the event he became elected President.

Q. So entrepreneurship before party politics?

A. As long as the country is still capitalist.

Q. Now, I need to ask you this series of questions. I asked Michael about it.
   Before you developed the Traitors List, did you do any research on the individuals you listed on the Traitors List?

A. I personally did no research.

Q. Do you know if Michael did any?

A. None besides collecting their images off Google.

Q. Did you pay for any of those images you collected off Google?

A. No, we did not.

Q. For example, the Senator Abourezk image, do you know where you got that from?

Page 31

1 A. I would guess it came from Google.
2 Q. But you don't know what site that may have come
3   from?
4 A. No.  Google will offer you a reference at
5   times, but everything has become very diluted
6   on the Internet.  Pictures are posted 10 times
7   and then 10 times somewhere else, and the same
8   picture goes around all over the web.
9 Q. You've never paid for any of that usage of that
10   photograph or image of him?
11 A. That's correct.
12 Q. Why did you include Senator Abourezk on the
13   Traitor List?
14 A. Simply because he signed his name to the Not In
15   Our Name Petition.
16 Q. At the time you put him on there, did you
17   believe he committed treason, as we defined in
18   the Complaint, against the United States of
19   America?
20 A. I did not.
21 Q. Have you ever believed that about Senator
22   Abourezk?
23 A. No.
24 Q. To your knowledge has he ever been charged with
25   or convicted of being a traitor to the United



Page 32

1   States of America?
2 A. Not to my knowledge.
3 Q. Now, has -- he was talking about a distinction
4   between webmaster and domainer.
5 A. Domainer.
6 Q. Domaining?
7 A. Domaining.  I am a domainer.
8 Q. You're the domainer.  What's that mean?
9 A. Basically I buy and sell domain names, whether
10   they are fresh registrations, as in a name
11   that's never been registered before, or if I
12   pick up an expired registration, which was
13   someone else's website.  They built the whole
14   website and lost interest in it and let it
15   expire, at which time I would collect it, pay
16   or either take part in an auction.  Or if no
17   one else wanted it, I would take it myself.  It
18   generates traffic which generates money.
19 Q. If you hold those long enough, the person whose
20   name might be closest to that might want to buy
21   it from you at some point?
22 A. Typically, no.  You don't try to engage in that
23   kind of activity.  That's cyber squatting.
24 Q. That's where you steal somebody's name and sell
25   it back to them for more?



njamin Marino                                    Condensent!

Page 33

A. That's correct.
Q. You don't want to do that?
A. No. In fact, there's been instances where I have picked up a name, and the person has wanted it back, and they have to approach me, at which point I generally give it back to them for a reasonable cost, for time and fees, just for the money I paid to get the name.
Q. Do you know anything about whether your pages are archived from time to time?
A. As far as I understand, they are not or ever were archived.
Q. You don't know if GoDaddy archives it at all?
A. I do not believe GoDaddy archives it.
Q. What were the reasons you felt -- I heard Michael's reasons. Why did you develop the Traitors List, or why were you involved in that?
A. Traitor List is a parody. May not have been clearly defined in all points. If you're familiar with what a parody really is, the bottom line is if you would imagine all of these individuals and how they feel towards the government and the Bush administration, the parody is on them as if to say that this is how

Page 34

this group of people feels the government is becoming, as if to say they believe more that they're likely to be rounded up than we do.
    That's where the parody lies. That it would more be something that they would concoct in their own mind. Thus us giving, leading it to being a parody of them.
Q. I'm trying to follow that. That's a complex explanation.
A. It is complex. A lot of the website is very deep with deep meanings like that that are a parody of a parody, or a parody with some other different undertones, which are a lot of, again, where I add to the website as opposed to my brother. So I go into some of the more finer things like that, and then he puts it up.
    He's not as familiar with the concept of parody and what the Traitor List parody actually means as I am, because I really --
Q. For example, Saturday Night Live will do parodies of all kinds of things, like President Bush to Kerry, and they're making fun of something that's already occurred in a sense. Right?

Page 35

A. Correct.
Q. What website or what are your parodying with the Traitors List? What are you making fun of there?
A. The parody is the overall tone of the left or liberal media and/or reaction to the Patriot Act, complaints of rights being squelched or squashed, washed away, and the whole point of people expressing that they are dissenting, although they're at the same time fearful their dissent will lead to their own persecution, or something along those levels.
Q. And you don't believe that to be true, so, therefore, you're parodying it?
A. Exactly.
Q. You never heard Senator Abourezk, for example, say anything negative about President Bush, other than signing on to that Not In Our Name Petition?
A. That is correct.
Q. Did you perceive that to be negative?
A. The tone of the petition, yes.
Q. Towards President Bush.
A. Yes.
Q. Was there anything else offensive about it?

Page 36

A. The overall tone of the petition struck me that we're at a juncture where people kind of feel the need to not respect the President at the same time they dissent from him.
    I just felt like they didn't have to necessarily be mutually exclusive events. One can dissent and still respect the office of the President.
    I thought the Petition was, indeed in bad taste, and I believe those are my words, not my brother's, that the petition was made.
Q. Was the Not In Our Name Petition treasonous against the United States?
A. Not at all.
Q. Other than that one petition, was there anything else that Senator Abourezk ever did that drew your ire at the time you put him on the Traitors List?
A. No, there was not. In fact, he was in our mind, we knew nothing more about him than we knew about the 140 other people that had signed the Petition who were in the limelight, so to speak, the ones who signed it, endorsed it, and got the other members of the public to sign it, also.

njamin Marino                                    Condensext.

Page 37

Q. Now, you remember receiving the e-mail, and
   then the legal letter after that from Mr. Epp
   asking you to take his name off the list. Do
   you recall that?
A. I do.
Q. You were around when that came. Correct?
A. Yes.
Q. Michael talked to you about it. Right?
A. Yes, he did.
Q. Did you feel as strongly about not taking him
   off as Michael did?
A. My reasoning for not taking him off was at the
   time the Senator had already escalating it by
   sending us a cease and desist to a legal
   level. If we were to remove him and issue an
   apology and pay him money, it would certainly
   lead the way for the breakdown of the rest of
   our site, and others would surely follow.
        We do feel we legally are in the right.
   But the fact it was kicked off on a legal
   aspect and not a simple request.
Q. Got you mad?
A. Not mad. It got us careful.
Q. You were afraid it would open the flood gates.
A. I do understand the legal implications of

Page 38

   precedent.
Q. You were afraid he would open the flood gates
   and get more lawsuits or whatever.
A. Exactly.
Q. Did you feel like you were sort of holding up a
   standard for other Internet sites, as well, or
   were you more defending your own position?
A. We may well have been, but that wasn't our
   motive at all. It was strictly keeping in
   focus with what best we would need to do to
   protect ourselves and our rights.
Q. So even if you, for example, signed some sort
   of settlement agreement or whatever, you were
   still concerned about opening the flood gates?
A. Right, as far as any kind of public sentiment
   would have gone.
Q. Did you have money to pay for what he asked for
   initially, that $2500?
A. No.
Q. Or $2000.
A. We did not have it.
Q. You would agree with me that Senator Abourezk
   sufficiently communicated he didn't want to be
   on the list. Correct?
A. Yes.

