

**#1 in net new domain registrations in 2002 & 1st Qtr 2003!**

| HOME | DOMAIN NAMES | WEB HOSTING | EMAIL ACCOUNTS | CREATE A WEB SITE | DRIVE WEB SITE TRAFFIC | MONITOR DOMAINS | INTERNET UTILITIES |

My Account ...... Help ...... 24/7 Customer Service ...... Reseller Program ...... Company Info ...... **Go To:** -- Main Site --

**WHOIS Database Search**

Please enter a domain name you would like to check.

`PROBUSH`  `COM`  **SEARCH**

## PROBUSH.COM WHOIS Results

```
The data contained in Go Daddy Software, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of Go Daddy Software, Inc.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.
Please note: the owner of the domain name is specified
in the "registrant" field.  In most cases, Go Daddy Software, Inc.
is not the owner of domain names listed in this database.
Registrant:
   ProBush.com, Inc.
   PO Box 16
   West Point, Pennsylvania 19486
   United States
   Registered through: Go Daddy Software (http://www.godaddy.com)
   Domain Name: PROBUSH.COM
      Created on: 17-Jul-02
      Expires on: 17-Jul-03
      Last Updated on: 17-Jul-02
   Administrative Contact:
      Marino, Michael    webmaster@probush.com
      ProBush.com, Inc.
      PO Box 16
      West Point, Pennsylvania 19486
      United States
      215-654-0692
   Technical Contact:
      Marino, Michael    webmaster@probush.com
      ProBush.com, Inc.
      PO Box 16
      West Point, Pennsylvania 19486
      United States
      215-654-0692
   Domain servers in listed order:
      WSC1.JOMAX.NET
      WSC2.JOMAX.NET
```

Exhibit 4