**PENNSYLVANIA Department of State**

PA Keyword [Go] Advanced Search

# General Name Search

DOS Homepage

**Request**
- New Request

**Free Search**
- General Name Search
- Old Name Search
- Orphan Search

Entity #

Entity Name   probush

[Search]

## Entity Search Results

| Entity ID | Entity Name | Entity Type | Filed On | Address | City |
|---|---|---|---|---|---|
| 3128999 | PROBUSH.COM, INC. | PENNSYLVANIA PROFESSIONAL CORPORATION | 03/11/2003 | 1962 ARMSTRONG DR | LANSDA |

### Notice to Our Users

The Department of State is in the process of upgrading the hardware and software that s Corporation Bureau. The Corporate Records and Uniform Commercial Code searchable w are both affected. These upgrades will allow the Department to better serve our custome increasing the efficiency of the services delivered. During this transition, you may notice temporary anomalies with the Corporate Records and Uniform Commercial Code searcha databases, including slower than expected responsiveness, inconsistent or incomplete da unavailability of some services. The Department is aware of these issues and is working l resolve this matter as quickly as possible. Thank you for visiting the Corporation Bureau appreciate your patience during this transition period, and we look forward to providing r better services to you in the very near future.

Home | Site Map | Site Feedback | View as Text Only | Employment

Do you want to know when we update the content in our website?
Subscribe to eAlerts or Update your Subscription

Visit the
**PA PowerPort**

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Commonwealth of PA Privacy Statement

Exhibit 6

https://www.dos.state.pa.us/CorpsApp/Corpsweb/Search/wfFreeEntitySearch.aspx?Public=1   5/31/2003