Current Traitor List                                        Page 1 of 24

**About Us**         **Tributes**         **Patriot List**         **ProBush.com Gear!**
**Home**             **Traitor List**     **White House Staff**    **Feedback**

*What's Your Agenda?*



# Traitor List ™

**Traitor:** Violation of allegiance toward one's country or sovereign, especially the betrayal of one's country by waging war against it or by consciously and purposely acting to aid its enemies.

## IF YOU DO NOT SUPPORT OUR PRESIDENT'S DECISIONS YOU ARE A TRAITOR TO OUR COUNTRY!

*Get to know your traitor!*

**UNDER CONSTRUCTION**

Sign up to receive our newsletter!
your email   go

Newsletter
Archives

Contact the
President

Get Your
ProBush.com
Gear!

I pledge Allegiance to the flag of the United States of America and to the Republic for which it stands, one nation under God, indivisible, with Liberty and Justice for all.

History of The
Pledge

TRIBUTES

- Laura W. Bush
- Ari Fleischer
- Alan Colmes
- Bruce Kieloch
- Ben Jr.
- Portland Police Dept.



## Susan Sarandon

Why is she at the Top of my list?

Tribunal for you



## Sen. John Kerry



## Eddie Vedder

*Exhibit 7*

- Mr. "Algor"

  Bush 43
  Archives

  Official Al Gore
  is a Dick Page

  The Homeland
  Page

  Man or Midget?

  Know Your Flag
  Etiquette

  The Portland
  Protest

  Protest Gallery

  Executive
  Orders

  Hans Blix's
  report to the
  U.N.

  Do you know
  what time it is

  Past Weekly
  Review

  Official Iraq
  Voting Form

  ProBush.com is
  on Sedo

  Can of....

  Remember...

  "Murderous
  Tyrant" (10.7.02
  address to the
  nation)

  How dare  Mr.

 Peter Arnett

 Michael Moore

 Tim Robbins

 Dixie Chicks

 Seth Goldberg

 Fred Durst

"Algor" criticize
Bush

Gay Dancers @
UN Global
Summit

Martha Stewarts
Magazine

Ari Fan club

ProBush.com
Stickers

Random Headlines

Random Articles

Random Quotes

How laws are made

War Against Terror

CIA report on Iraq's weapons
of Mass Destruction

Sarandon Shoots Mouth Off

Bush MiniClips

A message for CNN and
CBS

Requests

Search ProBush.com

Contact the webmaster@probush.com

Email sent to ProBush.com is monitored
by the U.S. Government

© Copyright 2003, ProBush.com, Inc. All
Rights Reserved. Designed by M.T.M

All email sent to ProBush.com is property
of ProBush.com, Inc



Ronald Kuzava



Sheryl Crow



Madonna



Dan Solomon



Jesse L. Jackson Jr



Ray Wirth

Went to college with Ari Fleischer



## Taliban Patty

Patty Murray has won the "Tyrant Award"

Congratulations Patty



## Barbra Streisand



## Oliver Stone

How about another conspiracy theory



## Mike Farrell

Stick to your MASH unit, B.J.



## Nathan Callahan



## Whoopi Goldberg



## Ramsey Clark



## George Clooney

Don't screw with Charlie Rose



## Jessica Lange



## Martin Sheen

You just play a president on TV so stop acting like one



## Sean Penn

"Dude! Are you as stupid as you look!"



## Julia Roberts

You'll never get the role of "Smart Woman"



## John Walker Lindh

Indictment of **John Phillip Walker Lindh**

**Verdict: Guilty Sentenced for 20 years**



## Janeane Garofalo

Are you trying to be funny?



## Albert Gore Jr.

Indictment of **Albert Gore Jr.**

*Visit the Official Al Gore is a DICK page*



## Hillary Rodham Clinton

The Hillary Page



## Jim McDermott



## David Bonior



The Snipers



Gary Condit

Condit Page?

 



James Abourezk

As`ad AbuKhalil



Dr. Patch Adams

 Michael Albert

 Robert Altman

 Laurie Anderson

 John Ashbery

 Edward Asner

 Jon Robin Baitz

 Russell Banks

 John Perry Barlow

 Blase Bonpane

 Medea Benjamin

 Phyllis Bennis

 Oscar Brown, Jr.

 Judith Bulter

 Leslie Cagan

 Bell Chevigny

 Paul Chevigny

 Noam Chomsky

 Ben Cohen

 David Cole

 Stephanie Coontz

 Kevin Danaher

 Barbara Dane

 Kia Corthron

 Robert Creeley

Case 4:03-cv-04146-LLP   Document 48-8   Filed 07/06/05   Page 12 of 24 PageID #: 1144



Angela Davis



Culture Clash



Joan Cusack



John Cusack



Ossie Davis



Zack de la Rocha

 Mos Def

 Ani Di Franco

 Roxanne Dunbar-Ortiz

 Michael Eric Dyson

 Steve Earle

 Laura Flanders

 Lawrence Ferlinghetti

 Frances D. Fergusson

 Jane Fonda

 Leo Estrada

 Eve Ensler

 Daniel Ellsberg

 Barbara Ehrenreich

 Richard Foreman

 Michael Franti

 Danny Goldberg

 Danny Glover

 Corey Glover

Current Traitor List

 Vivian Gornick

 Jorie Graham

 Milton Glaser

 Bill Frisell

 Susannah Heschel

 Rev. Jesse Jackson

Case 4:03-cv-04146-LLP   Document 48-8   Filed 07/06/05   Page 17 of 24 PageID #: 1149

 Tom Hayden

 Stanley Hauerwas

 Mumia Abu-Jamal

 Christine B. Harrington

 Michael Hardt

 Rakaa Iriscience

Case 4:03-cv-04146-LLP Document 48-8 Filed 07/06/05 Page 18 of 24 PageID #: 1150



Nathalie Handal



Suheir Hammad



Jessica Hagedorn



Allan Gurganus



John Guare



Fredric Jameson

Case 4:03-cv-04146-LLP   Document 48-8   Filed 07/06/05   Page 19 of 24 PageID #: 1151

 Jim Jarmusch

 Sally Kirkland

 Barbara Kingsolver

 Martin Luther King III

 Jimmy Carter

 Robin D.G. Kelly

 Evelyn Fox Keller

 Casey Kasem

 Bill T. Jones

 David Korten

 Ron Kovic

 Tony Kushner

 Phil Lesh

 Barbara Lubin

 Ray Laforest

 Staughton Lynd

 Arturo Madrid

 Aaron McGruder

 Rep. Cynthia McKinney

 Tom Morello

 Viggo Mortensen

 Ozomatli

 Katha Pollitt

 Harold Prince

 Bonnie Raitt

 Amy Ray

 David Riker

 Matthew Rothschild

 John Sayles

 Jonathan Schell



# Rev. Al Sharpton

# Cornel West

Have a traitor added to this page Click Here

Get your ProBush.com Gear!

**All emails sent to ProBush.com are monitored by the U.S. Government**

**Traitor List is a Trademark of Probush.com**

**\*Read the Disclaimer**