# INTERNET ARCHIVE
# WayBackMachine

Enter Web Address: http://   All   Take Me Back   Adv. Search  Compare Archiv

Searched for http://www.probush.com   **26** Results

* denotes when site was updated.

## Search Results for Jan 01, 1996 - Jan 09, 2005

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 7 pages | 17 pages | 2 pages | 0 pages |

| 2002 | 2003 | 2004 |
|---|---|---|
| Sep 05, 2002 * | Jan 23, 2003 * | Jan 01, 2004 |
| Sep 23, 2002 | Jan 24, 2003 * | Feb 25, 2004 * |
| Sep 29, 2002 | Feb 12, 2003 * | |
| Nov 13, 2002 * | Feb 13, 2003 | |
| Nov 20, 2002 | Mar 24, 2003 * | |
| Nov 27, 2002 | Mar 25, 2003 * | |
| Nov 29, 2002 | Apr 07, 2003 * | |
| | Apr 19, 2003 * | |
| | Apr 23, 2003 | |
| | Jun 03, 2003 * | |
| | Jun 09, 2003 * | |
| | Jun 12, 2003 * | |
| | Jun 23, 2003 * | |
| | Jun 24, 2003 | |
| | Jul 26, 2003 * | |
| | Aug 08, 2003 * | |
| | Dec 23, 2003 * | |

Home | Help

Copyright © 2001, Internet Archive | Terms of Use | Privacy Policy

http://web.archive.org/web/*/http://www.probush.com          1/9/2005

Exhibit 8