My Account  Sign Out | Help  Cart: 0 Items  Checkout

**cafepress.com**

welcome | marketplace | books | music | politics | what's hot | create & buy    ▸ open a shop

Order by Phone
1-877-809-1659
Service Hours

**Account Info**
Account Login
Subscriptions
Payment & Shipping
Order History
Referral Program

**Sell Online**
Create & Manage
Promote Your Shop
**Earnings & Sales**
Payee Information

**Save $, Buy Bulk**
Need merch for an event? Order 15+ of any one product and get big discounts. More...

My CafePress > Sales Reports > Order Report

# Order Report

**View Reports**
- Transaction Report
- **Order Report**
- Product Report

- Glossary Of Terms

Jump to: Pending | Cancelled/Declined

## Completed Orders
1/1/1999 - 12/31/2100

» Run New Report
» See Totals

| Completed | Ordered | Shop | Order No | Customer | Location | Product | Qty | Base Price | Markup | Commission |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/5/2005 | 4/4/2005 | CafeBush08 | 14696983 | Henry Frank | VA, US | 18415013: Sticker (Rectangular) | 1 | 2.49 | 1.70 | 1.70 |
| 3/19/2005 | 3/16/2005 | CafeBush08 | 14382543 | Victor A. Deitz | MD, US | 18415018: Golf Shirt | 1 | 16.99 | 11.90 | 11.90 |
| 3/19/2005 | 3/16/2005 | CafeBush08 | 14382543 | Victor A. Deitz | MD, US | 18415004: Trucker Hat | 1 | 10.99 | 7.70 | 7.70 |
| 3/19/2005 | 3/16/2005 | CafeBush08 | 14382543 | Victor A. Deitz | MD, US | 18415034: Classic Thong | 1 | 7.99 | 5.60 | 5.60 |
| 3/9/2005 | 3/6/2005 | CafeBush08 | 14188790 | william cuccio | NH, US | 18415022: Ringer T | 1 | 14.99 | 10.50 | 10.50 |
| 3/9/2005 | 3/6/2005 | CafeBush08 | 14188790 | william cuccio | NH, US | 18415004: Trucker Hat | 1 | 10.99 | 7.70 | 7.70 |
| 3/9/2005 | 3/6/2005 | CafeBush08 | 14188790 | william cuccio | NH, US | 18415013: Sticker (Rectangular) | 1 | 2.49 | 1.70 | 1.70 |
| 3/9/2005 | 3/7/2005 | CafeAri | 14195601 | Ronda Almar | MI, US | 5693564: Jr. Baby Doll T-Shirt | 1 | 16.99 | 11.00 | 11.00 |
| 3/3/2005 | 3/1/2005 | CafeBush08 | 14087437 | Michael T. Marino | PA, US | 18415027: White T-Shirt | 1 | 13.99 | 0.00 | 0.00 |
| 3/3/2005 | 3/1/2005 | CafeClub | 14087437 | Michael T. Marino | PA, US | 18417878: Value T-shirt | 1 | 8.99 | 0.00 | 0.00 |
| 2/28/2005 | 2/26/2005 | CafeBush08 | 14028350 | Robert Zinter | CO, US | 18415005: Baseball Jersey | 1 | 16.99 | 11.90 | 11.90 |
| 2/28/2005 | 2/26/2005 | CafeBush08 | 14028350 | Robert Zinter | CO, US | 18415005: Baseball Jersey | 1 | 16.99 | 11.90 | 11.90 |
| 1/28/2005 | 1/25/2005 | CafeAri | 13407947 | Eric Hall | CA, US | 5693588: Ash Grey T-Shirt | 1 | 14.99 | 10.00 | 10.00 |
| 1/22/2005 | 1/20/2005 | CafeAri | 13307756 | M C Brock | NY, US | 5792883: Sticker (Rectangular) | 3 | 2.49 | 2.00 | 6.00 |
| 1/22/2005 | 1/20/2005 | CafeAri | 13307756 | M C Brock | NY, US | 6055527: Mousepad | 1 | 10.99 | 9.00 | 9.00 |
| 12/5/2004 | 12/1/2004 | cafebush | 12146638 | Michael T. Marino | PA, US | 14972607: Tree Hugger Hate Mail | 1 | 13.64 | 0.00 | 0.00 |
| 11/24/2004 | 11/23/2004 | cafebush2 | 11933236 | Meredith Taylor | CA, US | 5146307: White T-Shirt | 1 | 13.99 | 6.00 | 6.00 |
| 11/9/2004 | 11/7/2004 | cafebush2 | 11568641 | Daniela Wendler | Berlin, DE | 5146277: Sweatshirt | 1 | 20.99 | 9.00 | 9.00 |
| 10/24/2004 | 10/21/2004 | CafeBush04 | 11225326 | Pat Santi | PA, US | 6227283: Ash Grey T-Shirt | 1 | 17.99 | 10.00 | 10.00 |
| 10/24/2004 | 10/21/2004 | CafeBush04 | 11225326 | Pat Santi | PA, US | 6227283: Ash Grey T-Shirt | 1 | 14.99 | 10.00 | 10.00 |
| 10/13/2004 | 10/10/2004 | CafeBush04 | 10993213 | Michelle Y Twena | AZ, US | 6227306: Long Sleeve T-Shirt | 1 | 18.99 | 10.00 | 10.00 |

