| About Us / Home | Patriot List™ / Feedback | Traitor List™ / ProBush.com Poster Store! | Tributes / ProBush.com Gear! |

# Traitor List ™

**Treason:** Violation of allegiance toward one's country or sovereign, especially the betrayal of one's country by waging war against it or by consciously and purposely acting to aid its enemies.

Traitor: If you do not support our President's decisions you are a traitor.

*Get to know your traitor!*

*Parody. Not to be taken seriously. These "traitors" are not legal "traitors" of the United States.

**Howard Stern**
Leave POTUS alone!

**Susan Sarandon**
Top of my list?

Sidebar: What's Your Agenda? | Sign up to receive our newsletter! | Page 2 | News Headlines | Contact the President | White House Staff | Get Your ProBush.com Gear! | George W. Bush Elite Force Action Figure

Exhibit 10