Current Traitor List                                                Page 1 of 25

| About Us  Home | Patriot List™  Feedback | Traitor List™  ProBush.com Poster Store! | Tributes  ProBush.com Gear! |
|---|---|---|---|

## Traitor List ™

*What's Your Agenda?*

Sign up to receive our newsletter!
[your email] [go]



Page 2

News Headlines

Contact the President

White House Staff

Get Your ProBush.com Gear!

George W. Bush Elite Force Action Figure

George W. Bush Coin

George W. Bush Posters

HOT ELECTRONICS SUPER SAVINGS
ebY click here

I pledge Allegiance to the flag of the United States of America and to the Republic for which it stands, one nation under God, indivisible, with Liberty and Justice for all.

History of The Pledge

**Treason**: Violation of allegiance toward one's country or sovereign, especially the betrayal of one's country by waging war against it or by consciously and purposely acting to aid its enemies.

Traitor: If you do not support our President's decisions you are a traitor.

*Get to know your traitor!*

*Parody. Not to be taken seriously. These "traitors" are not legal "traitors" of the United States.



### Howard Stern

Leave POTUS alone!



### Susan Sarandon

Top of my list?

Tribunal for you



### Sen. John Kerry

Exhibit 12