Case 4:03-cv-04146-LLP   Document 48-14   Filed 07/06/05   Page 1 of 3 PageID #: 1170

Get Your Traitor Slot!  Page 1 of 3

| **About Us** | **Patriot List™** | **Traitor List™** | **Tributes** |
|---|---|---|---|
| **Home** | **Feedback** | **ProBush.com Poster Store!** | **ProBush.com Gear!** |

*What's Your Agenda?*

Sign up to receive our newsletter!
[your email] [go]

# Bush Hater?

## Ordinary citizens like yourself now have a chance to be on the world famous Traitor List™



Page 2

News Headlines

Contact the President

White House Staff

Get Your ProBush.com Gear!

George W. Bush Elite Force Action Figure

George W. Bush Coin

George W. Bush Posters



I pledge Allegiance to the flag of the United States of America and to the Republic for which it stands, one nation under God, indivisible, with Liberty and Justice for all.

History of The Pledge




Your Picture Here

Traitor Slot # 1 - $10,000.00 *includes name link, certificate, and hat!

[Buy Now]



Traitor Slot # 3 - $5,000.00 *includes name link, certificate, and hat!

[Buy Now]



Traitor Slot # 5 - $1,000.00 *includes name link, certificate, and hat!

[Buy Now]



Random Slot #50 and below - $100.00 *includes certificate, and hat

[Buy Now]

Random Slot #50 and below plus name link- $140.00 *includes certificate and hat

[Buy Now]

Once you have made your pay pal payment please email your full name and picture to **traitorslots@probush.com**

Exhibit 13

http://www.probush.com/traitor_slot.htm

Get Your Traitor Slot! Page 2 of 3

## TRIBUTES

- U.S. Armed Forces
- Ari Fleischer
- Bruce Kieloch
- Ben Jr.
- Portland Police Dept.
- Mr. "Algor"

Official Al Gore is a Dick Page

John Fairy Kerry

The Homeland Page

Know Your Flag Etiquette

The Portland Protest

Protest Gallery

Protest Gallery II

Protest Gallery III

Executive Orders

Official Iraq Voting Form

Gay Dancers @ UN

If you decide to purchase a traitor slot from ProBush.com you will receive the honor of being added to this world famous list, a certificate of authenticity from ProBush.com, and a traitor hat. When traitor slot #'s 1,3, and 5 are purchased, the name of that person may be linked anywhere on the web. If you decide to buy a Random Slot below #50 ($100.00) you may choose the option of an additional one time fee of $40.00 for your name to be linked anywhere on the web.

## FAQ:

**Q. Is this for real?**

A. Yes. You now have a chance to be on the world famous Traitor List™.

**Q. What is a name link?**

A. Once you have purchased a traitor slot from ProBush.com your name will have its own link to anywhere on the web you would like.

**Q. Will being on the Traitor List™ make me as cool as some of the other traitors?**

A. Yes. Becoming a traitor makes you cool.

**Q. Will I receive an invitation to next years Academy Awards?**

A. Who knows, with hard work anything is possible.

**Q. What kind of picture do I send ProBush.com?**

A. We accept most files but we do prefer that it be in a .jpg or .gif file. Please send us a headshot only. If you do not have a headshot go buy a digital camera and take one.

**Q. Who shot JFK?**

A: That's a good question.

**Q. How do you randomize the people that will be #'s 50 and below?**

A. The webmaster will do the randomizing. Keep in mind that ProBush.com works on a first come first serve basis.

**Q. How long will it take?**

A. ProBush.com will review your name and picture after we have received your payment. You will receive a confirmation email within 24 hours of your purchase. ProBush.com reserves the right to reject any submissions.

Case 4:03-cv-04146-LLP   Document 48-14   Filed 07/06/05   Page 3 of 3 PageID #: 1172

Get Your Traitor Slot!                                                                    Page 3 of 3

- Global Summit
- Ari Fan Club™
- ProBush.com Stickers
- Random Headlines
- Random Articles
- Random Quotes
- How laws are made
- CIA report on Iraq's weapons of Mass Destruction
- Bush MiniClips
- Newsletter Archives

Contact the webmaster@probush.com

Email sent to ProBush.com is monitored by the U.S. Government

© Copyright 2004, ProBush.com, Inc. All Rights Reserved. Designed by M.T.M

All email sent to ProBush.com is property of ProBush.com, Inc.

Media Contact

Comments or Information on Abourezk Lawsuit

**Q. If George W. Bush does not get re-elected in 2004 will the Traitor List™ still exist?**

A. George W. Bush will not lose.

**Q. What's the difference between "Algor" and a bucket of vomit?**

A. The bucket

**Q. When I log off the internet will I still be on the Traitor List™?**

A. Yes.

**Q. What kind of hat do I get?**

A. An Official ProBush.com Traitor Hat.



**Q. May I submit other people to the Traitor List™?**

A. No. You can only submit yourself.

Questions? Email the webmaster@probush.com