**Todd Epp**

**From:** Ron Parsons [ron@jhmmj.com]
**Sent:** Wednesday, July 06, 2005 10:44 AM
**To:** Todd Epp
**Subject:** RE: Abourezk motion for SJ

Todd - No problem on the extension.
I'm home sick today.. Caught on of those summer bugs. My mom just brought me chicken soup though, so it's almost worth being sick.

RAP

-----Original Message-----
From: Todd Epp [mailto:toddepp5531@msn.com]
Sent: Wed 7/6/2005 9:41 AM
To: Ron Parsons
Cc: 'Todd Epp'
Subject: Abourezk motion for SJ

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION

If you are not the intended recipient of this message, please delete immediately and contact Todd D. Epp, Esq. at 605.767.5531 or <mailto:toddepp5531@msn.com> toddepp5531@msn.com

Ron:

As you can see, I am a little late in getting things filed for our motion for SJ in Abourezk et al v. Marino and Marino. I have moved offices and had some major problems with my daughter in the last week. Would you be willing to waive an objection for late filing? I think I can get it in today. I would owe you one.

Please note my new contact information below.

Thanks.

Best regards,

Todd D. Epp, LL.M.

7/6/2005

Exhibit 14