

read        view signers        sign & donate        download        action        issues        about

*The New Not in Our Name Statement of Conscience, opposing the domestic and international agenda of the Bush government, is signed by over 15,000 people and appeared in the New York Times on Sunday, January 23, and in the San Francisco Chronicle on Thursday, February 3. LA TIMES, February 15. Please help us get it published in other publications*

You can also read the Statement in Spanish, French or English

**As George W. Bush** bullies his way through his second term, let it not be said that people in the United States silently acquiesced in the face of this shameful program of war, greed, and intolerance. He does not speak for us. He does not represent us. He does not act in our name.

**No election,** whether fair or fraudulent, can legitimize criminal wars on foreign countries, torture, the wholesale violation of human rights, and the end of science and reason.

**In our name**, the Bush government justifies the invasion and occupation of Iraq on false pretenses, raining down destruction, horror, and misery, bringing death to more than 100,000 Iraqis. It sends our youth to destroy entire cities for the sake of so-called democratic elections, while intimidating and disenfranchising thousands of African American and other voters at home.

**In our name**, the Bush government holds in contempt international law and world opinion. It carries out torture and detentions without trial around the world and proposes new assaults on our rights of privacy, speech and assembly at home. It strips the rights of Arabs, Muslims and South Asians in the U.S., denies them legal counsel, stigmatizes and holds them without cause. Thousands have been deported.

**As new trial balloons** are floated about invasions of Syria, or Iran, or North Korea, about leaving the United Nations, about new "lifetime detention" policies, we say not in our name will we allow further crimes to be committed against nations or individuals deemed to stand in the way of the goal of unquestioned world supremacy.

**Could we have imagined** a few years ago that core principles such as the separation of church and state, due process, presumption of innocence, freedom of speech, and *habeas corpus* would be discarded so easily? Now, anyone can be declared an "enemy combatant" without meaningful redress or independent review by a President who is concentrating power in the executive branch. His choice for Attorney General is the legal architect of the torture that has been carried out in Guantánamo, Afghanistan, and Abu Ghraib.

**The Bush government** seeks to impose a narrow, intolerant, and political form of Christian fundamentalism as government policy. No longer on the margins of power, this extremist movement aims to strip women of their reproductive rights, to stoke hatred of gays and lesbians, and to drive a wedge between spiritual experience and scientific truth. We will not surrender to extremists our right to think. AIDS is not a punishment from God. Global warming is a real danger. Evolution happened. All people must be free to find meaning and sustenance in whatever form of religious or spiritual belief they choose. But religion can never be compulsory. These extremists may claim to make their own reality, but we will not allow them to make ours.

**Millions of us worked**, talked, marched, poll watched, contributed, voted, and did everything we could to defeat the Bush regime in the last election. This unprecedented effort brought forth new

energy, organization, and commitment to struggle for justice. It would be a terrible mistake to let our failure to stop Bush in these ways lead to despair and inaction. On the contrary, this broad mobilization of people committed to a fairer, freer, more peaceful world must move forward. We cannot, we will not, wait until 2008. The fight against the second Bush regime has to start now.

**The movement against the war** in Vietnam never won a presidential election. But it blocked troop trains, closed induction centers, marched, spoke to people door to door -- and it helped to stop a war. The Civil Rights Movement never tied its star to a presidential candidate; it sat in, freedom rode, fought legal battles, filled jailhouses -- and changed the face of a nation.

**We must change** the political reality of this country by mobilizing the tens of millions who know in their heads and hearts that the Bush regime's "reality" is nothing but a nightmare for humanity. This will require creativity, mass actions and individual moments of courage. We must come together whenever we can, and we must act alone whenever we have to.

**We draw inspiration from** the soldiers who have refused to fight in this immoral war. We applaud the librarians who have refused to turn over lists of our reading, the high school students who have demanded to be taught evolution, those who brought to light torture by the U.S. military, and the massive protests that voiced international opposition to the war on Iraq. We affirm ordinary people undertaking extraordinary acts. We pledge to create community to back courageous acts of resistance. We stand with the people throughout the world who fight every day for the right to create their own future.

