**About Us**

**Home**

**Patriot List™**     **Traitor List™**     **Tributes**

**Feedback**          **ProBush.com Poster**   **ProBush.com Gear!**
                      **Store!**

*What's Your Agenda?*

Sign up to receive our
newsletter!

| your email | go |

Page 2

News
Headlines

Contact the
President

White House
Staff

Get Your
ProBush.com
Gear!

George W. Bush Elite
Force Action Figure

George W. Bush Coin

George W. Bush Posters

**HOT ELECTRONICS
SUPER SAVINGS**
ebY  *click here*

I pledge Allegiance to the flag
of the United States of
America and to the Republic
for which it stands, one nation
under God, indivisible, with
Liberty and Justice for all.

History of
The Pledge

# Patriot List ™

PATRIOT, n. One who loves his country, and zealously supports its
authority

### IF YOU DO SUPPORT OUR PRESIDENTS DECISIONS YOU
### ARE A PATRIOT TO OUR COUNTRY!

## Cafe-Patriot

**Webmaster@probush.com**

**Ben Jr**

**Bobby G** 26, Scottsdale, AZ

**Frank D** 27, Ocean City, NJ

**Dave Palermo** 26, Delaware

**Daniel J. Hanner** 40, Minneapolis, Minnesota

**Christina Edwards** 31, MO

**Clifford Sugden** 31, Minnesota

**Angela Lakin McCullough** 32, Colorado

**Christopher Price Patterson** 20, Waco, TX

**Mary Kirchhoff** 39, PA

**Amanda Leanne Ray** 31, Kentucky

**Marsha Cwynar** 35, Ohio

**Eric Cwynar** 33, Ohio

**Christine Baker** 31, Maryland

**Tonya Marie Wright** 31, Halifax, Pennsylvania

Exhibit
16

TRIBUTES

- U.S. Armed Forces
- Ari Fleischer
- Bruce Kieloch
- Ben Jr.
- Portland Police Dept.
- Mr. "Algor"

  Official Al Gore is a Dick Page

  John Fairy Kerry

  The Homeland Page

  Know Your Flag Etiquette

  The Portland Protest

  Protest Gallery

  Protest Gallery II

  Protest Gallery III

  Executive Orders

  Official Iraq Voting Form

  Gay Dancers @ UN

**Kristen Wegener** 14, WA state

**Chandra Goodwin** 29, Oregon

**Christopher O'Hara** 20, Altamonte Springs, Florida

**Jack D. Fraze** 53, Arkansas

**Dianne A. Fraze** 52, Arkansas

**Jennifer Frank** 28, PA

**Angelina Maria Contreras** 31, Tucson, Arizona

**Elyse A. Buongiorno** Little Ferry, New Jersey

**Matthew Tillman** 27, South Carolina

**Maggie Heenie** 49, Arizona

**David Action** 40, Texas

**Kim Action** 37, Texas

**Sheila C. Foust** 45, California

**Kristina Primoff** 36, Maryland

**Davina Julienne** 34, San Diego, CA

**Corean E. Meier** 36, Florida

**Angela Suzanne Miller** 39, AZ

**Celeste Triplett** 35, NC

**Caryn Stewart** 32, Kingwood, TX

**Kira Richardson** 31, Rhode Island

**Tom Gonzalez** CA

**Vicki Gonzalez** CA

**Kelly Atkins Hatcher** 37, North Carolina

**Angie Beck** 27, Houston Texas

**Ronald Brewer** Paola, Kansas

Patriot List

Global
Summit

Ari Fan
Club™

ProBush.com
Stickers

Random Headlines

Random Articles

Random Quotes

How laws are made

CIA report on Iraq's
weapons of Mass
Destruction

Bush MiniClips

Newsletter Archives

Contact the
webmaster@probush.com

Email sent to ProBush.com is
monitored by the U.S.
Government

© Copyright 2004,
ProBush.com, Inc. All Rights
Reserved. Designed by M.T.M

All email sent to ProBush.com
is property of ProBush.com,
Inc.