Page 39

1  Q. I mean you've sat in here, I think you sat in
2     on his deposition yesterday.
3  A. Yes, that's true.
4  Q. You've seen him today?
5  A. Yes.
6  Q. Does he seem like a bad guy to you?
7  A. I could say honestly I like the guy. Seems
8     like a very nice guy.
9  Q. Do you still feel as strongly about not taking
10    him off the Traitor List after having spent the
11    last two days with him?
12 A. We actually discussed --
13        MR. PARSON: Don't get into any
14    attorney-client communication.
15 A. Right. As far as taking him off goes, if it
16    was my personal opinion at this point, I would
17    gladly take him off. I don't have anything
18    against the Senator. I think he's a great
19    man. I liked listening to him yesterday. I
20    thought he had some interesting stuff to say.
21        MR. PARSON: Also, for the record, we
22    offered to take him off and issue some sort of
23    an apology in exchange for dropping the
24    lawsuit. It was rejected by your side.
25        MR. ABOUREZK: To the extent that

Page 40

1     addresses settlement negotiations, I would
2     object and move to strike that last comment.
3  Q. I think you indicated when you talked to South
4     Dakota Public Radio, that in hindsight you
5     thought "traitor" was a strong word.
6  A. Yes, it is a strong word.
7  Q. Do you still feel that way?
8  A. Yes, I do.
9  Q. You've made the statement before that, "We
10    don't believe that these people are traitors to
11    the United States. There is no traitorous
12    activity on their behalf." True?
13 A. True.
14 Q. You basically said that about all the people on
15    the Traitors List, didn't you?
16 A. That is correct.
17 Q. That was true of Senator Abourezk, as well?
18 A. Yes, it was.
19 Q. You told Joan Russell and South Dakota Public
20    Radio, you agreed you had called him a traitor
21    on the web page?
22 A. I believe the web page speaks for itself.
23 Q. So that's a yes?
24 A. As far as the website does say Traitor List,
25    does not single Senator Abourezk out, though.

:njamin Marino

## Page 41

Q. At the time you put Senator Abourezk on the Traitor List, you knew he wasn't a traitor. True?

A. That is correct.

MR. PARSONS: I'll just object as ambiguous. The answer stands.

Q. You probably heard me ask Michael about this earlier. At the time you first, maybe in the first year you put this on the website, there was a lot of fear in our nation after the World Trade Center attack. Right?

A. I would say there was definitely fear across the nation.

Q. And fear of further attacks. Correct?

A. Yes.

Q. A lot of suspicion of individuals during that period of time?

A. I don't know if I would say a lot of suspicion towards individuals in general, no.

Q. The FBI got, we know from the press, they got a lot of reports on people that other people thought were suspicious. Right?

A. To my knowledge, there were no witch-hunts, if that's what you're asking.

Q. I'm not asking about witch-hunts. I'm talking

## Page 42

about the general atmosphere of suspicion.

A. I would agree up to the point there were not witch-hunts.

Q. Would you agree with me that calling somebody a traitor during that period of time would have been a more serious allegation than it would be today when we've kind of relaxed ourselves a little bit more?

A. No. I really don't.

Q. Why not?

A. I believe at the time, in fact, more so then than now, the term "traitor" was just a popular term being thrown around, whether it be in the media, public circles, and I do not believe the Traitor List was actually published until sometime late 2002. So we're talking a whole year and a couple odd months past that.

I believe that's -- in addressing your question, I would say if we had thrown up Traitors the day of September 11, maybe there would be a little more serious, but we're talking a year and probably a couple months afterwards.

Q. It was only a year ago that Tom Ridge moved us up to the orange level of alert, and people

## Page 43

were out buying duct tape and plastic for their homes. Correct?

A. That is correct.

Q. We know at least the climate of fear extended up until a year ago.

MR. PARSON: Object as ambiguous. Go ahead.

A. That's correct.

Q. For example, you're familiar with the country's reaction to Japanese Americans in World War II during the war.

A. I am.

Q. Being accused of being Japanese American today has far and fewer implications than during World War II. Correct?

A. It's kind of hard to accuse someone of being an ethnicity. They are or they aren't. I really couldn't follow that question.

Q. But being implicated as being Japanese American. Let me say it that way.

A. Well, you are or you aren't.

Q. It has far fewer implications today than it did back then in World War II. Right?

A. It has fewer implications to be a Japanese American today than it did then.

## Page 44

Q. I guess my whole point is in an atmosphere of fear and suspicion that we talked about, even up until a year ago, to be called -- to call someone a traitor is a highly charged word or set of words.

A. It is a strong word, and there is a lot of strong rhetoric permitted in the United States.

Q. You published this website because you supported President Bush. Right?

A. I published this website because there was a niche for support for President Bush.

Q. So you are looking at it more from the business angle?

A. That's correct.

Q. Would it be fair to say you wanted to stifle some of the criticism of President Bush by publishing the Traitor List?

A. Personally, no.

Q. Was it only your brother that felt that way?

A. Possibly. That would have to be addressed by him. I mean I don't know.

Q. So you didn't have any political --

A. Very little. I am not very politically motivated here.

Q. So as far as you're concerned, the Traitors

Benjamin Marino

---

Page 45

```
       List was not intended to back off critics of
1   President Bush?
2 A. That's correct.
3 Q. If I remember right, on the South Dakota Public
4   Radio, you indicated you believed you were
5   doing the right thing by leading this country
6   to the next phase, which is very stern
7   patriotism, putting that in quotes.  Is that
8   correct?
9 A. Yes.
10 Q. What do you mean by stern patriotism?
11 A. Basically allegiance to the country and its
12   policies and reflecting within the country
13   reasonable and acceptable dissent and voices
14   and argumentative speech, but stepping outside
15   of the country, very important to stand as one
16   to the rest of the world.
17 Q. Was the Traitors List a part of that stern
18   patriotism you were talking about?
19 A. Again, the Traitors List reflected the parody I
20   mentioned earlier.
21 Q. I understand that you made that your position
22   in this lawsuit.  But is the Traitors List a
23   part of the stern patriotism you were
24   describing on South Dakota Public Radio?
```

---

Page 46

```
1 A. No.  The Traitor List has nothing to do with
2    stern patriotism.
3 Q. Are you aware the Nazi party in the '30s, in
4    their rise to power in Germany, used to call
5    for stern patriotism?
6 A. No, I'm not aware of that.
7 Q. Would you agree with me that Nazi ideals are
8    repugnant to the ideals of American democracy?
9 A. Yes, I would absolutely agree with that.
10 Q. You don't embrace those ideals, do you?
11 A. I do not.
12 Q. Have you ever been in contact with any of the
13    bloggers or others who run political websites
14    either here in South Dakota or elsewhere?
15 A. No.
16 Q. Regarding this lawsuit?
17 A. No.
18 Q. Regarding the Traitors List?
19 A. Correspondence, me, directly?
20 Q. You or your brother, Michael, to your
21    knowledge.
22 A. To my knowledge, no.
23 Q. Based on your definition of parody, is it
24    supposed to be funny?
25 A. Based on my definition?  It's supposed to be
```