Exhibit 9

D0056

| Date | Order Date | Store | Order # | Customer | Location | Product | Qty | Price | Earnings | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/2004 | 9/29/2004 | cafepatriot | 10744902 | Claudio Nicoletti | Norfolk, GB1 | 5229209: Baseball Jersey | 1 | 16.99 | 11.00 | 11.00 |
| 9/20/2004 | 9/17/2004 | CafeBush04 | 10521399 | Knops | Netherlands, NL | 6227253: Baseball Jersey | 1 | 16.99 | 10.00 | 10.00 |
| 9/13/2004 | 9/9/2004 | CafeBush04 | 10369758 | william moore | VA, US | 6227253: Baseball Jersey | 1 | 16.99 | 10.00 | 10.00 |
| 9/11/2004 | 9/8/2004 | CafeBush04 | 10335507 | Theresa DePinto | NJ, US | 6227283: Ash Grey T-Shirt | 1 | 14.99 | 10.00 | 10.00 |
| 9/11/2004 | 9/8/2004 | CafeBush04 | 10335507 | Theresa DePinto | NJ, US | 6227283: Ash Grey T-Shirt | 1 | 14.99 | 10.00 | 10.00 |
| 9/8/2004 | 9/3/2004 | cafebush2 | 10250716 | Kristy Thomas | IN, US | 5146277: Sweatshirt | 1 | 20.99 | 9.00 | 9.00 |
| 8/19/2004 | 8/15/2004 | cafebush2 | 9866262 | Michael G. Posusky | MA, US | 5146329: Jr. Baby Doll T-Shirt | 1 | 16.99 | 8.00 | 8.00 |
| 8/19/2004 | 8/15/2004 | cafebush2 | 9866262 | Michael G. Posusky | MA, US | 5146398: Sticker (Oval) | 1 | 2.49 | 3.00 | 3.00 |
| 8/10/2004 | 8/4/2004 | CafeBush04 | 9680888 | Shannon H. Bishop | TX, US | 8246239: Sticker (Rectangular) | 1 | 2.49 | 0.00 | 0.00 |
| 8/8/2004 | 8/5/2004 | CafeBush04 | 9696638 | Stephen J Mack | SC, US | 6227403: Infant/Toddler T-Shirt | 1 | 7.99 | 7.00 | 7.00 |
| 7/30/2004 | 7/25/2004 | cafebush | 9469817 | Stevie Armfelt | OH, US | 4807134: Black Cap | 1 | 13.99 | 11.00 | 11.00 |
| 7/30/2004 | 7/25/2004 | cafebush | 9469817 | Stevie Armfelt | OH, US | 4807336: Sticker (Rectangular) | 1 | 2.49 | 3.00 | 3.00 |
| 7/22/2004 | 7/20/2004 | CafeBush04 | 9377123 | Holly Gene Hendon | MO, US | 8246239: Sticker (Rectangular) | 1 | 2.49 | 0.00 | 0.00 |
| 7/22/2004 | 7/20/2004 | CafeBush04 | 9377123 | Holly Gene Hendon | MO, US | 6227283: Ash Grey T-Shirt | 1 | 14.99 | 10.00 | 10.00 |
| 7/17/2004 | 7/15/2004 | cafebush2 | 9305996 | Joshua Cope | OH, US | 5146291: Long Sleeve T-Shirt | 1 | 18.99 | 9.00 | 9.00 |
| 5/7/2004 | 5/6/2004 | cafebush2 | 8292774 | Tyler Ramon Smith | NJ, US | 5146304: Baseball Jersey | 1 | 16.99 | 13.00 | 13.00 |
| 5/7/2004 | 5/6/2004 | CafeBush04 | 8292774 | Tyler Ramon Smith | NJ, US | 6227253: Baseball Jersey | 1 | 16.99 | 10.00 | 10.00 |
| 5/1/2004 | 4/30/2004 | CafeBush04 | 8226491 | Nancy B Harris | WA, US | 8246239: Sticker (Rectangular) | 2 | 2.49 | 0.00 | 0.00 |
| 4/21/2004 | 4/20/2004 | CafeBush04 | 8051862 | John J. Kratsas | CA, US | 8246239: Sticker (Rectangular) | 1 | 2.49 | 0.00 | 0.00 |
| 4/12/2004 | 4/10/2004 | CafeBush04 | 7933254 | jackie haren | OH, US | 6227274: White T-Shirt | 1 | 13.99 | 10.00 | 10.00 |
| 4/9/2004 | 4/7/2004 | CafeBush04 | 7905219 | Joni Ambrusko | FL, US | 6227350: Camisole | 1 | 15.99 | 10.00 | 10.00 |
| 4/5/2004 | 4/2/2004 | CafeBush04 | 7844221 | Lawrence A Range | WA, US | 6227310: Jr. Baby Doll T-Shirt | 1 | 16.99 | 10.00 | 10.00 |
| 3/31/2004 | 3/30/2004 | CafeBush04 | 7797937 | Robert C Muir | FL, US | 6227253: Baseball Jersey | 1 | 16.99 | 10.00 | 10.00 |
| 3/31/2004 | 3/30/2004 | CafeBush04 | 7773122 | Betsey Baio | NY, US | 6227326: Jr. Spaghetti Tank | 1 | 16.99 | 10.00 | 10.00 |
| 3/15/2004 | 3/11/2004 | CafeBush04 | 7540890 | Stephen J Mack | GA, US | 6227283: Ash Grey T-Shirt | 1 | 14.99 | 10.00 | 10.00 |
| 3/4/2004 | 3/3/2004 | CafeBush04 | 7422835 | Robert McDaniel | VA, US | 8246239: Sticker (Rectangular) | 1 | 2.49 | 0.00 | 0.00 |
| 2/15/2004 | 2/13/2004 | CafeBush04 | 7183820 | John Marmora | NJ, US | 6227274: White T-Shirt | 1 | 16.99 | 10.00 | 10.00 |
| 2/2/2004 | 2/1/2004 | CafeBush04 | 7011109 | Mary F. Williams | SC, US | 6227332: Hooded Sweatshirt | 2 | 25.99 | 10.00 | 20.00 |
| 2/2/2004 | 2/1/2004 | CafeBush04 | 7011109 | Mary F. Williams | SC, US | 6227306: Long Sleeve T-Shirt | 2 | 19.99 | 10.00 | 20.00 |
| 1/30/2004 | 1/29/2004 | cafesam | 6971405 | Christoffer Harder | , DK | 5572352: Classic Thong | 1 | 7.99 | 3.00 | 3.00 |
| 1/30/2004 | 1/29/2004 | CafeBush04 | 6971405 | Christoffer Harder | , DK | 6227274: White T-Shirt | 1 | 13.99 | 10.00 | 10.00 |