**It is our responsibility to stop the Bush regime from carrying out this disastrous course. We believe history will judge us sharply should we fail to act decisively.**
*Over 15,000 people have now signed this statement. Among the initial signers are:*

**James Abourezk**, former U.S. senator
**Janet Abu-Lughod**, professor emerita, New School
**As`ad AbuKhalil**, California State University, Stanislaus
**Michael Albert**
**Edward Asner**
**Ti-Grace Atkinson**
**Michael Avery**, president, National Lawyers Guild
**Russell Banks**
**Amiri Baraka**
**Rosalyn Baxandall**, chair, American Studies/Media and Communications, State University of New York at Old Westbury
**Medea Benjamin**, cofounder of Global Exchange and Code Pink
**Phyllis Bennis**
**Larry Bensky**, Pacifica radio
**Michael Berg**
**Terry Bisson**
**Jessica Blank and Erik Jensen**
**William Blum**, author, US foreign policy
**St. Clair Bourne**
**Judith Butler**, author and professor, University of California at Berkeley
**Julia Butterfly**, director, Circle of Life Foundation
**Leslie Cagan**, national coordinator, United for Peace and Justice
**Kathleen & Henry Chalfant**
**Noam Chomsky**, MIT
**Ramsey Clark**, former U.S. Attorney-General
**Marilyn Clement**, nat'l coordinator, Campaign for a National Health Program NOW
**Robbie Conal**, artist
**Peter Coyote**
**John Cusack**
**Angela Davis**

**Nina Felshin,** author of But is it Art, The Spirit of Art as Activism
**Lawrence Ferlinghetti**
**Laura Flanders**
**Carolyn Forché**
**Michael Franti**
**Su Friedrich**
**Boo Froebel**
**Nancy Garden**
**Peter Gerety**
**Jorie Graham**, Harvard University
**André Gregory**
**Jessica Hagedorn**, writer
**Suheir Hammad**
**Sam Hamill**, Poets Against the War
**Danny Hoch**, playwright/actor
**Marie Howe**
**Abdeen M. Jabara**, past president, American-Arab Anti-Discrimination Committee
**Jim Jarmusch**, filmmaker
**Bill T. Jones**
**Rickie Lee Jones**
**David Kazanjian**
**Barbara Kingsolver**
**C. Clark Kissinger**, Refuse & Resist!
**Evelyn Fox Keller**, Professor of History of Science, MIT
**Hans Koning**, writer
**David Korn**
**David C. Korten**
**Rabbi Michael Lerner**, editor, *TIKKUN* magazine & Rabbi, Beyt Tikkun Synagogue , SF
**Phil Lesh**, Grateful Dead
**Staughton Lynd**
**Reynaldo F. Macías**, chair, National Association for Chicana & Chicano Studies
**Karen Malpede**
**Dave Marsh**
**Maryknoll Sisters**, Western Region

**Rosalind Petchesky**, Distinguished Professor of Political Science, Hunter College & the Graduate Center - CUN
**Jeremy Pikser**, screenwriter (Bulwo
**Frances Fox Piven**
**James Stewart Polshek**, architect
**William Pope L**
**Francine Prose**
**Jerry Quickley**, poet
**Michael Ratner**, president, Center Constitutional Rights
**David Riker**, filmmaker
**Larry Robinson**, mayor of Sebastop CA
**Stephen Rohde**, civil liberties lawye
**Matthew Rothschild**, editor, *The Progressive* magazine
**Luc Sante**
**James Schamus**
**Peter Dale Scott**
**Roberta Segal-Sklar**, communicati director, National Gay and Lesbian T Force
**Frank Serpico**
**Betty Shamieh**
**Wallace Shawn**
**Gregory Sholette**
**Zach Sklar**
**Peter Sollett**
**Starhawk**
**Tony Taccone**
**Grace Tsao**
**Alice Walker**
**Naomi Wallace**
**Immanuel Wallerstein**
**Leonard Weinglass**
**Peter Weiss**, president, Lawyers Committee on Nuclear Policy
**Cornel West**

**Diane di Prima**, poet
**Ronnie Dugger**, co-founder, Alliance for Democracy
**Roxanne Dunbar-Ortiz**
**Michael Eric Dyson**
**Nora Eisenberg,** author of War at Home and Just the Way You Want Me
**Daniel Ellsberg**, former Defense and State Department official
**Kathy Engel**
**Eve Ensler**

**Jim McDermott**, Member of Congress, State of Washington
**Robert Meeropol**, executive director, Rosenberg Fund for Children
**Ann Messner**
**Robin Morgan**, author and activist
**Walter Mosley**
**Wayne Nafziger**
**Jill Nelson**, writer
**Odetta**

**C.K. Williams**, poet, Princeton Univ
**Saul Williams**
**Krzysztof Wodiczko**, director, Cen for Advanced Visual Studies, MIT
**Damian Woetzel**, principal dancer, York City Ballet
**David Zeiger**, Displaced Films
**Zephyr**
**Howard Zinn**, historian

[The Original Not In Our Name Statemenst of Conscience [2002]](#)

**Not In Our Name** 305 West Broadway, PMB 199, New York, NY 10013 [nion@cloud9.net](mailto:nion@cloud9.net)