Media Contact

Comments or Information on
Abourezk Lawsuit

**Rod Boggs** 32, Washington State

**Joseph Frank Vidulich** 17, Oceanside, NY

**Katherine J. Wilson** 38, Big Sandy, TX

**Margaret L. Hanna** 46, Pennsylvania

**Loyd H. Wright** 47, Texas

**Diane Lytwyn** Southport, CT

**Carl W. Smith** 53, Dallas, Texas

**Mary K. Smith** 56, Dallas, Texas

**Amy Cannizaro** 18, Louisiana

**Michael W. Butterfield** 34, Lewiston, Maine

**Melba Wright** 47, Sherman, Texas

**Elise Melah** 35, Alabama

**Charles D. Eid** 53, Pasadena, Maryland

**Michelle L. Carollo** 23, South Carolina

**Regina Smith** 36, Kentucky

**Adrienne Nielsen** 24, California

**Riccardo Dentesano** 27, Rome, Italy *"Italian by passport , American in my heart! "*

**Ed Kline** 46, Fl

**Amber Spruill** 19, Georgia

**Diane McGee** 43, Texas

**Richard R. Robbins** 50, Ceres, CA

**Kathy M. Robbins** 39, Ceres, CA

**Janet M. Marion** 57, Illinois

**Ronald A. Falanga, Sr**. 49, TN

**Maria del Rosario Lobo de Saad** 46, Lindenwold, NJ

**Brenda Lunn** 30, Louisville, KY

**Dustin Burns** 21, New York *(western NY.. not the liberal NYC crap)*

**Brenda Lunn** Louisville, Kentucky

**John H. Mair** 53, Arizona

**Lisa Jenkins** 32, Dallas, Texas

**Jeffrey Alan Brady** 36, IL

**Raymond Allaire** 36, Boston, MA

**Jim Meixner** 20, IL

**Scott E. Bigelow** 44, Vermont

**Lindsey Darnell** 23, Houston, TX

**Christina Lynn Jacobs** 16, Maryland

**Malissa Mello** Texas

**Einglett Roy Einglett** Texas

**Rebecca McCoy Woodson** 36, Texas

**Nancy Craft Long** 64, North Carolina

**John Politte** 39, MN

**Patrick Stewart** 20, Texas

**Sandie Tolar Coleman** Texas

**Sherrie Newell** 40, Colorado

**Rhonda Stock** 46, Missouri

**Dave Sturdivant** 35, Birmingham, Al.

**Debra L. Eades** 46, SC

**Stephanie Gallagher** 21, Auburn Washington

**Leslie Hartsoe** 36, South Carolina

**Mike Waid** 24, Arizona

**Jasmin Waid** 25, Arizona

**Helen Gloria Dunn** 63, Branson West, Missouri

**William F. Dunn** 64, Branson West, Missouri

**Kenneth Boos** 41, Louisiana

**Pamela Swaringim** 42, Missouri

**Daniel James Melah** 33, Calera, Alabama

**Erin Grace Melah** Calera, Alabama

**Christopher Gillespie** 16, Latimer, Mississippi

**Betty Wicker** 37, Wesson, MS

**Eric Wicker** 31, Wesson, MS

**Richard Ladnier** 34, California

**Janet Sue Folmer** 50, Maryland

 **Lane McNeese** 20, Midland, Texas USN

**Cheryl Pelka** 57, California

**Craig Hewitt** 17, Stone Mountain, GA

**Venita Gallagher** 53, Texas

**Roxanne Stevens** 23, New York

**Phill Contreras** 30, AZ

**Laura E. Stutzel** 33, NORTH HILLS, CA

**Marianne Vanore** 45, PA

**Richard Jaussi** 21, Provo, Utah

**Brandy Dickerson Gretna** 25, Louisiana

**Carol S. Rogers** 54, South Carolina

**Nella Lewis** 60, Virginia

**Mindy Cheré** 17, Ohio

**Monique Szalinski** 21, South Florida

**Pat Nelson** 64, OH

**Linda S Brenner** 56 Guilford, Connecticut

**Jason Dupke** 22, Virginia

**Cindy O'Pry** 55 Whitehouse, TX

**Gary Singleton** 31, Bowling Green, KY

**Barbie Singleton** 29, Bowling Green, KY

**Tim Voegtle** 54, Bowling Green, KY

**Barbara Voegtle** 54, Bowling Green, KY

**George Bratcher** 34, Bowling Green, KY

**Janet Mattson** 56, WV

**Lori Davis** 24, Chattanooga, TN

**Jeff Grant** 17, Jacksonville/Camp Lejune, North Carolina

**Terri Warren** 36, Mississippi

**Rachel A. Stratford** 25, Minneapolis, MN

**Stacey Marie Pues** 20

**Ellen King-Simonds** 33 Gloversville, New York

**Katrina B. Goodman** 38 Decatur, Alabama

**Kim Crandall** 47, CT

**Alexa O'Connor** 27, Hollidaysburg, PA

**Pauline V. Benson** 28, Madison, WI

**Adam Cohen** Staten Island, NY

**Aliette Ballou** 62, Miami Springs, FL

**Zac Stone** 17, San Francisco CA

**Chris Edwards** 18, Wake Forest, NC

**Leor Farkas** 12, NYC, NY (and the only conservative living there)

**Michelle Motarjeme** 24, Chicago, Illinois

**Maria Lobo** 46 Lindenwold, NJ

**James Saad Jr** 51, Lindenwold, NJ

**José Maria Asnar** 54  Madrid, Spain

**Rosario Saad** 46 New Jersey

**Sue Crumback** 38 Battle Creek, MI

**Joshua Dustin Getz** 22 Mt.Storm, WV

**Laura Cote** 15 Durham, CT

**Kathleen J. Kwiecinski** 39, Illinois

**Margaret Wolfe** 65, Ohio

**Deborah Rinella** 39, Ohio

**Victoria A. Spigelmyer** 57, Pennsylvania

**Andrea R Vasquez** 72, AZ

**Maryhelen R Cabello** 33, AZ

**Terri Kingery** 36, AZ

**Sarah Kingery** 7, AZ

**Scott Kingery** 12, AZ

**Will T Kingery** TX

**P.K. Kingery** TX

**Beatrice R. Bojorquez** 52, AZ

**Frank R. Vasquez** 44, AZ

**Larry Cabello** 37, AZ

**Tiffany Cabello** 4, AZ

**Janie Campos** 40, AZ

**Joshua Torres** 6, AZ

**Eva Vasquez** 43, AZ

**Daniel Lopez** 43, AZ

**Monique Silva** 16, AZ

**D.J. Lopez** 16, AZ

**Robert L Gonzales** 15, AZ

**Ernest Silva Jr** 21, AZ

**Angel Silva** 20, AZ

**Monica Campos** 22, AZ

**Eddie Campos Jr.** 20, AZ

**Julio Vasquez** 54, AZ

**Rosie Vasquez** AZ

**Ray Vasquez** 53, AZ

**Gloria Vasquez** AZ

**Rosa Magallanes** 51, AZ

**Carlos Magallanes** 25, AZ

**Robert L. Cook** 60, OK

**Barbara Cook** 40, OK

**Crystal Garcia** 23, Austin, TX

**Susie Garcia** 45, Austin, TX

**Joaquin Garcia** 44, Austin, TX

**Clayton Laurence Hultquist** 23 Yardley, PA

**Victor Hultquist** 55, Yardley, PA

**Linda Hultquist** 54, Yardley, PA

**Trey Hultquist** 18, Yardley, PA

**LeAnna Hultquist** 19, Yardley, PA

**Jim Adair** 30, Chagrin Falls, Ohio

**Bob Kent** 74, Montana

**Rhonda Stock** 46, Blue Springs, Missouri

**Bobby Hayes** 48, Texas

**Rochelle L. Matsel-Simon** 32, Ohio

**Theresa A. Piccitto** 41, Brooklyn, NY

**Rosemary A. Armento** 43, Brooklyn, NY

**Frances Wilson** 42, Wichita Falls, TX

**Alvin Wilson** 45, Wichita Falls, TX

**Martin Hinderer** 40, Seattle, WA

**Randy M. DiBartola** 34, Virginia

**Cynthia Newsom** 40, Dallas, TX

**Emiley Paul** 20, Arkansas

**R.J. Trevillion** 70, Arkansas

**Jonathan Cowgill** 31, Alabama

**Apri Walker-Cowgill** 30, Alabama

**Beverly Van Ryn** 53, Colorado

**Lorna Thomas-Murray** 51, IL

**Mike VanHooser** 46, Russellville, Mo

**Brandon VanHooser** 14, Russellville, Mo

**BJ VanHooser** 42, Russellville Mo

**Christopher Geer** 27, St. Petersburg, FL

**Joshua Buffington** 26, Kansas

**Bill Shannon** 60 , Virginia

**Ammon Lovell** 21, Mesa, AZ

**Eddie Rohach** 54, Missouri

**H. Clay Aalders** 27, Kent, OH

**Jim Coleman** 26, NC

**Chaslin Hultquist** 16 Yardley, PA

**Trisha Hillier** 25, Wisconsin

**John Watson** 42, West Virginia

**Christine Watson** 28, West Virginia

**Janet Watson** 5, West Virginia

**John H. Watson** 12, West Virginia

**Laurence D. Heller** 52, Massachusetts

**Chris Faver** 21, California

**Wilson R. Eubank** 72, Hopkinsville. KY

**Lulamorea Tiencken** 64 Jacksonville, Florida

**Eddie Rohach** 54, Springfield, Missouri

**Keith Christensen** 30, Phoenix, AZ

**Erin M. Kehoe** 18, Chicago, IL

**Tabitha White** 27, Alabama

**Valerie Blythe** 36, Texas

**Brent Waguespack** 39, Louisiana

**Michael W. Sylkatis** 27, Frisco, Tx

**Barbara Sylkatis** 31, Frisco, Tx

**Michael E. Sylkatis** 55, Rowlett, Tx

**Darylann Sylkatis** 52, Rowlett, Tx

**Scott R. Sylkatis** 25, Colorado Springs, Co

**Jeffrey C. Posey** 42 North Carolina

**Kelly Springer** 41, Utah

**Christopher Frederick Rowley** 53, Alberta, Canada

**Phillip R. Revis**, 38, Asheville N.C.