---

Page 47

```
1    amusing.
2 Q. You would agree with me that as far as you
3    know, it's not -- that parody of Senator
4    Abourezk hasn't been amusing to him.
5 A. I do understand that.  I would hope that -- I'm
6    sorry to hear that, that it wasn't as amusing
7    to him as it was to others.  All in all, most
8    found it amusing.
9 Q. Are you the person who -- do you remember that
10    exhibit I showed your brother?  Exhibit 16.
11    Are you the person that arranged to sell that
12    space on your website?
13 A. This is not from our website.
14 Q. I copied that from a page in your website.
15 A. No.  There's the web address right there.  It's
16    not.
17 Q. It was a link from your website.
18 A. Links leave the website.
19 Q. I hit it once.  It was right in the middle of
20    your website and that came up.  Are you aware
21    you were selling space for psychic and
22    pornographic website on --
23 A. We signed up for the affiliate program for the
24    psychic, and I actually wasn't aware of this
25    page that goes there.  We were selling
```

---

Page 48

```
1    psychic.  We just thought it was amusing to put
2    a psychic link up.  No idea it had anything --
3    Live Video Chat.  Again, it's not our website,
4    so we're not responsible for that content.
5 Q. Even though you get there from your web page?
6 A. You can get to a lot of web pages from a lot of
7    other web pages, and they're not responsible.
8 Q. Are you going to try to take that off your
9    website, now that you know about it?
10 A. I might try to take -- try to find out if they
11    have a purely psychic, something just for
12    psychics.  I do not want our visitors going to
13    see live videos.
14 Q. You're going to have to do some research?
15 A. Yeah.  I don't even know where that comes
16    from.
17 Q. To your knowledge how much does it cost to keep
18    the website going right now?  What's your
19    estimate?
20 A. Upwards of a couple hundred dollars a year.
21 Q. Again, I'm not talking about lawsuit costs or
22    anything like that.  Just do you anticipate it
23    costs you more than that, more than a few
24    hundred dollars a year?
25 A. No, unless there's an extreme explosion of
```

Page 49

bandwidth. I mean right now we're ranked
somewhere around 200,000 as far as all the
websites on the Internet go. They keep track
of websites from like one to three million.
We're somewhere in the 200,000 range, which is
decent. If we were to move up to the below
100,000 range, between 1 and 100,000, that
would definitely cost a lot more money.
Q. Would your answer be the same as your brother's
as to why Jane Fonda and Roxanne Dunbar-Ortiz
were added to the list, if you recall?
A. The list? I'm sorry, I thought you meant the
lawsuit. They were added because they also
signed the Not In Our Name.
Q. You also agree with your brother that initially
the disclaimer was on the last page of the
website?
A. It was at the bottom of the Traitor List.
Q. Twenty-four pages in basically. Right?
A. Scrolling.
Q. Are you planning on calling any expert
witnesses in this case?
A. I have no idea.
     MR. PARSONS: I object to the extent that
would call for any communications with your

Page 50

attorney.
     MR. ABOUREZK: He answered he has no idea,
anyway.
     MR. PARSON: Okay.
Q. Have you ever talked with this Professor
Vololch?
A. No, I have not.
Q. Have you ever appeared on any television or
radio programs, other than South Dakota Public
Radio, about this lawsuit or the Traitors List?
A. No.
Q. And you were on that call-in program, when was
that, the summer of 2003? Is that correct?
A. I believe so, if you're talking about the one
where Mr. Epp was, also.
Q. Yes. I'll show you what's been marked Exhibit
8. Take a look at that, if you would. I'll
represent to you that's a transcript of the
radio program you were on.
A. Okay. This is it.
     MR. PARSON: I'll object to the extent it
assumes facts not in evidence regarding the
complete accuracy of the transcript.
     MR. ABOUREZK: I'll go ahead and offer
that as an exhibit to your deposition.

Page 51

1  Q. Then, if you would, take some time and look at
2     it. If you see any inaccuracies, would you
3     report those to your attorney, and he could
4     provide those to me?
5  A. Sure.
6  Q. It will be a attached your deposition, so
7     you'll get a copy of it.
8        Was it your idea to put the disclaimer on
9     the website?
10 A. Yes, it was.
11 Q. What prompted that?
12 A. Like any business or organization that protects
13    itself. It was there basically for the same
14    reason. I'm familiar with the Larry Flint and
15    Hustler information, and I used that exact
16    wording.
17 Q. From Hustler?
18 A. From Hustler, which was found to be acceptable
19    by the, I believe the Supreme Court.
20 Q. Did somebody provide that to you?
21 A. No.
22 Q. Another website?
23 A. No. I took that myself.
24 Q. From the Hustler site?
25 A. Not from the Hustler site. Just I knew from

Page 52

1     the movie, from reading about it, from seeing
2     the inside of Hustler, that it says, "Parody,
3     not to be taken seriously."
4  Q. Now, if you -- it must not have been an obvious
5     parody, if you felt you had to put a disclaimer
6     in it.
7  A. That's not necessarily true. The disclaimer is
8     just there for general protection. It's
9     obvious with or without the disclaimer in my
10    mind.
11 Q. Other than Hustler, have you ever seen a
12    disclaimer in any other parodies, either on a
13    website or in print?
14 A. Plenty of times. I can't recall specifically.
15    I think Spy used to do it, Spy Magazine, used
16    to have parodies all the time. It would say,
17    "Parody, not to be interpreted," blah, blah,
18    blah. Some similar statement. I specifically
19    chose the one from the Larry Flint case,
20    though.
21       MR. ABOUREZK: I think I'm just about
22    done. I'm going to consult with my co-counsel
23    here.
24       (A recess was taken)
25 Q. One last question or two. I just want to

Page 9

1 Q. Have you ever been sued before?
2 A. No.
3 Q. Have you ever had to sue anyone before?
4 A. No.
5 Q. Have you ever been a witness in any type of a
6    case?
7 A. No.
8 Q. Have you ever been charged or convicted with a
9    crime?
10 A. No.
11 Q. Are you a Republican?
12 A. Registered Republican, yes.
13 Q. Are you active in Republican politics?
14 A. Yes.
15 Q. Have you ever worked for a political candidate?
16 A. No.
17 Q. When and where did you incorporate ProBush.com
18    or that organization that runs that website, if
19    you did?
20 A. I incorporated it on the Internet. In
21    Pennsylvania you can incorporate on the
22    Internet. I did that in my parents' basement.
23 Q. What was the name of your corporation?
24 A. ProBush.com, Incorporated.
25 Q. Do you remember approximately when that was?

Page 10

1 A. Early 2003, approximately.
2 Q. Is that a for-profit or nonprofit?
3 A. It's a -- I'd say it was for-profit.
4 Q. Are there any shareholders in the corporation?
5 A. I'm not sure about -- my brother. I mean we
6    were partners in the corporation.
7 Q. When you incorporated, did you issue shares to
8    each other from the corporation?
9 A. All I know is that I own 51 percent of the
10    company, and he owns 49 percent of the
11    company. That's all I can remember from when
12    signing up on the Internet for the
13    corporation.
14 Q. Did you actually issue stock certificates or
15    stock shares?
16 A. Not that I know of, no.
17 Q. Now, how is this website funded today?
18 A. Personal money.
19 Q. Your own?
20 A. Personal and money that I make from the
21    website.
22 Q. When you say "personal," does that mean when
23    you go out and work as a waiter, you put some
24    of that money --
25 A. I'm not a waiter anymore.