D0057

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/27/2004 | 1/26/2004 | cafebush | 6934200 | TRAVIS CUTSHAW | AZ, US | 4807311: Baseball Jersey | 1 | 16.99 | 13.00 | 13.00 |
| 1/27/2004 | 1/26/2004 | CafeBush04 | 6934200 | TRAVIS CUTSHAW | AZ, US | 6227274: White T-Shirt | 1 | 13.99 | 10.00 | 10.00 |
| 1/27/2004 | 1/26/2004 | cafepatriot | 6934200 | TRAVIS CUTSHAW | AZ, US | 5395558: Black Cap | 1 | 13.99 | 6.00 | 6.00 |
| 1/25/2004 | 1/23/2004 | CafeBush04 | 6892739 | Carol Gerisch | NC, US | 6227306: Long Sleeve T-Shirt | 1 | 16.99 | 10.00 | 10.00 |
| 1/12/2004 | 1/9/2004 | cafebush2 | 6729457 | Kim A. Hedum | MN, US | 5146329: Jr. Baby Doll T-Shirt | 1 | 16.99 | 8.00 | 8.00 |
| 12/20/2003 | 12/19/2003 | CafeAri | 6499262 | Benjamin Rhodes | DC, US | 5693588: Ash Grey T-Shirt | 1 | 14.99 | 10.00 | 10.00 |
| 12/18/2003 | 12/15/2003 | CafeBush04 | 6400807 | Julie Jones | IL, US | 6227274: White T-Shirt | 1 | 13.99 | 10.00 | 10.00 |
| 12/11/2003 | 12/8/2003 | cafebush | 6210911 | Janice Bingham | KS, US | 4807311: Baseball Jersey | 1 | 16.99 | 13.00 | 13.00 |
| 11/1/2003 | 10/30/2003 | cafetraitor | 5667130 | Maureen Gilbert | CA, US | 5172269: White T-Shirt | 1 | 13.99 | 10.00 | 10.00 |
| 11/1/2003 | 10/30/2003 | cafetraitor | 5667130 | Maureen Gilbert | CA, US | 5172357: Sticker (Oval) | 1 | 2.49 | 3.50 | 3.50 |
| 10/15/2003 | 10/13/2003 | cafebush | 5472950 | Daniel B Trigg | WA, US | 4807316: White T-Shirt | 1 | 13.99 | 11.00 | 11.00 |
| 10/15/2003 | 10/13/2003 | cafebush | 5472950 | Daniel B Trigg | WA, US | 4826858: Baseball Cap | 1 | 12.99 | 10.00 | 10.00 |
| 10/15/2003 | 10/5/2003 | CafeBush04 | 5383420 | Jessi Thornton | KS, US | 6227310: Jr. Baby Doll T-Shirt | 1 | 16.99 | 10.00 | 10.00 |
| 10/3/2003 | 10/1/2003 | cafebush | 5341714 | Lisa Somerville | NY, US | 4807316: White T-Shirt | 1 | 13.99 | 11.00 | 11.00 |
| 9/28/2003 | 9/25/2003 | CafeBush04 | 5277398 | Tara Johnson | AZ, US | 6227326: Jr. Spaghetti Tank | 1 | 14.99 | 10.00 | 10.00 |
| 9/12/2003 | 9/5/2003 | CafeAri | 5057682 | Brenda Smith | IN, US | 5792972: Long Sleeve T-Shirt | 1 | 18.99 | 11.00 | 11.00 |