**Dylan Howerter** 27, Seattle, WA

**Andreas Warnsing** 24, California

**Mark J. Bledsoe** 24, Dayton, Ohio

**Erika Farres** 32, Miami Springs, FL

**Valeria A. Lopez** 29, Miami, Florida

**Alexis C. Farres** 31, Miami Springs, Florida

**Jose Menendez** 28, Miami Springs, FL

**Frank Ballou** 53, Miami Springs, FL

**Osvaldo Farres** 71, Miami, FL

**David Garcia** 32, Texas

**Lynda Garcia** 31, Texas

**-Jonothan** 5, Texas

**-James** 1, Texas

**Melissa Perez** 28, Texas

**Patrick M Smith** 34 Massachusetts

**Joseph G. Hamrick** 41, Jacksonville, Or.

**Cody Doerfler** 27 Colorado

**Kenny Ray Grindstaff** 40 Tennessee

**Jake A. Marshek** 22 Colorado Springs, Colorado

**Tom Lufkin** 58, West Virginia

**Harlyn J. Jenkins** 28, Salt Lake City, UT

**David Haney** 61, Des Moines, IA

**Rev. Gerri Merrick** 60, UTAH

**Ms. Charlie A. Linnear** 44, Pleasant View, TN

**Travis W. Binkley** 17, Pleasant View, TN

**James Figueroa** 38, Henderson, NV

**Melissa Austin** 29, Virginia

**Martha Combs** 30, Florida

**Ruth Cegelske** 47, Ketchikan, Alaska

**Jerry Cegelske** 54, Ketchikan, Alaska

**Bradley John Phoebus** 16, Perry Hall, Maryland

**P. L. Bennett** 51, Kentucky

**Lawrence Wood** 54 Colchester, England UK

**Anna Carpenter** 18, Mesa, Arizona

**Karl August Mueller** 36 Hurley, NY

**Jay Reynolds**

**Tom Proctor**

**Lea Doyle** 19, California

**Alexander Hathaway** 19, California

**Marlena Besser** 25, New Jersey

**Justin Murphy** 22, New Jersey

**Jonathan Burns** 18, Oregon

**Shawne Zuber** 33, Statesboro, GA

**Leila Cohoon** 71 Lake Lotawana, Missouri

**Andreas Warnsing** 16, VA

**Brancucci Carlo** 16, VA

**Erik Swenson** 36, Colorado

**Peter Blapps** 25, Pikeville, KY

**Matti Nykanen** 69, Texas

**Sandra De Jong Jones** 54, Tennessee

**Amanda Petersen** 19, Kenosha, WI

**Dawn Keller** NY

**Suzanne Ryan** 45, Colorado

**Clement Masse** 18, Bordeaux, France

**Patrice FION** 18, France

**Leo Wayne Gourdin** 39, Colorado Springs, Colorado

**Richard Patterson** GA, 28

**Harriet Chancler** Amarillo, Texas

**Eric Sargent** 34, St. Charles IL

**Andrea Sargent** 33, St. Charles IL

**James A. Sumney** 30 Easley, SC

**Lisa K. Kennedy** 42, Braselton, GA

**Marty Jones** 28 Angier, NC

**Dennis Anderson** 59, AL

**Mary Anderson** 55, AL

**Benjamin Von Ullrich** 30 Seattle, WA

**Jeff Cain** 41, San Diego CA

**James A. Sumney** 30, Easley, SC

**Debbie Deany Etna** 37, CA

**Tom Deany Etna** 47, CA

**Morgan Deany Etna** 7, CA

**Robin E. T. Aboitiz** 39 Rockwall, Texas

**Wes Rowe** 18, Broken Arrow, OK

**Brandon J. Phares** 22, New Orleans, Louisiana

**Mark Bible** 28, Santa Barbara, CA

**Joan A. Grimm** 49, Newfield, NJ

**Phillip Lance** 48, Hudson, WI

**Michelle Moyer** 34, Hudson, WI

**Leo Wayne Gourdin** 39 Colorado Springs, CO

**Jeffrey S Hudson** 35, California

**Robert R Wagner** 38, Huntington, New York, Rockabilly Barbers Inc.

**Alyssa Hampton** 13, Missouri

**William B Entwistle** 41, New York

**Michael J Wine** 24 Long Island, NY

**Christine Wilhelmi** 23, Fort Irwin, Ca.

**Lorraine Francis** 42, California

**Jennifer Petty** 31, West Virginia

**Donna Mannan** 44, Texas

**Lorraine Francis** 42, California

**Jean-Charles Trouduc** Paris, France

**Daniel Christopher Barras** 24, Aliso Viejo, CA

**Vance Hallock Rochester** 41, Minnesota

 **Lisa McClure** 30, Pompano Beach, FL

**Valerie Overstreet**    San Antonio, TX

**Jenni Correll** 29, Bowling Green, OH

Patriot List

**Teresa M. Mercado** 37, San Francisco, CA

**Carolyn Wittmayer** 54, NJ

**Brian Tiffany** 37, Camden, NC

**Reagan Tiffany** 29, Camden, NC

**Monica Johnson** 17, OK

**Douglas K. Peake** 55, Murrieta, California

**Cindy Mitchell** 28, KY

**Amy Russo** 25, California

**Richard Trimbur** 47, Grove City, Ohio

**Capt. Roger D. Cox**

**Constance J. Cox**

**Ruth A. Mathis** 56, North Carolina

**June G. Marshall** 47, Manchester, NH

**Lukas Turai** 33, Ceska Lipa, Czech republic

**Conrad Rein** 20, Germany

**Carmen J Bell** 55, Denver, CO

**Fred B. Bell** 55, Denver, CO

**Jace Jones** 15, Longview, Texas

**Rene Curiel** 49, Austin, Texas

**Helen Curiel** 50, Austin, Texas

**Justin Sauder** 20, Lancaster, Pennsylvania

**Derek Daly** 21, Lancaster, Pennsylvania

**Gary Martin** 21, Lancaster, Pennsylvania

**Vincent P Sotallaro** New Rochelle, New York

**Alex Manzuarte** 14, New York

**Sara Mckeon** 14, New York

**Dan Haffner** 39, Oklahoma

**Samuel B. Thomson** 19, Jackson, Tennessee

**Matt Flanigan** 14, New York

**Jack Cwynar** 5, Ohio

**Samuel B. Thomson** 19, Tennessee

**Matt Flanigan** 14, New York

**Gina Upshaw** 37, Katy, Texas

**Matthew Kluge** 34, Georgia

**Bennie Edwards** 33, Missouri

**Rob DiFrancesco** 16, New York

**Patrick Prevenas** 26, Los Angeles, CA

**Carollee Mc Murtrey** 25, West Palm Beach, FL

**Stephan Oakes** New Jersey

**James Cope** Crawfordsville, IN

**Gregg Glover** 38, Texas

**Clarissa Glover** 41, Texas

**Elisabeth Glover** 16, Texas

**Crystal Glover** 14, Texas

**Andrew Glover** 10, Texas

**Nick Glover** 9, Texas

**Hesba Lillico** NC

**Eileen Osbourne** SC

**Willie Osbourne** SC

**Jackie Bullard** NC

Patriot List

**Euleena Bullard** NC

**Eugene Oxendine,** NC

**Linda Oxendine** NC

**Gina Oxendine** NC

**Sabrina Oxendine** NC

**Melissa Oxendine** NC

**Clarissa Oxendine** NC

**Jay McDonald** 18, Martin, Tennessee

**David Kranz** 19, New York, New York

**Enrique Ricos Sanchis** 28, Valencia, Spain *"President Bush is taking the greatest decisions to preserve the peace in the world."*