Page 11

1 Q. What do you do now?
2 A. I'm a salesperson, salesman.
3 Q. Who do you work for?
4 A. Solid Technologies, Incorporated.
5 Q. What do you do for them?
6 A. It's a small technology firm. I sell 3D rapid
7    prototyping machines developed by Zee
8    Corporation.
9 Q. I don't know what any of that is. Could you
10    explain that to me in layman's terms?
11 A. It's a printer that prints conceptual models
12    out of plaster powder using an HP printhead and
13    sugar water binder.
14 Q. You sell their product on the wholesale level
15    or retail?
16 A. We're a reseller, a value-added reseller in
17    Blue Bell. They're headquartered out in
18    Burlington, and we resell their product.
19 Q. Burlington?
20 A. Massachusetts.
21 Q. Do you have any financial statements for
22    ProBush.com?
23 A. Yes.
24       MR. ABOUREZK: I'd like to request a copy
25    of those, Ron, of those financial statements.

Page 12

1       MR. PARSON: Okay.
2 Q. Also, have you ever had to file with the
3    Department of Revenue in Pennsylvania or any
4    state offices with regard to your business?
5 A. Yes.
6 Q. What kind of reports have you had to file?
7 A. Pennsylvania state tax.
8       MR. ABOUREZK: I'd like to also request
9    copies of those returns, as well, from the
10    corporation and the website.
11 Q. Any other types of reports you've had to file
12    over the years?
13 A. Not that I can recall at the moment.
14 Q. If you do recall, would you let your lawyer
15    know?
16 A. Absolutely.
17 Q. And he can let me know.
18       Now, I asked you a few questions about the
19    website. I don't understand websites very
20    well, but did you build the website yourself?
21 A. Yes.
22 Q. As I understand it, there's a place where you
23    retain the website as host somewhere.
24 A. Correct.
25 Q. Who is your host?

Exhibit 3

Page 13

1 A. GoDaddy.com.
2 Q. What do you pay a month to have that host?
3 A. It depends on bandwidth.
4 Q. On average what would you say?
5 A. Right now?
6 Q. Yes.
7 A. I pay about $250 per year average.
8 Q. Are there any other costs associated with
9    maintaining that website other than that?
10 A. There's costs that go into it, domain name
11   purchasing, purchasing the domain name, hosting
12   the account, e-mail accounts. There's multiple
13   things in purchasing a website.
14 Q. What would maintaining that domain name cost
15   you?
16 A. The domain name costs, I'd say between five and
17   ten dollars, so you can purchase a domain name
18   for five or ten dollars.
19 Q. Is that a year?
20 A. No. That's a domain name price. It depends on
21   if it's available or not. If it's not
22   available, there's other things that can go
23   into it.
24 Q. So it's a one-time fee?
25 A. I believe so. I'm not sure. My brother is a

Page 14

1    bigger domainer than I am. I'm not a
2    domainer. I'm a webmaster.
3 Q. What would you say total, if you were going to
4    give me an estimate right now, what are you
5    paying for that per year to keep that website
6    up and running?
7 A. I just told you, $250.
8 Q. I understand, but you gave me some other
9    costs. I'm talking about all together.
10 A. I gave you the all together.
11 Q. You named some other things earlier, too.
12 A. What's that?
13    MR. PARSON: Domain name.
14 A. Domain name, e-mail accounts. That's all
15   included in a package you purchase from
16   GoDaddy. It's in a package.
17 Q. That's all $250 for the whole package?
18 A. Approximately, yes. It's all in that one
19   package.
20 Q. Now, how do you go in and change the content of
21   your website? Do you do that yourself?
22 A. Yes.
23 Q. Do you do it from home?
24 A. Do I do it from home?
25 Q. Or from your office.

Page 15

1 A. From home, yes.
2 Q. What's that process entail? What do you have
3    to do?
4 A. I open a web publisher called Microsoft Front
5    Page, and it brings up basically the web page.
6    It brings up a blank Word document, and you go
7    on from there. You design, develop a website
8    using content and borders. Basically you
9    decorate it. You decorate your website with
10   words and pictures.
11 Q. When you want to edit or modify something
12   that's already on the website, is it a similar
13   process?
14 A. Yes.
15 Q. Is it easy to modify it?
16 A. Yes, for people who are web oriented. If you
17   know nothing about the web, you wouldn't know
18   how to do it.
19 Q. Now, how often would you say you update or
20   change that web page?
21 A. Once a month.
22 Q. Do you keep records of what items are added
23   when?
24 A. No.
25 Q. Does anyone keep records of that?

Page 16

1 A. No. Mental.
2 Q. Mental?
3 A. Mental record.
4 Q. Now, when I talk about the Traitor List, you'll
5    know what I'm talking about here. Correct?
6 A. Absolutely.
7 Q. Where did you find this master list of
8    celebrities that you used to formulate the
9    Traitor List?
10 A. The Not In Our Name Petition.
11 Q. Where did you see that at?
12 A. On the Internet.
13 Q. And you essentially took well-known names from
14   that list?
15 A. Yes.
16 Q. Not all the names.
17 A. Names that didn't come up in Google, a Google
18   search, per se. You type in a name in Google,
19   if they came up on the image directory, that
20   was it.
21 Q. What was the reason for leaving off people who
22   didn't come up on Google?
23 A. What was the reason? I figured, you know, if
24   their name was signed on a petition, and their
25   picture, multiple pictures had come up on a

Google image search, I figured they were a
public figure or famous of some sort.

Q. Why would you want to --

A. And it was associated. The Not In Our Name
Petition had a lot of famous people on it that
I could look at and notice.

Q. Why would you want to single out public figures
or famous people to --

A. I didn't want to single out anyone. This was
-- I was a little sick and tired of the
protestors, the anti-Bush websites on the web.
If you are on the web at all, I don't know,
you'll find there's multiple anti-Bush websites
calling him a murderer, a baby killer. I was a
little tired of that. So I figured I'd throw a
website to support our President.

Q. I guess what I'm talking about, you made a
choice to leave off people who didn't come up
on Google, and the people that did, who you
earlier said were public figures, you decided
to put them on your list. Why public figures?

A. Why public figures?

Q. Yes.

A. Because they're famous, and that's what causes
traffic.

**Page 20**

Ari Fleischer. That's what basically boosted
the website up into, I guess into the eyes of
the Internet where it became a popular website
to go to.

Q. Did you believe the Not In Our Name Petition
had been done in bad taste?

A. Yes.

Q. Explain what you mean by that, by "bad taste."

A. I just didn't like what they said about our
President. They were disagreeing -- if I had
the Petition in front of me, I could read a
couple things off the Petition that I really
didn't agree with.

     MR. PARSON: It is an exhibit.

Q. That's fine if you want to look at it.

     MR. PARSON: Exhibit 7.