| 9/5/2003 | 8/31/2003 | cafetraitor | 5003516 | Kevin Wasserman c/o Premier | CA, US | 5172258: Baseball Jersey | 1 | 16.99 | 13.00 | 13.00 |
| 8/22/2003 | 8/20/2003 | CafeBush04 | 4898789 | Mr Delory Dominique | , BE | 6227306: Long Sleeve T-Shirt | 1 | 18.99 | 10.00 | 10.00 |
| 8/13/2003 | 8/12/2003 | CafeBush04 | 4813921 | Yee Yee Myint | CA, US | 6227332: Hooded Sweatshirt | 1 | 24.99 | 10.00 | 10.00 |
| 8/1/2003 | 7/31/2003 | CafeBush04 | 4702593 | Linda K. Parks | TX, US | 6227326: Jr. Spaghetti Tank | 1 | 16.99 | 10.00 | 10.00 |
| 7/17/2003 | 7/17/2003 | CafeAri | 4569600 | Karl Foltz | MD, US | 5693588: Ash Grey T-Shirt | 1 | 17.99 | 10.00 | 10.00 |
| 7/17/2003 | 7/17/2003 | CafeAri | 4569600 | Karl Foltz | MD, US | 6395936: Visor | 1 | 10.99 | 0.00 | 0.00 |
| 7/17/2003 | 7/16/2003 | CafeBush04 | 4562222 | Michael Branda | CA, US | 6227274: White T-Shirt | 1 | 13.99 | 10.00 | 10.00 |
| 7/15/2003 | 7/14/2003 | CafeAri | 4539661 | Laura Corwin | MD, US | 6055543: Women's Tank Top | 2 | 15.99 | 11.00 | 22.00 |
| 7/15/2003 | 7/14/2003 | CafeAri | 4539703 | Niki Rudolph | MI, US | 5792960: BBQ Apron | 1 | 14.99 | 5.00 | 5.00 |
| 7/7/2003 | 6/28/2003 | CafeAri | 4387572 | shantel | AZ, US | 5792852: Baseball Jersey | 1 | 16.99 | 11.00 | 11.00 |
| 6/30/2003 | 6/27/2003 | cafepatriot | 4379039 | Kenneth Beane Jr. | MA, US | 5229209: Baseball Jersey | 1 | 16.99 | 11.00 | 11.00 |
| 6/27/2003 | 6/14/2003 | CafeAri | 4260179 | Sydney Bergman | DC, US | 5693564: Jr. Baby Doll T-Shirt | 1 | 16.99 | 11.00 | 11.00 |
| 6/24/2003 | 6/21/2003 | CafeAri | 4325167 | Anne Ryder | IN, US | 5693564: Jr. Baby Doll T-Shirt | 1 | 16.99 | 11.00 | 11.00 |
| 6/18/2003 | 6/16/2003 | cafetraitor | 4271204 | Evan Cabnet | NY, US | 5172378: Wall Clock | 1 | 10.99 | 4.00 | 4.00 |
| 6/17/2003 | 6/13/2003 | CafeAri | 4246739 | Susan C. Schena | CA, US | 5792878: Sticker (Oval) | 1 | 1.99 | 2.00 | 2.00 |
| 6/7/2003 | 6/3/2003 | CafeBush04 | 4143951 | Kelly Anne Vaughan | MD, US | 6227350: Camisole | 1 | 15.99 | 10.00 | 10.00 |