**Caely Gould** 14, Washington

**Matthew Downie** 28, Ft. Collins, Colorado

**Laura Downie** 25,, Ft. Collins, Colorado

**Steven Serrato** 26, Mississippi

**Lori Nelson** 41, Tomball, Texas

**Father Erik J. Richtsteig** 37, Utah

**The Amelio-Reilly Family** Edison, NJ

**Ginger Mohlie** 40, Richmond, VA

**Jeffrey Snodgress** 45, Hurricane, Utah

**Kate Martin** 24, Southlake, Texas

**Teresa Jackson** 44, Texas

**Steve Jackson** 54, Texas

**Kelsie Jackson** 20, Texas

**Stefanie Jackson** 18, Texas

**Daisy Jackson** 4, Texas

**Kelsie Mayfield** 90, Texas

**Jewell Mayfield** 83, Texas

**Frank Fano** 23, New Jersey

**Michael Wolf** 21, Milwaukee, Wisconsin

**Thomas J. Connolly** 32, Long Island, NY

**David Walker** 20, Broken Arrow, Oklahoma

**Duncan Erb** 41, VA

**Lauren Slade** 20, Connecticut

**James M. Brim III** 39, Cincinnati, Ohio

**Andrea Pitts** 35 Kingston, Tennessee

**Joshua Morris** 21, Fredericksburg VA

**Nathan Meyer** 27, CLearwater, FL

**Zachary Nicholson** 7, Clearwater, FL

**Jodi Wiertzema** 31, Clearwater. FL

**Sheri Charlton** 49, Georgia

**Matt Tanksley** 48, Miamisburg, Ohio

**Robert A. Schmidt** 55, Wisconsin

**Nancy M. Schmidt** 52, Wisconsin

**Bill Altschwager** 31, Green Bay, Wisconsin

**Thad J. Thomas** 36, Oklahoma

**Candy Holey Huffmeyer** 39, Rockport, Tx

**Lauren M. Rathbone** 25, Savannah, GA

**Luanne Payne** 34, Clarksville, Ohio

**Amy Sus Hidy** 37, Lebanon, Ohio

**Becky Ray** 49, Independence, Missouri

Patriot List

**Ronnie Brellenthin** 34, VA

**John Hicklin** 21, Decorah, Iowa

**Samantha Gould** 22, Virginia

**Tyler Perry** 26, Virginia

**David Hamilton** 25, Louisiana

**Chris Lowe** 34, Ventura, CA

**Patty Zaske** 43, Minneapolis, MN

**Rachel Christine Barsch** 29, Ann Arbor, Michigan

**Kelly Triplett** 25, Vincennes, IN

**Carol Pollock** 50, Pennington, NJ

**Linda S.Gooding** 56, York, PA

**Richard A.Gooding** 59, York, PA

**R.Randall Gooding** 34, York, PA

**Ronald Jacobs** 50, Tennessee

**James Greco** 21, Trumbull, Conn.

**Vicki Sidles** 42, FL

**John J. Tonry** 65, Las Vegas, NV

**Susan Tonry** 55, Las Vegas, NV

**Rebekah S. Salomon** 19, Las Vegas, NV

**Paul B. A. Salomon** 18, Las Vegas, NV

**Tracy Lunsford** 34, North Carolina

**Dr. Kenneth D. Cohen** 32, Mattawan, MI

**Elizabeth Raxter** 35, Hawaii

**Jake Cassidy** 23, Fullerton, CA

**Laura I. Smith** 27, Auburn, Washington

Patriot List

**James Roehl** 26 MO

**Melissa Major** 34, Charlotte, NC

**Brandon Morgan** 30, Alexander City, Alabama

**Brady Rigdon** 29, Birmingham, Alabama

**Debra Bewley** 34, Longview, Texas

**Michael Harden** 30, Seattle, WA

**Jon Drye** 19, NC

**Joseph David Deats** 33, California

**Patricia Perry** 60, Massachusetts

**The Brittin's** 50, Lee's Summit, Mo

**Edwin P. Mayer** 46, Sunnyvale, Ca

**Jeremy Larcom** 28, Washington

**Jackie Wright** 55, Jacksonville, Florida

**Brad Funderburk** 43,  Blackville, South Carolina

**Christy Krawczyk** 30, Oklahoma

**Rachel Krawczyk** 6, Vian, OK

**Jarod Krawczyk** 3, Vian, OK

**Joshua Lafferty** 12, Vian, OK

**Christy Krawczyk** 30, Vian, OK

**Ken Krawczyk** 32, Vian, OK

**Jonathan Denton** 26, Plano, TX

**Ron Van Deusen** 49, Sheffield, MA

**Matthew Paige** 21, Roxbury, New Jersey

**Norma Null** 54, Ohio

**Hope Bullard** 49, Florida

1/17/2005

Patriot List

**James Bullard** 47, Florida

**K. Michelle Gibson** 35, Orange Park, Florida

**Troy Gibson** 37, Orange Park, Florida

**Katherine D. Howell** 22, Lakeland, FL

**Karen Summers** 39, Haines City, FL

**Kevin G. Burns** 30, Augusta, Georgia

**Cathi Chaney** 41, San Juan Capistrano, Calif

**Mark Chaney** 44, San Juan Capistrano, Calif

**Maxine Math** 72, San Juan Capistrano, Calif

**Brian Leishman** 21, San Juan Capistrano, Calif

**Jennifer Leishman** 18, San Juan Capistrano, Calif

**Alex Graham** 25, Hermosa Beach, CA

**Michael Grijak** 37, Michigan

**Mary J. Hoekstra** 57, Florida

**Edwin Cannistraci** 28, Bucks County, Pennsylvania

**Meghan Darney** 20, Charlottesville, VA

**Leslie Haefeli** 41, Atlanta, Georgia

**Denise Sossamon** 44, OKC, OK

**Ryan Thomas Drumwright** 16, Fort Mill, SC

**Daniel L.Siler** 47, Robbinsville , N.C.

**Jeremy Moore** 24, Bellingham, WA

**Jada Moon** 43, Baltimore, MD

**Carol Wulzer** 55, Texas

**Tatina Ann Wulzer** 24, Texas

**Donald Mezzer** 37, Halifax, Nova Scotia, Canada

Patriot List