A. Statements such as, "The signers of this
statement call on the people of the United
States to resist the policies and overall
political direction that have emerged since
9-11, and which pose grave dangers to the
people of the world." That bothered me a
little bit, to resist the United States
policies. You live in the United States. How
can you resist their policies?

**Page 18**

Q. Causes what?

A. Traffic.

Q. Explain that.

A. Traffic on the web, you make money on traffic.
The more visitors you get, the more possibility
of them going to your store and so on, clicking
on Hot Links.

Q. So, in other words, if I was just a person
getting on Google, for example, and I typed in
Abourezk, it would pop up your website, too.

A. Possibly.

Q. Is that what you mean by traffic? If you mean
something different, tell me.

A. Controversy causes traffic.

Q. So you wanted to create controversy in order to
get more visitors to your website?

A. Yes.

Q. Did you?

A. Absolutely.

Q. After you added those people in that Traitor
List, how much of an increase did you see on
traffic on your website?

A. It wasn't until after we had a Fox News article
of something else on our website called the
Ari Fan Club. He was a former press secretary,

**Page 20**

Q. Anything else trouble you there?

A. I'd say the whole petition troubled me. I
could read the whole thing.

Q. That's okay. We can put it in and save some
time here. Other than creating traffic for
your website, were there any other reasons at
the time for the development of the Traitor
List?

A. To, I guess, counter the anti-Bush websites on
the web. There's multiple sites out there that
bash Bush. As you can see on the web, there's
not many pro-Bush websites. We kind of coined
the term "proBush."

Q. Now, you know how famous and infamous things
are created. Where did the actual idea, when
did it get developed? Was it you and your
brother talking?

A. ProBush.com?

Q. Yes.

A. It was probably conversations between me and my
brother -- my brother and I, excuse me, yes.

Q. What did you discuss with him?

A. Discussed how we would develop the website. It
kind of started as a real shabby website. It
was one page at one point. Then in web

nael Marino

**Page 33**

press?

Yes.

Did you believe those press reports?

No.

Would you agree with me calling a person a traitor during the period of time after the World Trade Center attacks is a lot more serious allegation than it would be today when the citizens are a little more relaxed?

I'm not sure.

You're not sure in what sense?

I don't know.

You published this website because you supported President Bush. True?

Yes.

And you wanted to stifle some of the criticism of President Bush by publishing the Traitors List?

Yes.

It was intended to back off critics of President Bush, wasn't it?

Yes.

By calling those individuals traitors. True?

Yes.

So there was at least some intimidation factor

**Page 34**

involved in the publication of that list. True?

Intimidation?

Yes.

Who am I intimidating?

You just admitted that it was intended to back off critics of President Bush.

Back off. I'm not sure. The Traitor List was intended as a joke, a satire, a parody. That's about it. It was intended as a joke.

If you didn't think there was an atmosphere of fear in our country after the World Trade Center attack, why did you feel it was necessary to put a disclaimer in there that it was a parody?

I speak with a lot of webmasters on the web, and they say if you're going to throw something controversial up, they recommended put in a disclaimer.

Did you do it to protect the people you had on the Traitors List?

Did I do it to protect the people? Of what?

To protect the people who were on the Traitors List from someone taking that serious.

I'm not sure.

**Page 35**

1  Q. You have the list identified as a Traitors
2     List. Right?
3  A. Correct. Just to make things clear, I mean --
4  Q. Why would you feel the need to put a disclaimer
5     on your list?
6  A. For legal reasons.
7  Q. If you weren't concerned that people were going
8     to take that serious?
9  A. I'm not sure.
10 Q. You weren't concerned.
11 A. Was I concerned about legal reasons?
12 Q. I'm not talking about the legal reasons for
13    now. Were you concerned about people taking
14    the Traitors List seriously?
15 A. No.
16 Q. Never?
17 A. No. If you run through the site -- if this is
18    the only thing you look at on the site, no, I
19    can't even say that, not with our top tool bar,
20    especially if you click on the About Us page.
21 Q. Explain that.
22 A. The About Us page? You click on the About Us
23    page, there's a picture of President Bush
24    pointing or at a podium saying, "We hate Bush
25    haters."

**Page 36**

1  Q. So you put the disclaimer on solely for legal
2     reasons?
3  A. Yes.
4  Q. That was under -- by whose advice?
5  A. My brother.
6  Q. Do you know where he learned that from?
7  A. No.
8  Q. Was that you or your brother that appeared on
9     South Dakota Public Radio?
10 A. That was my brother.
11 Q. Did you listen in to that radio show?
12 A. No.
13 Q. Were you on the other end of the conversation?
14 A. No.
15 Q. Do you know, have you learned, had a chance to
16    learn since what he said?
17 A. No.
18 Q. Your brother said in that radio show that he
19    believed he was doing the right thing by
20    leading this country to the next phase, which
21    is very stern patriotism. Do you also share
22    that view?
23 A. Sometimes.
24 Q. Explain what you mean by sometimes.
25 A. With stern patriotism?



Page 37

Q. Yes.
A. I support my country one hundred percent, and I support my President one hundred percent, no matter who the President would be. I guess when you get the records of what ProBush.com owns and the income or anything like that, we also own ProKerry.com. So if he decides to run again, we will have a website ProKerry.com.
Q. What would be the purpose of that website?
A. A joke.
Q. Are you a Kerry supporter?
A. No.
Q. Would it be fair to say you're against Kerry?
A. Yes. But if he was my President, I would support him.
Q. What do you think is meant by the phrase "stern patriotism"?
A. I'm not sure.
Q. So it's your view in our democracy once someone is an elected leader, you must support them, no matter what.
A. If that's the way you're going to phrase it, yes.
Q. Did you support President Clinton?
A. Yes.

Page 38

Q. All during his two terms?
A. Yes.
Q. In everything?
A. Not everything. I don't support President Bush in everything. There's voice for an opinion.
Q. So the times when you don't support President Bush, are you a traitor?
A. Am I a traitor?
Q. Yes.
A. To supporting him, yes, I'm betraying him. Sure.
Q. Have you ever served in the United States Military?
A. No.
Q. Why not?
A. Why not?
Q. Yes.
A. Never had a need for it. I don't know. I didn't want to. That's it. No.
Q. Do you ever plan on joining the military?
A. Yes.
Q. When?
A. I've thought about joining the Reserves.
Q. Has your brother ever been in the military?
A. Yes.

Page 39

1  Q. In what branch and when?
2  A. I'm not sure. You'd have to ask him.
3  Q. Do you believe it's patriotic to volunteer for
4     military service?
5  A. Yes.
6  Q. Are you aware Senator Abourezk served in the
7     United States Military?
8  A. Yes, I am. Can I take a break?
9  Q. Can I ask one more question before you take
10    your break?
11 A. Sure.
12 Q. Does anyone else have the ability to get into
13    your website and modify it?
14 A. No.
15 Q. You're the only one that makes modifications?
16 A. Yes.
17        MR. ABOUREZK: Go ahead and take the
18    break.
19        (A recess was taken)
20 Q. Back on the record after a short recess. You
21    mentioned Senator Kerry, you reserved that
22    ProKerry.com. Correct?
23 A. I purchased ProKerry.com.
24 Q. You've got Senator Kerry on your Traitors List,
25    also. Don't you?