D0058

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/5/2003 | 6/5/2003 | cafebush | 4169221 | TIM PHILIBOSIAN | CA, US | 4807311: Baseball Jersey | 1 | 16.99 | 13.00 | 13.00 |
| 5/30/2003 | 5/29/2003 | cafebush2 | 4091976 | Jennifer Leigh Teske | IL, US | 5146325: Golf Shirt | 1 | 16.99 | 8.00 | 8.00 |
| 5/22/2003 | 5/20/2003 | CafeAri | 4014080 | Alexander Hoffman | NY, US | 6055527: Mousepad | 1 | 10.99 | 9.00 | 9.00 |
| 5/21/2003 | 5/20/2003 | CafeAri | 4009278 | MARIA STONE | NC, US | 5792871: Stainless Steel Travel Mug | 1 | 14.99 | 10.00 | 10.00 |
| 5/21/2003 | 5/20/2003 | CafeAri | 4009278 | MARIA STONE | NC, US | 6038170: White T-Shirt | 1 | 13.99 | 11.00 | 11.00 |
| 5/20/2003 | 5/20/2003 | CafeAri | 4009971 | Mark Ralls | TX, US | 6038170: White T-Shirt | 1 | 13.99 | 11.00 | 11.00 |
| 5/20/2003 | 5/19/2003 | cafebush2 | 3997000 | Edward Wilcox | FL, US | 5146307: White T-Shirt | 1 | 13.99 | 6.00 | 6.00 |
| 5/20/2003 | 5/20/2003 | CafeAri | 4007689 | Laurie Bradley Lang | IL, US | 5693601: Golf Shirt | 1 | 16.99 | 8.00 | 8.00 |
| 5/20/2003 | 5/20/2003 | CafeAri | 4007689 | Laurie Bradley Lang | IL, US | 5693564: Jr. Baby Doll T-Shirt | 1 | 16.99 | 8.00 | 8.00 |
| 5/20/2003 | 5/20/2003 | CafeAri | 4007689 | Laurie Bradley Lang | IL, US | 5792953: Black Cap | 1 | 13.99 | 6.00 | 6.00 |
| 5/20/2003 | 5/20/2003 | CafeAri | 4007689 | Laurie Bradley Lang | IL, US | 5792883: Sticker (Rectangular) | 3 | 1.99 | 2.00 | 6.00 |
| 5/20/2003 | 5/19/2003 | CafeAri | 4004763 | Victoria Fariss | VA, US | 5693564: Jr. Baby Doll T-Shirt | 1 | 16.99 | 8.00 | 8.00 |
| 5/20/2003 | 5/19/2003 | cafebush | 3997070 | Dennis Freels | TX, US | 4807134: Black Cap | 1 | 13.99 | 6.00 | 6.00 |
| 5/20/2003 | 5/19/2003 | CafeAri | 4001648 | Jennifer M Gagliardi | CA, US | 6038170: White T-Shirt | 1 | 13.99 | 6.00 | 6.00 |
| 5/9/2003 | 5/7/2003 | cafebush | 3898146 | Derek Thorson | WI, US | 4807311: Baseball Jersey | 1 | 16.99 | 13.00 | 13.00 |
| 5/5/2003 | 5/1/2003 | CafeAri | 3828895 | Stephen d Fulton Jr | IL, US | 5792953: Black Cap | 1 | 13.99 | 6.00 | 6.00 |