**Tanya Hillman** 39, New York

**Dan Hillman** 47, New York

**Kim Plank** 18, PA

**Mark Bradley** 15, Pittsburgh, PA

**Joseph Teixido** 42, Florida

**Ricky Dixon** 38, South Carolina

**Sara Rettig** 20 , Bellville, TX

**Britt Gordon** 32, Texas

**Kristi Gordon** 31, Texas

**Ben Huddleston** 15,Longview Texas

**Gen. JC Christian** 42, West Virginia

**Sam Huddleston** 16, Longview, Texas

**Craig Jones** 15, Ohio

**Christina Tackett** 33, Fort Wayne, IN

**George Visocky** 47, Fort Wayne, IN

**Scott Stroud** Fort Wayne, Indiana

**SGT. Maricela Stroud** USMC Fort Wayne, Indiana

**James A. Krzyzanowski** 41, IN

**Gloria Watson** 56, Indiana

**Donald Fishback** 50, Wabash, Indiana

**Jaymi Light** 15, New York

**Melanie Bell** Sheridan, IN

**Deandria L. Sullivan** Missouri

**Frank DeMike** 45, Mishawaka, Indiana

**Donald Conn** Celina, Ohio

Patriot List

Connie Conn Celina, Ohio

Keith E. Flynn 37, MI

Raymond L. Marshall 63, Mendon, MI

Rosanne M. Marshall 59, Mendon, MI

Laura J. Groves 37, Westbrook, Maine

Gary T. Groves 39, Westbrook, Maine

Britney F. McIntyre 12, Westbrook, Maine

Denny Grove 56, Wakarusa, Indiana

Scott Mitchell 29, Fort Wayne, IN

Dana Mitchell 29, Fort Wayne, IN

Kyle Kosior 26, Saskatchewan, Canada          "Michigan in the very near future!!"

Jerry Daugherty Sr. 59, South Bend, IN

Larry Hathaway 60, Garrett, Indiana

Mark E Smith 50, Marion, Indiana

Kelly DiMarzio 32, Indiana

Sheldon Hines 9 Fort Wayne, Indiana

Shadd S. Rodgers 31, Fort Wayne, IN

Andrew Poller 20, West Caldwell, NJ

Barbara Sledge 58 Indiana

Rick Freeman 26, Rochester, NY

Phil L. Davis 71, Alexandria, IN

Melissa Cain 18, St. Augustine, FL

Janet S. Cain 47, St. Augustine, Florida

Becca Wilson 17, Cincinnati, Ohio

Brandi Kingery 17, Cincinnati, Ohio

Patriot List

**James A. Jaeger** 45, Tucson, Arizona

**Gary Parks** 43, Muncie IN

**Jessica Parks** 37, Muncie, IN

**Alysha Parks** 16, Muncie, IN

**Alyson Parks** 14, Muncie, IN

**Gary Parks Jr.** 12, Muncie, IN

**Adam Parks** 10, Muncie, IN

**Jennifer Lindsay** 20, Neoga, Illinois

**Nathan Estes** 24, Neoga, Illinois

**Gene Balo** 40, Ohio

**Brent Hooley** 49, Shipshewana, IN

**Connie Boyles** Lebanon, Ohio

**The Wolfe Family** West Milton, Ohio

**The Garrett Family** Troy, Ohio

**The Circle** West Milton, Ohio

**The Evans Family** Tipp City, Ohio

**The Curry Family** West Milton, Ohio

**The Johnston Family** Troy, Ohio

**The Johnson Family** Tipp City, Ohio

**The Wolfe Family** Brooksville, FL

**The Hackman Family** Brooksville, FL

**The Gains Family** Brooksville, FL

**Mary Siegel** 46, Indiana

**Cal Siegel** 48, Indiana

**Joel Diny** 16, Green Bay, WI

Patriot List

**Ibon Goikoetxea** 26, Spain    "Aznar and Bush have changed my life"

**Michael Vitulli** 19, Brooklyn, NY

**Adam Lee** 30, Aurora, Illinois

**Lara Rausch** 16, Delaware

**Max Lasiy** 16, Stone Mountain, GA

**The Anderson Family** Orlando, Florida

**Rev. Kort Greene Jr.** 59, Virginia

**Myra Scoggins** 42, Blowing Rock, North Carolina

**Russ McKelvey** 19, Jackson, TN

**Nick Craig** 18, Clarksville, TN

**Lisa M. Ramsey** 22, Walterboro, SC

**Karrie Wallace** 24, Ohio

**Bart Katz** 63, Alabama

**The Spencer Family** Massachusetts

**Greg Suits** 35, Greensboro, NC

**Trisha F.** 19, California

**Bill Hixon** Bristol, Indiana

**Ruth White** 44, Maryland

**Steve White** 45, Maryland

**Justin Shultz** 16, Ohio

**Leslie Ann Saffles** 21, Maryville, Tennessee

**Michael Ellis** 42, Texas

**Joe Torres** 37, Texas

**Chandler Griffith** 26, Greenville, SC

**The Taubler Family** New Jersey

Patriot List

**E.M. Gill** Tennessee

**Richie Scott** 37, FL

**Sherri Scott** 35, FL

**Jennifer Leigh Minor Teske** 34, Edwardsville, Illinois

**Teresa Stuckey** 35, Jacksonville, FL

**James P Bergeron** 38, Clearwater, Fl

**Camellia Bergeron** 40, Clearwater, Fl

**Wayne A. Altman** Pittston, PA

**Carl Stanton** 33, Vidor, TX

**Gayle Taylor** 47, Ohio

**Josh Boring** 23, Overland Park, KS

**Amy Zagorsky** 28, FL

**Jacqueline Albro Meinhold** 55, Pennsylvania

**Andrew Ryan** Tampa, Fl

**Earl Winfield Dickinson** 58, Maryland

**Scott L Belin** 30, Shepherdsville, KY

**Patricia T Belin** 37, Shepherdsville, KY

**Lauren M Belin** 6, Shepherdsville, KY

**Joseph L Belin** 2,  Shepherdsville, KY

**Katherine M Reller** 23, Fulton, MO

**Stacey Clinton** 32, MO

**Mark Hopkins** 48, Cumming, Ga

**Keli C. Kerr** 34, Palm Desert, CA

**Dakota J. Kerr** 10, Palm Desert, CA

**Rae Brentzel** 25, Louisville, Kentucky

Patriot List

Jeff Strong 36, California

Mike Larson 38, Fargo, ND

Karen Turner 31, North Dakota

Jason S. Collier 32, Kingwood, Texas

Anna Johansson 19, Washington D.C.