Page 40

1  A. Yes.
2  Q. Just to be clear, since your attorney raised an
3     issue that there are a couple definitions you
4     are apparently working with. You know that
5     Senator Abourezk has never been a traitor to
6     his country. Right?
7  A. Yes.
8  Q. Have you looked at the definition of traitor
9     that's in the Complaint that was filed, the
10    lawsuit?
11 A. No.
12        MR. PARSON: That's Exhibit 1.
13 Q. Right in the Complaint we have, "According to
14    Black's Law Dictionary, a traitor is one who is
15    guilty of treason." You agree that Senator
16    Abourezk is not guilty of treason. Correct?
17 A. Yes.
18 Q. And you have no reason to believe he was at the
19    time you posted his name and photo on the
20    website. Correct?
21 A. Correct.
22 Q. Now, would it be fair to say you've got
23    unconditional respect for President Bush?
24 A. No. Unconditional respect?
25 Q. Yes.

**Page 53**

\. That day.

). Other than the Amazon affiliation we talked about, does your website belong to any other link exchange programs?

\. I don't know. You'd have to ask my brother. I'm not sure what you mean by link exchange.

). Do you sell any merchandise on your website that specifically has to do with your Traitor List?

\. Yes.

). And what do you sell?

\. Traitor hats, traitor shirts. That's about it.

). Have you ever bought advertising anywhere else for ProBush.com?

\. I don't know.

). Who would know?

\. Ben.

). Are you the only person that contributes content to the website?

\. No.

). Who else does?

\. My brother.

). Just you two?

\. Yes.

**Page 54**

). Do you have any ties or links to the Federalist Society?

A. No.

). No?

A. I don't know. No.

). Not to your knowledge?

A. Not to my knowledge, no. Not to my recollection.

). Did you do any research on any of the individuals that you listed on the Traitor List before posting them?

A. No.

Q. Why was Jane Fonda added to the list?

A. She's on the Not In Our Name Petition.

Q. Why was Roxanne Dunbar-Ortiz added to the list?

A. She signed the Not In Our Name Petition.

Q. Do you have any knowledge they committed any traitorous acts, as defined in our Complaint?

A. No.

Q. Has the Traitors List changed over time? Have you added or deleted?

A. Yes.

Q. Who has been -- has anyone been deleted? Let's start there.

A. I don't know.

**Page 55**

1 Q. Would you have been the one that did the
2    deletions?
3 A. Uh-huh.
4 Q. You don't recall ever deleting anyone?
5 A. I recall deleting -- I can't recall, no. I do
6    recall deleting some people. I can't recall
7    which ones.
8 Q. Did you add people?
9 A. It was basically to save bandwidth for
10   pictures, picture size.
11 Q. Did you add people?
12 A. Yes.
13 Q. Who did you add?
14 A. Noodles, Howard Stern.
15 Q. Why did you add Howard Stern?
16 A. If you listen to Howard Stern, you would
17   understand why I added him. He's just -- I
18   don't know.
19 Q. Is he critical of President Bush?
20 A. Yes.
21 Q. Is that the main reason?
22 A. That's it.
23 Q. Who was the other person you talked about
24   adding?
25 A. Noodles. He requested to be on the list.

**Page 56**

1 Q. He requested.
2 A. Correct.
3 Q. Anyone else?
4 A. No. It's most of the people from Not In Our
5    Name. No.
6 Q. At one time you did issue an apology on the
7    website to an individual by the name of Michael
8    Albert. Correct?
9 A. Yes.
10 Q. That was because you published the wrong
11    picture?
12 A. Yes.
13 Q. So it's possible to publish an apology on this
14    website. Correct?
15 A. Yes.
16 Q. I'm going to show you what's been marked as
17    Exhibit 15. Again, this was downloaded from a
18    few days ago from your website. Do you
19    recognize that?
20 A. Yes.
21 Q. That appears to be an attempt to sell places on
22    the Traitor List. Is that correct?
23 A. Yes.
24 Q. Have you sold any yet?
25 A. No.

:hael Marino                    Condenseit!                    January 17, 2005

Page 57

2. How much are you asking? How much are you
   asking for those spots?
A. It's right on the Exhibit 15.
2. How much is it?
A. There's multiple levels.
2. Multiple levels you can enter on the Traitor
   List?
A. It's a joke. Yes. There's pay pal links. I
   don't think they even work now, the Buy Now
   links. There's things on my site where if you
   click, it will just disappear.
2. But not one person has taken up your offer to
   buy a traitor list spot.
.. No.
2. Does that surprise you?
.. No.
2. When you first created the Traitor List, do you
   remember approximately when that was?
. No. I don't know. The beginning phases of
   developing the website while it was under
   construction.
. So it was one of the first things that went up?
. No, it wasn't one of the first things that went
   up.
. How soon after you went up?

Page 58

Months after.
Several?
Several.
Two or three?
More. I'd say six to 12, almost a year.
So it would have been in early 2003, late 2003?
It was actually right around where -- I'd say
middle of 2003.
Now, when was the disclaimer that you referred
to first added to the Traitor List?
The disclaimer was first added to the Traitor
List as soon as it went up.
Simultaneous?
Yes.
It was never without a disclaimer?
Yes.
By "yes," you mean --
It was never without a disclaimer.  Correct.
Where was the disclaimer located at when you
first put it up?
The disclaimer originally was at the bottom of
the page.
How many pages were there, approximately, at
that time?  Twenty-four?
Approximately.

Page 59

1 Q. So you would have had to scroll through the 24
2    pages to get to the disclaimer.  Is that
3    correct?
4 A. Yes.
5 Q. Later on did you move the disclaimer to a
6    different location on your website?
7 A. After this lawsuit had started, I believe I
8    moved it to the top of the page.
9 Q. Why?
10 A. I believe it was a conversation with either Ron
11    or my brother.
12      MR. PARSON:  Don't disclose attorney
13    conversations.
14 Q. At least with your brother.
15 A. Sure.
16 Q. What did the disclaimer say when you first put
17    it up when it was at the bottom of the page?
18    Is it the same as it is now, or did it change?
19 A. Say that again.
20 Q. The wording of the disclaimer, has it always
21    been the same?
22 A. No.
23 Q. When did you change it?
24 A. I'm not sure.
25 Q. Do you know what it said originally?

Page 60

1 A. Yes.
2 Q. What did it say originally?
3 A. "Parody not to be taken seriously.  These
4    traitors are not legal traitors of the United
5    States, though we wish they were."
6 Q. Later on when you changed it, what did you say?
7 A. "Parody not to be taken seriously.  These
8    traitors are not legal traitors of the United
9    States."
10 Q. You took off "though we wish they were"?
11 A. Yes.
12 Q. Why did you say "though we wish they were"?
13 A. Political tone.
14 Q. What does that mean, though?  Why "we wish they
15    were"?
16 A. I don't know.
17 Q. What did it mean to you?
18 A. It doesn't mean anything to me.  I don't know.
19 Q. You just put stuff on there without meaning?
20 A. I don't know.
21 Q. By saying "we wish they were," was that an
22    expression that you hope --
23 A. It was a joke.
24 Q. -- you'd hope they be put in prison?
25 A. No.