| 5/2/2003 | 5/1/2003 | CafeAri | 3827747 | Dr. Robin Moody | SC, US | 5693588: Ash Grey T-Shirt | 1 | 17.99 | 6.00 | 6.00 |
| 4/30/2003 | 4/26/2003 | cafebush | 3779965 | Cadet J Peck | NY, US | 5488455: Military Bear | 1 | 14.99 | 5.00 | 5.00 |
| 4/28/2003 | 4/25/2003 | CafeAri | 3772265 | Jeff Dismang | CO, US | 5693515: White T-Shirt | 1 | 13.99 | 6.00 | 6.00 |
| 4/24/2003 | 4/23/2003 | cafebush | 3745105 | Stuart Daroca | NY, US | 4806986: Bib | 1 | 5.99 | 5.00 | 5.00 |
| 4/24/2003 | 4/23/2003 | cafebush2 | 3745105 | Stuart Daroca | NY, US | 5146344: Classic Thong | 1 | 7.99 | 8.00 | 8.00 |
| 4/24/2003 | 4/23/2003 | cafebush2 | 3745105 | Stuart Daroca | NY, US | 5146339: Boxer Shorts | 1 | 12.99 | 4.00 | 4.00 |
| 4/24/2003 | 4/23/2003 | cafepatriot | 3742606 | Brad Cole | AL, US | 5395554: Infant/Toddler T-Shirt | 1 | 7.99 | 7.00 | 7.00 |
| 4/23/2003 | 4/22/2003 | cafesam | 3719205 | JUNE ANN SUTCLIFFE | NJ, US | 5172048: Jr. Baby Doll T-Shirt | 1 | 16.99 | 8.00 | 8.00 |
| 4/23/2003 | 4/22/2003 | cafesam | 3719205 | JUNE ANN SUTCLIFFE | NJ, US | 5172066: Camisole | 1 | 15.99 | 9.00 | 9.00 |
| 4/23/2003 | 4/22/2003 | cafebush | 3716860 | Nancy M. Schmidt | WI, US | 4807316: White T-Shirt | 1 | 13.99 | 6.00 | 6.00 |
| 4/23/2003 | 4/22/2003 | cafebush | 3716860 | Nancy M. Schmidt | WI, US | 4994289: Ash Grey T-Shirt | 1 | 14.99 | 5.00 | 5.00 |
| 4/23/2003 | 4/22/2003 | cafebush | 3716860 | Nancy M. Schmidt | WI, US | 4827043: Stainless Steel Travel Mug | 1 | 14.99 | 5.00 | 5.00 |
| 4/23/2003 | 4/22/2003 | cafebush | 3716860 | Nancy M. Schmidt | WI, US | 4827043: Stainless Steel Travel Mug | 1 | 14.99 | 5.00 | 5.00 |
| 4/23/2003 | 4/22/2003 | cafebush | 3716860 | Nancy M. Schmidt | WI, US | 4807336: Sticker (Rectangular) | 1 | 1.99 | 3.00 | 3.00 |
| 4/23/2003 | 4/22/2003 | cafebush | 3716860 | Nancy M. Schmidt | WI, US | 4806951: Sticker (Oval) | 1 | 1.99 | 3.00 | 3.00 |
| 4/23/2003 | 4/22/2003 | cafebush2 | 3716860 | Nancy M. Schmidt | WI, US | 5146398: Sticker (Oval) | 1 | 1.99 | 3.00 | 3.00 |
| 4/17/2003 | 4/15/2003 | cafesam | 3616627 | Ben Marino Jr. | PA, US | 5572352: Classic Thong | 1 | 7.99 | 3.00 | 3.00 |