Dr. Joey Bonaducci 37, Seattle, WA

Dale Emery Lempa 15, Long Grove, Illinois

Robert Padilla 39, CA

Reggie Hammond 32, Sioux Falls, SD

Dennis McFarland 36, Canton, Ohio

Vincent Louis Charles Belgium "bush is a great man and i hope deeply that he will be reelected!"

Martin Perrien 35 Littleton, Colorado

Hugh G. Rection 37, Rogers, Arkansas

Patrick Andrew Provost 18, Groton, MA

Terrye Malone 45, Grand Prairie, Texas

Lowell Dean Rehling 58, Nebraska

Aaron J. Stull 24, White Oak, PA

Mark Edward Manning 33, Boston, MA

Joe Blancato 30, Southborough, MA

Dan Embree Chicago, IL

Brian Wood 44, Muskogee, OK

Jamie Bellamy Nash 34, Dayton, Texas

Anthony Verrilli 22, Hilliard, OH

Patricia T. Belin 37, Shepherdsville, KY

Rebecca C. Schmitt 46, Indianapolis, IN

**Cory B. Criddle** 41 Camarillo, CA

**David Larson** 44, Hawaii

**Sarah Larson** 34, Hawaii

**Rob Larson** 14, Hawaii

**Jacob Larson** 9, Hawaii

**Sierra Larson** 7, Hawaii

**Claudia Boelman** 64 Clark, SD

**Carolyn Baker** 18, Stockton, CA

**Col. (ret.) Dick Pfister** 56, Brookings, South Dakota

**Agnieszka Fulinska** 34, Kraków, Poland

**James George** 23, Huntington Beach, CA

**Katey Shank** 17, Pittsburgh, PA

**Chuck Hammer** 19, Martin TN

**Ray Crosse** 23, Detroit MI

**Gail Ryan** 36, PA

**Melissa Zook** 32, Red Lake, Ontario Canada

**Todd Nichols** 31, Senatobia, Mississippi

**James White** 41, Hattiesburg, MS

**Jerry Shoemaker** Illinois

**Cynthia Shoemaker** Illinois

**Renee Arena** 42, Waltham, MA

**Leslie Phillips** 55, Chesterfield, Missouri

**Kathy Knox** 55, Taylor, Michigan and Columbus, Ohio

**Carolyn Sharpe** 37, Groton, MA

**James R. Dunnell** 19, Los Angeles, CA

**Randy McVey** 26, KY

**Tom Kemp** 42, Senatobia, MS

**Mary Ann Motter** 65, Arkansas

**Craig H. Brockman** 39, Port St. Lucie, FL Retired NYPD Highway Patrol - 9/11 WTC Recovery Team

**Suzan Jean Colvin** 44, Mt. Pleasant, TX

**Thomas Hampton Colvin** 46, Mt. Pleasant, TX

**Evaristo Hinojosa** Laredo, Texas

**Ashley Logan** 17, Sydney, Australia

**Jeremy Tanner** 34, Clayton, North Carolina

**Brad Hill** 38, Kansas City

**Lewis Wade** 18 Mt Juliet, TN

**Gail Thompson** 51, Corpus Christi, Texas

**Robert Smith** 56, Indiana

**Susie Smith** 55, Indiana

**Angela Cash** 25 , Indianapolis, Indiana

**Eddie Dixel** 42, Norfolk, VA

**Tyler Christopher Spears** 18, Wiesbaden, Germany

**Cecil Rodriguez** 46, Everett, Washington

**Kay Marrs** 59, Houston, Texas

**Greg Lucas** 30, California

**Byron Revels** 15, North Carolina

**Mandi Mongiovi** 18, Mesa, AZ

**Kelly Templin** 39, College Station, TX

**Royce D. Johnson Jr.** 33, Shreveport, LA

Patriot List

**Melba Poteat** 63, Gray, Tennessee

**Ginny Clarke** 55, New Jersey

**David L.Yunt** 47, Kentucky

**Irwin I. Salas** 23, Los Angeles, Ca

**Douglas Massey** 48, Trussville, Alabama

**Kelly Templin** 39, College Station, TX

**Patricia L. Kennedy** 36, Redfield, Arkansas

**Mark Smith** Mineola, TX

**Kathy Smith** Mineola, TX

**Tiffany Smith** 22 Mineola, TX

**Dan Kaplan** 17 London

**Rick Lee** 34, California

**Patty Orf** 30, MO

**Renea Johnson** 41, Huntsville, Alabama

**Jeff Johnson** 38, Huntsville, Alabama

**Russell Manley** 43, Franktown CO

**Anita Kerr**, OH

**Richard Taylor** 31, New Jersey

**Frank Clyburn** 55, CA

**Tina McCarty** 36, Nashville, TN

**Debbie Eaton** 41, Pennsylvania

**Tony Woolf** 32, Ann Arbor, Michigan

**Giovanni Gallucci** Dallas, Texas

**Alan Bruce Beck** 55, Escondido, CA

**Cynthia Ferrer** 43, Maryland

**Johnny Boanno** 31, Derby, CT

**Yvonne Petersen-Zich**, 38, Wisconsin

**Bryan Shirley** 33, Silsbee, TX

**Jeff Rosener** 40, Urbandale, Iowa

**Robin Gilmore** Illinois

**John Costanzo** 27, Norwalk, CT

**Cameron C. Goodwin** 44, Bellaire, TX.

**Randy Zich** 42, Racine, WI

**Sandy Cunneff** 59, Lake Forest, IL

**Joshua Williams** 25, Nashville, TN

**Raul Rojas** 28, Austin, Texas

**Diane Nelson** 48, Minneapolis, MN

**Matt Dinzey** 38, New York, NY

**Chuck Davis** 29, Oakland, Ca

**Larry Baysinger** 61, Richland, Washington

**Maurice Roland Hernandez** 36, Florida

**Norma Castellanos** 72, Florida

**Bill Adams** 67, Lookout Mt., GA

**Joseph Hekimian** 14,

**Leslie O. Mosley** 44, North Carolina

**Robert L Thomas Jr.