Page 61

Q. Shot?

A. No.

Q. Do you plan to call an expert witness in this case?

A. I don't know.

Q. You haven't discussed it at all?

MR. PARSON: Don't disclose attorney-client conversations.

Q. Other than with your attorney, have you discussed it at all?

A. I don't know.

Q. Have you discussed having any other groups come into this lawsuit as amicus or friend to the Court?

A. I don't know.

MR. PARSON: An amicus brief was filed in conjunction with our Motion to Dismiss, that being the Electronic Frontier Foundation, and Professor Eugene Volokh, who is a Constitution law professor.

Q. Mr. Marino, do you know Professor Volokh?

A. No.

Q. Have you ever spoken with him?

A. No.

Q. Do you archive your website?

Page 62

A. No.

Q. Does anyone else archive it automatically for you?

A. No, not that I know of.

Q. I believe you indicated earlier you don't keep pages of different versions of your website?

A. No.

MR. ABOUREZK: I need to take about a minute. I need to talk to Todd about something.

(A recess was taken)

Q. I need to ask you specifically this. Did you have a disclaimer regarding the Traitors List on or about April 7 of 2003?

A. Yes.

Q. Your website notes, and I'm quoting here, "E-mails sent to ProBush.com is monitored by the U.S. Government." Is that a joke?

A. Yes.

Q. It's not monitored by the U.S. Government, is it?

A. No.

Q. The claims Senator Abourezk made, how do you feel they're barred by the U.S. Constitution, if you know?

Page 63

1    MR. PARSON: Object to the extent it calls
2  for a legal conclusion, but you can answer.
3  A. I don't know.
4  Q. You also assert that the communication question
5    is not defamatory. Do you know what that
6    means, "not defamatory"?
7  A. Yes.
8  Q. How did you arrive at that conclusion?
9  A. What conclusion? Say the question again.
10 Q. You believe what you say about Senator Abourezk
11   is not defamatory. Why?
12 A. I don't know.
13 Q. Do you believe it's not defamatory?
14 A. No, I don't believe it's defamatory.
15 Q. Why?
16 A. I don't know why.
17 Q. Do you have any facts you know of or are aware
18   of that would show it's not defamatory?
19 A. I don't know.
20 Q. You don't have any?
21 A. I don't know.
22 Q. You state in your Answer, which I'm sure your
23   attorney prepared for you, that, "The
24   communication about Senator Abourezk cannot
25   reasonably be interpreted as stating actual

Page 64

1    facts about the plaintiff." Do you understand
2    that?
3  A. Not really.
4  Q. Do you believe it did not state any actual
5    facts about the plaintiff at the time it was
6    made?
7  A. I don't know.
8    MR. PARSON: I'll object to the extent it
9  calls for a legal conclusion, but you can
10 answer.
11 A. I don't know.
12 Q. I'll re-ask it this way. Do you believe that
13   what you put on your website stated any facts
14   about Senator Abourezk?
15 A. I don't know.
16 Q. You don't know if it did or didn't?
17 A. I don't know.
18 Q. Since you didn't know, and you put it on there,
19   anyway, would that be fair? You put it on your
20   website, even if you didn't know whether it was
21   factual or not?
22 A. I'm not sure.
23 Q. You put it on your website. You agree with
24   that.
25 A. Yes. I put -- I developed the Traitor List,

**Page 65**

yes.

. You didn't know whether it was factual or not at the time you put it on, did you?

. The Traitor List is not factual.

. And you knew it was not factual at the time you put it on there. Correct?

    MR. PARSON: Object to it as ambiguous as to the meaning of "factual," but you may answer.

.. I don't know.

. Did you believe it to be factual at the time you put it on there?

.. Factual? No. There's no fact. No. It's a joke.

. No basis for fact.

.. Just satire.

. What's your understanding of what a parody is?

. A joke.

. Have you ever looked up the word parody in the dictionary?

. Maybe.

. Still your understanding is it just means a joke?

. Yes.

I can't remember if I asked you this earlier.

**Page 66**

Have you ever appeared in any television or radio program anywhere in the United States regarding the Traitors List or this lawsuit?

.. Not to my recollection.

. You allege in your Answer that as an affirmative defense that Senator Abourezk failed to mitigate his damages. Do you believe he has done something to make his damages worse in this case or has refused to lessen the damages?

    MR. PARSON: I'll object only to the extent it calls for a legal conclusion, but you can answer.

A. I don't know.

Q. You don't know if he has or not. You have no facts to that effect one way or another?

A. No.

    MR. ABOUREZK: I think we're almost done, if I can just talk to these guys real briefly.

    (A recess was taken).

Q. I need to go through my exhibits real quick here. I'll show you Exhibit 17. Again, I'll represent I downloaded this two days ago from your website. This is essentially the pages *that have* to do with the lawsuit. Would that

**Page 67**

1  be fair to say?

2 A. This is the home page. This is where you would

3  go if you typed in ProBush.com.

4 Q. It references the lawsuit?

5 A. That's an article.

6 Q. About the lawsuit?

7 A. Correct.

8 Q. It also makes a pitch for support regarding the

9  lawsuit. Is that correct?

10 A. Where? These are two articles.

11 Q. Let me take a look at it. On Page 2 it says,

12  "Please donate to ProBush.com legal's battle

13  against former Senator James Abourezk."

14 A. Yes.

15 Q. That's a section about supporting you guys in

16  the lawsuit. Correct?

17 A. Yes.

18 Q. That's on Page 2 of Exhibit 17. Correct?

19 A. Correct.

20 Q. You also make some comments about Hizbullah.

21 A. Hizbullah.

22 Q. How do you pronounce it?

23 A. Hizbullah.

24 Q. Why did you put that on there?

25 A. I don't know why.

**Page 68**

1 Q. Are you the one that put it on there?

2 A. I was the one that wrote the content. I wasn't

3  the one who --

4 Q. Why did you put it on there?

5 A. It wasn't my decision to put that on there.

6 Q. Whose decision was it?

7 A. Ben's.

8 Q. What did Ben tell you?

9 A. I don't know.

10 Q. Approximately what did he tell you, as best you

11  can recall?

12 A. I can't recall.

13 Q. You would agree with me all these pages are

14  essentially one continuous page having to do

15  with the lawsuit. Correct?

16 A. One continuous page? This is the home page.

17  Do you mind if I take the staple out?

18 Q. No, that's fine.

19 A. If it were to be set up, while controlling down

20  the web page, it would be set up like this.

21 Q. So when I'm interested in reading the articles

22  and looking at your plea for support, that

23  would be one continuous thing I would see.

24 A. You would see multiple things as you scroll

25  down. You'd see the legal arena, the first

Page 73

Yes.

Bruce Willis, how did he get on here?

He's a known supporter of President Bush.

Tippi Hedren?

Very well-known supporter of President Bush.

Speaks out very often.

And who is Neal Boortz?

Radio talk show host.

You have a deal at the end there that you can add an honorary patriot?

Anybody that has heard of any celebrity supporting our President can e-mail me, and I'll add them to the Patriot List. I'll do my own research whether or not they support our President.

Now, you've trademarked the Patriot List, as well. Right?

Yes.

And you've trademarked the Traitor List?

Yes.