D0059

| Date | Date | Store | Order # | Customer | Loc | Product | Qty | Price | Cost | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/17/2003 | 4/15/2003 | cafesam | 3616627 | Ben Marino Jr. | PA, US | 5172066: Camisole | 1 | 15.99 | 9.00 | 9.00 |
| 4/14/2003 | 4/12/2003 | cafesam | 3555167 | Emily Hubert | IA, US | 5172048: Jr. Baby Doll T-Shirt | 1 | 16.99 | 8.00 | 8.00 |
| 4/11/2003 | 4/11/2003 | cafebush2 | 3541384 | Shelley Griffin | CA, US | 5146329: Jr. Baby Doll T-Shirt | 1 | 16.99 | 8.00 | 8.00 |
| 4/10/2003 | 4/8/2003 | cafetraitor | 3514763 | Lisa K. Burgin | TX, US | 5172323: Black Cap | 1 | 13.99 | 6.00 | 6.00 |
| 4/2/2003 | 3/30/2003 | cafebush | 3428551 | Laura Berg | NJ, US | 4994462: Large Mug | 2 | 11.99 | 4.00 | 8.00 |
| 4/2/2003 | 3/30/2003 | cafebush | 3428551 | Laura Berg | NJ, US | 4807336: Sticker (Rectangular) | 2 | 1.99 | 3.00 | 6.00 |
| 4/2/2003 | 3/30/2003 | cafebush | 3428551 | Laura Berg | NJ, US | 4807294: Wall Clock | 1 | 10.99 | 4.00 | 4.00 |
| 3/31/2003 | 3/23/2003 | cafebush2 | 3358726 | Denise Lacallade | TX, US | 5146344: Classic Thong | 1 | 7.99 | 7.00 | 7.00 |
| 3/30/2003 | 3/21/2003 | cafebush2 | 3339861 | Zachary Stone | CA, US | 5146258: Hooded Sweatshirt | 1 | 24.99 | 15.00 | 15.00 |
| 3/30/2003 | 3/21/2003 | cafebush2 | 3339861 | Zachary Stone | CA, US | 5146307: White T-Shirt | 1 | 13.99 | 6.00 | 6.00 |
| 3/29/2003 | 3/17/2003 | cafebush | 3303720 | Liisa Kulbaski | NY, US | 4806951: Sticker (Oval) | 1 | 1.99 | 3.00 | 3.00 |
| 3/29/2003 | 3/12/2003 | cafebush | 3260131 | Benjamin L. Marino | PA, US | 4806986: Bib | 1 | 5.99 | 5.00 | 5.00 |
| 3/29/2003 | 3/12/2003 | cafebush | 3260131 | Benjamin L. Marino | PA, US | 4806970: Mug | 1 | 10.99 | 4.00 | 4.00 |
| 3/29/2003 | 3/12/2003 | cafebush | 3260131 | Benjamin L. Marino | PA, US | 4807184: Golf Shirt | 1 | 16.99 | 8.00 | 8.00 |
| 3/20/2003 | 3/18/2003 | cafebush | 3312386 | Lisa Hong | CT, US | 4807311: Baseball Jersey | 1 | 16.99 | 13.00 | 13.00 |
| 3/18/2003 | 3/16/2003 | cafebush2 | 3290665 | Sandie Coleman | LA, US | 5146336: Women's T-shirt | 1 | 16.99 | 6.00 | 6.00 |
| 3/17/2003 | 3/14/2003 | cafebush2 | 3279374 | Melissa Danneman | CT, US | 5146398: Sticker (Oval) | 1 | 1.99 | 3.00 | 3.00 |
| 3/14/2003 | 3/11/2003 | cafebush | 3255567 | Amanda Wettstein | FL, US | 4827043: Stainless Steel Travel Mug | 1 | 14.99 | 5.00 | 5.00 |
| 3/14/2003 | 3/11/2003 | cafebush | 3255567 | Amanda Wettstein | FL, US | 4807189: Classic Thong | 1 | 7.99 | 7.00 | 7.00 |
| 3/14/2003 | 3/11/2003 | cafebush | 3255567 | Amanda Wettstein | FL, US | 4994337: Women's T-shirt | 1 | 13.99 | 6.00 | 6.00 |
| 3/11/2003 | 3/7/2003 | cafebush | 3222275 | Daren Wood | AZ, US | 4806951: Sticker (Oval) | 1 | 1.99 | 3.00 | 3.00 |
| 3/11/2003 | 3/7/2003 | cafebush | 3222275 | Daren Wood | AZ, US | 4807184: Golf Shirt | 1 | 16.99 | 8.00 | 8.00 |
| 3/4/2003 | 3/4/2003 | cafebush | 3191545 | Caryn Stewart | TX, US | 4807304: Boxer Shorts | 1 | 12.99 | 3.00 | 3.00 |
| 3/3/2003 | 2/26/2003 | cafebush | 3143371 | anthony bellissimo | MI, US | 4807134: Black Cap | 1 | 13.99 | 4.00 | 4.00 |
| 3/3/2003 | 2/26/2003 | cafebush | 3143371 | anthony bellissimo | MI, US | 4807316: White T-Shirt | 1 | 13.99 | 5.00 | 5.00 |
| 2/18/2003 | 2/16/2003 | cafebush | 3063060 | paul w. neuin | PA, US | 4807316: White T-Shirt | 1 | 16.99 | 5.00 | 5.00 |
| 2/18/2003 | 2/16/2003 | cafebush | 3063060 | paul w. neuin | PA, US | 4807134: Black Cap | 1 | 13.99 | 4.00 | 4.00 |
| 2/18/2003 | 2/16/2003 | cafebush | 3063060 | paul w. neuin | PA, US | 4806986: Bib | 1 | 5.99 | 3.00 | 3.00 |
| 2/17/2003 | 2/14/2003 | cafebush | 3054359 | Ben Marino Jr. | PA, US | 4807316: White T-Shirt | 1 | 13.99 | 5.00 | 5.00 |
| | | Orders: | 101 | | | Totals: 156 | | $1,981.47 | | $1,118.10 |