** 55, Jonesboro, GA

**Sara Erickson** 23, Madison, WI

**Terresa Monroe** 41, Carson City, NV

**Charlann Kable** 40, New Orleans, LA

**Karen Quarnstrom** Grosse Pointe, Mich

**Bob Quarnstrom** Grosse Pointe, Mich

**Dana Quarnstrom** 36, Saint Clair Shores, MI

**Mike Bean** 50, Sheboygan, WI

**Chris Mathies** 42, Maine

**Dan Daniels** 55, Las Vegas, NV

**Kathy Daniels** 50, Las Vegas, NV

**Rose Marie Vera**, 49, TX

**Al Dustan** 57, Rochester Hills, Michigan

**Joshua Williams** 25, Nashville, TN

**Scott Ardemagni** 45, California

**Brad Miles** 41, Jackson, TN

**Nathan Miles** 12, Jackson TN

**Ben Miles** 2, Jackson, TN

**Teresa Miles** 41, Jackson, TN

**Sarah Miles** 2, Jackson, TN

**Missy Boutwell** 35, FL

**Corey Lerman** 23, New York, NY

**Melinda Sazama** 17, Grosse Pointe, MI

**Gretchen Sazama** 27, Grosse Pointe, MI

**Helen Sazama** Grosse Pointe, MI

**Don Sazama** Grosse Pointe, MI

**CJ Sazama** 19, Grosse Pointe, MI

**Harrison D. Haney** 18, New York

**Connor P. Schratz** 15, New York

**Alexander P. Franco** 11, New York

**Matthew S. Dobbins** 11, New York

**John Knight** 18, South Carolina

**Heather Turick** 19, WA

**Ron Goodwyne** 44, South Carolina

**Mark D Garrow** 31, OR

**Michael Guydish** 33, CA

**Bill Mason** 63, Sacramento, CA

**Tere Mason** 62, Sacramento, CA

**John Mason** 30, Sacramento, CA

**Sheila Mason** 30, Sacramento, CA

**Shayne Mason** 9, Sacramento, CA

**Chrishten Mason** 7, Sacramento, CA

**JJ Mason** 3, Sacramento, CA

**James Jones** 19, Hope Hull, AL

**Dale T. Benton** MSgt, USMC (Ret) 47, King George, VA

**Judy Cleveland** 61, Arlington, Texas

**Pamela Cleveland** 39, Arlington, Texas

**David Cleveland** 38, Arlington, Texas

**Kristopher Cleveland** 16, Arlington, Texas

**Robert Gilbert** 45, Edinburg, Texas

**Brandon Curley** 20, Maryland

**Kendra Bidwell-Mohlenbrock** 32, Minnesota

**Leonard L. Sorce** 65, Wisconsin

**W. Douglas Philbeck** 32, NC

**Robert G Zena** 44, New Jersey.

**Gina Marie Ghinga** 23, Phoenix, Arizona

**Ed Brink** 67, U.S. Army Veteran, Fairborn, Ohio

**S.Denise Richmond** 44, North Little Rock, AR

**Sonny Troy** 65, Maple Shade, NJ

**Corey Edward Lerman** 18, Vancouver, Canada

**Mary Belanger** 86, Grosse Pointe, MI

**William George Belanger** 90, Grosse Pointe, MI

**Michael Ward** 38, Crisfield, MD

**Valerie Pachulski** 22, Phoenix, AZ

**Chelsea LaPan** 14, Oregon

**John Robert Crawford** 24, San Diego, CA

**Martha Ellen Blankenship** 21, Woodleaf, North Carolina

**Jim Neece** 59, Carrollton, Texas

**James C. Unger** 51, South Euclid, Ohio

**Reid G. Johnston** 22 Knoxville, TN

**Claudio Nicoletti** 41, United Kingdom

**Matt Martland** 19, Knoxville, TN

**Bart Ballew** 37, Little Rock, AR

**Christopher J. Mason** 32, United kingdom

**Gibbie Gibson** 15, Charlotte, NC

**Andrew James Gibson** 12, Charlotte, NC

**Sabina Maria Klein** 15, Charlotte, NC

**Harris Wexler** 16, Charlotte,NC

**Dawn L Brassell** 35, Southington, CT

**Brady Barkley** 19, TX

**Steven M. Tifft** 18, Bennington VT

**Nicole Rimmel** 18, Newburgh,IN

**Barbara Ann Zweifler** 39, Pelham, NY

**David Grossenbacher** 18, Akron, Ohio

**George Williams** 37, Richmond, VA

**Byron Thomas Revels** 15, North Carolina

**Tim Hekler** 15, IL

**Tomaz Senecic** Ljubljana, Slovenia (a country south from Austria, Middle Europe)

**Dave Sistaro** 41, Staten Island, New York

**Ruth Ann Barron** 53, Friendswood, Texas

**Wade Anderson** 50, Florida

**Jerrilynn Sanders** 26, Waterford, MI

**Douglas Robinson** 50, Keller, Texas

**John Lanning** 23, Brooklyn, NY

**Warren Salle** 43, New York

**Leona Winslow** 43, Ohio

**Deryl Leon** 26, Miami, FL

**Sheila White** 50, SEMO

**Mike Behmer** 25, Germany, Lower Saxony, Wolfsburg

**Carrie Torres** 26, Texas

**Robert Brooks** 21, Hauppauge, NY

**William J. Bethurum IV** 37, Phoenix, AZ

**Glenn Perry Jr.** 18, New York

**David Pasieka** 37, Mt. Arlington, NJ

**Leona Winslow** 43, Ohio

**Ben Drake, SSgt. USMC** 53,  Saint Helena Island, SC

**Daniel E. Dobish** 30, Delray Beach, FL

**Irene Breeden** 69, Kansas

**Joseph Breeden** 63, Kansas

**Joseph Adams** 55, Charleston, Oregon

**Julie Adams** 45, Charleston, Oregon

**Richard Ladnier** 35, Upland, CA

**Ruth Haizelden** 20, Southampton, England

**Victor M FelixBarba** CPL. USMC 21, Bullhead City,AZ / Camp Lejeune NC

**Jacob Justen** 16, Chicago, IL

**Scott Johnson** 31, Myrtle Beach, SC

**Andrew P. Nielson** 27, Columbia, TN

**Christopher J. Peterson** 42, Michigan

**Judy Duenas** 39, Schaumburg, IL

**Ron Mickens** 46, Fredericksburg, VA.

**Vincent P. O'Connor** 21, Illinois

**Carolyn Sharpe** 37, MA

**Dan Tarvin** 15, Camp Hill, PA

**Sarah Yanta** (Retired Army, Disabled Veteran) 43, Richardson, Texas

**Erin Jones** 18, Illinios

**Bob Hoffman** 38, Prescott Valley, Arizona

**Keith B. Johnson** 26, Barre, VT

**Myron Miller** 18, Ohio

Patriot List

**Joshua Preston Mulford** 22, Virginia

**Daniel Canovas** 20, United Kingdom

**Ashley Schneller** 15, NM

**Janelle Vanfosson** 23, WV

**Chris Vanfosson** 24, WV

**Patricia Gilbert** 38, Ohio

**Nick Baumgart** 22, Evansville IN

**Susan Campbell** 57, Columbia, South Carolina

**Philip A. Rossing** 19, Sioux Falls, SD

**Collyn Wright** 17, Ohio

**Brian Lueth** 16, Wisconsin

**Jeffrey W. Ross** 26, Pittsburgh, PA

**Steven Valentine** 14 , Virginia

**Robert Bible** 22, Nevada

**Frederick M. Buchanan** 35, Tucson, AZ

**Matteo Avanzi** 16, Rovigo, Italy

**Stephen P. Kuney** 28, Vermont

**James Ray** 16, TX

**Michael Martinez** 18, Richland, MS

**Bob Boyd** 74, Naples, FL

**C M Brown** 37, Newnan, GA

**Jamison Todd Wilmot** 36, Springboro, Ohio

**Walter Warren Whitney III** 47, San Diego, CA

**Vicki Brown** 54, Kansas

**Erin M. Jones** 18, Bloomington, Illinois

Patriot List