Who registered that trademark?

I'm not sure. You'd have to ask my brother about that.

So you don't know whether it was the corporation or your brother?

Page 74

I'm not sure. I don't know.

MR. ABOUREZK: I'll offer Exhibit 14 then.

MR. PARSON: No objection.

Now, since you're 51 percent owner of this corporation, do you have the final say about content?

No.

Is that a mutual decision between you and your brother?

Yes.

Jeff Gannon, do you know anything about his background, the guy that's been helping you?

No. All I know is he's a reporter.

He runs the Talon News Service, doesn't he?

I'm not sure if that's his. I see articles on that website.

Mr. Gannon used to work for Republican administrations previously, didn't he?

I'm not sure. I don't know.

Other than Mr. Gannon's organization, has anyone else offered help like he's offered?

The ACLU offered help, but I had already gotten -- the ACLU offered help, yes.

Do you know what Senator Abourezk's nationality

Page 75

1   is?

2 A. Yes.

3 Q. What is it?

4 A. No, I don't. No. Excuse me. I don't know his
5     nationality. I know he's from somewhere in the
6     Middle East. That's about it. Lebanon, I
7     believe. Lebanese.

8 Q. How did you find that out?

9 A. Google search on James Abourezk or his
10    bibliography on U.S. Senate website.

11 Q. Did you do some research on Senator Abourezk
12    after the lawsuit started?

13 A. After the lawsuit, yes.

14 Q. You searched on Google?

15 A. Yes.

16 Q. What else did -- did you research anywhere
17    else?

18 A. No.

19 Q. How would you classify this site? Is it a
20    political site?

21 A. I would classify it as a political satire.

22 Q. Site?

23 A. Site.

24 Q. It's not an online newsletter like Slate or
25    something like that.

Page 76

1 A. I've never heard of Slate.

2 Q. You wouldn't classify it as an online
3    newsletter, would you?

4 A. I'm not sure. I don't know.

5 Q. Would you classify it as an online newspaper?

6 A. I don't know. No.

7 Q. You wouldn't?

8 A. I'm not sure. I consider my website a website.

9 Q. You wouldn't classify it as an online magazine,
10    would you?

11 A. No.

12 Q. So would it be fair to say it's not either a
13    newsletter, newspaper, or magazine?

14 A. No.

15 Q. It's not fair, or would it be fair to say that?

16 A. It's not anything that you have mentioned.

17         MR. ABOUREZK: I think we're done.

18         MR. PARSON: You have the right under the
19    rules to read the transcript before it becomes
20    official to make sure it was transcribed
21    accurately. You can waive that right. I would
22    advise you to waive that right.

23         THE WITNESS: I waive that right.

24              (Witness excused)

25

Get Your Traitor Slot!                                                                                          Page 1 of 3

| About Us | Patriot List™ | Traitor List™ | Tributes |
|----------|---------------|---------------|----------|
| Home | Feedback | ProBush.com Poster Store! | ProBush.com Gear! |

*What's Your Agenda?*

Sign up to receive our newsletter!

[your email] [go]

*[signature]*

Page 2

News Headlines

Contact the President

White House Staff

Get Your ProBush.com Gear!

George W. Bush Elite Force Action Figure

George W. Bush Coin

George W. Bush Posters



I pledge Allegiance to the flag of the United States of America and to the Republic for which it stands, one nation under God, indivisible, with Liberty and Justice for all.

History of The Pledge

# Bush Hater?

## Ordinary citizens like yourself now have a chance to be on the world famous Traitor List™







Your Picture Here

Traitor Slot # 1 - $10,000.00 *includes name link, certificate, and hat!

[Buy Now]

Traitor Slot # 3 - $5,000.00 *includes name link, certificate, and hat!

[Buy Now]

Traitor Slot # 5 - $1,000.00 *includes name link, certificate, and hat!

[Buy Now]

Random Slot #50 and below - $100.00 *includes certificate, and hat

[Buy Now]

Random Slot #50 and below plus name link- $140.00 *includes certificate and hat

[Buy Now]

Once you have made your pay pal payment please email your full name and picture to **traitorslots@probush.com**

Exhibit 13

## TRIBUTES

- U.S. Armed Forces

- Ari Fleischer

- Bruce Kieloch

- Ben Jr.

- Portland Police Dept.

- Mr. "Algor"

    Official Al Gore is a Dick Page

    John Fairy Kerry

    The Homeland Page

    Know Your Flag Etiquette

    The Portland Protest

    Protest Gallery

    Protest Gallery II

    Protest Gallery III

    Executive Orders

    Official Iraq Voting Form

    Gay Dancers @ UN

If you decide to purchase a traitor slot from ProBush.com you will receive the honor of being added to this world famous list, a certificate of authenticity from ProBush.com, and a traitor hat. When traitor slot #'s 1,3, and 5 are purchased, the name of that person may be linked anywhere on the web. If you decide to buy a Random Slot below #50 ($100.00) you may choose the option of an additional one time fee of $40.00 for your name to be linked anywhere on the web.

# FAQ:

**Q. Is this for real?**

A. Yes. You now have a chance to be on the world famous Traitor List™.

**Q. What is a name link?**

A. Once you have purchased a traitor slot from ProBush.com your name will have its own link to anywhere on the web you would like.

**Q. Will being on the Traitor List™ make me as cool as some of the other traitors?**

A. Yes. Becoming a traitor makes you cool.

**Q. Will I receive an invitation to next years Academy Awards?**

A. Who knows, with hard work anything is possible.

**Q. What kind of picture do I send ProBush.com?**

A. We accept most files but we do prefer that it be in a .jpg or .gif file. Please send us a headshot only. If you do not have a headshot go buy a digital camera and take one.

**Q. Who shot JFK?**

A: That's a good question.

**Q. How do you randomize the people that will be #'s 50 and below?**

A. The webmaster will do the randomizing. Keep in mind that ProBush.com works on a first come first serve basis.

**Q. How long will it take?**

A. ProBush.com will review your name and picture after we have received your payment. You will receive a confirmation email within 24 hours of your purchase. ProBush.com reserves the right to reject any submissions.

Global
Summit

Ari Fan
Club™

ProBush.com
Stickers

Random Headlines

Random Articles

Random Quotes

How laws are made

CIA report on Iraq's
weapons of Mass
Destruction

Bush MiniClips

Newsletter Archives

Contact the
webmaster@probush.com

Email sent to ProBush.com is
monitored by the U.S.
Government

© Copyright 2004,
ProBush.com, Inc. All Rights
Reserved. Designed by M.T.M

All email sent to ProBush.com
is property of ProBush.com,
Inc.

Media Contact

Comments or Information on
Abourezk Lawsuit

**Q. If George W. Bush does not get re-elected in 2004 will the Traitor List™ still exist?**

A. George W. Bush will not lose.

**Q. What's the difference between "Algor" and a bucket of vomit?**

A. The bucket

**Q. When I log off the internet will I still be on the Traitor List™?**

A. Yes.

**Q. What kind of hat do I get?**

A. An Official ProBush.com Traitor Hat.



**Q. May I submit other people to the Traitor List™?**

A. No.  You can only submit yourself.

Questions? Email the webmaster@probush.com