Back to Top

D0060

**Pending Orders**
1/1/1999 - 12/31/2100

» Run New Report
» See Totals

afePress.com : Order Reporthttp://www.cafepress.com/cp/members/salesreport/order_report.aspx..

| Ordered | Shop | Order No | Customer | Location | Product | Status | Qty | Base Price | Markup | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/2003 | cafebush | 5450732 | Daniel B Trigg | WA, US | 4807134: Black Cap | waiting for check | 1 | 13.99 | 11.00 | 11.00 |
| 4/23/2003 | cafebush | 3745896 | Cathi Chaney | CA, US | 4826058: Camisole | waiting for check | 1 | 15.99 | 9.00 | 9.00 |
| 3/19/2003 | cafebush | 3316439 | Tasha Pangle | SC, US | 4826828: Long Sleeve T-Shirt | waiting for check | 1 | 18.99 | 9.00 | 9.00 |
| | Orders: | 3 | | | | Totals: | 3 | $48.97 | | $29.00 |

» Back to Top

## Cancelled/Declined Orders
1/1/1999 - 12/31/2100

» Run New Report
» See Totals

| Ordered | Shop | Order No | Customer | Location | Product | Status | Qty | Base Price | Markup | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/6/2005 | CafeBush08 | 14752640 | Elisabeth Tucker | Western Australia, AU | 18415005: Baseball Jersey | declined | 1 | 16.99 | 11.90 | 11.90 |
| 10/20/2003 | CafeBush04 | 5553317 | Julie Jones | IL, US | 6227332: Hooded Sweatshirt | declined | 1 | 24.99 | 10.00 | 10.00 |
| 7/16/2003 | CafeAri | 4560444 | Leisa Fisicaro | FL, US | 5792878: Sticker (Oval) | declined | 1 | 2.49 | 2.00 | 2.00 |
| 4/25/2003 | CafeAri | 3774092 | mick taylor | DC, US | 5693515: White T-Shirt | canceled | 60 | 13.99 | 6.00 | 360.00 |
| 4/25/2003 | CafeAri | 3774092 | mick taylor | DC, US | 5693515: White T-Shirt | canceled | 60 | 13.99 | 6.00 | 360.00 |
| 3/24/2003 | cafebush | 3363276 | Tasha Pangle | SC, US | 4826828: Long Sleeve T-Shirt | declined | 1 | 18.99 | 9.00 | 9.00 |
| 3/20/2003 | cafebush2 | 3330754 | Wanda fraser | ON, CA | 5146307: White T-Shirt | canceled | 1 | 13.99 | 6.00 | 6.00 |
| | Orders: | 6 | | | | Totals: | 125 | $1,756.25 | | $758.90 |

» Back to Top

Items that do not qualify for volume bonuses are indicated in a lighter gray. To see which products do and do not qualify, see the Product Pricing page.

About Us | Press Center | We're Hiring! | Corporate Solutions | Help | Contact Us

All Content Copyright © 1999-2005 CafePress.com.
CafePress.com® is a registered trademark of CafePress.com. All rights reserved.
Use of this web site constitutes acceptance of the Terms of Service.
Privacy Policy | Intellectual Property Policy

**D0061**