**Mitchell Alden** 47, Washington State

**Jo Anne Alden** 52, Washington State

**Monica Rentschler** 16, Nebraska

**William S. Roderick** 33, North Bend, Oregon

**Andrew Guthart** 13, Colorado

**Jed Morgan** 22, Iowa

**Lori Johnson** 31, Michigan

**Mike Scholl** 16, South Bend, Indiana

**Dan Tarvin** 15, Pennsylvania

**Shannon Schulte** 26, Illinois

**Todd Leach** 29, Tennessee

**Jim DoBrunz** 20, Amherst, OH

**Collin Snider** 20, Lake George, NY

**Brian Hall** 31, Edmond, Oklahoma

**Kara Hall** 26, Edmond, Oklahoma

**Terry A. Noye** 57, Bel Air, MD

**Stephanie Noye** 50, Bel Air, MD

**Brandon K. Noye** 25, Cpl, USMC, Edgewood, MD

**Susan Stewart** 26, Jackson, TN

**Jacqueline Sickel** 24, CA

**Stephen Modawell** 41, Arlington, TX

**Robert Harrold** 61, El Centro, CA

**Stephen M. Carleton** 28, Oceanside, CA

**Suzanna Koivun** 30, Villa Park, IL

**David McCree** 31, West Columbia, SC

**Craig N. Johnson** 20, Michigan

**Rosa Pillcurima** 17, New York

**Rich Ochmanowicz** 39, Nashua, NH

**Charles Chawalko** 15, New York

**Jim DoBrunz** 20, Amherst, Ohio

**Lisa Lapp** 36, Effort, Pa

**Jim Crayton** 58, Parkville, MD

**Kevin Twohy** 16, La Canada, CA

**Katy Garrison** 19, Florida

**John Boback** 22, Florida

**Amanda Sisemore** 24, Howe, TX

**Matt Cullen** 16, NJ

**Katie Aikman** 48, Keizer, Oregon

**Bradley R. Woods** 37, Roxton, Texas

**Darren Olson** 18, Roseville, Minnesota

**Thomas J. Mackall** 17, North Port, FL

**Dreda Culpepper** 19, New Orleans, LA

**Mark Luke Bedenik** 29, Ohio

**Jeremiah Hill** 24, AZ

**Linda Parkin** 41, St. Paul, MN

**Carole Anne Hunt** 41, New Mexico

**Steve C. Hunt** 34, New Mexico

**Sylvain Theriault** 18, Ontario, Canada

**Ronny Porschitz** 19, Germany

**William Matthew Wilson** 25, Gainesville, Georgia

Patriot List

**Hanspeter Gadient** 35, Zurich, Switzerland

**Matthew Lofton** 18, Ohio

**Steven Tharp Jr.** 21, Ohio

**M. Scott Everard** 48, Virginia Beach, Va

**Rev. Jon Earls** 23, Georgia

**Tom Sullivan** 16, Alexandria, VA

**Jonathan J. O'Brien** 25, Chandler, AZ

**Elizabeth Klum** 21, Oregon

**Kevin Raasch** 21, Minnesota

**Jennifer Devine Kearney** 23, NE

**Clayton McClellan** 24, Boulder, CO

**Drew Brown** 22, Arlington Heights, Illinois

**Shawn Gordon** 17, Middleville, Michigan

**Mary Curley** 19, Boston, MA

**Alexander Nenadic** 19, Florida

**Michael T. Crisci** 22, Ft. Wayne, IN

**Katie Schriefer** 21, MO

**John Adriatico** 18, Los Angeles, CA

**Robert A. Steele** 41, Fayetteville, AR

**John Tait** 23, Chicago, IL

**Edward E Romack Jr** 34, Phoenix AZ

**The Conservative Club of Sun Prairie High School** Sun Prairie, WI

**Alexandra Waldron** 24, Albany, NY

**Bill Waldron** 52, Albany, NY

**Andie Waldron** 52, Albany, NY

**Garit Waldron** 20, Albany, NY

**Hillary Waldron** 18 Albany, NY

**Robert Ostrowski Jr.** 20, Syracuse, NY

**Debra Morgan** 23, Gulfport, MS

**Michael C. Butler** 15, Ohio

**David M. Doyle** 32, Kaiserslautern, Germany

**Erin Yarnell** 21, Springboro, PA

**Gino Gonzalez** 32, San Diego, Ca

**Jeremy D Noland** 25, St. Louis, Missouri

**Ltc. Joseph D Noland** (Ret. USAF), 52, Mt. Pleasant, SC

**Peggy Noland** Mt Pleasant, SC

**Deborah Noland** 50, Salem, MO

**Rebecca Flett** 29, Salem, MO

**James Conroy** 33, Tempe, AZ.

**Gregory E. Struzik** 23, Buffalo, NY

**Eric Meunier** 28, Austria, Europe

**Chad Gibbs** 20, Britton, Mich

**Lynsie Paul** 16, WI

**Nicole Rosebrock** 22, Bowling Green, OH

**Danny R. Koyl** 45, Michigan

**Christopher M. Sexton** 18, Connecticut

**Leonardo Monteleone** 43, Macomb MI

**Lisa Loftis** 37, Springfield, Missouri

**Kyle D. Lords** 16, AZ

**Nate Kinet** 17, London, England (Originally from Chicago)

**Jonathan Wells** 34, Arkansas

**Eric Bocahut** France 49, Maine-et-Loire.

**Jonathan Marshall Carman** 22, New Jersey

---

### If you wish to become an Official ProBush.com Patriot please email your full name, age and state to patriotlist@probush.com

**Email sent to ProBush.com is monitored by the U.S. Government**

---

## Honorary Patriots

 Tony Blair

 Michael Savage

 Glenn Beck

Chuck Norris

Patriot List





Missa JC

GOP Babe of the Week



Bill Duncan



James Woods



Ann Coulter



Bill O'Reilly

Patriot List

 Tom Gagliardi

 Sean Hannity

 Dixie Carter

 Joe Scarborough

 Ken Hamblin

 Rush Limbaugh

Patriot List

 Bruce Willis

 Keith Badyna

 Dennis Miller

 Ted Nugent

 Clint Black

 Mike Gallagher

Patriot List

 Sara Evans

 Charlie Daniels

 Michael Smerconish

 Darryl Worley

 Tammy Bruce

 Tippi Hedren

Patriot List

 Toby Keith

 Neal Boortz

Add an Honorary Patriot

**Patriot List is a Trademark of Probush.com**